IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:22-cv-0477-JRG-RSP (Lead case) |
| T-MOBILE USA, INC., ET AL. | § § § | |
| *Defendant.* | § § § | |

## ORDER

Before the Court, plaintiff Cobblestone Wireless, LLC moves unopposed to extend the deadline for service of infringement and invalidity contentions. **Dkt. No. 16**. Having considered the motion, it is **GRANTED**. Accordingly, Cobblestone Wireless, LLC may serve infringement contentions pursuant to Local Rules P.R. 3-1 and 3-2 by March 11, 2023, and defendants T-Mobile USA, Inc., T-Mobile US, Inc., Verizon Communications, Inc., and Cellco Partnership d/b/a Verizon Wireless may serve invalidity contentions pursuant to Local Rules P.R. 3-3 and 3-4 by May 9, 2023.

**SIGNED this 24th day of February, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE