**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:22-cv-00477-JRG-RSP |
| T-MOBILE USA, INC.; T-MOBILE US, INC. | § | (Lead Case) |
| *Defendants*. | § | |
| | | |
| COBBLESTONE WIRELESS, LLC, | § | |
| *Plaintiff*, | § | Case No. 2:22-cv-00478-JRG-RSP |
| v. | § | (Member Case) |
| VERIZON COMMUNICATIONS, INC. et al., | § | |
| *Defendants*. | § | |

## [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

Having reviewed the Stipulation of Dismissal Without Prejudice as to T-Mobile US, Inc. (the "Stipulation"), the Court **ORDERS** that all claims against Defendant T-Mobile US, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**, in accordance with the Stipulation.