**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § § *Plaintiff*, § § v. § Case No. 2:22-cv-00477-JRG-RSP § (Lead Case) T-MOBILE USA, INC.; T-MOBILE US, INC. § § *Defendants*. § § | |
| COBBLESTONE WIRELESS, LLC, § § *Plaintiff*, § § v. § Case No. 2:22-cv-00478-JRG-RSP § (Member Case) VERIZON COMMUNICATIONS, INC. et al., § § *Defendants*. § § | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO VERIZON COMMUNICATIONS INC.**

Pursuant to Federal Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Cobblestone Wireless, LLC ("Cobblestone") and Defendants Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless submit the following Stipulation of Dismissal Without Prejudice as to Defendant Verizon Communications Inc. The other Defendant, Cellco Partnership d/b/a Verizon Wireless, remains pending in this case. Accordingly, Cobblestone, Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless, by and through undersigned counsel, hereby file this stipulation of dismissal without prejudice as to Verizon Communications Inc., which stipulation is self-executing and therefore serves to dismiss Verizon Communications Inc. from this action, without prejudice and without costs.

-2-

DATED: February 24, 2023

Russ August & Kabat

BY: */s/ Reza Mirzaie*

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF, COBBLESTONE WIRELESS, LLC**

DATED: February 24, 2023

Alston & Bird LLP

BY: */s/ Ross Barton*
Theodore Stevenson (TX Bar No. 19196650)
  ted.stevenson@alston.com
ALSTON& BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899

Ross Barton (NC Bar No. 37179)
  ross.barton@alston.com
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

John D. Haynes (GA Bar No. 340599)
David S. Frist (GA Bar No. 205611)
Emily Welch (GA Bar No. 606071)
Michael C. Deane (GA Bar No. 497195)
Sloane S. Kyrazis (GA Bar No. 878240)
  john.haynes@alston.com
  david.frist@alston.com
  emily.welch@alston.com
  michael.deane@alston.com
  sloane.kyrazis@alston.com
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404) 881-7777

***Attorneys for Defendants Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless***

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ *Ross Barton*
Ross Barton (NC Bar No. 37179)
  ross.barton@alston.com
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

*Counsel for Defendants Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless*