**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00477-JRG-RSP |
| T-MOBILE USA, INC.; T-MOBILE US, INC. | § § | (Lead Case) |
| *Defendants*. | § § § § § | |
| COBBLESTONE WIRELESS, LLC, | § § § § | |
| *Plaintiff*, | § § | Case No. 2:22-cv-00478-JRG-RSP |
| v. | § § | (Member Case) |
| VERIZON COMMUNICATIONS, INC. et al., | § § § | |
| *Defendants*. | § § | |

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

Having reviewed the Stipulation of Dismissal Without Prejudice as to Verizon Communications Inc. (the "Stipulation"), the Court **ORDERS** that all claims against Defendant Verizon Communications Inc. are hereby **DISMISSED WITHOUT PREJUDICE**, in accordance with the Stipulation.