UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00477-JRG-RSP (Lead Case) |
| T-MOBILE USA, INC.; T-MOBILE US, INC. | § § § | |
| *Defendants*. | § § § § | |
| | | |
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00478-JRG-RSP (Member Case) |
| VERIZON COMMUNICATIONS, INC. et al., | § § § | |
| *Defendants*. | § § § | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Cellco Partnership d/b/a Verizon Wireless[1] makes this Corporate Disclosure Statement.

Cellco Partnership d/b/a Verizon Wireless is indirectly wholly-owned by Verizon Communications Inc. Verizon Communications Inc. is a publicly-traded company. No individual or entity owns 10% or more of the stock of Verizon Communications Inc.

---

[1] Verizon Communications Inc. was also a named defendant in this case. Verizon Communications Inc. and Plaintiff have, however, filed a joint stipulation pursuant to Fed. R. Civ. P. 41(a) dismissing Verizon Communications Inc.

-1-

-2-

DATED: February 24, 2023

    Respectfully submitted,

    Alston & Bird LLP

    BY: /*s/ Ross Barton*
      Theodore Stevenson (TX Bar No. 19196650)
       ted.stevenson@alston.com
      ALSTON& BIRD LLP
      2200 Ross Avenue, Suite 2300
      Dallas, TX 75201
      Phone: (214) 922-3400
      Fax: (214) 922-3899

      Ross Barton (NC Bar No. 37179)
       ross.barton@alston.com
      ALSTON & BIRD LLP
      101 South Tryon Street
      Suite 4000
      Charlotte, NC 28280-4000
      Telephone: (704) 444-1000
      Facsimile: (704) 444-1111

      John D. Haynes (GA Bar No. 340599)
      David S. Frist (GA Bar No. 205611)
      Emily Welch (GA Bar No. 606071)
      Michael C. Deane (GA Bar No. 497195)
      Sloane S. Kyrazis (GA Bar No. 878240)
       john.haynes@alston.com
       david.frist@alston.com
       emily.welch@alston.com
       michael.deane@alston.com
       sloane.kyrazis@alston.com
      One Atlantic Center
      1201 West Peachtree Street
      Atlanta, GA 30309-3424
      Telephone: (404)-881-7000
      Facsimile: (404) 881-7777

      ***Attorneys for Defendants Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

> */s/ Ross Barton*
> Ross Barton (NC Bar No. 37179)
> ross.barton@alston.com
> ALSTON & BIRD LLP
> 101 South Tryon Street
> Suite 4000
> Charlotte, NC 28280-4000
> Telephone: (704) 444-1000
> Facsimile: (704) 444-1111
>
> *Counsel for Defendants Verizon*
> *Communications Inc. and Cellco Partnership*
> *d/b/a Verizon Wireless*