**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § § § *Plaintiff*, § § v. § Case No. 2:22-cv-00477-JRG-RSP § (Lead Case) T-MOBILE USA, INC.; T-MOBILE US, INC. § § *Defendants*. § § § | |
| COBBLESTONE WIRELESS, LLC, § § § *Plaintiff*, § § v. § Case No. 2:22-cv-00478-JRG-RSP § (Member Case) VERIZON COMMUNICATIONS, INC. et al., § § *Defendants*. § § | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, T-Mobile USA, Inc., makes this Corporate Disclosure Statement.[1]

T-Mobile USA, Inc., a Delaware corporation, is a wholly-owned subsidiary of T-Mobile US, Inc., a Delaware corporation. T-Mobile US, Inc. (NASDAQ: TMUS) is a publicly-traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC

---

[1] T-Mobile US, Inc. was also a named defendant in this case. T-Mobile US, Inc. and Plaintiff have, however, filed a joint stipulation pursuant to Fed. R. Civ. P. 41(a) dismissing T-Mobile US, Inc.

-1-

("NASDAQ"). Deutsche Telekom Holding B.V., a limited liability company (*besloten vennootschap met beperkte aansprakelijkheidraies*) organized and existing under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc. DT B.V. is a direct, wholly-owned subsidiary of T-Mobile Global Holding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Holding"). Holding is a direct, wholly-owned subsidiary of T-Mobile Global Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Global"). Global is a direct, wholly-owned subsidiary of Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom"). The principal trading market for Deutsche Telekom's ordinary shares is the trading platform "Xetra" of Deutsche Börse AG. Deutsche Telekom's ordinary shares also trade on the Frankfurt, Berlin, Düsseldorf, Hamburg, Hannover, München, and Stuttgart stock exchanges in Germany. Deutsche Telekom's American Depository Shares, each representing one ordinary share, trade on the OTC market's highest tier, OTCQX International Premier (ticker symbol: "DTEGY").

DATED: February 24, 2023

Respectfully submitted,

Alston & Bird LLP

BY: */s/ Ross Barton* _____
Ross Barton (NC Bar No. 37179)
ross.barton@alston.com
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

-3-

      Theodore Stevenson (TX Bar No. 19196650)
       ted.stevenson@alston.com
      ALSTON& BIRD LLP
      2200 Ross Avenue, Suite 2300
      Dallas, TX 75201
      Phone: (214) 922-3400
      Fax: (214) 922-3899

      John D. Haynes (GA Bar No. 340599)
      David S. Frist (GA Bar No. 205611)
      Emily Welch (GA Bar No. 606071)
      Michael C. Deane (GA Bar No. 497195)
      Sloane S. Kyrazis (GA Bar No. 878240)
       john.haynes@alston.com
       david.frist@alston.com
       michael.deane@alston.com
       emily.welch@alston.com
       sloane.kyrazis@alston.com
      One Atlantic Center
      1201 West Peachtree Street
      Atlanta, GA 30309-3424
      Telephone: (404)-881-7000
      Facsimile: (404) 881-7777

      ***Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ *Ross Barton*
Ross Barton (NC Bar No. 37179)
  ross.barton@alston.com
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

*Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*