IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>  *Plaintiff*,<br><br>V.<br><br>T-MOBILE USA, INC.; T-MOBILE US, INC.,<br><br>  *Defendants*. | Case No. 2:22-cv-00477-JRG-RSP<br><br>**LEAD CASE** |
| COBBLESTONE WIRELESS, LLC,<br><br>  *Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>  *Defendants*. | Case No. 2:22-cv-00478-JRG-RSP<br><br>**MEMBER CASE** |

## NOTICE OF READINESS

Plaintiff Cobblestone Wireless, LLC ("Cobblestone") files this Notice of Readiness pursuant to this Court's December 20, 2011 Standing Order Regarding Readiness for Scheduling Conference. This Court has set a scheduling conference for March 14, 2023 at 1:30 p.m.

1. Pending Motions: Not applicable.

2. List of Related Cases Previously Filed in E.D. Tex. Involving the Same Patent or Patents: *Cobblestone Wireless, LLC v. AT&T Inc., et al.*, Case No. 2:22-cv-00474-JRG-RSP.

3. Patent Numbers for This Case and Any Related Case:

    a. This Case (T-Mobile Lead Case and Verizon Member Case):

        i. U.S. Patent No. 8,891,347

        ii. U.S. Patent No. 9,094,888

        iii. U.S. Patent No. 10,368,361

        iv. U.S. Patent No. 8,554,196

    b. Related Case (AT&T)

        i. U.S. Patent No. 8,891,347

        ii. U.S. Patent No. 9,094,888

        iii. U.S. Patent No. 10,368,361

        iv. U.S. Patent No. 8,554,196

4. Dates of Any Future *Markman* Hearing and/or Trial for Related Cases: Not applicable.

Dated: February 27, 2023

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Amy E. Hayden
CA State Bar No. 287026
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com

Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: ahayden@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of February, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

                                                                 */s/ Reza Mirzaie*