IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-CV-00477-JRG-RSP |
| T-MOBILE USA, INC.; T-MOBILE US, INC. | § § § § | (Lead) |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff Cobblestone Wireless, LLC and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. to dismiss all claims against Defendant T-Mobile US, Inc. only. (Dkt. No. 18.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all claims against T-Mobile US, Inc. are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief between Cobblestone Wireless, LLC and T-Mobile US, Inc. in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

**So ORDERED and SIGNED this 28th day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE