# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br>v.<br><br>T-MOBILE USA, INC.; T-MOBILE US, INC. | § § § § § § § § § | Case No. 2:22-CV-00477-JRG-RSP<br>(Lead Case) |
| VERIZON COMMUNICATIONS, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>*Defendants* | § § § § § § § | Case No. 2:22-CV-00478-JRG-RSP<br>(Member Case) |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff Cobblestone Wireless, LLC and Defendants Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless, to dismiss defendant Verizon Communications Inc. only. (Dkt. No. 19.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all claims by Cobblestone Wireless, LLC against Verizon Communications Inc. in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief between Cobblestone Wireless, LLC and Verizon Communications Inc. in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of the Court is directed to **MAINTAIN AS OPEN** the above-captioned case in light of the remaining parties and claims.

So ORDERED and SIGNED this 28th day of February, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE