# IN THE UNITED STATES DISTRICT COURT
## FOR THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
#### MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:22-cv-00477-JRG-RSP |
| § | (Lead Case) |
| T-MOBILE USA, INC.; T-MOBILE US, INC. § | |
| § | |
| *Defendants*. § | |
| | |
| COBBLESTONE WIRELESS, LLC, § | |
| § | |
| *Plaintiff*, § | Case No. 2:22-cv-00478-JRG-RSP |
| § | (Member Case) |
| v. § | |
| § | |
| VERIZON COMMUNICATIONS, INC. et al., § | |
| § | |
| *Defendants*. § | |

### NOTICE OF APPEARANCE OF ROSS R. BARTON

Notice is hereby given that the undersigned attorney, Ross R. Barton, enters his appearance in the above-referenced proceedings for Defendant T-Mobile USA, Inc. T-Mobile USA, Inc. respectfully requests that the court take note of this Notice of Appearance and makes Ross R. Barton its counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Ross R. Barton at the address set forth below.

Dated: March 3, 2023                    Respectfully submitted,

                                        */s/ Ross R. Barton*
                                        Ross R. Barton (NC Bar No. 37179)
                                          ross.barton@alston.com
                                        ALSTON & BIRD LLP
                                        101 South Tryon Street
                                        Suite 4000
                                        Charlotte, NC 28280-4000
                                        Telephone: (704) 444-1000
                                        Facsimile: (704) 444-1111
                                        *Counsel for T-Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ *Ross R. Barton*
Ross R. Barton (NC Bar No. 37179)
  ross.barton@alston.com
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

*Counsel for T-Mobile USA, Inc.*