**IN THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC.; T-MOBILE US, INC.<br><br>*Defendants*. | Case No. 2:22-cv-00477-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. et al.,<br><br>*Defendants*. | Case No. 2:22-cv-00478-JRG-RSP<br>(Member Case) |

**NOTICE OF APPEARANCE OF MICHAEL C. DEANE**

Notice is hereby given that the undersigned attorney, Michael C. Deane, enters his appearance in the above-referenced proceedings for Defendant T-Mobile USA, Inc. T-Mobile USA, Inc. respectfully requests that the court take note of this Notice of Appearance and makes Michael C. Deane its counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Michael C. Deane at the address set forth below.

Dated:  March 3, 2023                         Respectfully submitted,

                */s/ Michael C. Deane*
                Michael C. Deane (GA Bar No. 497195)
                 michael.deane@alston.com
                ALSTON & BIRD LLP
                1201 West Peachtree Street
                Suite 4900
                Atlanta, GA 30309
                Telephone: (404)881-7000
                Facsimile: (404)881-7777
                *Counsel for T-Mobile USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

>*/s/ Michael C. Deane*
>Michael C. Deane (GA Bar No. 497195)
>  Michael.deane@alston.com
>ALSTON & BIRD LLP
>1201 West Peachtree Street
>Suite 4900
>Atlanta, GA 30309
>Telephone: (404)881-7000
>Facsimile: (404)881-7777
>*Counsel for T-Mobile USA, Inc.*