# IN THE UNITED STATES DISTRICT COURT
## FOR THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:22-cv-00477-JRG-RSP (Lead Case) |
| T-MOBILE USA, INC.; T-MOBILE US, INC. | § § § | |
| *Defendants*. | § § § | |
| | | |
| COBBLESTONE WIRELESS, LLC, | § § | |
| *Plaintiff*, | § § § | Case No. 2:22-cv-00478-JRG-RSP (Member Case) |
| v. | § § | |
| VERIZON COMMUNICATIONS, INC. et al., | § § § | |
| *Defendants*. | § § § | |

**NOTICE OF APPEARANCE OF SLOANE S. KYRAZIS**

Notice is hereby given that the undersigned attorney, Sloane S. Kyrazis, enters her appearance in the above-referenced proceedings for Defendant T-Mobile USA, Inc. T-Mobile USA, Inc. respectfully requests that the court take note of her Notice of Appearance and makes Sloane S. Kyrazis its counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Sloane S. Kyrazis at the address set forth below.

Dated:  March 3, 2023	Respectfully submitted,

*/s/ Sloane S. Kyrazis*
Sloane S. Kyrazis (GA Bar No. 878240)
  Sloane.kyrazis@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for T-Mobile USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

*/s/ Sloane S. Kyrazis*
Sloane S. Kyrazis (GA Bar No. 878240)
  sloane.kyrazis@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for T-Mobile USA, Inc.*