# IN THE UNITED STATES DISTRICT COURT
## FOR THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:22-cv-00477-JRG-RSP (Lead Case) |
| T-MOBILE USA, INC.; T-MOBILE US, INC. | § § § | |
| *Defendants*. | § § § | |
| | | |
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 2:22-cv-00478-JRG-RSP (Member Case) |
| v. | § § § | |
| VERIZON COMMUNICATIONS, INC. et al., | § § § | |
| *Defendants*. | § § | |

## **NOTICE OF APPEARANCE OF THEODORE STEVENSON**

Notice is hereby given that the undersigned attorney, Theodore Stevenson, enters his appearance in the above-referenced proceedings for Defendant T-Mobile USA, Inc. T-Mobile USA, Inc. respectfully requests that the court take note of his Notice of Appearance and makes Theodore Stevenson its counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Theodore Stevenson at the address set forth below.

Dated:  March 3, 2023	Respectfully submitted,

*/s/ Theodore Stevenson*
Theodore Stevenson (TX Bar No. 19196650)
  ted.stevenson@alston.com
ALSTON& BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
*Counsel for T-Mobile USA, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

                                      */s/ Theodore Stevenson*
                                      Theodore Stevenson (TX Bar No. 19196650)
                                        ted.stevenson@alston.com
                                      ALSTON& BIRD LLP
                                      2200 Ross Avenue, Suite 2300
                                      Dallas, TX 75201
                                      Phone: (214) 922-3400
                                      Fax: (214) 922-3899
                                      *Counsel for T-Mobile USA, Inc.*