IN THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC.; T-MOBILE US, INC.<br><br>　　*Defendants*. | Case No. 2:22-cv-00477-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. et al.,<br><br>　　*Defendants*. | Case No. 2:22-cv-00478-JRG-RSP<br>(Member Case) |

## NOTICE OF APPEARANCE OF EMILY WELCH

Notice is hereby given that the undersigned attorney, Emily Welch, enters her appearance in the above-referenced proceedings for Defendant T-Mobile USA, Inc. T-Mobile USA, Inc. respectfully requests that the court take note of her Notice of Appearance and makes Emily Welch its counsel of record in its lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Emily Welch at the address set forth below.

Dated: March 3, 2023

Respectfully submitted,

*/s/ Emily Welch*
Emily Welch (GA Bar No. 606071)
  Emily.welch@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for T-Mobile USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

>*/s/ Emily Welch*
>Emily Welch (GA Bar No. 497195)
>  Emily.welch@alston.com
>ALSTON & BIRD LLP
>1201 West Peachtree Street
>Suite 4900
>Atlanta, GA 30309
>Telephone: (404)881-7000
>Facsimile: (404)881-7777
>*Counsel for T-Mobile USA, Inc.*