IN THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> T-MOBILE USA, INC.; T-MOBILE US, INC. § <br> § <br> *Defendants*. § | Case No. 2:22-cv-00477-JRG-RSP <br> (Lead Case) |
| COBBLESTONE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> VERIZON COMMUNICATIONS, INC. et al., § <br> § <br> *Defendants*. § | Case No. 2:22-cv-00478-JRG-RSP <br> (Member Case) |

## NOTICE OF APPEARANCE OF DAVID S. FRIST

Notice is hereby given that the undersigned attorney, David S. Frist, enters his appearance in the above-referenced proceedings for Defendant Cellco Partnership d/b/a Verizon Wireless. Cellco Partnership d/b/a Verizon Wireless respectfully requests that the court take note of this Notice of Appearance and makes David S. Frist its lead counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to David S. Frist at the address set forth below.

Dated: March 3, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ David S. Frist*
　　　　　　　　　　　　　　　　　　David S. Frist (GA Bar No. 205611)
　　　　　　　　　　　　　　　　　　　david.frist@alston.com
　　　　　　　　　　　　　　　　　　ALSTON & BIRD LLP
　　　　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　　　　Suite 4900
　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　Telephone: (404)881-7000
　　　　　　　　　　　　　　　　　　Facsimile: (404)881-7777
　　　　　　　　　　　　　　　　　　*Counsel for Cellco Partnership d/b/a Verizon Wireless*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ David S. Frist
David S. Frist (GA Bar No. 205611)
  david.frist@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Cellco Partnership d/b/a Verizon Wireless*