IN THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00477-JRG-RSP (Lead Case) |
| T-MOBILE USA, INC.; T-MOBILE US, INC. | § § § | |
| *Defendants*. | § § § § | |
| | | |
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 2:22-cv-00478-JRG-RSP (Member Case) |
| v. | § § § | |
| VERIZON COMMUNICATIONS, INC. et al., | § § § | |
| *Defendants*. | § § § | |

**NOTICE OF APPEARANCE OF MICHAEL C. DEANE**

Notice is hereby given that the undersigned attorney, Michael C. Deane, enters his appearance in the above-referenced proceedings for Defendant Cellco Partnership d/b/a Verizon Wireless. Cellco Partnership d/b/a Verizon Wireless respectfully requests that the court take note of this Notice of Appearance and makes Michael C. Deane its counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Michael C. Deane at the address set forth below.

Dated:  March 3, 2023	Respectfully submitted,

*/s/ Michael C. Deane*
Michael C. Deane (GA Bar No. 497195)
 michael.deane@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Cellco Partnership d/b/a Verizon Wireless*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

                                                */s/ Michael C. Deane*
                                                Michael C. Deane (GA Bar No. 497195)
                                                   Michael.deane@alston.com
                                                ALSTON & BIRD LLP
                                                1201 West Peachtree Street
                                                Suite 4900
                                                Atlanta, GA 30309
                                                Telephone: (404)881-7000
                                                Facsimile: (404)881-7777
                                                *Counsel for Cellco Partnership d/b/a Verizon Wireless*