# IN THE UNITED STATES DISTRICT COURT
## FOR THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
#### MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> T-MOBILE USA, INC.; T-MOBILE US, INC. § <br> § <br> *Defendants*. § | Case No. 2:22-cv-00477-JRG-RSP <br> (Lead Case) |
| COBBLESTONE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> VERIZON COMMUNICATIONS, INC. et al., § <br> § <br> *Defendants*. § | Case No. 2:22-cv-00478-JRG-RSP <br> (Member Case) |

## **NOTICE OF APPEARANCE OF KATHERINE DONALD**

Notice is hereby given that the undersigned attorney, Katherine Donald, enters her appearance in the above-referenced proceedings for Defendant T-Mobile USA, Inc. T-Mobile USA, Inc. respectfully requests that the court take note of her Notice of Appearance and makes Katherine Donald its counsel of record in its lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Katherine Donald at the address set forth below.

Dated:  March 13, 2023 	Respectfully submitted,

*/s/ Katherine Donald*
Katherine Donald (GA Bar No. 753449)
  katie.donald@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for T-Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

> */s/ Katherine Donald*
> Katherine Donald (GA Bar No. 753449)
>   katie.donald@alston.com
> ALSTON & BIRD LLP
> 1201 West Peachtree Street
> Suite 4900
> Atlanta, GA 30309
> Telephone: (404)881-7000
> Facsimile: (404)881-7777
> *Counsel for T-Mobile USA, Inc.*