# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T-MOBILE USA, INC.; T-MOBILE US, INC.<br><br>　　　　Defendant. | Case No. 2:22-cv-00477-JRG-RSP<br>(Lead Case) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Andrew Thompson ("Tom") Gorham of Gillam & Smith LLP enters his appearance in this matter as additional counsel on behalf of Defendant T-Mobile USA, Inc.

Andrew Thompson ("Tom") Gorham may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 N. College, Suite 800, Tyler, Texas 75702; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: tom@gillamsmithlaw.com.

Dated: March 13, 2023

Respectfully submitted,

 */s/ Andrew T. Gorham*
Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
GILLAM & SMITH, L.L.P.
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: tom@gillamsmithlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 13th day of March 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew T. Gorham*
Andrew Thompson ("Tom") Gorham
