# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff*, <br> v. <br><br> T-MOBILE USA, INC., <br><br> *Defendant*. | Case No. 2:22-cv-00477-JRG-RSP <br><br> **LEAD CASE** |
| COBBLESTONE WIRELESS, LLC, PLAINTIFF, <br><br> v. <br><br> AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP., <br><br> *Defendants*. | Case No. 2:22-cv-00474-JRG-RSP <br><br> **MEMBER CASE** |
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> *Defendant*. | Case No. 2:22-cv-00478-JRG-RSP <br><br> **MEMBER CASE** |

## **DEFENDANT T-MOBILE USA, INC.'S NOTICE OF SERVICE OF INITIAL & ADDITIONAL DISCLOSURES**

Defendant T-Mobile USA, Inc. ("Defendant") respectfully notifies the Court that on April 4, 2023, Defendant served its Initial and Additional Disclosures on counsel for Plaintiff Cobblestone Wireless, LLC via electronic mail.

1

Dated: April 4, 2023                RESPECTFULLY SUBMITTED,

*/s/ Emily Welch*
David S. Frist
David.Frist@alston.com
John Daniel Haynes
John.Haynes@alston.com
Emily Welch
Emily.Welch@alston.com
Michael Clayton Deane
Michael.Deane@alston.com
Katherine Donald
Katie.Donald@alston.com
Sloane Sueanne Kyrazis
Sloane.Kyrazis@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777

Ross Ritter Barton
Ross.Barton@alston.com
ALSTON & BIRD LLP
101 South Tryon Street
Ste 4000
Charlotte, NC 28280-4000
704/444-1287
Fax: 704/444-1111

Theodore Stevenson, III
Ted.Stevenson@alston.com
ALSTON & BIRD LLP
2200 Ross Ave
Suite 2300
Dallas, TX 75201
214-922-3507
Fax: 214-922-3899

Melissa R. Smith
melissa@gillamsmithlaw.com
Tom Gorham
tom@gillamsmithlaw.com
Gillam & Smith LLP
102 N. College, Suite 800
Tyler, TX 75702
903-934-8450
Fax: 903-934-9257

***Attorneys for T-Mobile USA, Inc***.

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been served on April 4, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Emily Welch*
