**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | |
| *Plaintiff,* | Case No. 2:22-cv-00477-JRG-RSP |
| v. | **LEAD CASE** |
| T-MOBILE USA, INC., | |
| *Defendant.* | |
| COBBLESTONE WIRELESS, LLC, PLAINTIFF, | Case No.  2:22-cv-00474-JRG-RSP |
| v. | |
| AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP., | **MEMBER CASE** |
| *Defendants.* | |
| COBBLESTONE WIRELESS, LLC, | Case No. 2:22-cv-00478-JRG-RSP |
| *Plaintiff,* | **MEMBER CASE** |
| v. | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | |
| *Defendant.* | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE**
**PROPOSED PROTECTIVE ORDER**

Pending before the Court is Plaintiff Cobblestone Wireless, LLC ("Cobblestone") and

Defendants T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and

Cellco Partnership d/b/a Verizon Wireless's (collectively, "Defendants") (collectively, the

"Parties") Joint Motion for Extension of Time to File Proposed Protective Order. The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

  **IT IS HEREBY ORDERED** that the deadline for filing the proposed protective order is extended to April 11, 2023. All other deadlines shall remain in place absent further leave of Court.