IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00477-JRG-RSP (Lead) |
| T-MOBILE USA, INC., ET AL. | § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court, Plaintiff Cobblestone Wireless, LLC ("Cobblestone") and Defendants T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless move jointly for an extension of time to file a proposed protective order. Dkt. No. 57. Having considered the motion, it is **GRANTED**. The parties may file a proposed protective order by April 11, 2023.

**SIGNED this 5th day of April, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE