**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE USA, INC., et al.<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenor, | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>AT&T, INC., et al.<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenor, | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., et al.<br><br>    Defendants.<br><br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenor, | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING MOVANT-INTERVENOR NOKIA OF AMERICA CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO INTERVENE**

Before the Court are Movant-Intervenor Nokia of America Corporation's ("Nokia") Unopposed Motions to Intervene. (Dkt. No. __); (Dkt. No. __); (Dkt. No. __). Nokia moved to intervene pursuant to Fed. R. Civ. P. 24(a)(2) or, in the alternative, pursuant to Fed. R. Civ. P. 24(b). Having considered the Motions, their unopposed nature, and the relevant authorities, the Court finds that the Motions should be and hereby are GRANTED. Accordingly, Nokia is permitted to intervene in these actions and is GRANTED LEAVE to file a responsive pleadings in intervention on or before _____.