IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC., ET AL.<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§  Civil Action No. 2:22-cv-0477-JRG-RSP<br>§              (Lead Case)<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court, Ericsson Inc. and Nokia of America Corporation move unopposed for leave to intervene in the above-captioned action as of right under Rule 24(a)(2), or alternatively, with permission of the Court under Rule 24(b)(1)(B) to defend allegations of infringement with respect to its base stations in claims involving defendants T-Mobile USA, Inc., Cellco Partnership d/b/a Verizon Wireless, AT&T Services Inc., AT&T Mobility LLC, and AT&T Corp. **Dkt. Nos. 63 – 68**. Having considered the motions and their unopposed nature, they are **GRANTED**.

SIGNED this 13th day of April, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1