**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE USA, INC., et al.<br><br>    Defendants,<br><br>ERICSSON INC.,<br><br>    Intervenor, | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>AT&T, INC., et al.<br><br>    Defendants,<br><br>ERICSSON INC.,<br><br>    Intervenor, | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>VERIZON COMMUNICATIONS, INC., et al.<br><br>    Defendants.<br><br>ERICSSON INC.,<br><br>    Intervenor, | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

1

**REVISED CORPORATE DISCLOSURE STATEMENT OF**
**INTERVENOR ERICSSON INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Ericsson Inc. ("Ericsson") certify that:

1. Ericsson Inc. is a Delaware corporation that is wholly-owned by Ericsson Holding II Inc., which is also a Delaware corporation. Ericsson Holding II Inc. is wholly-owned by Telefonaktiebolaget LM Ericsson.

2. Telefonaktiebolaget LM Ericsson ("LME") is publicly held and has no parent corporation. LME has Class A and Class B shares that are listed on Nasdaq Stockholm in Sweden. In the United States, the Class B shares are listed on NASDAQ New York in the form of American Depositary Shares (ADS) evidenced by American Depositary Receipts (ADR). Each ADS represents one Class B share. No publicly held corporation owns 10% or more of LME's stock, which comprises Class A and Class B shares. However, as of 31 December 2022, Investor AB and AB Industrivärden each own shares in LME representing 10% or more of the voting rights.

Dated: May 15, 2023                     Respectfully Submitted,

                                        */s/ David S. Frist*
                                        David S. Frist (GA Bar No. 205611)
                                        John D. Haynes (GA Bar No. 340599)
                                        Emily C. Welch (GA Bar No. 606071)
                                        Michael C. Deane (GA Bar No. 497195)
                                        Sloane S. Kyrazis (GA Bar No. 878240)
                                        ALSTON & BIRD LLP
                                        1201 West Peachtree Street, Suite 4900
                                        Atlanta, GA 30309
                                        Phone: (404) 881-7000
                                        Fax:   (404) 881-7777
                                        Email: david.frist@alston.com
                                        john.haynes@alston.com
                                        emily.welch@alston.com
                                        michael.deane@alston.com
                                        sloane.kyrazis@alston.com

Ross R. Barton (NC Bar No. 37179)
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: ross.barton@alston.com

Theodore Stevenson, III (TX Bar No. 19196650)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas TX 75201
Phone: (214) 922-3400
Fax:    (214) 922-3899
Email: ted.stevenson@alston.com

Deron R. Dacus
THE DACUS FIRM
821 E SE Loop 323 Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Facsimile: (903) 581-2543
Email: ddacus@dacusfirm.com
*Attorneys for Ericsson Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on May 15, 2023, via the Court's CM/ECF system.

Dated: May 15, 2023
                                  */s/ David S. Frist*
                                  David S. Frist (GA Bar No. 205611)
                                  ALSTON & BIRD LLP
                                  1201 West Peachtree Street, Suite 4900
                                  Atlanta, GA 30309
                                  Phone: (404) 881-7000
                                  Fax:    (404) 881-7777
                                  Email: david.frist@alston.com