**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS,<br><br>　　*Defendant*, | CASE NO. 2:23-cv-00382-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T<br>MOBILITY LLC; AT&T CORP.,<br><br>　　*Defendants*, | CASE NO. 2:23-cv-00380-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>　　*Defendant*, | CASE NO. 2:23-cv-00381-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

--------------------------------------------------AND-------------------------------------------------

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>　　*Defendant*,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON, INC.<br><br>　　*Intervenors*. | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |

1

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br><br>   *Defendants*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON, INC.<br><br>   *Intervenors*. | § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>   *Defendant*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON, INC.<br><br>   *Intervenors*. | § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO CONSOLIDATE CASES FOR PRETRIAL PURPOSES

Before the Court is Defendant's Opposed Motion to Consolidate Cases (Dkt. No. __) (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the previous consolidation orders in the above captioned cases are vacated and the following cases are consolidated for all purposes including trial:

- *Cobblestone Wireless, LLC v. T-Mobile USA, et al.*, Civil Action No. 2:22-cv-00477 (E.D. Tex.);
- *Cobblestone Wireless, LLC v. T-Mobile USA, Inc.*, Civil Action No. 2:23-cv-00381 (E.D. Tex.).

2

It is further **ORDERED** that the following cases are consolidated for all purposes including trial

- *Cobblestone Wireless, LLC v. Verizon Communications Inc., et al.*, Civil Action No. 2:22-cv-00478 (E.D. Tex.);
- *Cobblestone Wireless, LLC v. Cellco Partnership d/b/a Verizon Wireless*, Civil Action No. 2:23-cv-00382 (E.D. Tex.);

It is further **ORDERED** that the following cases are consolidated for all purposes including trial

- *Cobblestone Wireless, LLC v. AT&T Inc. et al.*, Civil Action No. 2:22-cv-00474 (E.D. Tex.).
- *Cobblestone Wireless, LLC v. AT&T Mobility LLC et al.*, Civil Action No. 2:23-cv-00380;

It is further **ORDERED** that the above consolidated cases are further consolidated for pretrial purposes, where *Cobblestone Wireless, LLC v. Verizon Communications Inc., et al.*, Civil Action No. 2:22-cv-00478 (E.D. Tex.) will serve as the LEAD CASE and all the above-mentioned cases shall follow the deadlines to be set in said case following the December 4th Scheduling Conference.