# EXHIBIT B

## Ahnhut, Adam

| | |
|---|---|
| **From:** | Barton, Ross |
| **Sent:** | Monday, October 23, 2023 12:07 PM |
| **To:** | Reza |
| **Cc:** | Stevenson, Ted |
| **Subject:** | RE: Cobblestone Carrier Cases & Samsung |

Hi Reza,
Let me know when we can circle up on this given that deadlines are coming up in the second filed set of Cobblestone carrier cases.
BR,
Ross

Ross R. Barton
Partner
**ALSTON & BIRD**
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
+1 704 444 1287 (O)
+1 704 909 9179 (M)
Ross.Barton@alston.com

---

**From:** Barton, Ross
**Sent:** Tuesday, October 17, 2023 1:03 PM
**To:** Reza <rmirzaie@raklaw.com>
**Subject:** RE: Cobblestone Carrier Cases & Samsung

Reza,
We missed each other a few weeks ago when we were going to try and catch up on the carrier cases and the Samsung cases.  You around this week to discuss?
BR,
Ross

Ross R. Barton
Partner
**ALSTON & BIRD**
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
+1 704 444 1287 (O)
+1 704 909 9179 (M)
Ross.Barton@alston.com

---

**From:** Reza <rmirzaie@raklaw.com>
**Sent:** Monday, October 2, 2023 12:19 AM

1

**To:** Barton, Ross <Ross.Barton@alston.com>
**Subject:** Re: Cobblestone Carrier Cases & Samsung

**EXTERNAL SENDER – Proceed with caution**

Sounds good. Will call you then. Thanks.

Talk soon.

Reza

> On Sep 29, 2023, at 12:03 PM, Barton, Ross <Ross.Barton@alston.com> wrote:
>
> No worries. I could do 12:30 PT.
>
> Ross R. Barton
> Partner
> ALSTON & BIRD LLP
> 1120 South Tryon Street
> Suite 300
> Charlotte, NC 28203
> +1.704.444.1287 (O)
> +1.704.909.9179 (M)
>
> _____
> From: Reza <rmirzaie@raklaw.com>
> Sent: Friday, September 29, 2023 2:59:58 PM
> To: Barton, Ross <Ross.Barton@alston.com>
> Subject: Re: Cobblestone Carrier Cases & Samsung
>
> EXTERNAL SENDER – Proceed with caution
> _____
>
>
> Hi,
>
> Sorry for the late notice, but I now have an unexpected conflict for the rest of the day. Any chance you can chat on Monday, between 11 am and 1:30 pm PST? Apologies for any inconvenience.
>
> Thanks
> Reza
>
> On Sep 27, 2023, at 7:50 AM, Barton, Ross <Ross.Barton@alston.com> wrote:
>
>
>
> No worries. Friday is pretty open. 1PT/4ET?
>
>
>
> Ross R. Barton

2

> Partner

> ALSTON & BIRD

>

> 1120 South Tryon Street

>

> Suite 300

>

> Charlotte, NC 28203

>

> +1 704 444 1287 (O)

> +1 704 909 9179 (M)

> Ross.Barton@alston.com<mailto:Ross.Barton@alston.com>

>

>

>

>

>

> From: Reza <rmirzaie@raklaw.com>

> Sent: Wednesday, September 27, 2023 10:34 AM

> To: Barton, Ross <Ross.Barton@alston.com>

> Subject: Re: Cobblestone Carrier Cases & Samsung

>

>

>

> EXTERNAL SENDER – Proceed with caution

>

> _____

>

>

>

>

>

>

>

> Hi Ross,

>

>

>

> Sorry for the delayed response. Having a crazy month. Are you free to catch up this Friday? If so, what times work?

>

>

>

> Thanks

>

> Reza

>

>

>

> On Sep 20, 2023, at 9:40 AM, Barton, Ross <Ross.Barton@alston.com<mailto:Ross.Barton@alston.com>> wrote:

>

>

>

3

> Hi Reza,
>
> I wanted to follow up on our conversation a few weeks ago about how y'all envision the Carrier cases and the Samsung cases moving forward. Let me know if there's a good time for us to jump on a call to discuss. Thanks.
>
> BR,
>
> Ross
>
>
>
> Ross R. Barton
> Partner
> ALSTON & BIRD
>
> 1120 South Tryon Street
>
> Suite 300
>
> Charlotte, NC 28203
>
> +1 704 444 1287 (O)
> +1 704 909 9179 (M)
> Ross.Barton@alston.com<mailto:Ross.Barton@alston.com>
>
>
>
>
>
>
>
> _____
>
> NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.
>