**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>　　　Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>　　　Intervenors. | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY<br>LLC; AT&T CORP.,<br>　　　Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>　　　Intervenors. | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS,<br>　　　Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>　　　Intervenors. | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSE TO MOTION TO CONSOLIDATE**

Plaintiff respectfully files this motion to extend the deadline to file its opposition to

Defendants' Opposed Motion to Consolidate Cases (Dkt. 93) in this matter. Plaintiff's response is

due December 29, 2023.  Plaintiff respectfully requests an extension until and including January 12, 2024 to allow more time to prepare the response in light of the holidays.

This extension is not sought for purposes of delay, and the Parties do not anticipate these extensions to affect any other deadlines in this case.  Defendants are unopposed to the extension request.

Dated: December 22, 2023                          Respectfully submitted,

/s/ Jonathan Ma
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST &
KABAT
12424 Wilshire Boulevard, 12th
Floor Los Angeles, CA  90025
Telephone: 310-826-7474
Email:
rmirzaie@raklaw.com
Email:
mfenster@raklaw.com
Email:
nrubin@raklaw.com
Email:
cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 22nd day of December, 2023.

/s/ *Jonathan Ma*
Jonathan Ma

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

/s/ *Jonathan Ma*
Jonathan Ma