IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00477-JRG-RSP |
| T-MOBILE USE, INC, | § § | (Lead) |
| *Defendant.* | § § § | |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time to File Response filed by Plaintiff Cobblestone Wireless, LLC. **Dkt. No. 94**. After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Plaintiff's deadline to respond to Defendants' Motion to Consolidate, Dkt. No. 93, is extended to January 12, 2024.

**SIGNED this 27th day of December, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1