AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC )<br>*Plaintiff* )<br>v. ) Case No. 2:22-cv-00477-JRG<br>T-MOBILE USA, INC.; T-MOBILE US, INC., ET AL., )<br>*Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC       .

Date:   12/27/2023

/s/ James N. Pickens
*Attorney's signature*

James N. Pickens SBN307474
*Printed name and bar number*

RUSS, AUGUST & KABAT
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

*Address*

jpickens@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

Print     Save As...     Reset