# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br>v.<br><br>T-MOBILE USA, INC.; T-MOBILE US, INC.,<br><br>*Defendants*.<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br>Intervenors. | Case No. 2:22-cv-00477-JRG-RSP<br><br>**LEAD CASE** |
| COBBLESTONE WIRELESS, LLC,<br>PLAINTIFF,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br><br>*Defendants*.<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br>Intervenors. | Case No. 2:22-cv-00474-JRG-RSP<br><br>**MEMBER CASE** |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br>v.<br><br>VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>*Defendants*. | Case No. 2:22-cv-00478-JRG-RSP<br><br>**MEMBER CASE** |

| |
|---|
| NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br>    Intervenors. |

### NOTICE OF COMPLIANCE

Plaintiff Cobblestone Wireless, LLC hereby notifies the Court that it has served its proposed claim terms in compliance with P.R. 4-1 on counsel for Defendants and Intervenors *via* electronic mail on January 9, 2024.

Dated: January 10, 2024                                           Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Amy E. Hayden
CA State Bar No. 287026
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: ahayden@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of January, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

      */s/ Reza Mirzaie*