UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERISON WIRELESS<br><br>Defendants, | Case No. 2:23-cv-00382-JRG-RSP<br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br><br>AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP.,<br><br>Defendants, | Case No. 2:23-cv-00380-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br>v.<br><br>T-MOBILE USA, INC.<br><br>Defendant | Case No. 2:23-cv-00381-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

------AND------

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERISON WIRELESS<br><br>Defendants, | Case No. 2:22-cv-00477-JRG-RSP<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| ERICSSON INC., and NOKIA OF AMERICA CORPORATION<br>                    Intervenors, | |
| COBBLESTONE WIRELESS, LLC,<br><br>                    Plaintiff,<br><br>AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP.,<br><br>                    Defendants,<br><br>ERICSSON INC., and NOKIA OF AMERICA CORPORATION<br>                    Intervenors, | Case No. 2:22-cv-00474-JRG-RSP<br>             (Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>                    Plaintiff,<br>v.<br><br>T-MOBILE USA, INC.<br><br>                    Defendant,<br><br>ERICSSON INC., and NOKIA OF AMERICA CORPORATION<br>                    Intervenors. | Case No. 2:22-cv-00478-JRG-RSP<br>             (Member Case)<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF PLAINTIFF'S SUR-REPLY IN OPPOSITION TO MOTION TO CONSOLIDATE**

I, Reza Mirzaie, declare and state as follows:

1. I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff AlmondNet, Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Motion to Consolidate. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2

2.     Attached as Exhibit A is Docket Number 48 from *Immersion Corp. v. Samsung Elecs. Am., Inc.*, No. 2:17-cv-00572-JRG (E.D. Tex. Apr. 27, 2018)

3.     Attached as Exhibit B is Docket Number 61 from *Immersion Corp. v. Samsung Elecs. Am., Inc.*, No. 2:17-cv-00572-JRG (E.D. Tex. Apr. 27, 2018)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2024, at Los Angeles, California.

*/s/ Reza Mirzaie*  
Reza Mirzaie