IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>　　　Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>　　　Intervenors. | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY<br>LLC; AT&T CORP.,<br>　　　Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>　　　Intervenors. | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS,<br>　　　Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>　　　Intervenors. | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone") and Defendants T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a

(collectively, the "Parties") file this Motion to Amend the Docket Control Order [Dkt. No. 62] to request for an extension to comply with Local Patent Rule 4-3. The current deadline for the Parties to file the Joint Claim Construction and Prehearing Statement and to serve 4-3(b) Expert Disclosures is February 8, 2024. The Parties have agreed to forego depositions, and thus will not have claim construction discovery that would otherwise occur between the deadlines to comply with Local Patent Rule 4-3 and 4-4. Because the Parties will not need time for claim construction discovery, the Parties respectfully request the deadline to comply with Local Rule P.R. 4-3 be extended to March 5, 2024, in order to allow the parties more time to prepare their expert disclosures, intrinsic evidence cites, and joint claim construction chart.

       This extension is not sought for purposes of delay and the Parties do not anticipate any other deadlines will be affected.

       A proposed Amended Docket Control Order is attached herewith.

Dated: February 7, 2024                    Respectfully submitted,

/s/ Reza Mirzaie
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST &
KABAT
12424 Wilshire Boulevard, 12th
Floor Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC**

/s/ Michael C. Deane
David S. Frist
David.Frist@alston.com
John Daniel Haynes
John.Haynes@alston.com
Emily Welch
Emily.Welch@alston.com
Michael Clayton Deane
Michael.Deane@alston.com
Katherine Donald
Katie.Donald@alston.com
Sloane Sueanne Kyrazis
Sloane.Kyrazis@alston.com
**ALSTON & BIRD LLP**

3

1201 West Peachtree Street NW
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777

Ross Ritter Barton
Ross.Barton@alston.com
**ALSTON & BIRD LLP**
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
704-444-1287
Fax: 704-444-1111
Theodore Stevenson, III
Adam Ahnhut
Ted.Stevenson@alston.com
Adam.ahnhut@alston.com
**ALSTON & BIRD LLP**
2200 Ross Ave
Suite 2300
Dallas, TX 75201
214-922-3507
Fax: 214-922-3899

*Attorneys for AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc. and Nokia of America Corporation*

Deron Dacus
ddacus@dacusfirm.com
**The Dacus Firm**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903-705-1117
Fax: 903-581-2543

*Attorney for AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc. and Nokia of America Corporation*

Melissa R. Smith
melissa@gillamsmithlaw.com
Tom Gorham
tom@gillamsmithlaw.com

4

**Gillam & Smith LLP**
102 N. College, Suite 800
Tyler, TX 75702
903-934-8450
Fax: 903-934-9257

*Attorneys for T-Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 7th day of February 2024.

/s/ Reza Mirzaie

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is jointly sought.

/s/ Reza Mirzaie

5