**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § <br> §<br>*Plaintiff,* § <br> §<br> v. § <br> §<br> T-MOBILE USA, INC *et al.*, § <br> §<br>*Defendants.* § | CIVIL ACTION NO. 2:22-CV-00477-JRG-RSP <br> (Lead) |

**ORDER**

Before the Court is the Joint Motion to Amend Docket Control Order to extend the deadline to comply with Local Rule P.R. 4-3. **Dkt. No. 101**. After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline for the parties to comply with Local Rule P.R. 4-3 is extended to March 5, 2024.

**SIGNED this 9th day of February, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1