IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>Defendant, | § § § § § § § § § § | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br><br>Defendants, | § § § § § § § § § § § | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendant, | § § § § § § § § § § § § | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF ADAM AHNHUT**

Notice is hereby given that the undersigned attorney, Adam Ahnhut, enters his appearance in the above-referenced proceedings for Defendants AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc., and Nokia of America Corporation ("Defendants"). Defendants respectfully request that the Court takes note of this Notice of Appearance and makes Adam Ahnhut their counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced

-1-

proceedings that are not filed via ECF should be emailed or faxed to Adam Ahnhut at the address set forth below.

Dated: February 14, 2024       Respectfully submitted,

*s/ Adam Ahnhut*
Adam Ahnhut (TX Bar No. 24106983)
adam.ahnhut@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Email: adam.ahnhut@alston.com
Telephone: 214-922-3400
Facsimile: 214-922-3899
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ *Adam Ahnhut*
Adam Ahnhut (TX Bar No. 24106983)
adam.ahnhut@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Email: adam.ahnhut@alston.com
Telephone: 214-922-3400
Facsimile: 214-922-3899
*Counsel for Defendants*