| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No:   310-826-7474 | | For Court Use Only |
|---|---|---|
| Attorney For:   Plaintiff | Ref. No. or File No.:<br>4673-002B | |

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for The Eastern District of Texas - Marshall Division |
|---|

| Plaintiff:   COBBLESTONE WIRELESS, LLC<br>Defendant:   T-MOBILE USA, INC.; ET AL |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div. | Case Number:<br>2:22-cv-00477-JRG-RSP |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Notice of Related Cases; Case assigned to District Judge Rodney Gilstrap and Magistrate Judge Roy S. Payne. (ch,); In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment; Plaintiff's Rule 7.1 Disclosure Statement; Jury Trial Demanded

3.  a.   Party served:      T-Mobile US, Inc. Corporation Service Company
    b.   Person served:    Lynanne Gares, Employee, Corporation Service Company, Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4.  Address where the party was served:    251 Little Falls Dr, Wilmington, DE 19808

5.  I served the party:
    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Dec 20 2022 (2) at: 11:50 AM

6.  Person Who Served Papers:
    a. John Garber
    b. FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

    d. The Fee for Service was:   $335.30

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12-21-22
(Date)

_____
(Signature)

PROOF OF
SERVICE

8115319
(5178244)

FL
FIRST LEGAL

| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No:   310-826-7474 | | *For Court Use Only* |
|---|---|---|
| Attorney For:   Plaintiff | Ref. No. or File No.:<br>4673-002B | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court for The Eastern District of Texas - Marshall Division

Plaintiff:   COBBLESTONE WIRELESS, LLC
Defendant:   T-MOBILE USA, INC.; ET AL

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:22-cv-00477-JRG-RSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Notice of Related Cases; Case assigned to District Judge Rodney Gilstrap and Magistrate Judge Roy S. Payne. (ch, ) ; In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment; Plaintiff's Rule 7.1 Disclosure Statement; Jury Trial Demanded

3.  a.   Party served:     T-Mobile USA, Inc. Corporation Service Company
    b.   Person served:   Lynanne Gares, Employee, Corporation Service Company, Registered Agent , authorized to accept served under F.R.C.P. Rule 4.

4.  Address where the party was served:   251 Little Falls Dr, Wilmington, DE 19808

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Dec 20 2022 (2) at: 11:50 AM

6.  **Person Who Served Papers:**
    a. John Garber
    b. **FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

    d. **The Fee for Service was:**   $335.30

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12-21-22

(Date)                                    (Signature)



PROOF OF
SERVICE

8115328
(5178241)