**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § § *Plaintiff,* § § v. § § T-MOBILE USA, INC *et al.*, § § *Defendants.* § | CIVIL ACTION NO. 2:22-CV-00477-JRG-RSP (Lead) |

**ORDER**

Before the Court is the Joint Motion to Amend Docket Control Order to extend the deadline to comply with Local Rules P.R. 4-3 and 4-4. **Dkt. No. 105**. After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline for the parties to comply with Local Rule P.R. 4-3 and Local Rule P.R. 4-4 is extended to March 12, 2024.

**SIGNED this 13th day of March, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE