# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>    Defendant,<br><br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>        Intervenors. | Case No. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC;<br>AT&T CORP.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>        Intervenors. | Case No. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON<br>WIRELESS.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>        Intervenors. | Case No. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF CHRISTIAN W. CONKLE IN SUPPORT OF PLAINTIFF COBBLESTONE WIRELESS, LLC'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Christian W. Conkle, declare and state as follows:

1. I am a member of the State Bar of California, an attorney at the firm of Russ, August & Kabat, and counsel of record for Plaintiff Cobblestone Wireless, LLC, in the above-captioned actions. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,891,347, dated November 18, 2014.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 9,094,888, dated July 28, 2015.

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 10,368,361, dated July 30, 2019.

5. Attached as Exhibit 4 is a true and correct copy of the Declaration of James A. Proctor, as served by Defendants and Intervenors in the above-captioned actions on March 12, 2024.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from *T-Mobile USA, Inc. et al. v. Cobblestone Wireless, LLC*, IPR2024-00137, Paper 1 (Petition for *Inter Partes* Review) (PTAB Nov. 22, 2023).

7. Attached as Exhibit 6 is a true and correct copy of excerpts from *T-Mobile USA, Inc. et al. v. Cobblestone Wireless, LLC*, IPR2024-00137, Ex. 1005 (Declaration of James A. Proctor) (PTAB Nov. 22, 2023).

8. Attached as Exhibit 7 is a true and correct copy of excerpts from *T-Mobile USA, Inc. et al. v. Cobblestone Wireless, LLC*, IPR2024-00136, Paper 1 (Petition for *Inter Partes* Review) (PTAB Dec. 4, 2023).

3

9.  Attached as Exhibit 8 is a true and correct copy of excerpts from *T-Mobile USA, Inc. et al. v. Cobblestone Wireless, LLC*, IPR2024-00136, Ex. 1005 (Declaration of James A. Proctor) (PTAB Dec. 4, 2023).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2024 at Los Angeles, CA.

*/s/ Christian W. Conkle*
Christian W. Conkle

3