# Exhibit 6

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., Cellco Partnership d/b/a Verizon Wireless, Nokia of America Corporation, Ericsson Inc.

Petitioners

v.

Cobblestone Wireless, LLC,

Patent Owner

_____

Case IPR2024-00137

U.S. Patent No. 9,094,888

_____

**DECLARATION OF JAMES A. PROCTOR IN SUPPORT OF PETITION FOR INTER PARTES REVIEW OF UNITED STATES PATENT NO. 9,094,888**

about starting the preparation and provides the necessary information to the target system in the format required by the target system." Ex. 1223 at 77-78.

189. A POSITA would have understood that in order for one system to provide information to another system, the two systems must be communicatively coupled.

### C. Dependent claim 12

***Claim 12: A method according to claim 9, wherein the adapting one or more beams comprises adapting one or more beams based, at least in part, on one of a predetermined network load placed on the first wireless network due to the handoff of the wireless device or an effect of adapting one or more beams on other wireless devices currently communicatively coupled to the first wireless network.***

190. Chitrapu discloses obvious this claim limitation.

191. Chitrapu discloses adapting one or more beams based, at least in part, on one of (i) a predetermined network load placed on the first wireless network due to the handoff of the wireless device or (ii) an effect of adapting one or more beams on other wireless devices currently communicatively coupled to the first network.

192. Specifically, this limitation is described in Chitrapu as part of the "smart handover" triggering event. Ex. 1003, ¶[0108] ("The first step is to trigger the smart handover process through the occurrence of a triggering event."). The triggering event is based on a predetermined threshold. *E.g.*, Ex. 1003, ¶[0108] ("The triggering event preferably includes thresholds relating to . . . [*e.g.*,] base station load . . . .").

193. Chitrapu discloses one of the triggering events can be a high concentration of uses: "a significantly high concentration of users in a small area can also be used as a triggering event." Ex. 1003, ¶[0078]; Ex. 1003, ¶[0061] ("FIG. 2 illustrates the dynamic use of shaped transmission beams to address a specific concentration of users."); *see also* Ex. 1003, Fig. 10; Ex. 1003, ¶[0107] ("[I]n FIG. 10, a high concentration of users proximate base station BS2 has resulted in the 'smart' handover determination."). Figure 2 (annotated below) illustrates "the dynamic use of shaped transmission beams to address a specific concentration of users." Ex. 1003, ¶[0061].

**Ex. 1003, Fig. 2 (annotated)**



station load . . . ."); This load could be due to "a significantly high concentration of users in a small area can also be used as a triggering event." Ex. 1003, ¶[0078]; Ex. 1003, ¶[0061]; Ex. 1003, Fig. 2.

## X.     CONCLUSION

220.    I hereby declare that all statements made of my own knowledge are true and that all statements made on information and belief are believed to be true. I further declare that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of the Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this proceeding. Executed on this 21st day of November, 2023 by:

James A. Proctor