**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> T-MOBILE USA, INC. ET AL., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:22-CV-00477-JRG-RSP <br> (LEAD CASE) |

**ORDER**

It is **ORDERED** that Michael Paul is hereby appointed as the Court's technical advisor in the above-captioned case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Paul's contact information is as follows:

> Michael D. Paul
> Michael D. Paul, PLLC
> 26110 High Timber Pass St.
> San Antonio, TX 78260-8041
> Phone: (210) 473-8696
> Email: mdeanpaul@gmail.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to mdeanpaul@gmail.com. If the document was filed with the Court, the copy must include the CM/ECF header. For claim construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Paul within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Paul no later than one business day after filing future claim construction material.

**SIGNED this 5th day of April, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE