IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>    Defendant, | §§§§§§§§§§§ | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br><br>    Defendants, | §§§§§§§§§§§§ | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>    Defendant, | §§§§§§§§§§§§§ | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF DARLENA SUBASHI**

Notice is hereby given that the undersigned attorney, Darlena Subashi, enters her appearance in the above-referenced proceedings for Defendants AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc., and Nokia of America Corporation ("Defendants"). Defendants respectfully request that the Court takes note of this Notice of Appearance and makes Darlena Subashi their counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Darlena

Subashi at the address set forth below.

Dated: April 22, 2024                         Respectfully submitted,

*s/ Darlena Subashi*
Darlena Subashi (NY Bar No. 5780747)
darlena.subashi@alston.com
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Email: darlena.subashi@alston.com
Telephone: 214-922-3577
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ Darlena Subashi
Darlena Subashi (NY Bar No. 5780747)
darlena.subashi@alston.com
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Email: darlena.subashi@alston.com
Telephone: 214-922-3577
*Counsel for Defendants*