# EXHIBIT B

## Exhibit C - U.S. Patent No. 10,368,361 ("'361 Patent")

Accused Instrumentalities: cellular base stations that support 3GPP NG-RAN supporting directional Supplementary Uplink (SUL) and/or Bandwidth Adaptation functionality, and all versions and variations thereof since the issuance of the asserted patent. Based upon publicly available information and without the benefit of discovery in this case, these base stations include, but are not limited to the following products sold by Nokia, Ericsson, and Samsung:

**Nokia:** AirScale base station, AirScale radio and baseband, AirScale 5G mMIMO base station, ReefShark System on Chip and all products containing the same, AirScale Osprey, AirScale Habrok, AirScale mRRH, AirScale pRRH, AirScale 4.5G Pro RRH, AirScale sHUB, FZHR, AHBOA, FSIH, FHFB, AZHL, AAFIA, 32TRX, and 64TRX.

**Ericsson:** 5G AIR products, 5G Baseband products, 5G Radio products, 5G Antenna products, AIR 1279, AIR 3218, AIR 3219, AIR 3229, AIR 3239, AIR 3246, AIR 3258, AIR 3268, AIR 3283, AIR 6419, AIR 6428, AIR 6468, AIR 6476, AIR 6488, Interleaved AIR, Baseband 5216, Baseband 6502, Baseband 6648, 5G Radio Dot, Radio 4407, Radio 4408, Radio 4412, Radio 4418, Radio 4485, Radio 4490, Radio 8808, Radio 8863, Antenna 4600, Antenna 4602, Antenna 5500, and Antenna 6600.

**Samsung:** 5G base stations, 4T4R CBRS Radio, 32T32R Radio, 64T64R Radio, C-Band Radio, CDU50, One Antenna Radio, Link Hub, and Link HubPro.

## Claim 10

| Claim 10 | Public Documentation |
|---|---|
| [10pre] A wireless base station for a wireless communication network, the wireless base station comprising: | To the extent the preamble is found to be limiting, the Accused Instrumentalities comprise a wireless base station for a wireless communication network.<br><br>For example, the Accused Instrumentalities include an NG-RAN node, such as a gNB, which performs wireless communication in accordance with NG-RAN architecture. This structure is described, for example, in 3GPP standards documents such as TS 38.104 v15.5.0, TS 38.101-1 v15.5.0, TS 38.300 V2.0.0, and associated documents, which describe aspects of the operations associated with components of the Accused Instrumentalities. |