# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    *Plaintiff*,<br>  v.<br><br>T-MOBILE USA, INC.,<br><br>    *Defendant*. | Case No. 2:22-cv-00477-JRG-RSP<br><br>**LEAD CASE** |
| COBBLESTONE WIRELESS, LLC, PLAINTIFF,<br><br>  v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br><br>    *Defendants*. | Case No.  2:22-cv-00474-JRG-RSP<br><br>**MEMBER CASE** |
| COBBLESTONE WIRELESS, LLC,<br><br>    *Plaintiff,*<br><br>  v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    *Defendant*. | Case No. 2:22-cv-00478-JRG-RSP<br><br>**MEMBER CASE** |

**PLAINTIFF COBBLESTONE'S FIRST SET OF INDIVIDUAL INTERROGATORIES
TO THE T-MOBILE DEFENDANT GROUP**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff

Cobblestone Wireless, LLC ("Cobblestone" or "Plaintiff") serves this First Set of Individual

1

each case including but not limited to those products identified by Plaintiff as those alleged to infringe any one or more of the Asserted Patents, including those described in the Complaint or identified in Plaintiff's operative infringement contentions (inclusive of any subsequent amendments or supplements thereto) served in this case, that you currently make, use, sell, offer for sale, import into the United States, sell for importation within the United States, and/or sell after importation into the United States or that you have made, used, sold, offered for sale, imported into the United States, sold for importation within the United States, and/or sold after importation into the United States, and similar products, since December 16, 2016.

14. The term "'361 Accused Products" refers to all of your cellular base stations that support 3GPP NG-RAN and/or supporting directional Supplementary Uplink (SUL) and/or Bandwidth Adaptation functionality, in each case including but not limited to those products identified by Plaintiff as those alleged to infringe any one or more of the Asserted Patents, including those described in the Complaint or identified in Plaintiff's operative infringement contentions (inclusive of any subsequent amendments or supplements thereto) served in this case, that you currently make, use, sell, offer for sale, import into the United States, sell for importation within the United States, and/or sell after importation into the United States or that you have made, used, sold, offered for sale, imported into the United States, sold for importation within the United States, and/or sold after importation into the United States, and similar products, since July 30, 2019

15. The term "'196 Accused Products" refers to cellular handsets that include iOS and/or Android operating systems and support WiFi-only automatic updates, in each case including but not limited to those products identified by Plaintiff as those alleged to infringe the '196 Patent, including those described in the Complaint or identified in Plaintiff's operative

8