# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | Case No. 2:22-cv-00477-JRG-RSP |
| *Plaintiff*, | **LEAD CASE** |
| v. | |
| T-MOBILE USA, INC., | |
| *Defendants,* | |
| NOKIA OF AMERICA CORPORATION, ERICSSON INC. | |
| Intervenors, | |
| COBBLESTONE WIRELESS, LLC, PLAINTIFF, | Case No. 2:22-cv-00474-JRG-RSP |
| v. | **MEMBER CASE** |
| AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP., | |
| *Defendants*, | |
| NOKIA OF AMERICA CORPORATION, ERICSSON INC. Intervenors, | |
| COBBLESTONE WIRELESS, LLC, | Case No. 2:22-cv-00478-JRG-RSP |
| *Plaintiff,* | **MEMBER CASE** |
| v. | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | |
| *Defendant*s, | |
| NOKIA OF AMERICA CORPORATION, | |

1

States or that you have made, used, sold, offered for sale, imported into the United States, sold for importation within the United States, and/or sold after importation into the United States, and similar products, since December 16, 2016.

16. The term "'888 Accused Products" refers to all of your 4G LTE and 5G NR cellular base stations that support handover between 4G LTE and 5G NR wireless networks, in each case including but not limited to those products identified by Plaintiff as those alleged to infringe any one or more of the Asserted Patents, including those described in the Complaint or identified in Plaintiff's operative infringement contentions (inclusive of any subsequent amendments or supplements thereto) served in this case, that you currently make, use, sell, offer for sale, import into the United States, sell for importation within the United States, and/or sell after importation into the United States or that you have made, used, sold, offered for sale, imported into the United States, sold for importation within the United States, and/or sold after importation into the United States, and similar products, since December 16, 2016.

17. The term "'361 Accused Products" refers to all of your cellular base stations that support 3GPP NG-RAN and/or supporting directional Supplementary Uplink (SUL) and/or Bandwidth Adaptation functionality, in each case including but not limited to those products identified by Plaintiff as those alleged to infringe any one or more of the Asserted Patents, including those described in the Complaint or identified in Plaintiff's operative infringement contentions (inclusive of any subsequent amendments or supplements thereto) served in this case, that you currently make, use, sell, offer for sale, import into the United States, sell for importation within the United States, and/or sell after importation into the United States or that you have made, used, sold, offered for sale, imported into the United States, sold for importation within the United