**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br><br> v. <br><br> T-MOBILE USA, INC. <br> *Defendant*, <br><br> NOKIA OF AMERICA CORPORATION, ERICSSON, INC. <br> *Intervenors*. | CASE NO. 2:22-cv-00477-JRG-RSP <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br><br> v. <br><br> AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP., <br> *Defendants*, <br><br> NOKIA OF AMERICA CORPORATION, ERICSSON, INC. <br> *Intervenors*. | CASE NO. 2:22-cv-00474-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br> *Defendant*, <br><br> NOKIA OF AMERICA CORPORATION, ERICSSON, INC. <br> *Intervenors*. | CASE NO. 2:22-cv-00478-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS'
<u>MOTION FOR PROTECTIVE ORDER</u>**

2

Before the Court is Defendants' and Intervenors' Motion for Protective Order (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.