**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC | § | |
| | § | |
| v. | § | Case No. 2:22-CV-0477-JRG-RSP |
| | § | |
| T-MOBILE USA, INC., ET AL. | § | |

**Markman Hearing
MAG. JUDGE ROY PAYNE PRESIDING
May 2, 2024**

**OPEN:** 1:30 pm　　　　　　　　　　　　　　　　　　　**ADJOURN:** 3:43 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Christian Conkle |
| | Amy Hayden |
| | Peter Tong |
| | Andrea Fair |
| | |
| ATTORNEY FOR DEFENDANTS: | John Haynes |
| | David Frist |
| | Michael Deane |
| | Tom Gorham |
| | |
| TECHNICAL ADVISOR: | Mike Paul |
| | |
| LAW CLERK: | Kyle Dockendorf |
| | |
| COURT REPORTER: | Shawn McRoberts |
| | |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Andrea Fair introduced co-counsel and announced ready.  Tom Gorham introduced co-counsel and announced ready.

The Court heard argument on a term by term basis.  Christian Conkle and Peter Tong presented argument on behalf of Plaintiff.  John Haynes and David Frist presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.