IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>　　　Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>　　　Intervenors. | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.; AT&T MOBILITY LLC; AT&T CORP.,<br>　　　Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>　　　Intervenors. | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br>　　　Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>　　　Intervenors. | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER**

1

Plaintiff Cobblestone Wireless, LLC ("Cobblestone") files this Unopposed Motion to Amend the Docket Control Order. Cobblestone requests the following extensions to the close of fact discovery and related deadlines to accommodate the complex scheduling and coordination of depositions of a greater than expected number of witnesses, as well as ongoing negotiations about the scope of 30(b)(6) topics. The parties have extensively met and conferred over many weeks to negotiate the scheduling and scope of depositions. This process resolved many disputes, but in the end, Defendants were not able to make several of its witnesses available during the fact discovery period.  Further, one of Cobblestone's witnesses was made available during fact discovery, but Defendants requested that Cobblestone postpone the deposition by one week, outside of the original close of discovery.

Because Defendants' witnesses were not made available during the current fact discovery period and because Defendants requested to postpone Cobblestone's witness until after the close of fact discovery, Cobblestone seeks to extend the close of fact discovery by 11 days.  To accommodate that extension, Cobblestone further requests a corresponding 11-day extension for opening and rebuttal expert reports, the expert discovery deadline, and the deadline for expert and dispositive motions and responses.  With the requested extension, the briefing on dispositive and expert motions should be complete more than three weeks before the August 21, 2024 Pretrial Conference.  For these reasons, Cobblestone submits good cause exists for the requested extensions.

This extension is not sought for purposes of delay and Cobblestone does not anticipate any other deadlines will be affected. A proposed Amended Docket Control Order is attached herewith.

| Current Deadline | New Deadline | Description |
|---|---|---|
| July 1, 2024 | July 12, 2024 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed <u>prior</u> to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[1] Motions for Summary Judgment shall comply with Local Rule CV-56. |
| June 17, 2024 | June 28, 2024 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| June 17, 2024 | June 28, 2024 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  <u>Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties.</u> |
| June 14, 2024 | June 25, 2024 | Deadline to Complete Expert Discovery |
| June 3, 2024 | June 14, 2024 | Serve Disclosures for Rebuttal Expert Witnesses |
| May 13, 2024 | May 24, 2024 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| May 6, 2024 | May 17, 2024 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

---

1 The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." If the deadline under Local Rule CV 7(e) exceeds the deadline for Response to Dispositive Motions, the deadline for Response to Dispositive Motions controls.

Cobblestone first proposed the revised schedule to Defendants on Monday, April 29; however, Defendants did not provide their position until Friday, May 3, requesting that Cobblestone make this motion unopposed.

Dated: May 3, 2024

*/s/ Amy E. Hayden by permission Andrea Fair*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Neil A. Rubin
CA State Bar No. 250761
Amy E. Hayden
CA State Bar No. 287026
James Pickens
CA State Bar No. 307474
Jonathan Ma
CA State Bar No. 312773
Christian W. Conkle
CA State Bar No. 306374
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_cobblestone@raklaw.com

Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AGUUST & KABAT
4925 Greenville Ave, Suite 200
Dallas, TX 75206
Telephone: 310-826-7474
rak_cobblestone@raklaw.com

Andrea Fair
Ward Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
andrea@wsfirm.com

**Attorneys for Plaintiff,
Cobblestone Wireless, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 3rd day of May, 2024.

*/s/ Andrea Fair*
Andrea Fair

## CERTIFICATE OF CONFERENCE

The parties have met and conferred to discuss the relief requested in this Motion. This Motion is unopposed.

*/s/ Andrea Fair*
Andrea Fair
