# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>   Defendant, | § § § § § § § § § § § | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br><br>   Defendants, | § § § § § § § § § § § § | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>   Defendant, | § § § § § § § § § § § § § | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF M. SCOTT STEVENS

Notice is hereby given that the undersigned attorney, M. Scott Stevens, enters his appearance in the above-referenced proceedings for Defendants AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc., and Nokia of America Corporation ("Defendants"). Defendants respectfully request that the Court takes note of this Notice of Appearance and makes M. Scott Stevens their counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to M. Scott

Stevens at the address set forth below.

Dated: May 7, 2024                                  Respectfully submitted,

                                                                *s/ M. Scott Stevens*
                                                               M. Scott Stevens (NC Bar No. 37828)
                                                               scott.stevens@alston.com
                                                               ALSTON & BIRD LLP
                                                               1120 S Tryon St, Suite 300
                                                               Charlotte, NC 28203-6818
                                                               Email: scott.stevens@alston.com
                                                               Telephone: 704-444-1100
                                                               Facsimile: 704-444-1111
                                                               *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

*/s/ M. Scott Stevens*
M. Scott Stevens (NC Bar No. 37828)
scott.stevens@alston.com
ALSTON & BIRD LLP
1120 S Tryon St, Suite 300
Charlotte, NC 28203-6818
Email: scott.stevens@alston.com
Telephone: 704-444-1100
Facsimile: 704-444-1111
*Counsel for Defendants*
