# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>*Defendant*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br>*Intervenors*. | §§§§§§§§§§§§§ | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br><br>*Defendants*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br>*Intervenors*. | §§§§§§§§§§§§§§ | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>*Defendant*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br>*Intervenors*. | §§§§§§§§§§§§§§ | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**SEALED EXHIBITS D AND I TO DEFENDANTS' AND INTERVENORS' MOTION FOR PROTECTIVE ORDER AND IN THE ALTERNATIVE, MOTION TO STRIKE**

███████████████████████████

Respectfully submitted: April 29, 2024

>/s/ David S. Frist
>David S. Frist
>  David.Frist@alston.com
>John Daniel Haynes
>  John.Haynes@alston.com
>Emily Welch
>  Emily.Welch@alston.com
>Michael Clayton Deane
>  Michael.Deane@alston.com
>Sloane Sueanne Kyrazis
>  Sloane.Kyrazis@alston.com
>ALSTON & BIRD LLP
>1201 West Peachtree Street NW
>Atlanta, GA 30309
>404-881-7000
>Fax: 404-881-7777
>
>Ross Ritter Barton
>  Ross.Barton@alston.com
>ALSTON & BIRD LLP
>1120 South Tryon Street
>Suite 300
>Charlotte, NC 28203
>704-444-1287
>Fax: 704-444-1111
>
>Theodore Stevenson, III
>  Ted.Stevenson@alston.com
>Adam Ahnhut
>  Adam.ahnhut@alston.com
>ALSTON & BIRD LLP
>2200 Ross Ave
>Suite 2300
>Dallas, TX 75201
>214-922-3507
>Fax: 214-922-3899
>
>*Attorneys for AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc. and Nokia of America Corporation*

**Deron Dacus**
ddacus@dacusfirm.com
**The Dacus Firm**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903-705-1117
Fax: 903-581-2543

*Attorney* for *AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc. and Nokia of America Corporation*

**Melissa R. Smith**
melissa@gillamsmithlaw.com
**Tom Gorham**
tom@gillamsmithlaw.com
**Gillam & Smith LLP**
102 N. College, Suite 800
Tyler, TX 75702
903-934-8450
Fax: 903-934-9257

*Attorneys for T-Mobile USA, Inc.*

██████████████████████████████

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 29, 2024, on the counsel of record via electronic mail.

*/s/ David S. Frist*
David S. Frist

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that Court has granted authorization to file the document under seal as set forth in Paragraph 19 of the Protective Order entered in this case pursuant to Local Rule CV-5(a)(7)(A).

Dated: April 29, 2024        */s/ David S. Frist*
                             David S. Frist