# EXHIBIT J

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                       MARSHALL DIVISION

 3   ---------------------------------x
     COBBLESTONE WIRELESS, LLC,       )
 4                   Plaintiff,       ) Case No.
        v.                            ) 2:22-cv-00477-JRG-RSP
 5   T-MOBILE USA. INC.; T-MOBILE     ) LEAD CASE
     US, INC.,                        )
 6                   Defendants,      )
     NOKIA OF AMERICA CORPORATION,    )
 7   ERICSSON INC.                    )
                     Intervenors.     )
 8   ---------------------------------x
     COBBLESTONE WIRELESS, LLC,       )
 9                   Plaintiff,       ) Case No.
        v.                            ) 2:22-cv-00474-JRG-RSP
10   AT&T SERVICES INC,; AT&T         ) MEMBER CASE
     MOBILITY LLC; AND AT&T CORP.,    )
11                   Defendants,      )
     NOKIA OF AMERICA CORPORATION,    )
12   ERICSSON INC.                    )
                     Intervenors.     )
13   ---------------------------------x
     COBBLESTONE WIRELESS, LLC,       )
14                   Plaintiff,       ) Case No.
     v.                               ) 2:22-cv-00478-JRG-RSP
15   VERIZON COMMUNICATIONS, INC.;    ) MEMBER CASE
     CELLCO PARTNERSHIP D/B/A         )
16   VERIZON WIRELESS,                )
                     Defendants,      )
17   NOKIA OF AMERICA CORPORATION,    )
     ERICSSON INC.                    )
18                   Intervenors.     )
     ---------------------------------x
19

20                 STATEMENT ON THE RECORD

21                Wednesday, April 24, 2024

22                      9:10 a.m. PST

23   Job No.: 535331

24   Pages: 1 - 5

25   Reported By: Wendy C. Heath, CSR 14567, RPR, CRR
```

```
1              A P P E A R A N C E S
2   ON BEHALF OF THE PLAINTIFF COBBLESTONE WIRELESS,
3   LLC:
4          NEIL RUBIN, ESQUIRE
5          Russ, August & Kabat (LA)
6          12424 Wilshire Boulevard
7          12th Floor
8          Los Angeles, California 90025
9          310-866-7474
10         Nrubin@raklaw.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                P R O C E E D I N G S
2          WHEREUPON, the following proceedings were
3   taken pursuant to the California Rules of Civil
4   Procedure.
5                *        *        *        *
6          MR. RUBIN:  This is Neil Rubin of Russ,
7   August & Kabat representing the plaintiff,
8   Cobblestone Wireless, LLC.
9          It is, by my clock, about 9:11 a.m.,
10  Pacific Time.  The deposition was noticed for a
11  start at 9 a.m., Pacific Time.  We had noticed it
12  for a corporate representative of the defendant
13  T-Mobile USA, Inc., and the topics that I was
14  hoping to examine the witness on would be topics
15  relating to carrier aggregation technology as it
16  pertains to T-Mobile's products or services,
17  specifically concerning topics in our most recent
18  30(b)(6) notice to T-Mobile, with numbers 1
19  through 11, 14, 17, 30 through 35, 39 through 50,
20  52, 54 through 58, 63, 64, 66 through 72, 74
21  through 81, 83 through 85, and 87.
22         In e-mail correspondence, counsel for
23  T-Mobile has indicated that they did not intend to
24  produce a witness on these topics or appear at
25  today's deposition.  They have not indicated that
```

1  they will appear on an alternate date.  They have
2  not requested an alternate date, and I have not
3  received any communication from them indicating
4  they will appear today, but I have been here
5  prepared to start the deposition from just prior
6  to 9 a.m.
7          So we will take a recess now.  I'm
8  planning to wait until 9:20 to give T-Mobile an
9  opportunity to appear or see if we hear anything
10 from them.
11         (Recess taken, 9:13 a.m.to 9:21 a.m.)
12         MR. RUBIN:  So back on the record.  By my
13 clock it's 9:21 a.m.  We have still not had any
14 appearance from T-Mobile counsel and there's been
15 no further communication from them indicating that
16 they're planning to attend.  So since I don't
17 expect an appearance, we will terminate the
18 deposition and go off the record.
19         WHEREUPON, the within proceedings were
20 concluded at the approximate hour of 9:21 a.m. PDT
21 on the 24th day of April, 2024.
22             *       *       *       *       *
23
24
25