# EXHIBIT K

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                     MARSHALL DIVISION

 3   ---------------------------------x
     COBBLESTONE WIRELESS, LLC,       )
 4                       Plaintiff,   ) Case No.
        v.                            ) 2:22-cv-00477-JRG-RSP
 5   T-MOBILE USA. INC.; T-MOBILE     ) LEAD CASE
     US, INC.,                        )
 6                       Defendants,  )
     NOKIA OF AMERICA CORPORATION,    )
 7   ERICSSON INC.                    )
                         Intervenors. )
 8   ---------------------------------x
     COBBLESTONE WIRELESS, LLC,       )
 9                       Plaintiff,   ) Case No.
        v.                            ) 2:22-cv-00474-JRG-RSP
10   AT&T SERVICES INC,; AT&T         ) MEMBER CASE
     MOBILITY LLC; AND AT&T CORP.,    )
11                       Defendants,  )
     NOKIA OF AMERICA CORPORATION,    )
12   ERICSSON INC.                    )
                         Intervenors. )
13   ---------------------------------x
     COBBLESTONE WIRELESS, LLC,       )
14                       Plaintiff,   ) Case No.
     v.                               ) 2:22-cv-00478-JRG-RSP
15   VERIZON COMMUNICATIONS, INC.;    ) MEMBER CASE
     CELLCO PARTNERSHIP D/B/A         )
16   VERIZON WIRELESS,                )
                         Defendants,  )
17   NOKIA OF AMERICA CORPORATION,    )
     ERICSSON INC.                    )
18                       Intervenors. )
     ---------------------------------x
19
            REPORTER'S CERTIFICATE OF NONAPPEARANCE OF
20
            CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
21
                       Conducted Virtually
22
                    Thursday, April 25, 2024
23
                         9:00 a.m. PST
24   Job No.: 535332
     Pages: 1 - 5
25   Reported By:  Rhonda Norberg, RPR, CSR No. 9265
```

```
 1                    P R O C E E D I N G S
 2
 3            I, Rhonda Norberg, Certified Shorthand
 4   Reporter, Certificate Number 9265, for the State of
 5   California, hereby certify:
 6            That at the request of Attorney
 7   JON MA, ESQUIRE, of RUSS, AUGUST & KABAT, attorneys for
 8   the Plaintiff in the above-entitled matter, I appeared
 9   remotely via videoconference at 9:00 a.m. on Thursday,
10   April 25, 2024, for the purpose of administering the
11   oath to and stenographically reporting the deposition of
12   CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS;
13            That present at the proceedings was JON MA,
14   ESQUIRE, of RUSS, AUGUST & KABAT, appearing for the
15   Plaintiff;
16            That at 9:12 a.m., the deponent having failed
17   to appear, I left the videoconference without reporting
18   the deposition of CELLCO PARTNERSHIP D/B/A VERIZON
19   WIRELESS or any proceedings related thereto, except as
20   follows:
21
22            MR. MA:  Good morning.  This is Jonathan Ma
23   from the firm Russ, August & Kabat, appearing on behalf
24   of Plaintiff Cobblestone Wireless LLC.
25            It is now 9:00 a.m., and counsel for Verizon or
```

1  any of the defendants or interveners have not appeared,
2  and no witness for any of the counterparties have
3  appeared either, and no witness for Verizon has appeared
4  either.  I will wait ten minutes to see if anyone
5  appears.
6              (A recess was taken from 9:01 a.m.
7              to 9:10 a.m.)
8          MR. MA:  The time is 9:10 a.m.  For the record,
9  Cobblestone duly noticed the 30(b)(6) deposition to
10 Verizon with respect to the following topics as they
11 relate to carrier aggregation:  Any topic relating to
12 the '361 patent or using the term "accused products or
13 relevant components; and those topics include, but are
14 not limited to, Topics 1 through 11, 14, 17, 30 to 35,
15 39 to 49, 51, 53 to 57, 62 to 63, 65 to 71, 75 to 80, 82
16 to 84, and Topic 88.
17         At this time, I would also like to mark for the
18 record Exhibit 1, Cobblestone's Notice of Deposition
19 pursuant to Federal Rule of Civil Procedure 30(b)(6) to
20 Cellco Partnership, DBA Verizon Wireless.
21             (Brief recess taken.)
22         MR. MA:  So, again, for the record, Verizon has
23 failed to provide a witness with respect to the topics I
24 listed above as they relate to carrier aggregation.
25 This deposition was noticed for today, April 25th, at

1   9:00 a.m. Pacific Time.  The time is now 9:12 a.m.
2   Pacific Time, and nobody has appeared.
3           Verizon has, thus, failed to appear at a duly
4   noticed deposition, and Cobblestone reserves all rights
5   to seek any and all appropriate relief from the court.
6                  (Exhibit No. 1 was marked for
7                  identification; attached hereto.)
8                  (Off the record at 9:12 a.m.)

```
 1                    I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby certify:
 3                    That the foregoing proceedings were taken
 4    before me at the time and place herein set forth with
 5    all participants appearing remotely; that any witnesses
 6    in the foregoing proceedings, prior to testifying, were
 7    duly sworn or affirmed; that a record of the proceedings
 8    was made by me using machine shorthand, which was
 9    thereafter transcribed under my direction; that the
10    foregoing transcript is a true record of the testimony
11    given.
12                    Further, that if the foregoing pertains to
13    the original transcript of a deposition in a federal
14    case, before completion of the proceedings, review of
15    the transcript [ ] was [ ] was not requested.
16                    I further certify I am neither financially
17    interested in the action nor a relative or employee of
18    any attorney or party to this action.
19                    IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21
22    Dated:  May 10, 2024
23
24                    _____
                      Rhonda Norberg, RPR, CSR No. 9265,
25                    CCRR No. 185
```