# EXHIBIT L

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                      MARSHALL DIVISION

 3   ----------------------------------x
     COBBLESTONE WIRELESS, LLC,        )
 4                    Plaintiff,       ) Case No.
       v.                              ) 2:22-cv-00477-JRG-RSP
 5   T-MOBILE USA. INC.; T-MOBILE      ) LEAD CASE
     US, INC.,                         )
 6                    Defendants,      )
     NOKIA OF AMERICA CORPORATION,     )
 7   ERICSSON INC.                     )
                      Intervenors.     )
 8   ----------------------------------x
     COBBLESTONE WIRELESS, LLC,        )
 9                    Plaintiff,       ) Case No.
       v.                              ) 2:22-cv-00474-JRG-RSP
10   AT&T SERVICES INC,; AT&T          ) MEMBER CASE
     MOBILITY LLC; AND AT&T CORP.,     )
11                    Defendants,      )
     NOKIA OF AMERICA CORPORATION,     )
12   ERICSSON INC.                     )
                      Intervenors.     )
13   ----------------------------------x
     COBBLESTONE WIRELESS, LLC,        )
14                    Plaintiff,       ) Case No.
     v.                                ) 2:22-cv-00478-JRG-RSP
15   VERIZON COMMUNICATIONS, INC.;     ) MEMBER CASE
     CELLCO PARTNERSHIP D/B/A          )
16   VERIZON WIRELESS,                 )
                      Defendants,      )
17   NOKIA OF AMERICA CORPORATION,     )
     ERICSSON INC.                     )
18                    Intervenors.     )
     ----------------------------------x
19
20           CERTIFICATE OF NONAPPEARANCE OF

21           AT&T DEFENDANT GROUP DESIGNEE

22                FRIDAY, APRIL 26, 2024

23              LOS ANGELES, CALIFORNIA

24
        PAGES 1 - 6       REPORTED BY MARK SCHWEITZER
25                        CSR #10514, RPR, CRR
```

```
1                P R O C E E D I N G S
2                       * * * *
3             THE REPORTER:  Let's go on the record.
4             MR. CONKLE:  Here begins the deposition
5    under Federal Rule of Civil Procedure 30(b)(6) of
6    AT&T Services, Inc., and related AT&T parties.
7             The deposition was designated for today at
8    9:00 A.M. Pacific time.  We will stay on the record
9    for some time in case AT&T puts up a witness.  But
10   our understanding is that AT&T intends not to appear
11   for today's deposition.
12            The deposition has been duly noticed with
13   respect to at least the following topics, i.e., any
14   topic relating to the '361 patent or using the term
15   "accused products", including but not limited to
16   topics 1 through 11, 14, 17, 30 to 35, 39 to 49, 51,
17   53 to 57, 62 to 63, 65 to 61 -- pardon me.  65 to 71,
18   75 to 80, 82 to 84, and 88.
19            And at this time I'll also mark Exhibit 1,
20   which is the notice of Rule 30(b)(6) deposition.
21            (Exhibit 1 for identification.)
22            And we can stand by off the record.
23            (Recess taken.)
24            MR. CONKLE:  We can go back on the record.
25            THE REPORTER:  Back on the record.
```

1               MR. CONKLE:  The time is now 9:15 A.M.
2    Pacific time.  And AT&T has not appeared.  Therefore,
3    AT&T has failed to appear at the duly noticed
4    deposition and Cobblestone reserves all rights to
5    seek any and all appropriate relief from the court.
6    Here ends the deposition.
7               THE REPORTER:  We're off the record.
8
9               (Proceedings concluded at 9:15 A.M.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25