# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>  Defendant, | §§§§§§§§§§ | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br><br>  Defendants, | §§§§§§§§§§§ | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>  Defendant, | §§§§§§§§§§§§ | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF NICOLETTE NUNEZ

Notice is hereby given that the undersigned attorney, Nicolette Nunez, enters her appearance in the above-referenced proceedings for Defendants AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc., and Nokia of America Corporation ("Defendants"). Defendants respectfully request that the Court takes note of this Notice of Appearance and makes Nicolette Nunez their counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Nicolette Nunez at the address

set forth below.

| | |
|---|---|
| Dated: May 23, 2024 | Respectfully submitted,<br><br>*s/ Nicolette Nunez*<br>Nicolette Nunez (CA Bar No. 350347)<br>nicolette.nunez@alston.com<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309<br>Email: nicolette.nunez@alston.com<br>Telephone: 404-881-7000<br>Facsimile: 404-881-7777<br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

*/s/ Nicolette Nunez*
Nicolette Nunez (CA Bar No. 350347)
nicolette.nunez@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Email: nicolette.nunez@alston.com
Telephone: 404-881-7000
Facsimile: 404-881-7777
*Counsel for Defendants*