IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CIVIL ACTION NO. 2:22-CV-00477-JRG-RSP (Lead) |
| T-MOBILE USA, INC *et al.*, | | |
| *Defendants.* | | |

## ORDER

Before the Court is the Unopposed Motion for Leave to Take Deposition After the Fact Discovery Deadline filed jointly by all Defendants and Intervenors. **Dkt. No. 127.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Defendants have leave to take the depositions of Allied Inventors, LLC and Empire Technology Development LLC out of time. Defendants represent that the deposition is set to take place on May 29, 2024. *Id.* at 2.

**SIGNED this 27th day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1