**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>   *Plaintiff*,<br>v.<br>T-MOBILE USA, INC.<br>   *Defendant*,<br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br>   *Intervenors*. | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>   *Plaintiff*,<br>v.<br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br>   *Defendants*,<br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br>   *Intervenors*. | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>   *Plaintiff*,<br>v.<br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br>   *Defendant*,<br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br>   *Intervenors*. | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED MOTION FOR A PROTECTIVE ORDER AND IN THE ALTERNATIVE, MOTION TO STRIKE**

Defendants and Intervenors (collectively, "Defendants") move for leave to file a corrected Motion for a Protective Order and in the Alternative, Motion to Strike filed on April 29, 2024. (Dkt. 115.) (the "Motion"). Good cause exists to file the corrected Motion attached hereto as Exhibit A, because it provides corrected list of exhibits that is in compliance with the Court's local rules.

Cobblestone does not oppose this motion for leave.

Respectfully submitted: May 29, 2024

/s/ David S. Frist
David S. Frist
  David.Frist@alston.com
John Daniel Haynes
  John.Haynes@alston.com
Emily Welch
  Emily.Welch@alston.com
Michael Clayton Deane
  Michael.Deane@alston.com
Sloane Sueanne Kyrazis
  Sloane.Kyrazis@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777

Ross Ritter Barton
  Ross.Barton@alston.com
ALSTON & BIRD LLP
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
704-444-1287
Fax: 704-444-1111

Theodore Stevenson, III
  Ted.Stevenson@alston.com
Adam Ahnhut
  Adam.ahnhut@alston.com
ALSTON & BIRD LLP
2200 Ross Ave
Suite 2300
Dallas, TX 75201
214-922-3507
Fax: 214-922-3899

*Attorneys for AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc. and Nokia of America Corporation*

**Deron Dacus**
ddacus@dacusfirm.com
**The Dacus Firm**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903-705-1117
Fax: 903-581-2543

*Attorney* for *AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc. and Nokia of America Corporation*

**Melissa R. Smith**
melissa@gillamsmithlaw.com
**Tom Gorham**
tom@gillamsmithlaw.com
**Gillam & Smith LLP**
102 N. College, Suite 800
Tyler, TX 75702
903-934-8450
Fax: 903-934-9257

*Attorneys for T-Mobile USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 29, 2024, on the counsel of record via electronic mail.

/s/ David S. Frist
David S. Frist

**CERTIFICATE OF CONFERENCE**

The undersigned attorney hereby certifies that counsel has complied with the meet-and-confer requirements of Local Rule CV-7(h) and that this is an unopposed motion.

Dated: May 29, 2024         /s/ David S. Frist
David S. Frist