**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC,<br> *Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC.<br> *Defendant*, | § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |

**ORDER**

Before the Court is Defendants' and Intervenors' Motion for Leave to File a Corrected Motion for a Protective Order and in the Alternative, Motion to Strike filed on April 29, 2024. (Dkt. 115.) (the "Motion"). Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Defendants/Intervenors have leave to file a corrected Motion.