**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00477-JRG-RSP (Lead) |
| T-MOBILE USA, INC *et al.*, | § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to File a Corrected Motion filed by all Defendants and Intervenors. **Dkt. No. 130.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Defendants and Intervenors have leave to file a corrected version of the Motion for a Protective Order and in the Alternative, Motion to Strike (Dkt. No. 115).

**SIGNED this 30th day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1