**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>*Defendant*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br>*Intervenors*. | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br><br>*Defendants*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br>*Intervenors*. | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>*Defendant*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br>*Intervenors*. | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, AT&T Corp., AT&T Mobility LLC, and

-2-

AT&T Services, Inc. ("Defendants") provide the following disclosures:

AT&T Corp. has undergone a corporate transaction and is now merged and converted into AT&T Enterprises, LLC;

AT&T Enterprises, LLC is a Delaware limited liability company, whose sole member is AT&T Wireline Holdings, LLC. AT&T Wireline Holdings, LLC is a Delaware limited liability company, whose sole member is AT&T DW Holdings, Inc. AT&T DW Holdings, Inc., a New York corporation, is a wholly-owned subsidiary of BellSouth Mobile Data, Inc. BellSouth Mobile Data, Inc., a Georgia corporation, is a wholly-owned subsidiary of AT&T Inc.

AT&T Mobility LLC, a Delaware limited liability company, is owned by the following companies: SBC Long Distance, LLC; AT&T Investment & Tower Holdings, LLC; BellSouth Mobile Data, Inc.; and New Cingular Wireless Services, Inc.

AT&T Services, Inc., a Delaware corporation, is a wholly-owned subsidiary of AT&T Inc.

None of the foregoing companies other than AT&T Inc. is a publicly traded company.

All of the foregoing companies except for AT&T Inc. are direct or indirect subsidiaries of AT&T Inc. AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange. To the best of AT&T Inc.'s knowledge, there is no one person or group that owns 10% or more of the stock of AT&T Inc. AT&T Inc. has no parent corporation.

DATED: May 30, 2024

          Respectfully submitted,

          Alston & Bird LLP

          BY: */s/ David S. Frist* _____
             Theodore Stevenson (TX Bar No. 19196650)
             ted.stevenson@alston.com
             ALSTON & BIRD LLP
             2200 Ross Avenue, Suite 2300

Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899

Ross Barton (NC Bar No. 37179)
ALSTON & BIRD LLP
1120 South Tryon Street
Suite 300
Charlotte, NC 28203-6818
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

John D. Haynes (GA Bar No. 340599)
David S. Frist (GA Bar No. 205611)
Emily Welch (GA Bar No. 606071)
Michael C. Deane (GA Bar No. 497195)
Sloane S. Kyrazis (GA Bar No. 878240)
  john.haynes@alston.com
  david.frist@alston.com
  michael.deane@alston.com
  sloane.kyrazis@alston.com
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404) 881-7777

Deron Dacus
ddacus@dacusfirm.com
The Dacus Firm
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

***Attorneys for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Enterprises, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ *David S. Frist*
David S. Frist (GA Bar No. 205611)
  david.frist@alston.com
ALSTON& BIRD LLP
1201 W Peachtree St NW
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Enterprises, LLC*