**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC | § § | |
| v. | § § | Case No. 2:22-CV-0477-JRG-RSP |
| T-MOBILE USA, INC., ET AL. | § § | |

**ORDER**

Previously, the Court appointed Michael Paul as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Paul's invoice for services through May 24, 2024 in the amount of $10,369.34 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff: $5,184.67

Defendants: $5,184.67

Defendants are hereby ORDERED to appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Paul on behalf of all Defendants.

**SIGNED this 4th day of June, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE