**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.; AT&T MOBILITY LLC; AT&T CORP.,<br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Cobblestone Wireless, LLC and Defendants T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a (collectively, the "Parties") file this Joint Motion to Amend the Docket Control Order (Dkt. No. 124) to request a modest extension of the expert discovery, as well as the dispositive and expert briefing, deadlines. Expert discovery is currently set to close on June 25, but two of Defendants' experts have been offered for deposition on June 27 and June 28. Although one of these experts was offered for an earlier deposition, the parties have agreed to conduct his deposition slightly later in time in order to allow for a more efficient, consolidated deposition—this same expert offered similar opinions in another case before this Court.

In order to allow for these two depositions to occur, the parties seek to extend the close of expert discovery by three days. To accommodate that extension, the parties further request a corresponding three-business-day (five-calendar day) extension for expert and dispositive motions and responses. With the requested extension, the briefing on dispositive and expert motions should be complete three weeks before the August 21, 2024 Pretrial Conference. For these reasons, the parties submit that good cause exists for the requested extensions.

This extension is not sought for purposes of delay and the parties do not anticipate any other deadlines will be affected. A proposed Amended Docket Control Order is attached herewith.

| Current Deadline | New Deadline | Description |
|---|---|---|
| July 12, 2024 | July 17, 2024 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[1] Motions for Summary Judgment shall comply with Local Rule CV-56. |
| June 28, 2024 | July 3, 2024 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| June 28, 2024 | July 3, 2024 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. |
| June 25, 2024 | June 28, 2024 | Deadline to Complete Expert Discovery |

---

[1] The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." If the deadline under Local Rule CV 7(e) exceeds the deadline for Response to Dispositive Motions, the deadline for Response to Dispositive Motions controls.

3

Dated:  June 21, 2024                                                    Respectfully submitted,

| */s/ Amy E. Hayden* | */s/ David S. Frist* |
|---|---|
| Marc Fenster | David S. Frist |
| CA State Bar No. 181067 | David.Frist@alston.com |
| Reza Mirzaie | John Daniel Haynes |
| CA State Bar No. 246953 | John.Haynes@alston.com |
| Neil A. Rubin | Emily Welch |
| CA State Bar No. 250761 | Emily.Welch@alston.com |
| Amy E. Hayden | Michael Clayton Deane |
| CA State Bar No. 287026 | Michael.Deane@alston.com |
| James Pickens | Sloane Sueanne Kyrazis |
| CA State Bar No. 307474 | Sloane.Kyrazis@alston.com |
| Jonathan Ma | ALSTON & BIRD LLP |
| CA State Bar No. 312773 | 1201 West Peachtree Street NW |
| Christian W. Conkle | Atlanta, GA 30309 |
| CA State Bar No. 306374 | 404-881-7000 |
| RUSS AUGUST & KABAT | Fax: 404-881-7777 |
| 12424 Wilshire Blvd. 12th Floor | |
| Los Angeles, CA 90025 | Ross Ritter Barton |
| Telephone: 310-826-7474 | Ross.Barton@alston.com |
| rak_cobblestone@raklaw.com | ALSTON & BIRD LLP |
| | 101 South Tryon Street |
| Qi (Peter) Tong | Ste 4000 |
| TX State Bar No. 24119042 | Charlotte, NC 28280-4000 |
| RUSS AGUUST & KABAT | 704/444-1287 |
| 4925 Greenville Ave, Suite 200 | Fax: 704/444-1111 |
| Dallas, TX 75206 | |
| Telephone: 310-826-7474 | Theodore Stevenson, III |
| rak_cobblestone@raklaw.com | Ted.Stevenson@alston.com |
| | Adam Ahnhut |
| Andrea Fair | adam.ahnhut@alston.com |
| Ward Smith & Hill, PLLC | ALSTON & BIRD LLP |
| 1507 Bill Owens Parkway | 2200 Ross Ave |
| Longview, Texas 75604 | Suite 2300 |
| (903) 757-6400 | Dallas, TX 75201 |
| andrea@wsfirm.com | 214-922-3507 |
| | Fax: 214-922-3899 |
| ***Attorneys for Plaintiff,*** | |
| ***Cobblestone Wireless, LLC*** | ***Attorneys for Defendants AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless; Intervenor Ericsson, Inc.; Intervenor Nokia of America Corporation.*** |

Deron Dacus
ddacus@dacusfirm.com
The Dacus Firm
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903-705-1117
Fax: 903-581-2543

***Attorneys for Defendants AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless; Intervenor Ericsson, Inc.; Intervenor Nokia of America Corporation.***

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***Attorneys for Defendant T-Mobile USA Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 21st day of June 2024.

*/s/ Amy E. Hayden*
Amy E. Hayden

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is jointly sought.

*/s/ Amy E. Hayden*
Amy E. Hayden