# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC,<br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC.<br>*Defendant*, | § § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Before the Court is Defendants' and Intervenors' Motion for Leave to File Corrected Objections to Magistrate Judge Payne's Claim Construction Memorandum and Order filed on June 13, 2024. (Dkt. 136.) (the "Corrected Objections"). Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Defendants/Intervenors have leave to file the Corrected Objections. It is further **ORDERED** that Plaintiff's response to Defendants' objections shall be due 14 days after the entry of this order.