**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00477-JRG-RSP (Lead) |
| T-MOBILE USA, INC *et al.*, | § § § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the Unopposed Motion for Leave to File Corrected Objections filed by all Defendants and Intervenors. **Dkt. No. 138.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Defendants and Intervenors have leave to file a corrected version of their objections to the Claim Construction Order.

**SIGNED this 25th day of June, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE