# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>*Defendant*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br>*Intervenors*. | § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br><br>*Defendants*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br>*Intervenors*. | § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>*Defendant*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br>*Intervenors*. | § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**<u>NOTICE OF IPR INSTITUTION DECISIONS WITH RESPECT TO U.S. PATENT NOS. 8,554,196 AND 9,094,888</u>**

Defendants and Intervenors (collectively, "Defendants") hereby provide notice to the Court that the Patent Trial and Appeal Board ("PTAB") instituted *inter partes review* ("IPR") proceedings for U.S. Patent No. 8,554,196 (IPR2024-00135) on April 30, 2024, and also instituted IPR for the U.S. Patent No 9,094,888 (IPR2024-00137) on May 22, 2024. Copies of the institution decisions in each of the above IPR proceedings are attached as Exhibits A-B, respectively.

Respectfully submitted: June 27, 2024

        */s/ David S. Frist*
        David S. Frist
          David.Frist@alston.com
        John Daniel Haynes
          John.Haynes@alston.com
        Emily Welch
          Emily.Welch@alston.com
        Michael Clayton Deane
          Michael.Deane@alston.com
        Sloane Sueanne Kyrazis
          Sloane.Kyrazis@alston.com
        ALSTON & BIRD LLP
        1201 West Peachtree Street NW
        Atlanta, GA 30309
        404-881-7000
        Fax: 404-881-7777

        Ross Ritter Barton
          Ross.Barton@alston.com
        ALSTON & BIRD LLP
        1120 South Tryon Street
        Suite 300
        Charlotte, NC 28203
        704-444-1287
        Fax: 704-444-1111

        Theodore Stevenson, III
          Ted.Stevenson@alston.com
        Adam Ahnhut

Adam.ahnhut@alston.com
ALSTON & BIRD LLP
2200 Ross Ave
Suite 2300
Dallas, TX 75201
214-922-3507
Fax: 214-922-3899

*Attorneys for AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc. and Nokia of America Corporation*

**Deron Dacus**
ddacus@dacusfirm.com
**The Dacus Firm**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903-705-1117
Fax: 903-581-2543

*Attorney for AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc. and Nokia of America Corporation*

**Melissa R. Smith**
melissa@gillamsmithlaw.com
**Tom Gorham**
tom@gillamsmithlaw.com
**Gillam & Smith LLP**
102 N. College, Suite 800
Tyler, TX 75702
903-934-8450
Fax: 903-934-9257

*Attorneys for T-Mobile USA, Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the above and foregoing document has been served on June 27, 2024, on the counsel of record via electronic mail.

                                            */s/ David S. Frist*
                                            David S. Frist