IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.; AT&T MOBILITY LLC; AT&T CORP.,<br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Cobblestone Wireless, LLC and Defendants T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a (collectively, the "Parties") file this Joint Motion to Amend the Docket Control Order (Dkt. No. 139) specifically as to the deadlines to exchange and/or file deposition designations.

Upon their showing of good cause, the parties request to extend (1) the deadlines to exchange deposition designations, rebuttal deposition designations, and objections to the same, if any, as well as (2) the deadline for the parties to file the updated deposition designations with the Court. Good cause justifies these amendments where applicable to the Docket Control Order.

In particular, the Parties believe the below proposal is in line with modifications approved in prior, recent cases in front of Chief Judge Gilstrap. *See, e.g.*, *Correct Transmission, LLC v. Nokia of Am. Corp.*, No. 2:22-cv-343, Dkt. 146 (E.D. Tex. Jan. 26, 2024); *Smart Path Connections, LLC v. Nokia of Am. Corp.*, No. 2:22-cv-296, Dkt. 162 (E.D. Tex. Jan. 12, 2024); *Godo Kaisha IP Bridge 1 v. Telefonaktiebolaget LM Ericsson et al.*, No. 2:21-cv-213, Dkt. 179 (E.D. Tex. July 27, 2022); *IPCom GMBH & Co. KG v. AT&T Inc., et al.*, No. 2:20-cv-0322-JRG, Dkt. 258 (E.D. Tex. Feb. 8, 2022); *Oyster Optics v. Cisco Sys.*, No. 2:20-cv-211, Dkt. 85 (E.D. Tex. Aug. 9, 2021).

Specifically, the parties propose the following schedule to govern the exchange and/or filing of the parties' respective deposition designations and objections:

| Event | Current Deadline[1] | Joint Proposed Deadline |
|---|---|---|
| Serve Deposition Designations by the Party with the Burden of Proof | July 8, 2024 | August 26, 2024 |
| Serve Objections to Deposition Designations; and Serve Rebuttal Deposition Designations | July 22, 2024 | September 3, 2024 |
| Serve Objections to Rebuttal Deposition Designations | July 29, 2024 | September 9, 2024 |

---

[1] *See* Dkt. 139.

| File Updated Deposition Designations | August 12, 2024 | September 16, 2024 |

This request is made to avoid raising needless disputes before the Court. In total, over 30 depositions were taken in this case. The parties anticipate that as the case moves closer to trial, the issues to be tried to the jury will be narrowed, and the Parties can present narrowed disputes to the Court. For example, there are various witnesses related to claims or defenses that may be resolved by the Parties' forthcoming summary judgment and *Daubert* motions. The parties believe they can conserve judicial resources under their proposed schedule by presenting disputes for witnesses that takes into account any narrowing of the issues in the case.

For the foregoing reasons, the parties respectfully request the attached Amended Docket Control Order be entered.

Dated:  July 3, 2024                                             Respectfully submitted,


*/s/ Jonathan Ma*                                                */s/ David S. Frist*
Marc Fenster                                                     David S. Frist
CA State Bar No. 181067                                          David.Frist@alston.com
Reza Mirzaie                                                     John Daniel Haynes
CA State Bar No. 246953                                          John.Haynes@alston.com
Neil A. Rubin                                                    Emily Welch
CA State Bar No. 250761                                          Emily.Welch@alston.com
Amy E. Hayden                                                    Michael Clayton Deane
CA State Bar No. 287026                                          Michael.Deane@alston.com
James Pickens                                                    Sloane Sueanne Kyrazis
CA State Bar No. 307474                                          Sloane.Kyrazis@alston.com
Jonathan Ma                                                      ALSTON & BIRD LLP
CA State Bar No. 312773                                          1201 West Peachtree Street NW
Christian W. Conkle                                              Atlanta, GA 30309
CA State Bar No. 306374                                          404-881-7000
RUSS AUGUST & KABAT                                              Fax: 404-881-7777
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025                                            Ross Ritter Barton
Telephone: 310-826-7474                                          Ross.Barton@alston.com
rak_cobblestone@raklaw.com                                       ALSTON & BIRD LLP
                                                                 101 South Tryon Street

3

Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AGUUST & KABAT
4925 Greenville Ave, Suite 200
Dallas, TX 75206
Telephone: 310-826-7474
rak_cobblestone@raklaw.com

Andrea Fair
Ward Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
andrea@wsfirm.com

**Attorneys for Plaintiff,
Cobblestone Wireless, LLC**

Ste 4000
Charlotte, NC 28280-4000
704/444-1287
Fax: 704/444-1111

Theodore Stevenson, III
Ted.Stevenson@alston.com
Adam Ahnhut
adam.ahnhut@alston.com
ALSTON & BIRD LLP
2200 Ross Ave
Suite 2300
Dallas, TX 75201
214-922-3507
Fax: 214-922-3899

**Attorneys for Defendants AT&T Services, Inc.,
AT&T Corp., AT&T Mobility LLC, T-Mobile
USA, Inc., and Cellco Partnership d/b/a
Verizon Wireless; Intervenor Ericsson, Inc.;
Intervenor Nokia of America Corporation.**

Deron Dacus
ddacus@dacusfirm.com
The Dacus Firm
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903-705-1117
Fax: 903-581-2543

**Attorneys for Defendants AT&T Services, Inc.,
AT&T Corp., AT&T Mobility LLC, T-Mobile
USA, Inc., and Cellco Partnership d/b/a
Verizon Wireless; Intervenor Ericsson, Inc.;
Intervenor Nokia of America Corporation.**

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham

        State Bar No. 24012715
        tom@gillamsmithlaw.com
        GILLAM & SMITH, LLP
        102 N. College, Ste. 800
        Tyler, Texas 75702
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257

***Attorneys for Defendant T-Mobile USA Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 3rd day of July 2024.

        */s/ David S. Frist*
        David S. Frist

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff conferred with counsel for Defendant, and this motion is joint.

        */s/ David S. Frist*
        David S. Frist