IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>    Defendant,<br><br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | Case No. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | Case No. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | Case No. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF CHRISTIAN W. CONKLE IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY OF '888 PATENT CLAIMS 20, 21, 23**

I, Christian W. Conkle, declare and state as follows:

1. I am a member of the State Bar of California, an attorney at the firm of Russ, August & Kabat, and counsel of record for Plaintiff Cobblestone Wireless, LLC, in the above-captioned actions. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of excerpts from Dr. Daniel Van Der Weide's Expert Report in *Cobblestone Wireless, LLC v. T-Mobile USA, Inc., et al.*, USDC EDTX Case No. 2:22-cv-00477, dated May 24, 2024.

3. Attached as Exhibit B is a true and correct copy of U.S Patent 9,094,888, dated July 28, 2015.

4. Attached as Exhibit C is a true and correct copy of excerpts from the Petition for *Inter Partes* Review from *T-Mobile USA, Inc. et al. v. Cobblestone Wireless, LLC*, IPR2024-00137, Paper 1 (PTAB Nov. 22, 2023).

5. Attached as Exhibit D is a true and correct copy of excerpts from the Decision Denying Institution of *Inter Partes* Review from *T-Mobile USA, Inc. et al. v. Cobblestone Wireless, LLC*, IPR2024-00137, Paper 15 (PTAB May 22, 2024).

6. Attached as Exhibit E is a true and correct copy of an excerpt from the deposition transcript of Dr. Daniel Van Der Weide, taken on June 21, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2024 at Los Angeles, CA.

/s/ Christian W. Conkle
Christian W. Conkle