**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | Case No. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY<br>LLC; AT&T CORP.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | Case No. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON<br>WIRELESS.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | Case No. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF COBBLESTONE WIRELESS, LLC'S MOTION FOR
PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY OF '888 PATENT CLAIMS
20, 21, 23**

Before the Court is Plaintiff Cobblestone Wireless, LLC's ("Cobblestone") Motion for Partial Summary Judgment of No Invalidity of U.S. Patent No. 9,094,888 (the "'888 Patent").

The Court has considered the Motion, Opposition, all responsive pleadings, and the case of record, and is of the opinion that Cobblestone's motion should be GRANTED. Accordingly:

1. Partial summary judgment of no invalidity of '888 Patent claims 20, 21, and 23 is hereby GRANTED in favor of Cobblestone and against Defendants; and

2. Partial summary judgment of no invalidity of any claim of the '888 Patent as obvious in light of the combination of Chitrapu and TS 36.300 and in light of the combination of Chitrapu and TS 23.401 is hereby GRANTED in favor of Cobblestone and against Defendants.