**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br> v. <br> T-MOBILE USA, INC. <br> *Defendant*, <br> NOKIA OF AMERICA CORPORATION, ERICSSON INC. <br> *Intervenors*. | § § § § § § § § § § § § § | CASE NO. 2:22-cv-00477-JRG-RSP <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br> v. <br> AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP., <br> *Defendants*, <br> NOKIA OF AMERICA CORPORATION, ERICSSON INC. <br> *Intervenors*. | § § § § § § § § § § § § § | CASE NO. 2:22-cv-00474-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br> v. <br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br> *Defendant*, <br> NOKIA OF AMERICA CORPORATION, ERICSSON INC. <br> *Intervenors*. | § § § § § § § § § § § § § | CASE NO. 2:22-cv-00478-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NO. 10,368,361**

Before the Court is Defendant's and Intervenor's Motion for Partial Summary Judgment of Noninfringement of the Asserted Claims of U.S. Patent No. 10,368,361 (the "Motion"). Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.**