# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, *Plaintiff*, v. T-MOBILE USA, INC. *Defendant*, NOKIA OF AMERICA CORPORATION, ERICSSON INC. *Intervenors*. | § § § § § § § § § § § § § | CASE NO. 2:22-cv-00477-JRG-RSP (Lead Case) JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, *Plaintiff*, v. AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP., *Defendants*, NOKIA OF AMERICA CORPORATION, ERICSSON INC. *Intervenors*. | § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00474-JRG-RSP (Member Case) JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, *Plaintiff*, v. CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *Defendant*, NOKIA OF AMERICA CORPORATION, ERICSSON INC. *Intervenors*. | § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00478-JRG-RSP (Member Case) JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THE ACCUSED SAMSUNG PRODUCTS DO NOT INFRINGE THE ASSERTED PATENTS**

Before the Court is Defendants' Motion for Partial Summary Judgment that the Accused Samsung Products Do Not Infringe the Asserted Patents. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.**