# EXHIBIT A



# Transcript of Craig Bishop

**Date:** June 27, 2024
**Case:** Cobblestone Wireless, LLC -v- T-Mobile USA, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Craig Bishop
Conducted on June 27, 2024

1 (1 to 4)

**Page 1**

```
1        IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
2              MARSHALL DIVISION

3  --------------------------------x
   COBBLESTONE WIRELESS, LLC,      )
4               Plaintiff,         ) Case No.
        v.                         ) 2:22-cv-00477-JRG-RSP
5  T-MOBILE USA. INC.; T-MOBILE    ) LEAD CASE
   US, INC.,                       )
6               Defendants,        )
   NOKIA OF AMERICA CORPORATION,   )
7  ERICSSON INC.                   )
                Intervenors. )
8  --------------------------------x
   COBBLESTONE WIRELESS, LLC,      )
9               Plaintiff,         ) Case No.
        v.                         ) 2:22-cv-00474-JRG-RSP
10 AT&T SERVICES INC.; AT&T        ) MEMBER CASE
   MOBILITY LLC; AND AT&T CORP.,   )
11              Defendants,        )
   NOKIA OF AMERICA CORPORATION,   )
12 ERICSSON INC.                   )
                Intervenors. )
13 --------------------------------x
   COBBLESTONE WIRELESS, LLC,      )
14              Plaintiff,         ) Case No.
        v.                         ) 2:22-cv-00478-JRG-RSP
15 VERIZON COMMUNICATIONS, INC.;   ) MEMBER CASE
   CELLCO PARTNERSHIP D/B/A        )
16 VERIZON WIRELESS,               )
                Defendants,        )
17 NOKIA OF AMERICA CORPORATION,   )
   ERICSSON INC.                   )
18              Intervenors. )
   --------------------------------x
19           VIDEOTAPED DEPOSITION OF

20                CRAIG BISHOP

21               June 27, 2024

22                 8:02 a.m.

23             CONDUCTED REMOTELY

24

25    Susan DiFilippantonio, RPR, CCR No. B-2125
```

**Page 2**

```
1  APPEARANCES:

2  On Behalf of the Plaintiff, COBBLESTONE WIRELESS, LLC:

3  RUSS AUGUST & KABAT
   BY:  Amy Hayden
4  12424 Wilshire Boulevard
   12th Floor
5  Los Angeles, CA 90025
   310.826.7474
6  ahayden@raklaw.com

7  On Behalf of the Defendant, ERICSSON INC.:

8  ALSTON & BIRD
   BY:  Ross R. Barton
9  Vantage South End
   1120 South Tryon Street
10 Suite 300
   Charlotte, NC 28203
11 704.444.1287
   ross.barton@alston.com
12
   Also Present:  Dave Sullivan, videographer
13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Page 3**

```
            I N D E X
WITNESS/EXAMINATION                    PAGE

CRAIG BISHOP                             5
EXAMINATION BY MS. HAYDEN               6
DISCLOSURE                            112
CERTIFICATE OF REPORTER               116
SIGNATURE OF DEPONENT                 118

            E X H I B I T S

Plaintiff's Exhibit 1, Curriculum      17
Vitae of Craig Bishop
Plaintiff's Exhibit 2, Declaration     31
of Craig Bishop
Plaintiff's Exhibit 3, Declaration     31
of Craig Bishop
Plaintiff's Exhibit 4, Appendix        60
24, Bates stamped JD-COBB_00067879
through JD-COBB_00067883
Plaintiff's Exhibit 5, Appendix        67
26, Bates stamped JD-COBB_00067899
through JD-COBB_00067904
Plaintiff's Exhibit 6, Appendix        75
21, Bates stamped JD-COBB00067622
Plaintiff's Exhibit 7, Appendix        77
22, Bates stamped JD-COBB00067623
through JD-COBB00067727
Plaintiff's Exhibit 8, Appendix        80
22-A
Plaintiff's Exhibit 9, Appendix        84
30, Bates stamped JD-COBB_00068105
through JD-COBB_00068123
Plaintiff's Exhibit 10, Appendix       88
31, Bates stamped JD-COBB_00068124
Plaintiff's Exhibit 11, Appendix       95
23
Plaintiff's Exhibit 12, Appendix       96
22-A
Plaintiff's Exhibit 13, Appendix       98
32
Plaintiff's Exhibit 14, Appendix       99
31
```

**Page 4**

```
1  (Thursday, June 27, 2024         8:02 a.m.)

2       THE VIDEOGRAPHER:  Here begins Media

3  Number 1 in the videotaped deposition of Craig

4  Bishop in the matter of Cobblestone Wireless LLC v.

5  T-Mobile USA, Inc., et al., in the United States

6  District Court for the Eastern District of Texas,

7  Marshall Division, Case Number

8  2:22-CV-00477:474:478-JRG-RST.

9       Today's date is June 27th, 2024, and the

10 time on the video monitor is 8:02 a.m.  The remote

11 videographer today is Dave Sullivan, representing

12 Planet Depos.  All parties to this video deposition

13 are attending remotely.

