# EXHIBIT B

# Activity – by Users (Detailed)

7/8/2024 6:50:57 PM   Description: Report detailing all folder and file create and delete activity, grouped by username, and sorted by date in reverse chronological order.

| Date / Time | Remote IP | Protocol | Action | File/Folder Name | KB Transferred | Result |
|---|---|---|---|---|---|---|
| **User Name: Cobblestone-Fact-Discovery** | | | | | | |
| 6/25/2024 10:11:35 PM | 10.20.120.175 | HTTPS | sent | 2024-05-17 Declaration of Craig Bishop.pdf | 769.79 | 200 |
| 6/17/2024 10:43:49 PM | 10.199.125.7 | HTTPS | sent | Nokia - Cobblestone 1st Supplemental Initial Disclosures.pdf | 207.94 | 200 |
| 6/17/2024 10:39:47 PM | 10.199.125.7 | HTTPS | sent | Cobblestone - First Supp. Appendix A ATT (No.7 Common ROG Response.pdf | 1,351.25 | 200 |
| 6/17/2024 10:38:25 PM | 10.199.125.7 | HTTPS | sent | Cobblestone- AT_T Sixth Supplemental Rog Responses.pdf | 422.99 | 200 |
| 6/17/2024 10:36:16 PM | 10.199.125.7 | HTTPS | sent | Cobblestone- AT_T Supp. Responses to ALL Individual ROGS.pdf | 289.51 | 200 |
| 6/17/2024 10:36:16 PM | 10.199.125.7 | HTTPS | sent | Cobblestone- AT_T Supp. Responses to ALL Individual ROGS.pdf | 289.51 | 200 |
| 6/17/2024 10:36:16 PM | 10.199.125.7 | HTTPS | sent | Cobblestone- AT_T Supp. Responses to ALL Individual ROGS.pdf | 289.51 | 200 |
| 6/17/2024 10:32:53 PM | 10.199.125.7 | HTTPS | sent | 2024-05-17 Declaration of Craig Bishop.pdf | 769.78 | 200 |
| 5/21/2024 12:52:44 PM | 10.199.125.7 | HTTPS | sent | Cobblestone - T-Mobile Seventh Supplemental Rog Responses.pdf | 439.95 | 200 |
| 5/21/2024 12:42:14 PM | 10.199.125.7 | HTTPS | sent | Cobblestone - T-Mobile Seventh Supplemental Rog Responses.pdf | 439.95 | 200 |
| 5/21/2024 10:49:22 AM | 10.21.99.55 | HTTPS | created | Nokia - Cobblestone 1st Supplemental Initial Disclosures.pdf | 206.62 | 200 |
| 5/21/2024 6:00:00 AM | 10.20.123.25 | HTTPS | sent | Cobblestone - T-Mobile Seventh Supplemental Rog Responses.pdf | 439.96 | 200 |
| 5/20/2024 7:23:00 PM | 10.199.125.7 | HTTPS | sent | Cobblestone - T-Mobile Seventh Supplemental Rog Responses.pdf | 439.95 | 200 |
| 5/20/2024 5:39:56 PM | 10.20.121.94 | HTTPS | created | Cobblestone - T-Mobile Seventh Supplemental Rog Responses.pdf | 438.62 | 200 |
| 5/20/2024 5:01:32 PM | 10.47.2.52 | HTTPS | sent | Cobblestone - First Supp. Appendix A TMO (No.7 Common ROG Response).pdf | 1,313.31 | 200 |
| 5/20/2024 5:00:55 PM | 10.47.2.52 | HTTPS | sent | Cobblestone- TMO Supp Responses to ALL Individual Rogs(44379516.2).pdf | 298.71 | 200 |
| 5/20/2024 5:00:06 PM | 10.47.2.52 | HTTPS | sent | Cobblestone - T-Mobile Sixth Supplemental Rog Responses.pdf | 433.86 | 200 |
| 5/20/2024 5:00:05 PM | 10.47.2.52 | HTTPS | sent | Cobblestone - T-Mobile Sixth Supplemental Rog Responses.pdf | 433.86 | 200 |
| 5/20/2024 5:00:04 PM | 10.47.2.52 | HTTPS | sent | Cobblestone - T-Mobile Sixth Supplemental Rog Responses.pdf | 433.86 | 200 |
| 5/20/2024 4:59:53 PM | 10.47.2.52 | HTTPS | sent | Cobblestone - T-Mobile Sixth Supplemental Rog Responses.pdf | 433.86 | 200 |
| 5/20/2024 9:31:50 AM | 10.20.121.94 | HTTPS | sent | 2024-05-17 Declaration of Craig Bishop.pdf | 769.72 | 200 |
| 5/20/2024 9:29:13 AM | 10.20.121.94 | HTTPS | sent | Volume 016.zip | 24.27 | 200 |
| 5/20/2024 9:27:47 AM | 10.20.121.94 | HTTPS | sent | Cobblestone- Verizon Supp Responses to ALL Individual ROGS.pdf | 281.23 | 200 |
| 5/20/2024 9:27:41 AM | 10.20.121.94 | HTTPS | sent | Cobblestone- Verizon Seventh Supplemental Rog Responses.pdf | 521.21 | 200 |
| 5/20/2024 9:27:35 AM | 10.20.121.94 | HTTPS | sent | Cobblestone - First Supp. Appendix A VZW (No.7 Common ROG Response).pdf | 1,281.42 | 200 |
| 5/20/2024 9:26:14 AM | 10.20.121.94 | HTTPS | sent | Cobblestone- TMO Supp Responses to ALL Individual Rogs(44379516.2).pdf | 298.63 | 200 |
| 5/20/2024 9:26:08 AM | 10.20.121.94 | HTTPS | sent | Cobblestone - T-Mobile Sixth Supplemental Rog Responses.pdf | 433.77 | 200 |
| 5/20/2024 9:26:02 AM | 10.20.121.94 | HTTPS | sent | Cobblestone - First Supp. Appendix A TMO (No.7 Common ROG Response).pdf | 1,313.23 | 200 |
| 5/20/2024 9:24:28 AM | 10.20.121.94 | HTTPS | sent | Cobblestone- Nokia's Fourth Supplemental Resp to 1st Common Rogs.pdf | 405.99 | 200 |
| 5/20/2024 9:24:23 AM | 10.20.121.94 | HTTPS | sent | Cobblestone- Nokia Supp Responses to ALL Individual ROGS.pdf | 220.10 | 200 |

