# EXHIBIT C

| | |
|---|---|
| **From:** | Nunez, Nicolette |
| **Sent:** | Friday, May 17, 2024 7:43 PM |
| **To:** | rak_cobblestone@raklaw.com |
| **Cc:** | A&B Cobblestone |
| **Subject:** | RE: Cobblestone Wireless, LLC, v. T-Mobile et al Case No. 2:22-cv-477 - Interrogatory Supplements and Productions |

One edit to the below.

Nicolette Nunez
Associate
**ALSTON & BIRD**
1201 West Peachtree Street
Atlanta, GA 30309
+1 404 881 7851 (O)
Nicolette.Nunez@alston.com
*only admitted to practice in California*

---

**From:** Nunez, Nicolette
**Sent:** Friday, May 17, 2024 7:40 PM
**To:** rak_cobblestone@raklaw.com
**Cc:** A&B Cobblestone <A&BCobblestone@alston.com>
**Subject:** Cobblestone Wireless, LLC, v. T-Mobile et al Case No. 2:22-cv-477 - Interrogatory Supplements and Productions

Counsel,

At the following FTP site please find the following
https://transfer.alston.com
Username: Cobblestone-Fact-Discovery
Password: 83K45e4S2EexaPqSjcwM

- T-Mobile's Document Production (Vol16)
    - Zip Password: rimuSp4Ko-u1OdibE4re
- T-Mobile's Sixth Supplemental Responses to Common Interrogatories
- T-Mobile's Supplemental Responses to Individual Interrogatories to T-Mobile
- T-Mobiles First Supplemental Appendix A
- AT&T's Sixth Supplemental Responses to Common Interrogatories
- AT&T's Supplemental Responses to Individual Interrogatories to AT&T
- AT&T's First Supplemental Appendix A
- Verizon's Seventh Supplemental Responses to Common Interrogatories
- Verizon's Supplemental Responses to Individual Interrogatories to Verizon
- Verizon's First Supplemental Appendix A
- Nokia's Fourth Supplemental Responses to Common Interrogatories
- Nokia's Supplemental Responses to Individual Interrogatories to Nokia
- Nokia's First Supplemental Appendix A
- Ericsson's Fourth Supplemental Responses to Common Interrogatories
- Ericsson's Supplemental Responses to Individual Interrogatories to Ericsson

- Ericsson's First Supplemental Appendix A
- Declaration of Craig Bishop

In addition, please find additional production details below:

1. A joint production (JD-COBB_009) by Defendants and Intervenors containing the appendices to the Declaration of Craig Bishop at the FTP site below.

    https://transfer.alston.com
    Username: 2024-05-16-JD-Cobb-Production
    Password: YggPG44g288oz9RBjvRn

    Zip Password: **eAgw3ePXFztIGcer@r!M**

2. A production from Nokia bates labeled NOK-COBB_01069391 – 01069394 bearing the confidential designation RESTRICTED – CONFIDENTIAL SOURCE CODE:

    https://dwr.sharefile.com/d-sb199fdcdc17c47279992d34d7e8944bf
    Password to both zips: LeMoyne44!NiagaraElderflower

Let us know if you encounter any issues.

Thanks,

Nicolette Nunez
Associate
**ALSTON & BIRD**
1201 West Peachtree Street
Atlanta, GA 30309
+1 404 881 7851 (O)
Nicolette.Nunez@alston.com
*only admitted to practice in California*