**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br> v. <br> T-MOBILE USA, INC. <br> *Defendant*, <br> NOKIA OF AMERICA CORPORATION, ERICSSON INC. <br> *Intervenors*. | § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00477-JRG-RSP <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br> v. <br> AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP., <br> *Defendants*, <br> NOKIA OF AMERICA CORPORATION, ERICSSON INC. <br> *Intervenors*. | § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00474-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br> v. <br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br> *Defendant*, <br> NOKIA OF AMERICA CORPORATION, ERICSSON INC. <br> *Intervenors*. | § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00478-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

**[PROPOSED]
<u>ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE UNDER *DAUBERT* AND
STRIKE DECLARATION OF CRAIG BISHOP</u>**

Before the Court is Plaintiff Cobblestone Wireless, LLC's Motion to Exclude under *Daubert* and Strike Declaration of Craig Bishop. Having considered all the evidence before it, the Court finds that the Motion should be **DENIED**.