# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> T-MOBILE USA, INC. <br><br> *Defendant*, <br><br> NOKIA OF AMERICA CORPORATION, ERICSSON INC. <br><br> *Intervenors*. | CASE NO. 2:22-cv-00477-JRG-RSP <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP., <br><br> *Defendants*, <br><br> NOKIA OF AMERICA CORPORATION, ERICSSON INC. <br><br> *Intervenors*. | CASE NO. 2:22-cv-00474-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> *Defendant*, <br><br> NOKIA OF AMERICA CORPORATION, ERICSSON INC. <br><br> *Intervenors*. | CASE NO. 2:22-cv-00478-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

**[PROPOSED]**
**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY OF '888 PATENT**

Before the Court is Plaintiff's Motion for Partial Summary Judgment of No Invalidity of '888 Patent. Having considered all the evidence before it, the Court finds that the motion should be **DENIED.**