14      Would counsel please voice identify

15 themselves and state whom they represent.

16      MS. HAYDEN:  Good morning, good

17 afternoon, everyone.  I'm Amy Hayden from Russ

18 August & Kabat, and I represent the plaintiff in

19 the case that the videographer read on, Cobblestone

20 Wireless LLC.  And it's also my understanding that

21 this is a combined deposition with an additional

22 case.  If it's okay, I'm -- I'm going to go ahead

23 and read that case information into the record.

24      Okay.  Thank you.  It's -- the lead case

25 is Wireless Alliance LLC v. AT&T Mobility LLC, et
```

Transcript of Craig Bishop
Conducted on June 27, 2024

17

1  Q.     You said "in the '90s." Do you recall a more
2  specific time frame that you worked for the --
3  A.     When I worked for the Radiocommunications Agency
4  was between 1993 and November -- end of November 1996.
5  Q.     Aside from the contract work that you described
6  for ETSI, have you performed any other contract work for
7  any other standard-setting organization that's
8  associated with the 3GPP project?
9  A.     No, I haven't.
10 Q.     Where do you currently work?
11 A.     I currently work at Bishop Communications
12 Limited, which is a -- a firm that I -- I set up to
13 provide standards and intellectual property consultation
14 services.
15 Q.     How many employees does Bishop Communications
16 Limited have?
17 A.     Just one.
18 Q.     That's you?
19 A.     That's right, yeah.
20 Q.     I'm going to go ahead and introduce the first
21 exhibit. So I'm just going to be dropping these into
22 the chat window in the Zoom, so we'll see if that works.
23 A.     Okay. If I can find it.
24 Q.     It is uploading.
25         (Plaintiff's Exhibit 1, Curriculum Vitae

18

1     of Craig Bishop, was marked for identification.)
2  BY MS. HAYDEN:
3  Q.     I think it -- oh, it's a little slow. Now sure
4  why. Oh, there we go. It should be there.
5         For the record, this is -- this Exhibit 1, it's
6  a document entitled "Curriculum Vitae." It was produced
7  in the Cobblestone case as JD-COBB_00067540 and was
8  provided in the Wireless Alliance case as Appendix 1 to
9  Mr. Bishop's report.
10        You can just let me know when you have that
11 open.
12 A.     Okay. I can -- I can see it there. So I should
13 just double-click on it to open it; is that right?
14 Q.     I think --
15 A.     Or will the chat know to open?
16        MR. BARTON: I think you have to download
17    it to a -- to your desktop or a folder.
18        THE WITNESS: Okay. That's fine.
19        Okay. I have that open now.
20 BY MS. HAYDEN:
21 Q.     Okay. Great.
22    I wanted to just take a look at some materials
23 here. And, also, if you see me looking away, I have
24 another monitor over there and I also have some papers,
25 so --

19

1  A.     Okay.
2  Q.     I am paying attention, but that's -- that's why.
3         So looking at the first page of your CV, I see
4  you have a -- the first thing under career history,
5  Bishop Communications Limited. That's the Bishop
6  Communications we were just discussing, right?
7  A.     Yes, that's right. Yeah.
8  Q.     And under -- under there, a few lines down, it
9  says "company is a full ETSI member."
10 A.     Yes.
11 Q.     Do you see where I am?
12 A.     (Witness moves head up and down.)
13 Q.     What does that mean, to be a full ETSI member?
14 A.     That means that I'm entitled to attend any ETSI
15 meetings and get involved with any of the technical
16 bodies at ETSI.
17 Q.     And then looking at the -- the first two bullet
18 points under the activities heading, did -- are those
19 two -- are those descriptions of the contract work that
20 you had described earlier?
21 A.     Yes, they are. Yeah.
22 Q.     And I wanted to take a looked at the third
23 bullet point and understand what you mean here. It
24 reads "provision of expert report for IPR litigation."
25        IPR, that's intellectual property rights?

20

1  A.     Yes.
2         MR. BARTON: Object to form.
3         And just make sure, Mr. Bishop, you give
4     me a pause so I can make an objection when needed.
5         THE WITNESS: Okay. That's fine.
6  BY MS. HAYDEN:
7  Q.     And it continues -- and your -- your CV
8  continues, "from standards landscape analysis." What --
9  what do you mean by "standards landscape analysis"?
10 A.     Looking at the activities related to the
11 standardization and adopting specification --
12 specifications at a given time for a given period or
13 perhaps for a given release.
14 Q.     And after the first slash, it reads "background
15 technical reports to expert testimony reports."
16        What did you mean by that phrase?
17 A.     Okay. Background technical reports could be
18 writing about the -- the background technical aspects of
19 the standard, so the backdrop against which certain
20 patents were produced. So this is opposed as to -- as
21 opposed to technical reports, expert technical reports
22 which might be submitted for testimony.
23 Q.     I think I understand. Thank you.
24        And the last part of that is "declarations and
25 depositions on matters, including the public

21

1  availability of 3GPP and ETSI prior art."
2      Is that -- is that the type of declaration
3  you've provided in these two cases?