| Date / Time | Remote IP | Protocol | Action | File/Folder Name | KB Transferred | Result |
|---|---|---|---|---|---|---|
| **User Name: Cobblestone-Fact-Discovery** | | | | | | |
| 5/17/2024 5:04:39 PM | 10.21.99.55 | HTTPS | created | Cobblestone - First Supp. Appendix A TMO (No.7 Common ROG Response).pdf | 1,311.92 | 200 |
| 5/17/2024 5:04:39 PM | 10.21.99.55 | HTTPS | created | Cobblestone - T-Mobile Sixth Supplemental Rog Responses.pdf | 432.51 | 200 |
| 5/17/2024 5:04:39 PM | 10.21.99.55 | HTTPS | created | Cobblestone- TMO Supp Responses to ALL Individual Rogs(44379516.2).pdf | 297.34 | 200 |
| 5/17/2024 5:04:24 PM | 10.21.99.55 | HTTPS | created | Cobblestone - First Supp. Appendix A NOK (No.7 Common ROG Response).pdf | 1,438.29 | 200 |
| 5/17/2024 5:04:24 PM | 10.21.99.55 | HTTPS | created | Cobblestone- Nokia Supp Responses to ALL Individual ROGS.pdf | 218.84 | 200 |
| 5/17/2024 5:04:24 PM | 10.21.99.55 | HTTPS | created | Cobblestone- Nokia's Fourth Supplemental Resp to 1st Common Rogs.pdf | 404.71 | 200 |
| 5/17/2024 5:04:11 PM | 10.21.99.55 | HTTPS | created | Cobblestone - First Supp. Appendix A ERIC (No.7 Common ROG Response).pdf | 1,378.70 | 200 |
| 5/17/2024 5:04:11 PM | 10.21.99.55 | HTTPS | created | Cobblestone- Fourth Supplemental Resp to 1st Common Rogs (Ericsson).pdf | 413.23 | 200 |
| 5/17/2024 5:04:11 PM | 10.21.99.55 | HTTPS | created | Cobblestone- Ericsson Supp Responses to ALL Individual ROGS.pdf | 218.64 | 200 |
| 5/17/2024 5:03:58 PM | 10.21.99.55 | HTTPS | created | Cobblestone - First Supp. Appendix A ATT (No.7 Common ROG Response.pdf | 1,349.90 | 200 |
| 5/17/2024 5:03:58 PM | 10.21.99.55 | HTTPS | created | Cobblestone- AT_T Sixth Supplemental Rog Responses.pdf | 421.69 | 200 |
| 5/17/2024 5:03:58 PM | 10.21.99.55 | HTTPS | created | Cobblestone- AT_T Supp. Responses to ALL Individual ROGS.pdf | 288.20 | 200 |
| 5/17/2024 4:53:08 PM | 10.21.47.76 | HTTPS | created | 2024-05-17 Declaration of Craig Bishop.pdf | 768.44 | 200 |
| 5/17/2024 4:27:35 PM | 10.21.47.76 | HTTPS | created | Volume 016.zip | 23.10 | 200 |
| 5/17/2024 4:22:22 PM | 10.21.99.55 | HTTPS | mkd | /Usr/Cobblestone-Fact-Discovery/Declaration of Craig Bishop/ | 1.36 | 200 |
| 5/17/2024 4:22:15 PM | 10.21.99.55 | HTTPS | mkd | /Usr/Cobblestone-Fact-Discovery/AT&T/ | 1.31 | 200 |
| 5/17/2024 4:22:06 PM | 10.21.99.55 | HTTPS | mkd | /Usr/Cobblestone-Fact-Discovery/T-Mobile/ | 1.32 | 200 |
| 5/17/2024 4:22:01 PM | 10.21.99.55 | HTTPS | mkd | /Usr/Cobblestone-Fact-Discovery/Verizon/ | 1.31 | 200 |
| 5/17/2024 4:21:56 PM | 10.21.99.55 | HTTPS | mkd | /Usr/Cobblestone-Fact-Discovery/Nokia/ | 1.31 | 200 |
| 5/17/2024 4:21:53 PM | 10.21.99.55 | HTTPS | mkd | /Usr/Cobblestone-Fact-Discovery/Ericsson/ | 1.32 | 200 |

**Total KB transferred by 'Cobblestone-Fact-Discovery'**  57,783.13  KB