4  A.    The declaration I've provided for those two
5  cases just relate to the public availab- -- availability
6  of the prior art, yes.
7  Q.    How many declarations on public availability of
8  prior art have you -- have you provided in litigation?
9      MR. BARTON:  Object to form.
10     THE WITNESS:  I don't recall, in actual
11     fact.  Several, but I don't have that --
12 BY MS. HAYDEN:
13 Q.    Do you think it's over 50?
14 A.    Probably not as many as 50.
15 Q.    In -- are you familiar with something called
16 inter partes reviews with the United States Patent
17 Office?
18 A.    Yes, I am.
19 Q.    Have you provided declaration on the public
20 availability of prior art in IPRs, or inter partes
21 reviews?
22 A.    Yes, I have.
23 Q.    About how many declarations have you provided in
24 the context of IPRs on public availability?
25 A.    Okay.  I was -- I was including the -- the USPTO

22

1  IPRs --
2  Q.    Fair enough.
3  A.    -- in the figure that I gave.
4  Q.    Okay.  So combining litigation and IPR work, do
5  you think you've provided 25 declarations on the subject
6  of public availability of prior art?
7  A.    That probably is about right.
8  Q.    How many times have you had your deposition
9  taken in the context of providing a declaration on the
10 public availability of prior art?
11 A.    I think this is the second time where it's just
12 related to prior art.
13 Q.    What was the other time, do you recall --
14 A.    The other time was -- I was asked about the
15 availability of prior art as part of a kind of wider
16 deposition, where I was also answering questions on
17 technical aspects.
18 Q.    Do you recall what case that was?
19 A.    Yes, I do.
20 Q.    What -- what case was that?
21 A.    I don't know the number, but it was T-Mobile v.
22 Huawei.
23 Q.    If you look at the second page of your CV under
24 the heading "expert testimony through deposition," is
25 it -- is that T-Mobile v. Huawei case -- is that the

23

1  second one that's listed there?
2  A.    I -- yes, it is.
3      MR. BARTON:  Object to form.
4      THE WITNESS:  Yes, I believe so.
5  BY MS. HAYDEN:
6  Q.    Have you ever testified in Court on public
7  availability of prior art?
8  A.    No, I haven't.
9  Q.    Have you ever testified in a United States
10 district court, as opposed to testimony in the UK?
11 A.    No, I haven't.
12 Q.    And looking at that testimony that's on page --
13 that testimony list that's on page 2 of your CV, is it
14 fair to say that each of the entries listed there under
15 "expert testimony through deposition" and "expert
16 testimony in court," that you were offering testimony on
17 behalf of a party accused of patent infringement?
18 A.    Yes.
19 Q.    Have you ever done expert work for a patent
20 owner?
21 A.    Yes, I have.
22 Q.    About how many times?
23 A.    Difficult to remember.
24 Q.    Do you have an estimate of the, you know,
25 percentage of engagements you've had as an expert

24

1  that -- that you represented the patent owner, as
2  opposed to a party accused of patent infringement?
3  A.    As I would consider there to be a difference
4  between representing and working on behalf of -- so when
5  it comes to representation, I would say that I generally
6  have represented the defendants in cases, because I find
7  it easier to avoid conflicts of interest in that case.
8  Q.    And what about working on behalf of -- do you
9  have an estimate of the percentage of engagements you've
10 had as an expert where you worked on behalf of the
11 patent owner, as opposed to a party accused of patent
12 infringement?
13 A.    As an estimate, I would say maybe 10 percent.
14 Q.    At -- at your consulting firm, Bishop -- Bishop
15 Communications, about how much of your time is doing
16 litigation consulting versus non-litigation consulting?
17     MR. BARTON:  Object to form.
18     THE WITNESS:  Most of my work is
19     litigation, so most of my work is consulting
20     related to litigation or potential litigation.
21 BY MS. HAYDEN:
22 Q.    When you say most of your work, is that more
23 than 75 percent or less?
24 A.    That's probably more than 75 percent.
25 Q.    Do you think it's more than 90 percent?

**41**

1  A.    It's a 3GPP deliverable which specifies
2  interfaces or protocols for the 3GPP system, whether
3  that be UMTS, LTE, et cetera.
4  Q.    Have you ever uploaded any technical
5  specifications to the 3GPP file server?
6  A.    No, I haven't.
7  Q.    Is that something that -- let me -- let me
8  strike that.
9        Do you know who is responsible for uploading
10 technical specifications to the 3GPP file server?
11 A.    That support work is usually done by the Mobile
12 Competence Centre, which is part of ETSI, which provides
13 secretarial services for the 3GPP project.
14 Q.    Have you ever done any work for the Mobile
15 Competence Centre?
16 A.    No, I haven't.
17 Q.    Do you -- do you personally know anyone who
18 works at the Mobile Competence Centre?
19 A.    I have worked with people who work for the
20 Mobile -- Mobile Competence Centre in the past, but I
21 don't have -- I don't know them currently, so I'm not in
22 touch with anybody who works there.
23 Q.    What type of work have you done with -- with
24 folks at the Mobile Competence Centre in the past?
25 A.    So could you ask the question again?

**42**

1  Q.    Sure.  You -- you'd mentioned that you'd worked
2  with people who work for the Mobile Competence Centre,
3  right?
4  A.    Yes.  That's -- that's alongside, yes.
5  Q.    What type of work did you do alongside those --
6  A.    Okay.
7  Q.    -- Mobile Competence Centre folks?
8  A.    So as a delegate, I would write a temporary
9  document for submission to a meeting.  I would send that
10 temporary document to the meeting secretary, who
11 would've been an employee of the Mobile Competence
12 Centre.  And they would upload that temporary document
13 to the 3GPP server and list it in the TDocs list and
14 prepare it for forthcoming meeting.
15 Q.    How would you send the TDocs to the meeting
16 secretary?
17 A.    Those would be sent as attachments to e-mails.
18 Q.    When you were preparing your declarations for
19 the Cobblestone and Wireless Alliance cases, did you
20 reach out to anyone at the Mobile Competence Centre?
21 A.    No, I didn't.
22 Q.    Okay.  Looking at the Cobblestone declaration,
23 which is Exhibit 2, you have a list of exhibits and
24 appendices very close to the beginning.  Do you see
25 where I am?

**43**

1  A.    So, yes.
2  Q.    And then looking at the second page of that, way
3  at the bottom, there's a listing of what you call 3GPP
4  Exhibits A through E that goes onto the next page.  Do
5  you see that?
6  A.    Yes, I do.
7  Q.    Did you upload any of these five documents
8  labeled A through E to the 3GPP file server?
9  A.    No, I didn't.
10 Q.    Do you know who did?
11 A.    No, I don't.
12 Q.    Did you conduct any investigation to try to
13 determine who uploaded these documents A through E to
14 the file server?
15 A.    I relied on my experience with 3GPP in knowing
16 that the MCC would've uploaded these documents to the
17 3GPP server.
18 Q.    Oh, MCC is Mobile Competence Centre?
19 A.    Yes, that's right.
20 Q.    Okay.  And these -- these five documents -- I
21 think it's four technical specifications and a TDoc --
22 you're not offering any opinions on the -- the technical
23 substance of these materials, right?
24 A.    No, I'm not.
25 Q.    Okay.  I just had one question on the Wireless

**44**

1  Alliance declaration, but I think it's a great time for
2  a short break.  So let's take a look at Exhibit 3, the
3  Wireless Alliance declaration.  And I am looking at the
4  table of contents starting on page 2 of the PDF.  Just
5  let me know when you're there.
6  A.    Yes, I have that.
7  Q.    Okay.  And there's a -- I guess it goes on for
8  three pages, but there -- there is a Section IV here
9  called "3GPP Exhibits."  Do you see that?
10 A.    Sorry.  Which page are you looking at this time?
11 Q.    It is the first page of the table of contents,
12 so I think it's PDF page 2.
13 A.    Okay.  Yes, I've got the first page of the table
14 of contents.
15 Q.    And there's a Section IV listed there about
16 halfway down the page called "3GPP Exhibits" --
17 A.    Yes, I see that.
18 Q.    And then there's a number of what you've labeled
19 "3GPP exhibits" listed here in subsections A through, I
20 guess, double D.  Do you see that?
21 A.    Yes, I do.
22 Q.    For the 3GPP documents that are -- that are
23 listed in these headings, did you upload any of these
24 documents to the 3GPP file server?
25 A.    No, I didn't.

Transcript of Craig Bishop
Conducted on June 27, 2024

13 (49 to 52)

---

49

1 the file server."
2     That's the same MCC, or Mobile Competence
3 Centre, we were discussing earlier?
4 A.    Yes, it is.
5 Q.    And it's -- it's the MCC that would upload the
6 technical specification to the 3GPP file server, right?
7 A.    Yes, it is.
8 Q.    And then the next sentence states that, "In that
9 way, the conclusion of 3GPP TSG plenary meetings serves
10 as notice that the new versions of specifications
11 incorporating Change Requests approved by the TSG
12 meeting will shortly be made available on the public
13 3GPP server."
14     When you say "will shortly be made," what --
15 what time frame does that refer to?
16 A.    Usually -- it depends how many documents the MCC
17 officer in question is responsible for and how big the
18 changes are, but usually that will be within two to
19 three weeks.
20 Q.    How do you know that?
21 A.    Based on experience, what I've seen.
22 Q.    What experience were you referring to in the
23 last -- in your last answer?
24 A.    Okay. So my experience when I was working in
25 3GPP was that when change requests were approved, the

---

50

1 MCC officer involved would take those back and those
2 would appear as new versions of the specifications
3 within a short period of time, sometimes by the end of
4 the meeting, but if not, then within a short period of
5 time afterwards. And then since I've been working as an
6 independent consultant and looking a lot at the
7 availability of specifications, I have seen that
8 specifications are invariably made available within two
9 to three weeks, maximum time, of the meeting at which
10 they were approved.
11 Q.    Moving to paragraph 29 of your Cobblestone
12 declaration. There's reference to these temporary
13 docks, or TDocs, that we were discussing earlier. Do
14 you see that?
15 A.    Yes, I do.
16 Q.    What is the purpose of TDocs in the context of
17 3GPP?
18 A.    TDocs are documents that are submitted to
19 working group meetings and to plenary meetings. The
20 purpose of those documents can be that they're technical
21 contributions which may propose a new feature, discuss
22 certain aspects or parameters with a -- of a feature.
23 They can be proposals for new work items, proposals for
24 new study items. They can be liaison statements from
25 other groups, because the groups have to talk to each

---

51

1 other to make sure one group is aware of related work in
2 another group.
3     The meeting reports themselves can be given
4 three -- all three to those TDocs and given a TDoc
5 number for approval at a subsequent meeting. And then
6 TDocs can also be change requests, which are official
7 change notes that are used to update and -- a given
8 release of a specification and to create a new version
9 of the specification or report.
10 Q.    You mentioned two different kinds of meetings,
11 working group meetings and plenary meetings, in your
12 last answer. What is the difference between those two?
13 A.    Well, in terms of the makeup of the group, a
14 working group meeting will be perhaps a more specialist
15 meeting. So, for example, RAN Working Group 1 will deal
16 with the physical layer aspects of the radio interface.
17 RAN Working Group 2 will deal with layers 2 and 3, so
18 the RLC and the MAC protocol and the radio exhaust
19 protocol, two examples. TSG RAN plenary will be a
20 meeting that involves people from RAN1 and RAN2 and the
21 other RAN working groups, which takes a broader view and
22 looks at the changes that were discussed and agreed
23 within the working groups and then the -- and then
24 approves those accordingly, and also approves new work
25 items or study items that may have been submitted to and

---

52

1 discussed at the working group meetings.
2 Q.    What's the difference between a work item and a
3 study item, using the terms that you used in your last
4 answer?
5 A.    A work item will usually result in changes to
6 specifications, and work items quite often follow study
7 items. So when a new idea is put forward, often it will
8 be put forward as a study item and the first work that
9 will be done on it would be to study its feasibility and
10 propose changes that might be necessary to the standard
11 to accommodate the new feature.
12     Then a work item is created once the study item
13 has been completed, sometimes in parallel with but
14 usually towards the end of when that happens. And the
15 work item will be something that contributors submit
16 temporary contributions towards in order to make changes
17 to the standard to incorporate the ideas that are put
18 forward and agreed within the work item.
19 Q.    And moving to paragraph 49 of your Cobblestone
20 report. If you can let me know when you're there.
21 A.    Yes, I'm there.
22 Q.    And towards the end of that paragraph, it reads
23 "the original upload date for" -- "for files including
24 specifications has always been preserved."
25     Do you see where I was reading from?

---

Transcript of Craig Bishop
Conducted on June 27, 2024

53

1  A.      Yes, I do.
2  Q.      How do you know that the original upload date
3  for files including specifications has always been
4  preserved at -- for the 3GPP file repository?
5  A.      Well, the paragraph starts with "in my
6  experience."  So my experience is that the original
7  upload date has always been preserved.
8  Q.      What experience are you referring to?
9  A.      I'm talking about 25 years of working in and
10 around the 3GPP project, either as a delegate for a
11 member company or as a consultant, looking at
12 publications practices and availability of public
13 documents.
14 Q.      Any other experience that you're referring to in
15 your prior answer?
16 A.      No.  I think that covers it.
17 Q.      Okay.  Let's move to 52, paragraph 52 on the
18 next page.  I'm looking at the second sentence.  It
19 begins, "When a document is uploaded, the file server."
20 Do you see where I am?
21 A.      Yes, I do.
22 Q.      What do you mean by "file server" here?
23 A.      Well, the file sever is like file manager
24 program or what -- the server is actually a piece of
25 hardware.  The server has locations where documents can

54

1  be stored digitally.  When a document is created and
2  stored to a server digitally, then it -- a time stamp is
3  created as to when that happens.  They're very like a
4  laptop or personal computer; when you create a document,
5  a time stamp is associated with that document and
6  generated automatically.
7  Q.      You mentioned a file manager program.  What is
8  the file manager program that the 3GPP file repository
9  or file server uses?
10 A.      I don't know.  I don't know.  I don't know
11 much -- I don't know anything about how the severs --
12 all I know is the servers are located with ETSI and ETSI
13 has responsibility for those servers, but I don't
14 know --
15 Q.      Do you know --
16 A.      I --
17 Q.      Sorry.
18 A.      Yeah, I don't know how those are accessed.
19 Q.      Do you know what kind of servers they are?
20 A.      Computer servers.  I mean, they're just -- like
21 a -- like a big computer, if you like.  They -- they're
22 used for storing documents, and documents are uploaded
23 to them and they have a specific location within the
24 server.  They can be addressed, for example, using a
25 browser or a dedicated FTP software.

55

1  Q.      You've never managed the 3GPP file server that
2  you're talking about, right?
3  A.      No, I haven't.
4  Q.      Who manages that -- excuse me.
5          Who -- who manages that?  Is that the Mobile
6  Competency Centre at ETSI?
7  A.      I don't know if they're responsible for managing
8  the servers themselves, but they are responsible for the
9  content in the servers.
10 Q.      Do you know who manages those servers?
11 A.      No, I don't.
12         MR. BARTON:  Object to form.
13 BY MS. HAYDEN:
14 Q.      What -- when you said that the Mobile Competency
15 Centre is responsible for the content in the server,
16 what did you mean by that?
17 A.      They are responsible for managing and providing
18 secretary service -- secretarial services for the 3GPP
19 project, and they control, either directly or now
20 through software interfaces, the access to that -- that
21 server for uploading, storing documents.
22 Q.      I think you mentioned earlier a time stamp, and
23 I see that's mentioned in paragraph 52.  You say in 52
24 "the file server automatically assigns the document a
25 time stamp."  How does that happen?

56

1  A.      The precise mechanism, I -- I don't know.
2  Q.      And does that -- does that time stamp end up on
3  the 3GPP website?
4  A.      In my experience, there's a time stamp
5  associated with every document that's on the 3GPP
6  website.
7  Q.      How does the time stamp --
8  A.      Oh --
9  Q.      Excuse me.  Go ahead.
10 A.      -- I should say 3GPP server.  The website's a
11 different thing.
12 Q.      Fair enough.
13         And that -- that time stamp that's on the 3GPP
14 server, how is that populated so that it can be viewed
15 online?
16 A.      So the 3GPP server may be accessed via the 3GPP
17 website.  It may be accessed via an FTP and a browser
18 and the 3GPP website.  It can also be accessed using
19 dedicated file transfer protocol, FTP, software.  And
20 the interface shows, in each of those cases, a list of
21 directories, which can then be entered to find
22 subdirectories and files.
23 Q.      In each of those cases, does the interface
24 display a time stamp?
25 A.      Yes, it does.

**57**

1  Q.     In each of those cases, how is the time stamp
2  populated so that a user can view that time stamp by
3  whatever interface they choose to use?
4  A.     Usually the -- there will be a date in the
5  format of year, a month and a day, and then there will
6  be an actual time in hours, minutes and seconds that the
7  document was uploaded to the site.
8  Q.     What time zone is the time stamp in?
9  A.     It depends -- in my experience, it depends which
10  time zone you're in.  So -- no, actually that's --
11  strike that.  Strike that.  That's not -- that's not
12  what I meant to say.
13      It's in the CET, so Central European time zone,
14  the time zone that they have in France.  But the way
15  that its displayed can depend on the region you're in
16  and your computer settings.
17  Q.     I see.
18      Do you know if anyone at 3GPP or ETSI can
19  manually alter those time stamps?
20  A.     I don't.
21  Q.     Do you know if there -- there has ever been a
22  glitch in creating a time stamp for a 3GPP document
23  that's uploaded to its file server?
24  A.     I'm not aware that there has ever been a glitch
25  or a problem with that.

**58**

1  Q.     Is that something you investigated in preparing
2  your declarations in these cases?
3  A.     No, because based on my experience, it's -- it
4  has never happened.
5  Q.     How do you know it's never happened?
6  A.     Because I've been working with 3GPP, either
7  directly in 3GPP or looking at 3GPP publication and
8  practices, for 25 years, and I've never seen it happen.
9  I've never come across a case where a date appears to be
10  wrong or appears to have been changed, and I've never
11  heard of any case where that's happened.
12  Q.     You mentioned that you were working directly
13  with 3GPP.  What did you mean by that?
14  A.     I meant as a delegate on behalf of a member
15  company, Samsung.
16  Q.     So you -- you've never been employed or --
17  employed as an employee or independent contractor with
18  3GPP?
19  A.     No, I haven't.
20  Q.     Okay.  In looking at the same -- the same
21  sentence, you refer to the regular business practices of
22  3GPP.  Do you see where I am?
23  A.     Yes.
24  Q.     What did you mean by "regular business
25  practices" here?

**59**

1  A.     I mean the business practices of 3GPP as I am
2  aware of them.  What we should probably take into
3  account here is, actually, 3GPP is a project.  It's not
4  a legal entity; it's a cooperative project between a
5  number of companies.  And so these are the practices
6  that I have observed 3GPP using, but also, within my
7  position in Samsung, I was involved in discussions from
8  the partners -- partnership coordination group, which
9  has the responsibility for the overall planning of 3GPP,
10  and so that also -- that's another aspect of my
11  experience at 3GPP which enables me to be aware of their
12  regular business practices.
13  Q.     And looking at the -- the last sentence of this
14  paragraph, you -- the second part of it, you say that
15  "my personal experience confirms that the time stamps
16  have always been a reliable way to determine when a file
17  was uploaded to the 3GPP website."
18      What personal experience are you referring to in
19  that sentence?
20  A.     My personal experience as a delegate attending
21  meetings for RAN1, RAN2, SA1, SA2 and a number of other
22  working groups.  Also attending TSG plenary groups,
23  being aware of when documents were uploaded, being aware
24  of when documents I had sent to the secretaries of
25  meetings were uploaded and seeing when they appeared on

**60**

1  the doc- -- on the file server.  So I have quite a lot
2  of experience over the last 25 years that these time
3  stamps are and have always been reliable.
4  Q.     All right.  I wanted to go through some of the
5  specific documents you discussed in your declaration,
6  but we'll start with the Cobblestone declaration.  So
7  I'm starting with the technical specification 36.300
8  Version 10.3.0, beginning on page 28.  Do you see where
9  I am?
10  A.     Yes, I have it.
11  Q.     Okay.  And then looking at paragraph 57, you
12  refer to an Appendix 24 and then have a screenshot from
13  that; is that right?
14  A.     Yes, that's right.
15  Q.     Okay.  Let's take a look at Appendix 24.  I'm
16  going to upload that to the chat as Exhibit 4.
17      (Plaintiff's Exhibit 4, Appendix 24,
18  Bates stamped JD-COBB_00067879 through
19  JD-COBB_00067883, was marked for identification.)
20  BY MS. HAYDEN:
21  Q.     All right.  While that's uploading, this is what
22  I believe to be Appendix 24 to this Cobblestone expert
23  declaration.  It has the beginning Bates ending in
24  67879.  If you can just let me know when you have that
25  open.

Transcript of Craig Bishop
Conducted on June 27, 2024

61

1   A.   Yes, that's open.
2   Q.   This document, this Exhibit 4, did you generate
3   this PDF?
4   A.   I printed it from the website.  So it was open
5   in the browser and I did control-P to print it in the
6   PDF format.
7   Q.   And that was on -- was that on April 24?  I'm
8   looking at the top left corner.
9   A.   Yes.
10  Q.   And I -- I believe you excerpted part of this
11  exhibit, this Appendix 24, on the top of page 30 of your
12  Cobblestone declaration.  Is that right?
13  A.   That is right, for ease of reference, yes.
14  Q.   And you're -- I believe you're relying on the
15  second item in that excerpt on page 30, this
16  36300-a30.zip; is that right?
17  A.   Yes, that's right.
18  Q.   You didn't upload this ZIP file to the file --
19  the 3GPP file server, right?
20  A.   No, I didn't.
21  Q.   It would've been someone at MCC?
22  A.   Yes, it would.
23  Q.   And the -- this string that reads "2011/04/05"
24  and, I guess, 12:43 a.m. -- I guess that's what that
25  means -- is that the time stamp you're -- you were

62

1   referring to earlier?
2   A.   Yes, it is.
3   Q.   Do you know how this time stamp was generated?
4   A.   It was generated automatically when the document
5   was uploaded by the server that it was uploaded to.
6   Q.   How does the file server automatically generate
7   the time stamp?
8   A.   I haven't looked into that, so I don't know the
9   details, so I don't know.
10  Q.   How can you know that the time stamp is accurate
11  if you don't know how it was generated?
12  A.   Because, based on my experience, the time stamps
13  have always been accurate.  They've always reflected
14  when the documents are uploaded.  The 3GPP frequently
15  asks questions to make it clear that the time stamp can
16  be relied upon and is automatically generated.  And I
17  have no reason to believe that it's -- it's unreliable
18  in any way.
19  Q.   Looking at the next paragraph, paragraph 58, you
20  talk about another time stamp there; is that right?
21  A.   Yes, that's right.
22  Q.   It seems to be another date stamp of some sort
23  for the -- for the ZIP file itself that you downloaded
24  from the website?
25  A.   That's right.

63

1   Q.   Do you know how this time stamp was generated
2   for this ZIP file that you show in paragraph 58?
3   A.   Based on my experience, the time stamp shows the
4   creation date or the last modification date of the Word
5   document that's in the ZIP file, and that would've
6   been --
7   Q.   Did --
8   A.   -- generated by the computer of the person that
9   had produced the Word document.
10  Q.   So this wouldn't be gen- -- this time stamp in
11  paragraph 58 wouldn't be generated by the 3GPP file
12  server; it would've been generated by the computer of
13  the person uploading the document?
14  A.   The date of the Word document inside of the ZIP
15  file would've been automatically generated by the
16  computer of the person who had drafted the document.
17  Q.   Oh, who had draft- -- who had drafted the
18  document or last modified it?
19  A.   Yes.
20  Q.   Okay.  Do you know why this -- this date or this
21  time stamp is in a different format, meaning the
22  European format versus the American format?
23  A.   That's because dates are shown in European
24  format on my computer because I'm based on the UK and
25  I'm used to working with --

64

1   Q.   Oh --
2   A.   -- European format.
3   Q.   -- that makes sense.
4        So the -- the opinions you're offering in
5   Section IV-A of your Cobblestone declaration, these all
6   concern Version 10.3.0 of technical specification
7   36.300, right?
8   A.   Section A concerns that -- that specification,
9   yes.
10  Q.   And you're not offering any opinions on public
11  availability of any other versions of TS36.300, right?
12  A.   Not in this section, no.
13  Q.   Are -- are you offering any opinions on the
14  public availability of other versions of TS 36.300 in --
15  elsewhere in your report?
16  A.   No.
17  Q.   Okay.  I wanted to move on to the next section,
18  section -- subsection B that starts on page 31.  Do you
19  see where I am?
20  A.   Yes, I do.
21  Q.   Okay.  And this -- this concerns technical
22  specification 23.401; is that right?
23  A.   Yes, that's right.
24  Q.   Okay.  Looking at paragraph 63, the first part
25  of this refers to 3GPP TS 25.301.  Is -- is that just a

Transcript of Craig Bishop
Conducted on June 27, 2024

---

109

1  Q.    Who is that?
2  **A.    That would've been Gert-Jan van der Velde --**
3  **sorry.  Gert-Jan van Lieshout and Himke van der Velde.**
4  Q.    Did you -- did you reach out to either of those
5  gentlemen in preparing your declaration for the Wireless
6  Alliance case?
7  **A.    No, I didn't.**
8  Q.    Did you ever have a conversation with either of
9  them about this Meeting Number 71bis?
10 **A.    Not that I recall.**
11 Q.    Do you know if R2-105960 was discussed at the
12 Number 71bis meeting?
13 **A.    I don't recall.  It will say in the minutes.**
14 Q.    Okay.  Looking at the next paragraph, 171,
15 again, towards the end of it, there's another screen
16 grab, it appears.  Is that right?
17 **A.    Yes, I see that.**
18 Q.    Is this a screen grab that you yourself
19 generated from the 3GPP file server?
20 **A.    Yes, that's right.**
21 Q.    And I -- I believe you're relying again on the
22 second line, the one that begins "R2-105960.zip."  Is
23 that correct?
24 **A.    Yes, that's correct.**
25 Q.    You didn't upload this ZIP file to the 3GPP file

---

110

1  server; is that right?
2  **A.    No, I didn't upload it.**
3  Q.    That would've been uploaded by someone at the
4  MCC?
5  **A.    Yes, it would have been uploaded by the MCC.**
6  Q.    And the -- the date stamp that's shown here,
7  aside from believing that that's automatically generated
8  by the file server, you don't know how that's generated?
9  **A.    No, I don't.**
10 Q.    And looking at paragraph 172, there's, again,
11 discussion of another date stamp.  Is that date stamp
12 discussed in paragraph 172 -- do you -- do you believe
13 that corresponds to the last modified date of the Word
14 file?
15 **A.    Yes, the last modified date of the Word file**
16 **that appears in Exhibit 1.**
17 Q.    And you weren't the person to last modify that
18 file; that would've been someone at Ericsson?
19 **A.    That would have been my assumption, yes.**
20 Q.    Okay.  And I want to -- I wanted to go back and
21 ask you about something in paragraph 166 that I
22 neglected to ask you.  If you could go back there and
23 let me know when you're there.
24 **A.    Okay.  I'm there.**
25 Q.    And I'm looking on page 72 at that -- at the

---

111

1  screen grab?
2  **A.    Okay.**
3  Q.    The line "R2-103161."  Do you see where I am?
4  **A.    Yes, I do.**
5  Q.    And that date stamp that's shown there, the
6  May 3rd, 2010, aside from believing that that's
7  automatically generated by the file server, you don't
8  know how that's generated?
9  **A.    No, I don't.**
10 Q.    Okay.  Thank you, Mr. Bishop.  That's all the
11 questions I have for you at this time.
12         MS. HAYDEN:  I pass the witness.
13         MR. BARTON:  Okay.  I have no questions
14    for Mr. Bishop.  We'll reserve the right to read
15    and sign.  I don't think there was anything in here
16    that needed to be marked as confidential, so I
17    think we can go off the record.
18         THE VIDEOGRAPHER:  Stand by.  We are
19    going off the record.  The time now is 11:24 a.m.
20
21    (The deposition was concluded at 11:24
22 a.m.)
23
24
25

---

112

1         DISCLOSURE
2         Pursuant to Article 10.B of the Rules and
3  Regulations of the Board of Court Reporting of the
4  Judicial Council of Georgia which states:  Each
5  court reporter shall tender a disclosure form at
6  the time of the taking of the deposition stating
7  the arrangements made for the reporting services of
8  the certified court reporter, by the certified
9  court reporter, the court reporter's employer or
10 the referral source for the deposition, with any
11 party to the litigation, counsel to the parties, or
12 other entity.  Such form shall be attached to the
13 deposition transcript, I make the following
14 disclosure:  I am a Georgia Certified Court
15 Reporter.  I am here as a representative of Planet
16 Depos.
17    Planet Depos, was
18 contacted to provide court reporting services for
19 the deposition.  Planet Depos, will not be taking
20 this deposition under any contract that is
21 prohibited by O.C.G.A. 9-11-28(c).  Planet Depos,
22 has no contract/agreement to provide reporting
23 services with any party to the case, any counsel in
24 the case, or any reporter or reporting agency from
25 whom a referral might have been made to cover this

---