# EXHIBIT 2

# 3GPP TS 36.211 V12.2.0 (2014-06)

*Technical Specification*

**3rd Generation Partnership Project;
Technical Specification Group Radio Access Network;
Evolved Universal Terrestrial Radio Access (E-UTRA);
Physical channels and modulation
(Release 12)**





The present document has been developed within the 3rd Generation Partnership Project (3GPP TM) and may be further elaborated for the purposes of 3GPP.
The present document has not been subject to any approval process by the 3GPP Organizational Partners and shall not be implemented.
This Specification is provided for future development work within 3GPP only. The Organizational Partners accept no liability for any use of this Specification.
Specifications and reports for implementation of the 3GPP TM system should be obtained via the 3GPP Organizational Partners' Publications Offices.

JD-COBB_00042957

# 4.2 Frame structure type 2

Frame structure type 2 is applicable to TDD. Each radio frame of length $T_f = 307200 \cdot T_s = 10$ ms consists of two half-frames of length $153600 \cdot T_s = 5$ ms each. Each half-frame consists of five subframes of length $30720 \cdot T_s = 1$ ms. Each subframe $i$ is defined as two slots, $2i$ and $2i + 1$, of length $T_{slot} = 15360 \cdot T_s = 0.5$ ms each.

The uplink-downlink configuration in a cell may vary between frames and controls in which subframes uplink or downlink transmissions may take place in the current frame. The uplink-downlink configuration in the current frame is obtained according to Section 13 in [4].

The supported uplink-downlink configurations are listed in Table 4.2-2 where, for each subframe in a radio frame, "D" denotes a downlink subframe reserved for downlink transmissions, "U" denotes an uplink subframe reserved for uplink transmissions and "S" denotes a special subframe with the three fields DwPTS, GP and UpPTS. The length of DwPTS and UpPTS is given by Table 4.2-1 subject to the total length of DwPTS, GP and UpPTS being equal to $30720 \cdot T_s = 1$ ms.

Uplink-downlink configurations with both 5 ms and 10 ms downlink-to-uplink switch-point periodicity are supported.

- In case of 5 ms downlink-to-uplink switch-point periodicity, the special subframe exists in both half-frames.

- In case of 10 ms downlink-to-uplink switch-point periodicity, the special subframe exists in the first half-frame only.

Subframes 0 and 5 and DwPTS are always reserved for downlink transmission. UpPTS and the subframe immediately following the special subframe are always reserved for uplink transmission.

In case multiple cells are aggregated, the UE may assume that the guard period of the special subframe in the cells using frame structure type 2 have an overlap of at least $1456 \cdot T_s$.

In case multiple cells with different uplink-downlink configurations in the current radio frame are aggregated and the UE is not capable of simultaneous reception and transmission in the aggregated cells, the following constraints apply:

- if the subframe in the primary cell is a downlink subframe, the UE shall not transmit any signal or channel on a secondary cell in the same subframe

- if the subframe in the primary cell is an uplink subframe, the UE is not expected to receive any downlink transmissions on a secondary cell in the same subframe

- if the subframe in the primary cell is a special subframe and the same subframe in a secondary cell is a downlink subframe, the UE is not expected to receive PDSCH/EPDCCH/PMCH/PRS transmissions in the secondary cell in the same subframe, and the UE is not expected to receive any other signals on the secondary cell in OFDM symbols that overlaps with the guard period or UpPTS in the primary cell.



**Figure 4.2-1: Frame structure type 2 (for 5 ms switch-point periodicity)**

JD-COBB_00042967

Release 12                                           12                        3GPP TS 36.211 V12.2.0 (2014-06)

**Table 4.2-1: Configuration of special subframe (lengths of DwPTS/GP/UpPTS)**

| Special subframe configuration | Normal cyclic prefix in downlink | | | Extended cyclic prefix in downlink | | |
|---|---|---|---|---|---|---|
| | DwPTS | UpPTS | | DwPTS | UpPTS | |
| | | Normal cyclic prefix in uplink | Extended cyclic prefix in uplink | | Normal cyclic prefix in uplink | Extended cyclic prefix in uplink |
| 0 | $6592 \cdot T_s$ | | | $7680 \cdot T_s$ | | |
| 1 | $19760 \cdot T_s$ | | | $20480 \cdot T_s$ | | |
| 2 | $21952 \cdot T_s$ | $2192 \cdot T_s$ | $2560 \cdot T_s$ | $23040 \cdot T_s$ | $2192 \cdot T_s$ | $2560 \cdot T_s$ |
| 3 | $24144 \cdot T_s$ | | | $25600 \cdot T_s$ | | |
| 4 | $26336 \cdot T_s$ | | | $7680 \cdot T_s$ | | |
| 5 | $6592 \cdot T_s$ | | | $20480 \cdot T_s$ | | |
| 6 | $19760 \cdot T_s$ | | | $23040 \cdot T_s$ | $4384 \cdot T_s$ | $5120 \cdot T_s$ |
| 7 | $21952 \cdot T_s$ | $4384 \cdot T_s$ | $5120 \cdot T_s$ | $12800 \cdot T_s$ | | |
| 8 | $24144 \cdot T_s$ | | | - | - | - |
| 9 | $13168 \cdot T_s$ | | | - | - | - |

**Table 4.2-2: Uplink-downlink configurations**

| Uplink-downlink configuration | Downlink-to-Uplink Switch-point periodicity | Subframe number | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 0 | 5 ms | D | S | U | U | U | D | S | U | U | U |
| 1 | 5 ms | D | S | U | U | D | D | S | U | U | D |
| 2 | 5 ms | D | S | U | D | D | D | S | U | D | D |
| 3 | 10 ms | D | S | U | U | U | D | D | D | D | D |
| 4 | 10 ms | D | S | U | U | D | D | D | D | D | D |
| 5 | 10 ms | D | S | U | D | D | D | D | D | D | D |
| 6 | 5 ms | D | S | U | U | U | D | S | U | U | D |

JD-COBB_00042968

# 5        Uplink

## 5.1        Overview

The smallest resource unit for uplink transmissions is denoted a resource element and is defined in clause 5.2.2.

### 5.1.1        Physical channels

An uplink physical channel corresponds to a set of resource elements carrying information originating from higher layers and is the interface defined between 3GPP TS 36.212 [3] and the present document 3GPP TS 36.211. The following uplink physical channels are defined:

- Physical Uplink Shared Channel, PUSCH

- Physical Uplink Control Channel, PUCCH

- Physical Random Access Channel, PRACH

### 5.1.2        Physical signals

An uplink physical signal is used by the physical layer but does not carry information originating from higher layers. The following uplink physical signals are defined:

- Reference signal

## 5.2        Slot structure and physical resources

### 5.2.1        Resource grid

The transmitted signal in each slot is described by one or several resource grids of $N_{\text{RB}}^{\text{UL}} N_{\text{sc}}^{\text{RB}}$ subcarriers and $N_{\text{symb}}^{\text{UL}}$ SC-FDMA symbols. The resource grid is illustrated in Figure 5.2.1-1. The quantity $N_{\text{RB}}^{\text{UL}}$ depends on the uplink transmission bandwidth configured in the cell and shall fulfil

$$N_{\text{RB}}^{\text{min,UL}} \leq N_{\text{RB}}^{\text{UL}} \leq N_{\text{RB}}^{\text{max,UL}}$$

where $N_{\text{RB}}^{\text{min,UL}} = 6$ and $N_{\text{RB}}^{\text{max,UL}} = 110$ are the smallest and largest uplink bandwidths, respectively, supported by the current version of this specification. The set of allowed values for $N_{\text{RB}}^{\text{UL}}$ is given by 3GPP TS 36.101 [7].

The number of SC-FDMA symbols in a slot depends on the cyclic prefix length configured by the higher layer parameter *UL-CyclicPrefixLength* and is given in Table 5.2.3-1.

An antenna port is defined such that the channel over which a symbol on the antenna port is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed. There is one resource grid per antenna port. The antenna ports used for transmission of a physical channel or signal depends on the number of antenna ports configured for the physical channel or signal as shown in Table 5.2.1-1. The index $\tilde{p}$ is used throughout clause 5 when a sequential numbering of the antenna ports is necessary.

JD-COBB_00042969



**Figure 5.2.1-1: Uplink resource grid**

**Table 5.2.1-1: Antenna ports used for different physical channels and signals**

| Physical channel or signal | Index $\tilde{p}$ | Antenna port number $p$ as a function of the number of antenna ports configured for the respective physical channel/signal | | |
|---|---|---|---|---|
| | | 1 | 2 | 4 |
| PUSCH | 0 | 10 | 20 | 40 |
| | 1 | - | 21 | 41 |
| | 2 | - | - | 42 |
| | 3 | - | - | 43 |
| SRS | 0 | 10 | 20 | 40 |
| | 1 | - | 21 | 41 |
| | 2 | - | - | 42 |
| | 3 | - | - | 43 |
| PUCCH | 0 | 100 | 200 | - |
| | 1 | - | 201 | - |

JD-COBB_00042970

15

## 5.2.2    Resource elements

Each element in the resource grid is called a resource element and is uniquely defined by the index pair $(k,l)$ in a slot where $k = 0,\ldots,N_{\text{RB}}^{\text{UL}} N_{\text{sc}}^{\text{RB}} - 1$ and $l = 0,\ldots, N_{\text{symb}}^{\text{UL}} - 1$ are the indices in the frequency and time domains, respectively. Resource element $(k,l)$ on antenna port $p$ corresponds to the complex value $a_{k,l}^{(p)}$.

When there is no risk for confusion, or no particular antenna port is specified, the index $p$ may be dropped.

Quantities $a_{k,l}^{(p)}$ corresponding to resource elements not used for transmission of a physical channel or a physical signal in a slot shall be set to zero.

## 5.2.3    Resource blocks

A physical resource block is defined as $N_{\text{symb}}^{\text{UL}}$ consecutive SC-FDMA symbols in the time domain and $N_{\text{sc}}^{\text{RB}}$ consecutive subcarriers in the frequency domain, where $N_{\text{symb}}^{\text{UL}}$ and $N_{\text{sc}}^{\text{RB}}$ are given by Table 5.2.3-1.

A physical resource block in the uplink thus consists of $N_{\text{symb}}^{\text{UL}} \times N_{\text{sc}}^{\text{RB}}$ resource elements, corresponding to one slot in the time domain and 180 kHz in the frequency domain.

**Table 5.2.3-1: Resource block parameters**

| Configuration | $N_{\text{sc}}^{\text{RB}}$ | $N_{\text{symb}}^{\text{UL}}$ |
|---|---|---|
| Normal cyclic prefix | 12 | 7 |
| Extended cyclic prefix | 12 | 6 |

The relation between the physical resource block number $n_{\text{PRB}}$ in the frequency domain and resource elements $(k,l)$ in a slot is given by

$$n_{\text{PRB}} = \left\lfloor \frac{k}{N_{\text{sc}}^{\text{RB}}} \right\rfloor$$

JD-COBB_00042971

# 5.3        Physical uplink shared channel

The baseband signal representing the physical uplink shared channel is defined in terms of the following steps:

- scrambling

- modulation of scrambled bits to generate complex-valued symbols

- mapping of the complex-valued modulation symbols onto one or several transmission layers

- transform precoding to generate complex-valued symbols

- precoding of the complex-valued symbols

- mapping of precoded complex-valued symbols to resource elements

- generation of complex-valued time-domain SC-FDMA signal for each antenna port



**Figure 5.3-1: Overview of uplink physical channel processing**

## 5.3.1        Scrambling

For each codeword $q$, the block of bits $b^{(q)}(0),...b^{(q)}(M_{\text{bit}}^{(q)}-1)$, where $M_{\text{bit}}^{(q)}$ is the number of bits transmitted in codeword $q$ on the physical uplink shared channel in one subframe, shall be scrambled with a UE-specific scrambling sequence prior to modulation, resulting in a block of scrambled bits $\widetilde{b}^{(q)}(0),..., \widetilde{b}^{(q)}(M_{\text{bit}}^{(q)}-1)$ according to the following pseudo code

Set $i = 0$

while $i < M_{\text{bit}}^{(q)}$

    if $b^{(q)}(i) = x$     // ACK/NACK or Rank Indication placeholder bits

        $\widetilde{b}^{(q)}(i) = 1$

    else

        if $b^{(q)}(i) = y$ // ACK/NACK or Rank Indication repetition placeholder bits

            $\widetilde{b}^{(q)}(i) = \widetilde{b}^{(q)}(i-1)$

        else          // Data or channel quality coded bits, Rank Indication coded bits or ACK/NACK coded bits

            $\widetilde{b}^{(q)}(i) = \left(b^{(q)}(i) + c^{(q)}(i)\right)\bmod 2$

        end if

    end if

    $i = i + 1$

JD-COBB_00042972

end while

where x and y are tags defined in 3GPP TS 36.212 [3] clause 5.2.2.6 and where the scrambling sequence $c^{(q)}(i)$ is given by clause 7.2. The scrambling sequence generator shall be initialised with

$c_{\text{init}} = n_{\text{RNTI}} \cdot 2^{14} + q \cdot 2^{13} + \lfloor n_s/2 \rfloor \cdot 2^9 + N_{\text{ID}}^{\text{cell}}$ at the start of each subframe where $n_{\text{RNTI}}$ corresponds to the RNTI associated with the PUSCH transmission as described in clause 8 in 3GPP TS 36.213 [4].

Up to two codewords can be transmitted in one subframe, i.e., $q \in \{0,1\}$. In the case of single-codeword transmission, $q = 0$.

## 5.3.2    Modulation

For each codeword $q$, the block of scrambled bits $\widetilde{b}^{(q)}(0),...,\widetilde{b}^{(q)}(M_{\text{bit}}^{(q)}-1)$ shall be modulated as described in clause 7.1, resulting in a block of complex-valued symbols $d^{(q)}(0),...,d^{(q)}(M_{\text{symb}}^{(q)}-1)$. Table 5.3.2-1 specifies the modulation mappings applicable for the physical uplink shared channel.

**Table 5.3.2-1: Uplink modulation schemes**

| Physical channel | Modulation schemes |
|---|---|
| PUSCH | QPSK, 16QAM, 64QAM |

## 5.3.2A   Layer mapping

The complex-valued modulation symbols for each of the codewords to be transmitted are mapped onto one or two layers. Complex-valued modulation symbols $d^{(q)}(0),...,d^{(q)}(M_{symb}^{(q)}-1)$ for codeword $q$ shall be mapped onto the layers $x(i) = \left[x^{(0)}(i) \quad ... \quad x^{(\upsilon-1)}(i)\right]^T$, $i = 0,1,...,M_{symb}^{layer}-1$ where $\upsilon$ is the number of layers and $M_{symb}^{layer}$ is the number of modulation symbols per layer.

### 5.3.2A.1   Layer mapping for transmission on a single antenna port

For transmission on a single antenna port, a single layer is used, $\upsilon = 1$, and the mapping is defined by

$$x^{(0)}(i) = d^{(0)}(i)$$

with $M_{symb}^{layer} = M_{symb}^{(0)}$.

### 5.3.2A.2   Layer mapping for spatial multiplexing

For spatial multiplexing, the layer mapping shall be done according to Table 5.3.2A.2-1. The number of layers $\upsilon$ is less than or equal to the number of antenna ports $P$ used for transmission of the physical uplink shared channel. The case of a single codeword mapped to multiple layers is only applicable when the number of antenna ports used for PUSCH is four.

**Table 5.3.2A.2-1: Codeword-to-layer mapping for spatial multiplexing**

| Number of layers | Number of codewords | Codeword-to-layer mapping $i = 0,1,...,M_{symb}^{layer}-1$ | |
|---|---|---|---|
| 1 | 1 | $x^{(0)}(i) = d^{(0)}(i)$ | $M_{symb}^{layer} = M_{symb}^{(0)}$ |
| 2 | 1 | $x^{(0)}(i) = d^{(0)}(2i)$ <br> $x^{(1)}(i) = d^{(0)}(2i+1)$ | $M_{symb}^{layer} = M_{symb}^{(0)}/2$ |
| 2 | 2 | $x^{(0)}(i) = d^{(0)}(i)$ <br> $x^{(1)}(i) = d^{(1)}(i)$ | $M_{symb}^{layer} = M_{symb}^{(0)} = M_{symb}^{(1)}$ |
| 3 | 2 | $x^{(0)}(i) = d^{(0)}(i)$ <br> $x^{(1)}(i) = d^{(1)}(2i)$ <br> $x^{(2)}(i) = d^{(1)}(2i+1)$ | $M_{symb}^{layer} = M_{symb}^{(0)} = M_{symb}^{(1)}/2$ |
| 4 | 2 | $x^{(0)}(i) = d^{(0)}(2i)$ <br> $x^{(1)}(i) = d^{(0)}(2i+1)$ <br> $x^{(2)}(i) = d^{(1)}(2i)$ <br> $x^{(3)}(i) = d^{(1)}(2i+1)$ | $M_{symb}^{layer} = M_{symb}^{(0)}/2 = M_{symb}^{(1)}/2$ |

JD-COBB_00042974

## 5.3.3    Transform precoding

For each layer $\lambda = 0,1,..., \upsilon - 1$ the block of complex-valued symbols $x^{(\lambda)}(0),..., x^{(\lambda)}(M_{\text{symb}}^{\text{layer}} - 1)$ is divided into $M_{\text{symb}}^{\text{layer}} / M_{\text{sc}}^{\text{PUSCH}}$ sets, each corresponding to one SC-FDMA symbol. Transform precoding shall be applied according to

$$y^{(\lambda)}(l \cdot M_{\text{sc}}^{\text{PUSCH}} + k) = \frac{1}{\sqrt{M_{\text{sc}}^{\text{PUSCH}}}} \sum_{i=0}^{M_{\text{sc}}^{\text{PUSCH}}-1} x^{(\lambda)}(l \cdot M_{\text{sc}}^{\text{PUSCH}} + i) e^{-j\frac{2\pi i k}{M_{\text{sc}}^{\text{PUSCH}}}}$$

$$k = 0,..., M_{\text{sc}}^{\text{PUSCH}} - 1$$

$$l = 0,..., M_{\text{symb}}^{\text{layer}} / M_{\text{sc}}^{\text{PUSCH}} - 1$$

resulting in a block of complex-valued symbols $y^{(\lambda)}(0),..., y^{(\lambda)}(M_{\text{symb}}^{\text{layer}} - 1)$. The variable $M_{\text{sc}}^{\text{PUSCH}} = M_{\text{RB}}^{\text{PUSCH}} \cdot N_{\text{sc}}^{\text{RB}}$, where $M_{\text{RB}}^{\text{PUSCH}}$ represents the bandwidth of the PUSCH in terms of resource blocks, and shall fulfil

$$M_{\text{RB}}^{\text{PUSCH}} = 2^{\alpha_2} \cdot 3^{\alpha_3} \cdot 5^{\alpha_5} \le N_{\text{RB}}^{\text{UL}}$$

where $\alpha_2, \alpha_3, \alpha_5$ is a set of non-negative integers.

## 5.3.3A    Precoding

The precoder takes as input a block of vectors $\left[y^{(0)}(i) \quad ... \quad y^{(\upsilon-1)}(i)\right]^T$, $i = 0,1,..., M_{\text{symb}}^{\text{layer}} - 1$ from the transform precoder and generates a block of vectors $\left[z^{(0)}(i) \quad ... \quad z^{(P-1)}(i)\right]^T$, $i = 0,1,..., M_{\text{symb}}^{\text{ap}} - 1$ to be mapped onto resource elements.

### 5.3.3A.1    Precoding for transmission on a single antenna port

For transmission on a single antenna port, precoding is defined by

$$z^{(0)}(i) = y^{(0)}(i)$$

where $i = 0,1,..., M_{\text{symb}}^{\text{ap}} - 1$, $M_{\text{symb}}^{\text{ap}} = M_{\text{symb}}^{\text{layer}}$.

### 5.3.3A.2    Precoding for spatial multiplexing

Precoding for spatial multiplexing is only used in combination with layer mapping for spatial multiplexing as described in clause 5.3.2A.2. Spatial multiplexing supports $P = 2$ or $P = 4$ antenna ports where the set of antenna ports used for spatial multiplexing is $p \in \{20,21\}$ and $p \in \{40,41,42,43\}$, respectively.

Precoding for spatial multiplexing is defined by

$$\begin{bmatrix} z^{(0)}(i) \\ \vdots \\ z^{(P-1)}(i) \end{bmatrix} = W \begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(\upsilon-1)}(i) \end{bmatrix}$$

where $i = 0,1,..., M_{\text{symb}}^{\text{ap}} - 1$, $M_{\text{symb}}^{\text{ap}} = M_{\text{symb}}^{\text{layer}}$.

The precoding matrix $W$ of size $P \times \upsilon$ is given by one of the entries in Table 5.3.3A.2-1 for $P = 2$ and by Tables 5.3.3A.2-2 through 5.3.3A.2-5 for $P = 4$ where the entries in each row are ordered from left to right in increasing order of codebook indices.

JD-COBB_00042975

**Table 5.3.3A.2-1: Codebook for transmission on antenna ports $\{20,21\}$**

| Codebook index | Number of layers | |
|---|---|---|
| | $\upsilon = 1$ | $\upsilon = 2$ |
| 0 | $\frac{1}{\sqrt{2}}\begin{bmatrix} 1 \\ 1 \end{bmatrix}$ | $\frac{1}{\sqrt{2}}\begin{bmatrix} 1 & 0 \\ 0 & 1 \end{bmatrix}$ |
| 1 | $\frac{1}{\sqrt{2}}\begin{bmatrix} 1 \\ -1 \end{bmatrix}$ | - |
| 2 | $\frac{1}{\sqrt{2}}\begin{bmatrix} 1 \\ j \end{bmatrix}$ | - |
| 3 | $\frac{1}{\sqrt{2}}\begin{bmatrix} 1 \\ -j \end{bmatrix}$ | - |
| 4 | $\frac{1}{\sqrt{2}}\begin{bmatrix} 1 \\ 0 \end{bmatrix}$ | - |
| 5 | $\frac{1}{\sqrt{2}}\begin{bmatrix} 0 \\ 1 \end{bmatrix}$ | - |

**Table 5.3.3A.2-2: Codebook for transmission on antenna ports $\{40,41,42,43\}$ with $\upsilon = 1$**

| Codebook index | Number of layers $\upsilon = 1$ | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 − 7 | $\frac{1}{2}\begin{bmatrix} 1 \\ 1 \\ 1 \\ -1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ 1 \\ j \\ j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ 1 \\ -1 \\ 1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ 1 \\ -j \\ -j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ j \\ 1 \\ j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ j \\ j \\ 1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ j \\ -1 \\ -j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ j \\ -j \\ -1 \end{bmatrix}$ |
| 8 − 15 | $\frac{1}{2}\begin{bmatrix} 1 \\ -1 \\ 1 \\ 1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ -1 \\ j \\ -j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ -1 \\ -1 \\ -1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ -1 \\ -j \\ j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ -j \\ 1 \\ -j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ -j \\ j \\ -1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ -j \\ -1 \\ j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ -j \\ -j \\ 1 \end{bmatrix}$ |
| 16 − 23 | $\frac{1}{2}\begin{bmatrix} 1 \\ 0 \\ 1 \\ 0 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ 0 \\ -1 \\ 0 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ 0 \\ j \\ 0 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 \\ 0 \\ -j \\ 0 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 0 \\ 1 \\ 0 \\ -1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 0 \\ 1 \\ 0 \\ -j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 0 \\ 1 \\ 0 \\ j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 0 \\ 1 \\ 0 \\ -j \end{bmatrix}$ |

JD-COBB_00042976

21

**Table 5.3.3A.2-3: Codebook for transmission on antenna ports $\{40,41,42,43\}$ with $\upsilon = 2$**

| Codebook index | Number of layers $\upsilon = 2$ | | | |
|---|---|---|---|---|
| $0-3$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ 1 & 0 \\ 0 & 1 \\ 0 & -j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ 1 & 0 \\ 0 & 1 \\ 0 & j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ -j & 0 \\ 0 & 1 \\ 0 & 1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ -j & 0 \\ 0 & 1 \\ 0 & -1 \end{bmatrix}$ |
| $4-7$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ -1 & 0 \\ 0 & 1 \\ 0 & -j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ -1 & 0 \\ 0 & 1 \\ 0 & j \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ j & 0 \\ 0 & 1 \\ 0 & 1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ j & 0 \\ 0 & 1 \\ 0 & -1 \end{bmatrix}$ |
| $8-11$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ 0 & 1 \\ 1 & 0 \\ 0 & 1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ 0 & 1 \\ 1 & 0 \\ 0 & -1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ 0 & 1 \\ -1 & 0 \\ 0 & 1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ 0 & 1 \\ -1 & 0 \\ 0 & -1 \end{bmatrix}$ |
| $12-15$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ 0 & 1 \\ 0 & 1 \\ 1 & 0 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ 0 & 1 \\ 0 & -1 \\ 1 & 0 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ 0 & 1 \\ 0 & 1 \\ -1 & 0 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 \\ 0 & 1 \\ 0 & -1 \\ -1 & 0 \end{bmatrix}$ |

**Table 5.3.3A.2-4: Codebook for transmission on antenna ports $\{40,41,42,43\}$ with $\upsilon = 3$**

| Codebook index | Number of layers $\upsilon = 3$ | | | |
|---|---|---|---|---|
| $0-3$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 & 0 \\ 1 & 0 & 0 \\ 0 & 1 & 0 \\ 0 & 0 & 1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 & 0 \\ -1 & 0 & 0 \\ 0 & 1 & 0 \\ 0 & 0 & 1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 & 0 \\ 0 & 1 & 0 \\ 1 & 0 & 0 \\ 0 & 0 & 1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 & 0 \\ 0 & 1 & 0 \\ -1 & 0 & 0 \\ 0 & 0 & 1 \end{bmatrix}$ |
| $4-7$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 & 0 \\ 0 & 1 & 0 \\ 0 & 0 & 1 \\ 1 & 0 & 0 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 & 0 \\ 0 & 1 & 0 \\ 0 & 0 & 1 \\ -1 & 0 & 0 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 0 & 1 & 0 \\ 1 & 0 & 0 \\ 0 & 0 & 1 \\ 0 & 0 & 1 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 0 & 1 & 0 \\ 1 & 0 & 0 \\ -1 & 0 & 0 \\ 0 & 0 & 1 \end{bmatrix}$ |
| $8-11$ | $\frac{1}{2}\begin{bmatrix} 0 & 1 & 0 \\ 1 & 0 & 0 \\ 0 & 0 & 1 \\ 1 & 0 & 0 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 0 & 1 & 0 \\ 1 & 0 & 0 \\ 0 & 0 & 1 \\ -1 & 0 & 0 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 0 & 1 & 0 \\ 0 & 0 & 1 \\ 1 & 0 & 0 \\ 1 & 0 & 0 \end{bmatrix}$ | $\frac{1}{2}\begin{bmatrix} 0 & 1 & 0 \\ 0 & 0 & 1 \\ 1 & 0 & 0 \\ -1 & 0 & 0 \end{bmatrix}$ |

**Table 5.3.3A.2-5: Codebook for transmission on antenna ports $\{40,41,42,43\}$ with $\upsilon = 4$**

| Codebook index | Number of layers $\upsilon = 4$ |
|---|---|
| $0$ | $\frac{1}{2}\begin{bmatrix} 1 & 0 & 0 & 0 \\ 0 & 1 & 0 & 0 \\ 0 & 0 & 1 & 0 \\ 0 & 0 & 0 & 1 \end{bmatrix}$ |

JD-COBB_00042977

## 5.3.4    Mapping to physical resources

For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),..., z^{(\tilde{p})}(M_{\text{symb}}^{\text{ap}}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUSCH}}$ in order to conform to the transmit power $P_{\text{PUSCH}}$ specified in clause 5.1.1.1 in 3GPP TS 36.213 [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and

- not used for transmission of reference signals, and

- not part of the last SC-FDMA symbol in a subframe, if the UE transmits SRS in the same subframe, and

- not part of the last SC-FDMA symbol in a subframe configured with cell-specific SRS, if the PUSCH transmission partly or fully overlaps with the cell-specific SRS bandwidth, and

- not part of an SC-FDMA symbol reserved for possible SRS transmission in a UE-specific aperiodic SRS subframe, and

- not part of an SC-FDMA symbol reserved for possible SRS transmission in a UE-specific periodic SRS subframe in the same serving cell when the UE is configured with multiple TAGs

shall be in increasing order of first the index $k$, then the index $l$, starting with the first slot in the subframe.

If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{\text{PRB}} = n_{\text{VRB}}$ where $n_{\text{VRB}}$ is obtained from the uplink scheduling grant as described in clause 8.1 in 3GPP TS 36.213 [4].

If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by clause 8.4.1 in 3GPP TS 36.213 [4].

If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_s$ is given by the scheduling grant together with a predefined pattern according to

$$\tilde{n}_{\text{PRB}}(n_s) = \left( \tilde{n}_{\text{VRB}} + f_{\text{hop}}(i) \cdot N_{\text{RB}}^{\text{sb}} + \left( \left( N_{\text{RB}}^{\text{sb}} - 1 \right) - 2 \left( \tilde{n}_{\text{VRB}} \bmod N_{\text{RB}}^{\text{sb}} \right) \right) \cdot f_{\text{m}}(i) \right) \bmod \left( N_{\text{RB}}^{\text{sb}} \cdot N_{\text{sb}} \right)$$

$$i = \begin{cases} \lfloor n_s/2 \rfloor & \text{inter} - \text{subframe hopping} \\ n_s & \text{intra and inter} - \text{subframe hopping} \end{cases}$$

$$n_{\text{PRB}}(n_s) = \begin{cases} \tilde{n}_{\text{PRB}}(n_s) & N_{sb} = 1 \\ \tilde{n}_{\text{PRB}}(n_s) + \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb} > 1 \end{cases}$$

$$\tilde{n}_{\text{VRB}} = \begin{cases} n_{\text{VRB}} & N_{sb} = 1 \\ n_{\text{VRB}} - \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb} > 1 \end{cases}$$

where $n_{\text{VRB}}$ is obtained from the scheduling grant as described in clause 8.1 in 3GPP TS 36.213 [4]. The parameter *pusch-HoppingOffset*, $N_{\text{RB}}^{\text{HO}}$, is provided by higher layers. The size $N_{\text{RB}}^{\text{sb}}$ of each sub-band is given by,

$$N_{\text{RB}}^{\text{sb}} = \begin{cases} N_{\text{RB}}^{\text{UL}} & N_{sb} = 1 \\ \left\lfloor \left( N_{\text{RB}}^{\text{UL}} - N_{\text{RB}}^{\text{HO}} - N_{\text{RB}}^{\text{HO}} \bmod 2 \right) / N_{\text{sb}} \right\rfloor & N_{sb} > 1 \end{cases}$$

where the number of sub-bands $N_{\text{sb}}$ is given by higher layers. The function $f_{\text{m}}(i) \in \{0,1\}$ determines whether mirroring is used or not. The parameter *Hopping-mode* provided by higher layers determines if hopping is "inter-subframe" or "intra and inter-subframe".

The hopping function $f_{\text{hop}}(i)$ and the function $f_{\text{m}}(i)$ are given by

$$f_{\text{hop}}(i) = \begin{cases} 0 & N_{\text{sb}} = 1 \\ \left(f_{\text{hop}}(i-1) + \sum_{k=i\cdot10+1}^{i\cdot10+9} c(k) \times 2^{k-(i\cdot10+1)}\right) \bmod N_{\text{sb}} & N_{\text{sb}} = 2 \\ \left(f_{\text{hop}}(i-1) + \left(\sum_{k=i\cdot10+1}^{i\cdot10+9} c(k) \times 2^{k-(i\cdot10+1)}\right) \bmod(N_{\text{sb}}-1) + 1\right) \bmod N_{\text{sb}} & N_{\text{sb}} > 2 \end{cases}$$

$$f_{\text{m}}(i) = \begin{cases} i \bmod 2 & N_{\text{sb}} = 1 \text{ and intra and inter} - \text{subframe hopping} \\ \text{CURRENT\_TX \_NB} \bmod 2 & N_{\text{sb}} = 1 \text{ and inter} - \text{subframe hopping} \\ c(i\cdot10) & N_{\text{sb}} > 1 \end{cases}$$

where $f_{\text{hop}}(-1) = 0$ and the pseudo-random sequence $c(i)$ is given by clause 7.2 and CURRENT_TX_NB indicates the transmission number for the transport block transmitted in slot $n_s$ as defined in [8]. The pseudo-random sequence generator shall be initialised with $c_{\text{init}} = N_{\text{ID}}^{\text{cell}}$ for frame structure type 1 and $c_{\text{init}} = 2^9 \cdot (n_{\text{f}} \bmod 4) + N_{\text{ID}}^{\text{cell}}$ for frame structure type 2 at the start of each frame.

JD-COBB_00042979

# 5.4        Physical uplink control channel

The physical uplink control channel, PUCCH, carries uplink control information. Simultaneous transmission of PUCCH and PUSCH from the same UE is supported if enabled by higher layers. For frame structure type 2, the PUCCH is not transmitted in the UpPTS field.

The physical uplink control channel supports multiple formats as shown in Table 5.4-1.
Formats 2a and 2b are supported for normal cyclic prefix only.

**Table 5.4-1: Supported PUCCH formats**

| PUCCH format | Modulation scheme | Number of bits per subframe, $M_{\text{bit}}$ |
|---|---|---|
| 1 | N/A | N/A |
| 1a | BPSK | 1 |
| 1b | QPSK | 2 |
| 2 | QPSK | 20 |
| 2a | QPSK+BPSK | 21 |
| 2b | QPSK+QPSK | 22 |
| 3 | QPSK | 48 |

All PUCCH formats use a cyclic shift, $n_{\text{cs}}^{\text{cell}}(n_{\text{s}}, l)$, which varies with the symbol number $l$ and the slot number $n_{\text{s}}$ according to

$$n_{\text{cs}}^{\text{cell}}(n_{\text{s}}, l) = \sum_{i=0}^{7} c(8 N_{\text{symb}}^{\text{UL}} \cdot n_{\text{s}} + 8l + i) \cdot 2^{i}$$

where the pseudo-random sequence $c(i)$ is defined by clause 7.2. The pseudo-random sequence generator shall be initialized with $c_{\text{init}} = n_{\text{ID}}^{\text{RS}}$, where $n_{\text{ID}}^{\text{RS}}$ is given by clause 5.5.1.5 with $N_{\text{ID}}^{\text{cell}}$ corresponding to the primary cell, at the beginning of each radio frame.

The physical resources used for PUCCH depends on two parameters, $N_{\text{RB}}^{(2)}$ and $N_{\text{cs}}^{(1)}$, given by higher layers. The variable $N_{\text{RB}}^{(2)} \geq 0$ denotes the bandwidth in terms of resource blocks that are available for use by PUCCH formats 2/2a/2b transmission in each slot. The variable $N_{\text{cs}}^{(1)}$ denotes the number of cyclic shift used for PUCCH formats 1/1a/1b in a resource block used for a mix of formats 1/1a/1b and 2/2a/2b. The value of $N_{\text{cs}}^{(1)}$ is an integer multiple of $\Delta_{\text{shift}}^{\text{PUCCH}}$ within the range of $\{0, 1, \ldots, 7\}$, where $\Delta_{\text{shift}}^{\text{PUCCH}}$ is provided by higher layers. No mixed resource block is present if $N_{\text{cs}}^{(1)} = 0$. At most one resource block in each slot supports a mix of formats 1/1a/1b and 2/2a/2b. Resources used for transmission of PUCCH formats 1/1a/1b, 2/2a/2b and 3 are represented by the non-negative indices $n_{\text{PUCCH}}^{(1,\tilde{p})}$, $n_{\text{PUCCH}}^{(2,\tilde{p})} < N_{\text{RB}}^{(2)} N_{\text{sc}}^{\text{RB}} + \left\lceil \dfrac{N_{\text{cs}}^{(1)}}{8} \right\rceil \cdot (N_{\text{sc}}^{\text{RB}} - N_{\text{cs}}^{(1)} - 2)$, and $n_{\text{PUCCH}}^{(3,\tilde{p})}$, respectively.

## 5.4.1        PUCCH formats 1, 1a and 1b

For PUCCH format 1, information is carried by the presence/absence of transmission of PUCCH from the UE. In the remainder of this clause, $d(0) = 1$ shall be assumed for PUCCH format 1.

For PUCCH formats 1a and 1b, one or two explicit bits are transmitted, respectively. The block of bits $b(0), \ldots, b(M_{\text{bit}} - 1)$ shall be modulated as described in Table 5.4.1-1, resulting in a complex-valued symbol $d(0)$. The modulation schemes for the different PUCCH formats are given by Table 5.4-1.

The complex-valued symbol $d(0)$ shall be multiplied with a cyclically shifted length $N_{\text{seq}}^{\text{PUCCH}} = 12$ sequence $r_{u,v}^{(\alpha_{\tilde{p}})}(n)$ for each of the $P$ antenna ports used for PUCCH transmission according to

$$y^{(\tilde{p})}(n) = \frac{1}{\sqrt{P}} d(0) \cdot r_{u,v}^{(\alpha_{\tilde{p}})}(n), \qquad n = 0,1,\ldots, N_{\text{seq}}^{\text{PUCCH}} - 1$$

JD-COBB_00042980

where $r_{u,v}^{(\alpha_{\tilde{p}})}(n)$ is defined by clause 5.5.1 with $M_{sc}^{RS} = N_{seq}^{PUCCH}$. The antenna-port specific cyclic shift $\alpha_{\tilde{p}}$ varies between symbols and slots as defined below.

The block of complex-valued symbols $y^{(\tilde{p})}(0),..., y^{(\tilde{p})}(N_{seq}^{PUCCH}-1)$ shall be scrambled by $S(n_s)$ and block-wise spread with the antenna-port specific orthogonal sequence $w_{n_{oc}^{(\tilde{p})}}(i)$ according to

$$z^{(\tilde{p})}\left(m \cdot N_{SF}^{PUCCH} \cdot N_{seq}^{PUCCH} + m \cdot N_{seq}^{PUCCH} + n\right) = S(n_s) \cdot w_{n_{oc}^{(\tilde{p})}}(m) \cdot y^{(\tilde{p})}(n)$$

where

$$m = 0,..., N_{SF}^{PUCCH} - 1$$
$$n = 0,..., N_{seq}^{PUCCH} - 1$$
$$m' = 0,1$$

and

$$S(n_s) = \begin{cases} 1 & \text{if } n_{\tilde{p}}'(n_s) \bmod 2 = 0 \\ e^{j\pi/2} & \text{otherwise} \end{cases}$$

with $N_{SF}^{PUCCH} = 4$ for both slots of normal PUCCH formats 1/1a/1b, and $N_{SF}^{PUCCH} = 4$ for the first slot and $N_{SF}^{PUCCH} = 3$ for the second slot of shortened PUCCH formats 1/1a/1b. The sequence $w_{n_{oc}^{(\tilde{p})}}(i)$ is given by Table 5.4.1-2 and Table 5.4.1-3 and $n_{\tilde{p}}'(n_s)$ is defined below.

Resources used for transmission of PUCCH format 1, 1a and 1b are identified by a resource index $n_{PUCCH}^{(1,\tilde{p})}$ from which the orthogonal sequence index $n_{oc}^{(\tilde{p})}(n_s)$ and the cyclic shift $\alpha_{\tilde{p}}(n_s,l)$ are determined according to

$$n_{oc}^{(\tilde{p})}(n_s) = \begin{cases} \left\lfloor n_{\tilde{p}}'(n_s) \cdot \Delta_{shift}^{PUCCH}/N' \right\rfloor & \text{for normal cyclic prefix} \\ 2 \cdot \left\lfloor n_{\tilde{p}}'(n_s) \cdot \Delta_{shift}^{PUCCH}/N' \right\rfloor & \text{for extended cyclic prefix} \end{cases}$$

$$\alpha_{\tilde{p}}(n_s,l) = 2\pi \cdot n_{cs}^{(\tilde{p})}(n_s,l)/N_{sc}^{RB}$$

$$n_{cs}^{(\tilde{p})}(n_s,l) = \begin{cases} \left(n_{cs}^{cell}(n_s,l) + \left(n_{\tilde{p}}'(n_s) \cdot \Delta_{shift}^{PUCCH} + \left(n_{oc}^{(\tilde{p})}(n_s) \bmod \Delta_{shift}^{PUCCH}\right)\right) \bmod N'\right) \bmod N_{sc}^{RB} & \text{for normal cyclic prefix} \\ \left(n_{cs}^{cell}(n_s,l) + \left(n_{\tilde{p}}'(n_s) \cdot \Delta_{shift}^{PUCCH} + n_{oc}^{(\tilde{p})}(n_s)/2\right) \bmod N'\right) \bmod N_{sc}^{RB} & \text{for extended cyclic prefix} \end{cases}$$

where

$$N' = \begin{cases} N_{cs}^{(1)} & \text{if } n_{PUCCH}^{(1,\tilde{p})} < c \cdot N_{cs}^{(1)}/\Delta_{shift}^{PUCCH} \\ N_{sc}^{RB} & \text{otherwise} \end{cases}$$

$$c = \begin{cases} 3 & \text{normal cyclic prefix} \\ 2 & \text{extended cyclic prefix} \end{cases}$$

The resource indices within the two resource blocks in the two slots of a subframe to which the PUCCH is mapped are given by

$$n_{\tilde{p}}'(n_s) = \begin{cases} n_{PUCCH}^{(1,\tilde{p})} & \text{if } n_{PUCCH}^{(1,\tilde{p})} < c \cdot N_{cs}^{(1)}/\Delta_{shift}^{PUCCH} \\ \left(n_{PUCCH}^{(1,\tilde{p})} - c \cdot N_{cs}^{(1)}/\Delta_{shift}^{PUCCH}\right) \bmod \left(c \cdot N_{sc}^{RB}/\Delta_{shift}^{PUCCH}\right) & \text{otherwise} \end{cases}$$

for $n_s \bmod 2 = 0$ and by

$$n'_{\tilde{p}}(n_s) = \begin{cases} \left[ c \left( n'_{\tilde{p}}(n_s-1)+1 \right) \right] \bmod \left( cN_{sc}^{RB}/\Delta_{shift}^{PUCCH}+1 \right)-1 & n_{PUCCH}^{(1,\tilde{p})} \geq c \cdot N_{cs}^{(1)}/\Delta_{shift}^{PUCCH} \\ \left\lfloor h_{\tilde{p}}/c \right\rfloor + \left( h_{\tilde{p}} \bmod c \right) N'/\Delta_{shift}^{PUCCH} & \text{otherwise} \end{cases}$$

for $n_s \bmod 2 = 1$, where $h_{\tilde{p}} = \left( n'_{\tilde{p}}(n_s-1)+d \right) \bmod \left( cN'/\Delta_{shift}^{PUCCH} \right)$, with $d = 2$ for normal CP and $d = 0$ for extended CP.

The parameter *deltaPUCCH-Shift* $\Delta_{shift}^{PUCCH}$ is provided by higher layers.

**Table 5.4.1-1: Modulation symbol $d(0)$ for PUCCH formats 1a and 1b**

| PUCCH format | $b(0),..., b(M_{bit}-1)$ | $d(0)$ |
|---|---|---|
| 1a | 0 | 1 |
|  | 1 | $-1$ |
| 1b | 00 | 1 |
|  | 01 | $-j$ |
|  | 10 | $j$ |
|  | 11 | $-1$ |

**Table 5.4.1-2: Orthogonal sequences $\left[ w(0) \quad \cdots \quad w(N_{SF}^{PUCCH}-1) \right]$ for $N_{SF}^{PUCCH} = 4$**

| Sequence index $n_{oc}^{(\tilde{p})}(n_s)$ | Orthogonal sequences $\left[ w(0) \quad \cdots \quad w(N_{SF}^{PUCCH}-1) \right]$ |
|---|---|
| 0 | $\left[ +1 \quad +1 \quad +1 \quad +1 \right]$ |
| 1 | $\left[ +1 \quad -1 \quad +1 \quad -1 \right]$ |
| 2 | $\left[ +1 \quad -1 \quad -1 \quad +1 \right]$ |

**Table 5.4.1-3: Orthogonal sequences $\left[ w(0) \quad \cdots \quad w(N_{SF}^{PUCCH}-1) \right]$ for $N_{SF}^{PUCCH} = 3$**

| Sequence index $n_{oc}^{(\tilde{p})}(n_s)$ | Orthogonal sequences $\left[ w(0) \quad \cdots \quad w(N_{SF}^{PUCCH}-1) \right]$ |
|---|---|
| 0 | $\left[ 1 \quad 1 \quad 1 \right]$ |
| 1 | $\left[ 1 \quad e^{j2\pi/3} \quad e^{j4\pi/3} \right]$ |
| 2 | $\left[ 1 \quad e^{j4\pi/3} \quad e^{j2\pi/3} \right]$ |

JD-COBB_00042982

## 5.4.2 PUCCH formats 2, 2a and 2b

The block of bits $b(0),...,b(19)$ shall be scrambled with a UE-specific scrambling sequence, resulting in a block of scrambled bits $\tilde{b}(0),...,\tilde{b}(19)$ according to

$$\tilde{b}(i) = \left(b(i) + c(i)\right) \bmod 2$$

where the scrambling sequence $c(i)$ is given by clause 7.2. The scrambling sequence generator shall be initialised with $c_{\text{init}} = \left(\lfloor n_s/2 \rfloor + 1\right) \cdot \left(2N_{\text{ID}}^{\text{cell}} + 1\right) \cdot 2^{16} + n_{\text{RNTI}}$ at the start of each subframe where $n_{\text{RNTI}}$ is C-RNTI.

The block of scrambled bits $\tilde{b}(0),...,\tilde{b}(19)$ shall be QPSK modulated as described in clause 7.1, resulting in a block of complex-valued modulation symbols $d(0),...,d(9)$.

Each complex-valued symbol $d(0),...,d(9)$ shall be multiplied with a cyclically shifted length $N_{\text{seq}}^{\text{PUCCH}} = 12$ sequence $r_{u,v}^{(\alpha_{\tilde{p}})}(n)$ for each of the $P$ antenna ports used for PUCCH transmission according to

$$z^{(\tilde{p})}(N_{\text{seq}}^{\text{PUCCH}} \cdot n + i) = \frac{1}{\sqrt{P}} d(n) \cdot r_{u,v}^{(\alpha_{\tilde{p}})}(i)$$
$$n = 0,1,...,9$$
$$i = 0,1,...,N_{\text{sc}}^{\text{RB}} - 1$$

where $r_{u,v}^{(\alpha_{\tilde{p}})}(i)$ is defined by clause 5.5.1 with $M_{\text{sc}}^{\text{RS}} = N_{\text{seq}}^{\text{PUCCH}}$.

Resources used for transmission of PUCCH formats 2/2a/2b are identified by a resource index $n_{\text{PUCCH}}^{(2,\tilde{p})}$ from which the cyclic shift $\alpha_{\tilde{p}}(n_s,l)$ is determined according to

$$\alpha_{\tilde{p}}(n_s,l) = 2\pi \cdot n_{\text{cs}}^{(\tilde{p})}(n_s,l) / N_{\text{sc}}^{\text{RB}}$$

where

$$n_{\text{cs}}^{(\tilde{p})}(n_s,l) = \left(n_{\text{cs}}^{\text{cell}}(n_s,l) + n_{\tilde{p}}'(n_s)\right) \bmod N_{\text{sc}}^{\text{RB}}$$

and

$$n_{\tilde{p}}'(n_s) = \begin{cases} n_{\text{PUCCH}}^{(2,\tilde{p})} \bmod N_{\text{sc}}^{\text{RB}} & \text{if } n_{\text{PUCCH}}^{(2,\tilde{p})} < N_{\text{sc}}^{\text{RB}} N_{\text{RB}}^{(2)} \\ \left(n_{\text{PUCCH}}^{(2,\tilde{p})} + N_{\text{cs}}^{(1)} + 1\right) \bmod N_{\text{sc}}^{\text{RB}} & \text{otherwise} \end{cases}$$

for $n_s \bmod 2 = 0$ and by

$$n_{\tilde{p}}'(n_s) = \begin{cases} \left[N_{\text{sc}}^{\text{RB}}\left(n_{\tilde{p}}'(n_s-1)+1\right)\right] \bmod \left(N_{\text{sc}}^{\text{RB}}+1\right)-1 & \text{if } n_{\text{PUCCH}}^{(2,\tilde{p})} < N_{\text{sc}}^{\text{RB}} N_{\text{RB}}'^{(2)} \\ \left[N_{\text{sc}}^{\text{RB}} - 2 - n_{\text{PUCCH}}^{(2,\tilde{p})}\right] \bmod N_{\text{sc}}^{\text{RB}} & \text{otherwise} \end{cases}$$

for $n_s \bmod 2 = 1$.

For PUCCH formats 2a and 2b, supported for normal cyclic prefix only, the bit(s) $b(20),...,b(M_{\text{bit}}-1)$ shall be modulated as described in Table 5.4.2-1 resulting in a single modulation symbol $d(10)$ used in the generation of the reference-signal for PUCCH format 2a and 2b as described in clause 5.5.2.2.1.

**Table 5.4.2-1: Modulation symbol $d(10)$ for PUCCH formats 2a and 2b**

| PUCCH format | $b(20),...,b(M_{\text{bit}}-1)$ | $d(10)$ |
|---|---|---|
| 2a | 0 | 1 |
| | 1 | $-1$ |
| 2b | 00 | 1 |
| | 01 | $-j$ |
| | 10 | $j$ |
| | 11 | $-1$ |

## 5.4.2A    PUCCH format 3

The block of bits $b(0),..., b(M_{\text{bit}}-1)$ shall be scrambled with a UE-specific scrambling sequence, resulting in a block of scrambled bits $\widetilde{b}(0),...\widetilde{b}(M_{\text{bit}}-1)$ according to

$$\widetilde{b}(i) = \big(b(i)+c(i)\big)\bmod 2$$

where the scrambling sequence $c(i)$ is given by clause 7.2. The scrambling sequence generator shall be initialised with $c_{\text{init}} = \big(\lfloor n_s/2 \rfloor +1\big)\cdot\big(2N_{\text{ID}}^{\text{cell}}+1\big)\cdot 2^{16} + n_{\text{RNTI}}$ at the start of each subframe where $n_{\text{RNTI}}$ is the C-RNTI.

The block of scrambled bits $\widetilde{b}(0),...\widetilde{b}(M_{\text{bit}}-1)$ shall be QPSK modulated as described in Subclause 7.1, resulting in a block of complex-valued modulation symbols $d(0),...d(M_{\text{symb}}-1)$ where $M_{\text{symb}} = M_{\text{bit}}/2 = 2N_{\text{sc}}^{\text{RB}}$.

The complex-valued symbols $d(0),...d(M_{\text{symb}}-1)$ shall be block-wise spread with the orthogonal sequences $w_{n_{oc,0}^{(\widetilde{p})}}(i)$ and $w_{n_{oc,1}^{(\widetilde{p})}}(i)$ resulting in $N_{\text{SF},0}^{\text{PUCCH}} + N_{\text{SF},1}^{\text{PUCCH}}$ sets of $N_{\text{sc}}^{\text{RB}}$ values each according to

$$y_n^{(\widetilde{p})}(i) = \begin{cases} w_{n_{oc,0}^{(\widetilde{p})}}(\overline{n})\cdot e^{j\pi\lfloor n_{cs}^{\text{cell}}(n_s,l)/64\rfloor/2}\cdot d(i) & n < N_{\text{SF},0}^{\text{PUCCH}} \\ w_{n_{oc,1}^{(\widetilde{p})}}(\overline{n})\cdot e^{j\pi\lfloor n_{cs}^{\text{cell}}(n_s,l)/64\rfloor/2}\cdot d(N_{\text{sc}}^{\text{RB}}+i) & \text{otherwise} \end{cases}$$

$$\overline{n} = n\bmod N_{\text{SF},0}^{\text{PUCCH}}$$

$$n = 0,..., N_{\text{SF},0}^{\text{PUCCH}} + N_{\text{SF},1}^{\text{PUCCH}} - 1$$

$$i = 0,1,..., N_{\text{sc}}^{\text{RB}} - 1$$

where $N_{\text{SF},0}^{\text{PUCCH}} = N_{\text{SF},1}^{\text{PUCCH}} = 5$ for both slots in a subframe using normal PUCCH format 3 and $N_{\text{SF},0}^{\text{PUCCH}} = 5$, $N_{\text{SF},1}^{\text{PUCCH}} = 4$ holds for the first and second slot, respectively, in a subframe using shortened PUCCH format 3. The orthogonal sequences $w_{n_{oc,0}^{(\widetilde{p})}}(i)$ and $w_{n_{oc,1}^{(\widetilde{p})}}(i)$ are given by Table 5.4.2A-1. Resources used for transmission of PUCCH formats 3 are identified by a resource index $n_{\text{PUCCH}}^{(3,\widetilde{p})}$ from which the quantities $n_{oc,0}^{(\widetilde{p})}$ and $n_{oc,1}^{(\widetilde{p})}$ are derived according to

$$n_{oc,0}^{(\widetilde{p})} = n_{\text{PUCCH}}^{(3,\widetilde{p})}\bmod N_{\text{SF},1}^{\text{PUCCH}}$$

$$n_{oc,1}^{(\widetilde{p})} = \begin{cases} \big(3n_{oc,0}^{(\widetilde{p})}\big)\bmod N_{\text{SF},1}^{\text{PUCCH}} & \text{if } N_{\text{SF},1}^{\text{PUCCH}} = 5 \\ n_{oc,0}^{(\widetilde{p})}\bmod N_{\text{SF},1}^{\text{PUCCH}} & \text{otherwise} \end{cases}$$

Each set of complex-valued symbols shall be cyclically shifted according to

$$\widetilde{y}_n^{(\widetilde{p})}(i) = y_n^{(\widetilde{p})}\big(\big(i + n_{cs}^{\text{cell}}(n_s,l)\big)\bmod N_{\text{sc}}^{\text{RB}}\big)$$

where $n_{cs}^{\text{cell}}(n_s,l)$ is given by Subclause 5.4, $n_s$ is the slot number within a radio frame and $l$ is the SC-FDMA symbol number within a slot.

JD-COBB_00042984

The shifted sets of complex-valued symbols shall be transform precoded according to

$$z^{(\tilde{p})}(n \cdot N_{sc}^{RB} + k) = \frac{1}{\sqrt{P}} \frac{1}{\sqrt{N_{sc}^{RB}}} \sum_{i=0}^{N_{sc}^{RB}-1} \tilde{y}_n^{(\tilde{p})}(i) e^{-j\frac{2\pi k}{N_{sc}^{RB}}}$$

$$k = 0,..., N_{sc}^{RB} - 1$$

$$n = 0,..., N_{SF,0}^{PUCCH} + N_{SF,1}^{PUCCH} - 1$$

where $P$ is the number of antenna ports used for PUCCH transmission, resulting in a block of complex-valued symbols $z^{(\tilde{p})}(0),..., z^{(\tilde{p})}\left(\left(N_{SF,0}^{PUCCH} + N_{SF,1}^{PUCCH}\right)N_{sc}^{RB} - 1\right)$.

**Table 5.4.2A-1: The orthogonal sequence $w_{n_{oc}}(i)$**

| Sequence index $n_{oc}$ | Orthogonal sequence $\left[w_{n_{oc}}(0) \quad \cdots \quad w_{n_{oc}}(N_{SF}^{PUCCH}-1)\right]$ | |
|---|---|---|
| | $N_{SF}^{PUCCH} = 5$ | $N_{SF}^{PUCCH} = 4$ |
| 0 | $\begin{bmatrix} 1 & 1 & 1 & 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} +1 & +1 & +1 & +1 \end{bmatrix}$ |
| 1 | $\begin{bmatrix} 1 & e^{j2\pi/5} & e^{j4\pi/5} & e^{j6\pi/5} & e^{j8\pi/5} \end{bmatrix}$ | $\begin{bmatrix} +1 & -1 & +1 & -1 \end{bmatrix}$ |
| 2 | $\begin{bmatrix} 1 & e^{j4\pi/5} & e^{j8\pi/5} & e^{j2\pi/5} & e^{j6\pi/5} \end{bmatrix}$ | $\begin{bmatrix} +1 & +1 & -1 & -1 \end{bmatrix}$ |
| 3 | $\begin{bmatrix} 1 & e^{j6\pi/5} & e^{j2\pi/5} & e^{j8\pi/5} & e^{j4\pi/5} \end{bmatrix}$ | $\begin{bmatrix} +1 & -1 & -1 & +1 \end{bmatrix}$ |
| 4 | $\begin{bmatrix} 1 & e^{j8\pi/5} & e^{j6\pi/5} & e^{j4\pi/5} & e^{j2\pi/5} \end{bmatrix}$ | - |

JD-COBB_00042985

## 5.4.3 Mapping to physical resources

The block of complex-valued symbols $z^{(\tilde{p})}(i)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUCCH}}$ in order to conform to the transmit power $P_{\text{PUCCH}}$ specified in Subclause 5.1.2.1 in 3GPP TS 36.213 [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to resource elements. PUCCH uses one resource block in each of the two slots in a subframe.

Within the physical resource block used for transmission, the mapping of $z^{(\tilde{p})}(i)$ to resource elements $(k,l)$ on antenna port $p$ and not used for transmission of reference signals shall be in increasing order of first $k$, then $l$ and finally the slot number, starting with the first slot in the subframe. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1.

The physical resource blocks to be used for transmission of PUCCH in slot $n_{\text{s}}$ are given by

$$n_{\text{PRB}} = \begin{cases} \left\lfloor \dfrac{m}{2} \right\rfloor & \text{if } (m + n_{\text{s}} \bmod 2) \bmod 2 = 0 \\ N_{\text{RB}}^{\text{UL}} - 1 - \left\lfloor \dfrac{m}{2} \right\rfloor & \text{if } (m + n_{\text{s}} \bmod 2) \bmod 2 = 1 \end{cases}$$

where the variable $m$ depends on the PUCCH format. For formats 1, 1a and 1b

$$m = \begin{cases} N_{\text{RB}}^{(2)} & \text{if } n_{\text{PUCCH}}^{(1,\tilde{p})} < c \cdot N_{\text{cs}}^{(1)} / \Delta_{\text{shift}}^{\text{PUCCH}} \\ \left\lfloor \dfrac{n_{\text{PUCCH}}^{(1,\tilde{p})} - c \cdot N_{\text{cs}}^{(1)} / \Delta_{\text{shift}}^{\text{PUCCH}}}{c \cdot N_{\text{sc}}^{\text{RB}} / \Delta_{\text{shift}}^{\text{PUCCH}}} \right\rfloor + N_{\text{RB}}^{(2)} + \left\lceil \dfrac{N_{\text{cs}}^{(1)}}{8} \right\rceil & \text{otherwise} \end{cases}$$

$$c = \begin{cases} 3 & \text{normal cyclic prefix} \\ 2 & \text{extended cyclic prefix} \end{cases}$$

and for formats 2, 2a and 2b

$$m = \left\lfloor n_{\text{PUCCH}}^{(2,\tilde{p})} / N_{\text{sc}}^{\text{RB}} \right\rfloor$$

and for format 3

$$m = \left\lfloor n_{\text{PUCCH}}^{(3,\tilde{p})} / N_{\text{SF},0}^{\text{PUCCH}} \right\rfloor$$

Mapping of modulation symbols for the physical uplink control channel is illustrated in Figure 5.4.3-1.

In case of simultaneous transmission of sounding reference signal and PUCCH format 1, 1a, 1b or 3 when there is one serving cell configured, a shortened PUCCH format shall be used where the last SC-FDMA symbol in the second slot of a subframe shall be left empty.



**Figure 5.4.3-1: Mapping to physical resource blocks for PUCCH**

JD-COBB_00042986

# 5.5    Reference signals

Two types of uplink reference signals are supported:

- Demodulation reference signal, associated with transmission of PUSCH or PUCCH

- Sounding reference signal, not associated with transmission of PUSCH or PUCCH

The same set of base sequences is used for demodulation and sounding reference signals.

## 5.5.1    Generation of the reference signal sequence

Reference signal sequence $r_{u,v}^{(\alpha)}(n)$ is defined by a cyclic shift $\alpha$ of a base sequence $\bar{r}_{u,v}(n)$ according to

$$r_{u,v}^{(\alpha)}(n) = e^{j\alpha n}\bar{r}_{u,v}(n), \quad 0 \le n < M_{sc}^{RS}$$

where $M_{sc}^{RS} = mN_{sc}^{RB}$ is the length of the reference signal sequence and $1 \le m \le N_{RB}^{max, UL}$. Multiple reference signal sequences are defined from a single base sequence through different values of $\alpha$.

Base sequences $\bar{r}_{u,v}(n)$ are divided into groups, where $u \in \{0,1,...,29\}$ is the group number and $v$ is the base sequence number within the group, such that each group contains one base sequence ($v = 0$) of each length $M_{sc}^{RS} = mN_{sc}^{RB}$, $1 \le m \le 5$ and two base sequences ($v = 0,1$) of each length $M_{sc}^{RS} = mN_{sc}^{RB}$, $6 \le m \le N_{RB}^{max, UL}$. The sequence group number $u$ and the number $v$ within the group may vary in time as described in clauses 5.5.1.3 and 5.5.1.4, respectively. The definition of the base sequence $\bar{r}_{u,v}(0),...,\bar{r}_{u,v}(M_{sc}^{RS}-1)$ depends on the sequence length $M_{sc}^{RS}$.

### 5.5.1.1    Base sequences of length $3N_{sc}^{RB}$ or larger

For $M_{sc}^{RS} \ge 3N_{sc}^{RB}$, the base sequence $\bar{r}_{u,v}(0),...,\bar{r}_{u,v}(M_{sc}^{RS}-1)$ is given by

$$\bar{r}_{u,v}(n) = x_q(n \bmod N_{ZC}^{RS}), \quad 0 \le n < M_{sc}^{RS}$$

where the $q^{th}$ root Zadoff-Chu sequence is defined by

$$x_q(m) = e^{-j\frac{\pi qm(m+1)}{N_{ZC}^{RS}}}, \quad 0 \le m \le N_{ZC}^{RS}-1$$

with $q$ given by

$$q = \lfloor \bar{q}+1/2 \rfloor + v \cdot (-1)^{\lfloor 2\bar{q} \rfloor}$$
$$\bar{q} = N_{ZC}^{RS} \cdot (u+1)/31$$

The length $N_{ZC}^{RS}$ of the Zadoff-Chu sequence is given by the largest prime number such that $N_{ZC}^{RS} < M_{sc}^{RS}$.

JD-COBB_00042987

## 5.5.1.2        Base sequences of length less than $3N_{sc}^{RB}$

For $M_{sc}^{RS} = N_{sc}^{RB}$ and $M_{sc}^{RS} = 2N_{sc}^{RB}$, base sequence is given by

$$\bar{r}_{u,v}(n) = e^{j\varphi(n)\pi/4}, \quad 0 \le n \le M_{sc}^{RS} - 1$$

where the value of $\varphi(n)$ is given by Table 5.5.1.2-1 and Table 5.5.1.2-2 for $M_{sc}^{RS} = N_{sc}^{RB}$ and $M_{sc}^{RS} = 2N_{sc}^{RB}$, respectively.

**Table 5.5.1.2-1: Definition of $\varphi(n)$ for $M_{sc}^{RS} = N_{sc}^{RB}$.**

| u | $\varphi(0),...,\varphi(11)$ | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | -1 | 1 | 3 | -3 | 3 | 3 | 1 | 1 | 3 | 1 | -3 | 3 |
| 1 | 1 | 1 | 3 | 3 | 3 | -1 | 1 | -3 | -3 | 1 | -3 | 3 |
| 2 | 1 | 1 | -3 | -3 | -3 | -1 | -3 | -3 | 1 | -3 | 1 | -1 |
| 3 | -1 | 1 | 1 | 1 | 1 | -1 | -3 | -3 | 1 | -3 | 3 | -1 |
| 4 | -1 | 3 | 1 | -1 | 1 | -1 | -3 | -1 | 1 | -1 | 1 | 3 |
| 5 | 1 | -3 | 3 | -1 | -1 | 1 | 1 | -1 | -1 | 3 | -3 | 1 |
| 6 | -1 | 3 | -3 | -3 | -3 | 3 | 1 | -1 | 3 | 3 | -3 | 1 |
| 7 | -3 | -1 | -1 | -1 | 1 | -3 | 3 | -1 | 1 | -3 | 3 | 1 |
| 8 | 1 | -3 | 3 | 1 | -1 | -1 | -1 | 1 | 1 | 3 | -1 | 1 |
| 9 | 1 | -3 | -1 | 3 | 3 | -1 | -3 | 1 | 1 | 1 | 1 | 1 |
| 10 | -1 | 3 | -1 | 1 | 1 | -3 | -3 | -1 | -3 | -3 | 3 | -1 |
| 11 | 3 | 1 | -1 | -1 | 3 | 3 | -3 | 1 | 3 | 1 | 3 | 3 |
| 12 | 1 | -3 | 1 | 1 | -3 | 1 | 1 | 1 | -3 | -3 | -3 | 1 |
| 13 | 3 | 3 | -3 | 3 | -3 | 1 | 1 | 3 | -1 | -3 | 3 | 3 |
| 14 | -3 | 1 | -1 | -3 | -1 | 3 | 1 | 3 | 3 | 3 | -1 | 1 |
| 15 | 3 | -1 | 1 | -3 | -1 | -1 | 1 | 1 | 3 | 1 | -1 | -3 |
| 16 | 1 | 3 | 1 | -1 | 1 | 3 | 3 | 3 | -1 | -1 | 3 | -1 |
| 17 | -3 | 1 | 1 | 3 | -3 | 3 | -3 | -3 | 3 | 1 | 3 | -1 |
| 18 | -3 | 3 | 1 | 1 | -3 | 1 | -3 | -3 | -1 | -1 | 1 | -3 |
| 19 | -1 | 3 | 1 | 3 | 1 | -1 | -1 | 3 | -3 | -1 | -3 | -1 |
| 20 | -1 | -3 | 1 | 1 | 1 | 1 | 3 | 1 | -1 | 1 | -3 | -1 |
| 21 | -1 | 3 | -1 | 1 | -3 | -3 | -3 | -3 | -3 | 1 | -1 | -3 |
| 22 | 1 | 1 | -3 | -3 | -3 | -3 | -1 | 3 | -3 | 1 | -3 | 3 |
| 23 | 1 | 1 | -1 | -3 | -1 | -3 | 1 | -1 | 1 | 3 | -1 | 1 |
| 24 | 1 | 1 | 3 | 1 | 3 | 3 | -1 | 1 | -1 | -3 | -3 | 1 |
| 25 | 1 | -3 | 3 | 3 | 1 | 3 | 3 | 1 | -3 | -1 | -1 | 3 |
| 26 | 1 | 3 | -3 | -3 | 3 | -3 | 1 | -1 | -1 | 3 | -1 | -3 |
| 27 | -3 | -1 | 3 | -1 | -3 | 3 | 1 | -1 | 1 | 3 | -3 | -3 |
| 28 | -1 | 3 | -3 | 3 | -1 | 3 | 3 | -3 | 3 | 3 | -1 | -1 |
| 29 | 3 | -3 | -3 | -1 | -1 | -3 | -1 | 3 | -3 | 3 | 1 | -1 |

JD-COBB_00042988

**Table 5.5.1.2-2: Definition of $\varphi(n)$ for $M_{sc}^{RS} = 2N_{sc}^{RB}$**

| $u$ | $\varphi(0),...,\varphi(23)$ | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | -1 | 3 | 1 | -3 | 3 | -1 | 1 | 3 | -3 | 3 | 1 | 3 | -3 | 3 | 1 | 1 | -1 | 1 | 3 | -3 | 3 | -3 | -1 | -3 |
| 1 | -3 | 3 | -3 | -3 | -3 | 1 | -3 | -3 | 3 | -1 | 1 | 1 | 1 | 3 | 1 | -1 | 3 | -3 | -3 | 1 | 3 | 1 | 1 | -3 |
| 2 | 3 | -1 | 3 | 3 | 1 | 1 | -3 | 3 | 3 | 3 | 3 | 1 | -1 | 3 | -1 | 1 | 1 | -1 | -3 | -1 | -1 | 1 | 3 | 3 |
| 3 | -1 | -3 | 1 | 1 | 3 | -3 | 1 | 1 | -3 | -1 | -1 | 1 | 3 | 1 | 3 | 1 | -1 | 3 | 1 | 1 | -3 | -1 | -3 | -1 |
| 4 | -1 | -1 | -1 | -3 | -1 | 1 | 1 | 3 | 3 | -1 | 3 | -1 | 1 | -1 | -3 | 1 | -1 | -3 | -3 | 1 | -3 | -1 | -1 | 1 |
| 5 | -3 | 1 | 1 | 3 | -1 | 1 | 3 | 1 | -3 | 1 | -3 | 1 | 1 | -1 | -1 | 3 | -1 | -3 | 3 | -3 | -3 | -3 | 1 | 1 |
| 6 | 1 | 1 | -1 | -1 | 3 | -3 | -3 | 3 | -3 | 3 | -1 | -1 | 1 | -1 | 1 | 1 | -1 | -1 | 3 | -1 | 1 | -1 | 3 | -3 |
| 7 | -3 | 3 | 3 | -1 | -1 | -3 | -1 | 3 | 1 | 3 | 1 | 3 | 1 | 1 | -1 | 3 | 1 | -1 | 1 | 3 | -3 | -1 | -1 | 1 |
| 8 | -3 | 1 | 3 | -3 | 1 | -1 | -3 | 3 | -3 | 3 | -1 | -1 | -1 | -1 | 1 | -3 | -3 | -3 | 1 | -3 | -3 | -3 | 1 | -3 |
| 9 | 1 | 1 | -3 | 3 | 3 | -1 | -3 | 3 | 3 | 3 | 3 | -1 | 1 | 1 | -3 | 1 | -1 | 1 | 1 | -3 | 1 | 1 | -3 | 3 |
| 10 | -1 | 1 | -3 | -3 | 3 | -1 | 3 | -1 | -1 | -3 | -3 | -3 | -1 | -3 | -3 | 1 | -1 | 1 | 3 | 3 | -1 | 1 | -1 | 3 |
| 11 | 1 | 3 | 3 | -3 | -3 | 1 | 3 | 1 | -1 | -3 | -3 | -3 | 3 | 3 | -3 | 3 | 3 | -1 | -3 | 3 | -1 | 1 | -3 | 1 |
| 12 | 1 | 3 | 3 | 1 | 1 | 1 | -1 | -1 | 1 | -3 | 3 | -1 | 1 | 1 | -3 | 3 | 3 | -1 | -3 | 3 | 3 | -1 | -3 | -1 |
| 13 | 3 | -1 | -1 | -1 | -1 | -3 | -1 | 3 | 3 | 1 | -1 | 1 | 3 | 3 | 3 | -1 | 1 | 1 | -3 | 1 | 3 | -1 | 3 | 3 |
| 14 | -3 | -3 | 3 | 1 | 3 | 1 | -3 | 3 | 1 | 3 | 1 | 1 | 3 | 3 | -1 | -1 | -3 | 1 | -3 | -1 | 3 | 1 | 1 | 3 |
| 15 | -1 | -1 | 1 | -3 | 1 | 3 | -3 | 1 | -1 | -3 | -1 | 3 | 1 | 3 | 1 | -1 | -3 | -3 | -1 | -1 | -3 | -3 | -3 | -1 |
| 16 | -1 | -3 | 3 | -1 | -1 | -1 | -1 | 1 | 1 | -3 | 3 | 1 | 3 | 3 | 1 | -1 | 1 | -3 | 1 | -3 | 1 | 1 | -3 | -1 |
| 17 | 1 | 3 | -1 | 3 | 3 | -1 | -3 | 1 | -1 | -3 | 3 | 3 | 3 | -1 | 1 | 1 | 3 | -1 | -3 | -1 | 3 | -1 | -1 | -1 |
| 18 | 1 | 1 | 1 | 1 | 1 | -1 | 3 | -1 | -3 | 1 | 1 | 3 | -3 | 1 | -3 | -1 | 1 | 1 | -3 | -3 | 3 | 1 | 1 | -3 |
| 19 | 1 | 3 | 3 | 1 | -1 | -3 | 3 | -1 | 3 | 3 | 3 | -3 | 1 | -1 | 1 | -1 | -3 | -1 | 1 | 3 | -1 | 3 | -3 | -3 |
| 20 | -1 | -3 | 3 | -3 | -3 | -3 | -1 | -1 | -3 | -1 | -3 | 3 | 1 | 3 | -3 | -1 | 3 | -1 | 1 | -1 | 3 | -3 | 1 | -1 |
| 21 | -3 | -3 | 1 | 1 | -1 | 1 | -1 | 1 | -1 | 3 | 1 | -3 | -1 | 1 | -1 | 1 | -1 | -1 | 3 | 3 | -3 | -1 | 1 | -3 |
| 22 | -3 | -1 | -3 | 3 | 1 | -1 | -3 | -1 | -3 | -3 | 3 | -3 | 3 | -3 | -1 | 1 | 3 | 1 | -3 | 1 | 3 | 3 | -1 | -3 |
| 23 | -1 | -1 | -1 | -1 | 3 | 3 | 3 | 1 | 3 | 3 | -3 | 1 | 3 | -1 | 3 | -1 | 3 | 3 | -3 | 3 | 1 | -1 | 3 | 3 |
| 24 | 1 | -1 | 3 | 3 | -1 | -3 | 3 | -3 | -1 | -1 | 3 | -1 | 3 | -1 | -1 | 1 | 1 | 1 | 1 | -1 | -1 | -3 | -1 | 3 |
| 25 | 1 | -1 | 1 | -1 | 3 | -1 | 3 | 1 | 1 | -1 | -1 | -3 | 1 | 1 | -3 | 1 | 3 | -3 | 1 | 1 | -3 | -3 | -1 | -1 |
| 26 | -3 | -1 | 1 | 3 | 1 | 1 | -3 | -1 | -1 | -3 | 3 | -3 | 3 | 1 | -3 | 3 | -3 | 1 | -1 | 1 | -3 | 1 | 1 | 1 |
| 27 | -1 | -3 | 3 | 3 | 1 | 1 | 3 | -1 | -3 | -1 | -1 | -1 | 3 | 1 | -3 | -3 | -1 | 3 | -3 | -1 | -3 | -1 | -3 | -1 |
| 28 | -1 | -3 | -1 | -1 | 1 | -3 | -1 | -1 | 1 | -1 | -3 | 1 | 1 | -3 | 1 | -3 | -3 | 3 | 1 | 1 | -1 | 3 | -1 | -1 |
| 29 | 1 | 1 | -1 | -1 | -3 | -1 | 3 | -1 | 3 | -1 | 1 | 3 | 1 | -1 | 3 | 1 | 3 | -3 | -3 | 1 | -1 | -1 | 1 | 3 |

JD-COBB_00042989

### 5.5.1.3        Group hopping

The sequence-group number $u$ in slot $n_s$ is defined by a group hopping pattern $f_{gh}(n_s)$ and a sequence-shift pattern $f_{ss}$ according to

$$u = \left(f_{gh}(n_s) + f_{ss}\right) \bmod 30$$

There are 17 different hopping patterns and 30 different sequence-shift patterns. Sequence-group hopping can be enabled or disabled by means of the cell-specific parameter *Group-hopping-enabled* provided by higher layers. Sequence-group hopping for PUSCH can be disabled for a certain UE through the higher-layer parameter *Disable-sequence-group-hopping* despite being enabled on a cell basis unless the PUSCH transmission corresponds to a Random Access Response Grant or a retransmission of the same transport block as part of the contention based random access procedure.

The group-hopping pattern $f_{gh}(n_s)$ may be different for PUSCH, PUCCH and SRS and is given by

$$f_{gh}(n_s) = \begin{cases} 0 & \text{if group hopping is disabled} \\ \left(\sum_{i=0}^{7} c(8n_s + i) \cdot 2^i\right) \bmod 30 & \text{if group hopping is enabled} \end{cases}$$

where the pseudo-random sequence $c(i)$ is defined by clause 7.2. The pseudo-random sequence generator shall be initialized with $c_{init} = \left\lfloor \dfrac{n_{ID}^{RS}}{30} \right\rfloor$ at the beginning of each radio frame where $n_{ID}^{RS}$ is given by clause 5.5.1.5.

The sequence-shift pattern $f_{ss}$ definition differs between PUCCH, PUSCH and SRS.

For PUCCH, the sequence-shift pattern $f_{ss}^{PUCCH}$ is given by $f_{ss}^{PUCCH} = n_{ID}^{RS} \bmod 30$ where $n_{ID}^{RS}$ is given by clause 5.5.1.5.

For PUSCH, the sequence-shift pattern $f_{ss}^{PUSCH}$ is given by $f_{ss}^{PUSCH} = \left(N_{ID}^{cell} + \Delta_{ss}\right) \bmod 30$, where $\Delta_{ss} \in \{0,1,...,29\}$ is configured by higher layers, if no value for $n_{ID}^{PUSCH}$ is provided by higher layers or if the PUSCH transmission corresponds to a Random Access Response Grant or a retransmission of the same transport block as part of the contention based random access procedure, otherwise it is given by $f_{ss}^{PUSCH} = n_{ID}^{RS} \bmod 30$ with $n_{ID}^{RS}$ given by clause 5.5.1.5.

For SRS, the sequence-shift pattern $f_{ss}^{SRS}$ is given by $f_{ss}^{SRS} = n_{ID}^{RS} \bmod 30$ where $n_{ID}^{RS}$ is given by clause 5.5.1.5.

JD-COBB_00042990

## 5.5.1.4        Sequence hopping

Sequence hopping only applies for reference-signals of length $M_{sc}^{RS} \geq 6N_{sc}^{RB}$ .

For reference-signals of length $M_{sc}^{RS} < 6N_{sc}^{RB}$ , the base sequence number $v$ within the base sequence group is given by $v = 0$ .

For reference-signals of length $M_{sc}^{RS} \geq 6N_{sc}^{RB}$ , the base sequence number $v$ within the base sequence group in slot $n_s$ is defined by

$$v = \begin{cases} c(n_s) & \text{if group hopping is disabled and sequence hopping is enabled} \\ 0 & \text{otherwise} \end{cases}$$

where the pseudo-random sequence $c(i)$ is given by clause 7.2. The parameter *Sequence-hopping-enabled* provided by higher layers determines if sequence hopping is enabled or not. Sequence hopping for PUSCH can be disabled for a certain UE through the higher-layer parameter *Disable-sequence-group-hopping* despite being enabled on a cell basis unless the PUSCH transmission corresponds to a Random Access Response Grant or a retransmission of the same transport block as part of the contention based random access procedure.

For PUSCH, the pseudo-random sequence generator shall be initialized with $c_{init} = \left\lfloor \dfrac{n_{ID}^{RS}}{30} \right\rfloor \cdot 2^5 + f_{ss}^{PUSCH}$ at the beginning of each radio frame where $n_{ID}^{RS}$ is given by clause 5.5.1.5.

For SRS, the pseudo-random sequence generator shall be initialized with $c_{init} = \left\lfloor \dfrac{n_{ID}^{RS}}{30} \right\rfloor \cdot 2^5 + \left( n_{ID}^{RS} + \Delta_{ss} \right) \bmod 30$ at the beginning of each radio frame where $n_{ID}^{RS}$ is given by clause 5.5.1.5 and $\Delta_{ss}$ is given by clause 5.5.1.3.

## 5.5.1.5        Determining virtual cell identity for sequence generation

The definition of $n_{ID}^{RS}$ depends on the type of transmission.

Transmissions associated with PUSCH:

- $n_{ID}^{RS} = N_{ID}^{cell}$ if no value for $n_{ID}^{PUSCH}$ is configured by higher layers or if the PUSCH transmission corresponds to a Random Access Response Grant or a retransmission of the same transport block as part of the contention based random access procedure,

- $n_{ID}^{RS} = n_{ID}^{PUSCH}$ otherwise.

Transmissions associated with PUCCH:

- $n_{ID}^{RS} = N_{ID}^{cell}$ if no value for $n_{ID}^{PUCCH}$ is configured by higher layers,

- $n_{ID}^{RS} = n_{ID}^{PUCCH}$ otherwise.

Sounding reference signals:

- $n_{ID}^{RS} = N_{ID}^{cell}$ .

JD-COBB_00042991

## 5.5.2    Demodulation reference signal

### 5.5.2.1    Demodulation reference signal for PUSCH

#### 5.5.2.1.1    Reference signal sequence

The PUSCH demodulation reference signal sequence $r_{\text{PUSCH}}^{(\lambda)}(\cdot)$ associated with layer $\lambda \in \{0,1,...,\upsilon-1\}$ is defined by

$$r_{\text{PUSCH}}^{(\lambda)}\left(m \cdot M_{\text{sc}}^{\text{RS}} + n\right) = w^{(\lambda)}(m) r_{u,v}^{(\alpha_\lambda)}(n)$$

where

$$m = 0,1$$
$$n = 0,..., M_{\text{sc}}^{\text{RS}} - 1$$

and

$$M_{\text{sc}}^{\text{RS}} = M_{\text{sc}}^{\text{PUSCH}}$$

Subclause 5.5.1 defines the sequence $r_{u,v}^{(\alpha_\lambda)}(0),..., r_{u,v}^{(\alpha_\lambda)}(M_{\text{sc}}^{\text{RS}} - 1)$. The orthogonal sequence $w^{(\lambda)}(m)$ is given by $\begin{bmatrix} w^\lambda(0) & w^\lambda(1) \end{bmatrix} = \begin{bmatrix} 1 & 1 \end{bmatrix}$ for DCI format 0 if the higher-layer parameter *Activate-DMRS-with OCC* is not set or if the temporary C-RNTI was used to transmit the most recent uplink-related DCI for the transport block associated with the corresponding PUSCH transmission, otherwise it is given by Table 5.5.2.1.1-1 using the cyclic shift field in most recent uplink-related DCI 3GPP TS 36.212 [3] for the transport block associated with the corresponding PUSCH transmission.

The cyclic shift $\alpha_\lambda$ in a slot $n_s$ is given as $\alpha_\lambda = 2\pi n_{\text{cs},\lambda}/12$ with

$$n_{\text{cs},\lambda} = \left(n_{\text{DMRS}}^{(1)} + n_{\text{DMRS},\lambda}^{(2)} + n_{\text{PN}}(n_s)\right) \bmod 12$$

where the values of $n_{\text{DMRS}}^{(1)}$ is given by Table 5.5.2.1.1-2 according to the parameter *cyclicShift* provided by higher layers, $n_{\text{DMRS},\lambda}^{(2)}$ is given by the cyclic shift for DMRS field in most recent uplink-related DCI 3GPP TS 36.212 [3] for the transport block associated with the corresponding PUSCH transmission where the value of $n_{\text{DMRS},\lambda}^{(2)}$ is given in Table 5.5.2.1.1-1.

The first row of Table 5.5.2.1.1-1 shall be used to obtain $n_{\text{DMRS},0}^{(2)}$ and $w^{(\lambda)}(m)$ if there is no uplink-related DCI for the same transport block associated with the corresponding PUSCH transmission, and

- if the initial PUSCH for the same transport block is semi-persistently scheduled, or
- if the initial PUSCH for the same transport block is scheduled by the random access response grant.

The quantity $n_{\text{PN}}(n_s)$ is given by

$$n_{\text{PN}}(n_s) = \sum_{i=0}^{7} c(8N_{\text{symb}}^{\text{UL}} \cdot n_s + i) \cdot 2^i$$

where the pseudo-random sequence $c(i)$ is defined by clause 7.2. The application of $c(i)$ is cell-specific. The pseudo-random sequence generator shall be initialized with $c_{\text{init}}$ at the beginning of each radio frame. The quantity $c_{\text{init}}$ is given by $c_{\text{init}} = \left\lfloor \dfrac{N_{\text{ID}}^{\text{cell}}}{30} \right\rfloor \cdot 2^5 + \left(\left(N_{\text{ID}}^{\text{cell}} + \Delta_{\text{ss}}\right) \bmod 30\right)$ if no value for $N_{\text{ID}}^{\text{csh\_DMRS}}$ is configured by higher layers or the PUSCH transmission corresponds to a Random Access Response Grant or a retransmission of the same transport block

JD-COBB_00042992

as part of the contention based random access procedure, otherwise it is given by

$$c_{\text{init}} = \left\lfloor \frac{N_{\text{ID}}^{\text{csh\_DMRS}}}{30} \right\rfloor \cdot 2^5 + \left( N_{\text{ID}}^{\text{csh\_DMRS}} \bmod 30 \right).$$

The vector of reference signals shall be precoded according to

$$\begin{bmatrix} \tilde{r}_{\text{PUSCH}}^{(0)} \\ \vdots \\ \tilde{r}_{\text{PUSCH}}^{(P-1)} \end{bmatrix} = W \begin{bmatrix} r_{\text{PUSCH}}^{(0)} \\ \vdots \\ r_{\text{PUSCH}}^{(\upsilon-1)} \end{bmatrix}$$

where $P$ is the number of antenna ports used for PUSCH transmission.

For PUSCH transmission using a single antenna port, $P=1$, $W=1$ and $\upsilon=1$.

For spatial multiplexing, $P=2$ or $P=4$ and the precoding matrix $W$ shall be identical to the precoding matrix used in clause 5.3.3A.2 for precoding of the PUSCH in the same subframe.

**Table 5.5.2.1.1-1: Mapping of Cyclic Shift Field in uplink-related DCI format to $n_{\text{DMRS},\lambda}^{(2)}$ and $\begin{bmatrix} w^{(\lambda)}(0) & w^{(\lambda)}(1) \end{bmatrix}$**

| Cyclic Shift Field in uplink-related DCI format [3] | $n_{\text{DMRS},\lambda}^{(2)}$ | | | | $\begin{bmatrix} w^{(\lambda)}(0) & w^{(\lambda)}(1) \end{bmatrix}$ | | | |
|---|---|---|---|---|---|---|---|---|
| | $\lambda=0$ | $\lambda=1$ | $\lambda=2$ | $\lambda=3$ | $\lambda=0$ | $\lambda=1$ | $\lambda=2$ | $\lambda=3$ |
| 000 | 0 | 6 | 3 | 9 | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ |
| 001 | 6 | 0 | 9 | 3 | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ |
| 010 | 3 | 9 | 6 | 0 | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ |
| 011 | 4 | 10 | 7 | 1 | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ |
| 100 | 2 | 8 | 5 | 11 | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ |
| 101 | 8 | 2 | 11 | 5 | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ |
| 110 | 10 | 4 | 1 | 7 | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ |
| 111 | 9 | 3 | 0 | 6 | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ |

**Table 5.5.2.1.1-2: Mapping of *cyclicShift* to $n_{\text{DMRS}}^{(1)}$ values**

| cyclicShift | $n_{\text{DMRS}}^{(1)}$ |
|---|---|
| 0 | 0 |
| 1 | 2 |
| 2 | 3 |
| 3 | 4 |
| 4 | 6 |
| 5 | 8 |
| 6 | 9 |
| 7 | 10 |

JD-COBB_00042993

### 5.5.2.1.2    Mapping to physical resources

For each antenna port used for transmission of the PUSCH, the sequence $\tilde{r}_{\text{PUSCH}}^{(\tilde{p})}(\cdot)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUSCH}}$ and mapped in sequence starting with $\tilde{r}_{\text{PUSCH}}^{(\tilde{p})}(0)$ to the resource blocks.

The set of physical resource blocks used in the mapping process and the relation between the index $\tilde{p}$ and the antenna port number $p$ shall be identical to the corresponding PUSCH transmission as defined in clause 5.3.4.

The mapping to resource elements $(k,l)$, with $l=3$ for normal cyclic prefix and $l=2$ for extended cyclic prefix, in the subframe shall be in increasing order of first $k$, then the slot number.

## 5.5.2.2    Demodulation reference signal for PUCCH

### 5.5.2.2.1    Reference signal sequence

The PUCCH demodulation reference signal sequence $r_{\text{PUCCH}}^{(\tilde{p})}(\cdot)$ is defined by

$$r_{\text{PUCCH}}^{(\tilde{p})}\left(m' N_{\text{RS}}^{\text{PUCCH}} M_{\text{sc}}^{\text{RS}} + m M_{\text{sc}}^{\text{RS}} + n\right) = \frac{1}{\sqrt{P}} \overline{w}^{(\tilde{p})}(m) z(m) r_{u,v}^{(\alpha_{\tilde{p}})}(n)$$

where

$$m = 0,..., N_{\text{RS}}^{\text{PUCCH}} - 1$$
$$n = 0,..., M_{\text{sc}}^{\text{RS}} - 1$$
$$m' = 0,1$$

and $P$ is the number of antenna ports used for PUCCH transmission. For PUCCH formats 2a and 2b, $z(m)$ equals $d(10)$ for $m=1$, where $d(10)$ is defined in clause 5.4.2. For all other cases, $z(m)=1$.

The sequence $r_{u,v}^{(\alpha_{\tilde{p}})}(n)$ is given by clause 5.5.1 with $M_{\text{sc}}^{\text{RS}} = 12$ where the expression for the cyclic shift $\alpha_{\tilde{p}}$ is determined by the PUCCH format.

For PUCCH formats 1, 1a and 1b, $\alpha_{\tilde{p}}(n_s,l)$ is given by

$$\overline{n}_{\text{oc}}^{(\tilde{p})}(n_s) = \left\lfloor n_p'(n_s) \cdot \Delta_{\text{shift}}^{\text{PUCCH}} / N' \right\rfloor$$

$$\alpha_{\tilde{p}}(n_s,l) = 2\pi \cdot \overline{n}_{\text{cs}}^{(\tilde{p})}(n_s,l) / N_{\text{sc}}^{\text{RB}}$$

$$\overline{n}_{\text{cs}}^{(\tilde{p})}(n_s,l) = \begin{cases} \left[ n_{\text{cs}}^{\text{cell}}(n_s,l) + \left(n_p'(n_s) \cdot \Delta_{\text{shift}}^{\text{PUCCH}} + \left(\overline{n}_{\text{oc}}^{(\tilde{p})}(n_s) \bmod \Delta_{\text{shift}}^{\text{PUCCH}}\right)\right) \bmod N'\right] \bmod N_{\text{sc}}^{\text{RB}} & \text{for normal cyclic prefix} \\ \left[ n_{\text{cs}}^{\text{cell}}(n_s,l) + \left(n_p'(n_s) \cdot \Delta_{\text{shift}}^{\text{PUCCH}} + \overline{n}_{\text{oc}}^{(\tilde{p})}(n_s)\right) \bmod N'\right] \bmod N_{\text{sc}}^{\text{RB}} & \text{for extended cyclic prefix} \end{cases}$$

where $n_p'(n_s)$, $N'$, $\Delta_{\text{shift}}^{\text{PUCCH}}$ and $n_{\text{cs}}^{\text{cell}}(n_s,l)$ are defined by clause 5.4.1. The number of reference symbols per slot $N_{\text{RS}}^{\text{PUCCH}}$ and the sequence $\overline{w}(n)$ are given by Table 5.5.2.2.1-1 and 5.5.2.2.1-2, respectively.

For PUCCH formats 2, 2a and 2b, $\alpha_{\tilde{p}}(n_s,l)$ is defined by clause 5.4.2. The number of reference symbols per slot $N_{\text{RS}}^{\text{PUCCH}}$ and the sequence $\overline{w}^{(\tilde{p})}(n)$ are given by Table 5.5.2.2.1-1 and 5.5.2.2.1-3, respectively.

For PUCCH format 3, $\alpha_{\tilde{p}}(n_s,l)$ is given by

$$\alpha_{\tilde{p}}(n_s,l) = 2\pi \cdot n_{\text{cs}}^{(\tilde{p})}(n_s,l) / N_{\text{sc}}^{\text{RB}}$$
$$n_{\text{cs}}^{(\tilde{p})}(n_s,l) = \left(n_{\text{cs}}^{\text{cell}}(n_s,l) + n_p'(n_s)\right) \bmod N_{\text{sc}}^{\text{RB}}$$

JD-COBB_00042994

where $n'_p(n_s)$ is given by Table 5.5.2.2.1-4 and $n_{\text{oc},0}^{(\widetilde{p})}$ and $n_{\text{oc},1}^{(\widetilde{p})}$ for the first and second slot in a subframe, respectively, are obtained from clause 5.4.2A. The number of reference symbols per slot $N_{\text{RS}}^{\text{PUCCH}}$ and the sequence $\overline{w}(n)$ are given by Table 5.5.2.2.1-1 and 5.5.2.2.1-3, respectively.

**Table 5.5.2.2.1-1: Number of PUCCH demodulation reference symbols per slot $N_{\text{RS}}^{\text{PUCCH}}$**

| PUCCH format | Normal cyclic prefix | Extended cyclic prefix |
|---|---|---|
| 1, 1a, 1b | 3 | 2 |
| 2, 3 | 2 | 1 |
| 2a, 2b | 2 | N/A |

**Table 5.5.2.2.1-2: Orthogonal sequences $\left[\overline{w}^{(\widetilde{p})}(0) \ \cdots \ \overline{w}^{(\widetilde{p})}(N_{\text{RS}}^{\text{PUCCH}}-1)\right]$ for PUCCH formats 1, 1a and 1b**

| Sequence index $\overline{n}_{\text{oc}}^{(\widetilde{p})}(n_s)$ | Normal cyclic prefix | Extended cyclic prefix |
|---|---|---|
| 0 | $\begin{bmatrix} 1 & 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 & 1 \end{bmatrix}$ |
| 1 | $\begin{bmatrix} 1 & e^{j2\pi/3} & e^{j4\pi/3} \end{bmatrix}$ | $\begin{bmatrix} 1 & -1 \end{bmatrix}$ |
| 2 | $\begin{bmatrix} 1 & e^{j4\pi/3} & e^{j2\pi/3} \end{bmatrix}$ | N/A |

**Table 5.5.2.2.1-3: Orthogonal sequences $\left[\overline{w}^{(\widetilde{p})}(0) \ \cdots \ \overline{w}^{(\widetilde{p})}(N_{\text{RS}}^{\text{PUCCH}}-1)\right]$ for PUCCH formats 2, 2a, 2b and 3.**

| Normal cyclic prefix | Extended cyclic prefix |
|---|---|
| $\begin{bmatrix} 1 & 1 \end{bmatrix}$ | $\begin{bmatrix} 1 \end{bmatrix}$ |

**Table 5.5.2.2.1-4: Relation between $n_{\text{oc}}^{(\widetilde{p})}$ and $n'_p(n_s)$ for PUCCH format 3.**

| $n_{\text{oc}}^{(\widetilde{p})}$ | $n'_p(n_s)$ | |
|---|---|---|
| | $N_{\text{SF,1}} = 5$ | $N_{\text{SF,1}} = 4$ |
| 0 | 0 | 0 |
| 1 | 3 | 3 |
| 2 | 6 | 6 |
| 3 | 8 | 9 |
| 4 | 10 | N/A |

### 5.5.2.2.2    Mapping to physical resources

The sequence $r_{\text{PUCCH}}^{(\widetilde{p})}(\cdot)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUCCH}}$ and mapped in sequence starting with $r_{\text{PUCCH}}^{(\widetilde{p})}(0)$ to resource elements $(k,l)$ on antenna port $p$. The mapping shall be in increasing order of first $k$, then $l$ and finally the slot number. The set of values for $k$ and the relation between the index $\widetilde{p}$ and the antenna port number $p$ shall be identical to the values used for the corresponding PUCCH transmission. The values of the symbol index $l$ in a slot are given by Table 5.5.2.2.2-1.

JD-COBB_00042995

**Table 5.5.2.2.2-1: Demodulation reference signal location for different PUCCH formats.**

| PUCCH format | Set of values for $l$ | |
|---|---|---|
| | Normal cyclic prefix | Extended cyclic prefix |
| 1, 1a, 1b | 2, 3, 4 | 2, 3 |
| 2, 3 | 1, 5 | 3 |
| 2a, 2b | 1, 5 | N/A |

## 5.5.3      Sounding reference signal

### 5.5.3.1      Sequence generation

The sounding reference signal sequence $r_{\text{SRS}}^{(\tilde{p})}(n) = r_{u,v}^{(\alpha_{\tilde{p}})}(n)$ is defined by clause 5.5.1, where $u$ is the sequence-group number defined in clause 5.5.1.3 and $v$ is the base sequence number defined in clause 5.5.1.4. The cyclic shift $\alpha_{\tilde{p}}$ of the sounding reference signal is given as

$$\alpha_{\tilde{p}} = 2\pi \frac{n_{\text{SRS}}^{\text{cs},\tilde{p}}}{8}$$

$$n_{\text{SRS}}^{\text{cs},\tilde{p}} = \left( n_{\text{SRS}}^{\text{cs}} + \frac{8\tilde{p}}{N_{\text{ap}}} \right) \bmod 8 ,$$

$$\tilde{p} \in \{0,1,\ldots, N_{\text{ap}} - 1\}$$

where $n_{\text{SRS}}^{\text{cs}} = \{0,1,2,3,4,5,6,7\}$ is configured separately for periodic and each configuration of aperiodic sounding by the higher-layer parameters *cyclicShift* and *cyclicShift-ap*, respectively, for each UE and $N_{\text{ap}}$ is the number of antenna ports used for sounding reference signal transmission.

### 5.5.3.2      Mapping to physical resources

The sequence shall be multiplied with the amplitude scaling factor $\beta_{\text{SRS}}$ in order to conform to the transmit power $P_{\text{SRS}}$ specified in clause 5.1.3.1 in 3GPP TS 36.213 [4], and mapped in sequence starting with $r_{\text{SRS}}^{(\tilde{p})}(0)$ to resource elements $(k,l)$ on antenna port $p$ according to

$$a_{2k'+k_0^{(p)},l}^{(p)} = \begin{cases} \dfrac{1}{\sqrt{N_{\text{ap}}}} \beta_{\text{SRS}} r_{SRS}^{(\tilde{p})}(k') & k'=0,1,\ldots,M_{\text{sc},b}^{\text{RS}}-1 \\ 0 & \text{otherwise} \end{cases}$$

where $N_{\text{ap}}$ is the number of antenna ports used for sounding reference signal transmission and the relation between the index $\tilde{p}$ and the antenna port $p$ is given by Table 5.2.1-1. The set of antenna ports used for sounding reference signal transmission is configured independently for periodic and each configuration of aperiodic sounding. The quantity $k_0^{(p)}$ is the frequency-domain starting position of the sounding reference signal and for $b = B_{\text{SRS}}$ and $M_{\text{sc},b}^{\text{RS}}$ is the length of the sounding reference signal sequence defined as

$$M_{\text{sc},b}^{\text{RS}} = m_{\text{SRS},b} N_{\text{sc}}^{\text{RB}} / 2$$

where $m_{\text{SRS},b}$ is given by Table 5.5.3.2-1 through Table 5.5.3.2-4 for each uplink bandwidth $N_{\text{RB}}^{\text{UL}}$. The cell-specific parameter *srs-BandwidthConfig*, $C_{\text{SRS}} \in \{0,1,2,3,4,5,6,7\}$ and the UE-specific parameter *srs-Bandwidth*, $B_{\text{SRS}} \in \{0,1,2,3\}$ are given by higher layers. For UpPTS, $m_{\text{SRS},0}$ shall be reconfigured to $m_{\text{SRS},0}^{\max} = \max_{c \in C}\{m_{\text{SRS},0}^{c}\} \le (N_{\text{RB}}^{\text{UL}} - 6N_{\text{RA}})$ if this reconfiguration is enabled by the cell-specific parameter *srsMaxUpPts* given by higher layers, otherwise if the reconfiguration is disabled $m_{\text{SRS},0}^{\max} = m_{\text{SRS},0}$, where $c$ is a SRS BW configuration and $C_{\text{SRS}}$ is the set of SRS BW configurations from the Tables 5.5.3.2-1 to 5.5.3.2-4 for each uplink bandwidth $N_{\text{RB}}^{\text{UL}}$, $N_{\text{RA}}$ is the number of format 4 PRACH in the addressed UpPTS and derived from Table 5.7.1-4.

The frequency-domain starting position $k_0^{(p)}$ is defined by

$$k_0^{(p)} = \bar{k}_0^{(p)} + \sum_{b=0}^{B_{\text{SRS}}} 2M_{\text{sc},b}^{\text{RS}} n_b$$

JD-COBB_00042997

where for normal uplink subframes $\bar{k}_0^{(p)}$ is defined by

$$\bar{k}_0^{(p)} = \left( \left\lfloor N_{RB}^{UL}/2 \right\rfloor - m_{SRS,0}/2 \right) N_{SC}^{RB} + k_{TC}^{(p)}$$

and for UpPTS by

$$\bar{k}_0^{(p)} = \begin{cases} (N_{RB}^{UL} - m_{SRS,0}^{max}) N_{sc}^{RB} + k_{TC}^{(p)} & \text{if } \left( (n_f \bmod 2) \cdot (2 - N_{SP}) + n_{hf} \right) \bmod 2 = 0 \\ k_{TC}^{(p)} & \text{otherwise} \end{cases}$$

The quantity $k_{TC}^{(p)} \in \{0,1\}$ is given by

$$k_{TC}^{(p)} = \begin{cases} 1 - \bar{k}_{TC} & \text{if } n_{SRS}^{cs} \in \{4,5,6,7\} \text{ and } \widetilde{p} \in \{1,3\} \text{ and } N_{ap} = 4 \\ \bar{k}_{TC} & \text{otherwise} \end{cases}$$

where the relation between the index $\widetilde{p}$ and the antenna port $p$ is given by Table 5.2.1-1, $\bar{k}_{TC} \in \{0,1\}$ is given by the UE-specific parameter *transmissionComb* or *transmissionComb-ap* for periodic and each configuration of aperiodic transmission, respectively, provided by higher layers for the UE, and $n_b$ is frequency position index. The variable $n_{hf}$ is equal to 0 for UpPTS in the first half frame and equal to 1 for UpPTS in the second half frame of a radio frame.

The frequency hopping of the sounding reference signal is configured by the parameter $b_{hop} \in \{0,1,2,3\}$, provided by higher-layer parameter *srs-HoppingBandwidth*. Frequency hopping is not supported for aperiodic transmission.. If frequency hopping of the sounding reference signal is not enabled (i.e., $b_{hop} \geq B_{SRS}$), the frequency position index $n_b$ remains constant (unless re-configured) and is defined by $n_b = \lfloor 4n_{RRC}/m_{SRS,b} \rfloor \bmod N_b$ where the parameter $n_{RRC}$ is given by higher-layer parameters *freqDomainPosition* and *freqDomainPosition-ap* for periodic and each configuration of aperiodic transmission, respectively. If frequency hopping of the sounding reference signal is enabled (i.e., $b_{hop} < B_{SRS}$), the frequency position indexes $n_b$ are defined by

$$n_b = \begin{cases} \lfloor 4n_{RRC}/m_{SRS,b} \rfloor \bmod N_b & b \leq b_{hop} \\ \{ F_b(n_{SRS}) + \lfloor 4n_{RRC}/m_{SRS,b} \rfloor \} \bmod N_b & \text{otherwise} \end{cases}$$

where $N_b$ is given by Table 5.5.3.2-1 through Table 5.5.3.2-4 for each uplink bandwidth $N_{RB}^{UL}$,

$$F_b(n_{SRS}) = \begin{cases} (N_b/2) \left\lfloor \dfrac{n_{SRS} \bmod \Pi_{b'=b_{hop}}^{b} N_{b'}}{\Pi_{b'=b_{hop}}^{b-1} N_{b'}} \right\rfloor + \left\lfloor \dfrac{n_{SRS} \bmod \Pi_{b'=b_{hop}}^{b} N_{b'}}{2 \Pi_{b'=b_{hop}}^{b-1} N_{b'}} \right\rfloor & \text{if } N_b \text{ even} \\ \lfloor N_b/2 \rfloor \lfloor n_{SRS}/\Pi_{b'=b_{hop}}^{b-1} N_{b'} \rfloor & \text{if } N_b \text{ odd} \end{cases}$$

where $N_{b_{hop}} = 1$ regardless of the $N_b$ value on Table 5.5.3.2-1 through Table 5.5.3.2-4, and

$$n_{SRS} = \begin{cases} 2N_{SP}n_f + 2(N_{SP}-1)\left\lfloor \dfrac{n_s}{10} \right\rfloor + \left\lfloor \dfrac{T_{offset}}{T_{offset\_mx}} \right\rfloor & \text{for 2 ms SRS periodicity of frame structure type 2} \\ \lfloor (n_f \times 10 + \lfloor n_s/2 \rfloor)/T_{SRS} \rfloor & \text{otherwise} \end{cases}$$

counts the number of UE-specific SRS transmissions, where $T_{SRS}$ is UE-specific periodicity of SRS transmission defined in clause 8.2 of 3GPP TS 36.213 [4], $T_{offset}$ is SRS subframe offset defined in Table 8.2-2 of 3GPP TS 36.213 [4] and $T_{offset\_mx}$ is the maximum value of $T_{offset}$ for a certain configuration of SRS subframe offset.

The sounding reference signal shall be transmitted in the last symbol of the uplink subframe.

JD-COBB_00042998

43 3GPP TS 36.211 V12.2.0 (2014-06)

**Table 5.5.3.2-1:** $m_{\mathrm{SRS},b}$ and $N_b$, $b=0,1,2,3$, values for the uplink bandwidth of $6 \le N_{\mathrm{RB}}^{\mathrm{UL}} \le 40$

| SRS bandwidth configuration $C_{\mathrm{SRS}}$ | SRS-Bandwidth $B_{\mathrm{SRS}}=0$ | | SRS-Bandwidth $B_{\mathrm{SRS}}=1$ | | SRS-Bandwidth $B_{\mathrm{SRS}}=2$ | | SRS-Bandwidth $B_{\mathrm{SRS}}=3$ | |
|---|---|---|---|---|---|---|---|---|
| | $m_{\mathrm{SRS},0}$ | $N_0$ | $m_{\mathrm{SRS},1}$ | $N_1$ | $m_{\mathrm{SRS},2}$ | $N_2$ | $m_{\mathrm{SRS},3}$ | $N_3$ |
| 0 | 36 | 1 | 12 | 3 | 4 | 3 | 4 | 1 |
| 1 | 32 | 1 | 16 | 2 | 8 | 2 | 4 | 2 |
| 2 | 24 | 1 | 4 | 6 | 4 | 1 | 4 | 1 |
| 3 | 20 | 1 | 4 | 5 | 4 | 1 | 4 | 1 |
| 4 | 16 | 1 | 4 | 4 | 4 | 1 | 4 | 1 |
| 5 | 12 | 1 | 4 | 3 | 4 | 1 | 4 | 1 |
| 6 | 8 | 1 | 4 | 2 | 4 | 1 | 4 | 1 |
| 7 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 |

**Table 5.5.3.2-2:** $m_{\mathrm{SRS},b}$ and $N_b$, $b=0,1,2,3$, values for the uplink bandwidth of $40 < N_{\mathrm{RB}}^{\mathrm{UL}} \le 60$

| SRS bandwidth configuration $C_{\mathrm{SRS}}$ | SRS-Bandwidth $B_{\mathrm{SRS}}=0$ | | SRS-Bandwidth $B_{\mathrm{SRS}}=1$ | | SRS-Bandwidth $B_{\mathrm{SRS}}=2$ | | SRS-Bandwidth $B_{\mathrm{SRS}}=3$ | |
|---|---|---|---|---|---|---|---|---|
| | $m_{\mathrm{SRS},0}$ | $N_0$ | $m_{\mathrm{SRS},1}$ | $N_1$ | $m_{\mathrm{SRS},2}$ | $N_2$ | $m_{\mathrm{SRS},3}$ | $N_3$ |
| 0 | 48 | 1 | 24 | 2 | 12 | 2 | 4 | 3 |
| 1 | 48 | 1 | 16 | 3 | 8 | 2 | 4 | 2 |
| 2 | 40 | 1 | 20 | 2 | 4 | 5 | 4 | 1 |
| 3 | 36 | 1 | 12 | 3 | 4 | 3 | 4 | 1 |
| 4 | 32 | 1 | 16 | 2 | 8 | 2 | 4 | 2 |
| 5 | 24 | 1 | 4 | 6 | 4 | 1 | 4 | 1 |
| 6 | 20 | 1 | 4 | 5 | 4 | 1 | 4 | 1 |
| 7 | 16 | 1 | 4 | 4 | 4 | 1 | 4 | 1 |

**Table 5.5.3.2-3:** $m_{\mathrm{SRS},b}$ and $N_b$, $b=0,1,2,3$, values for the uplink bandwidth of $60 < N_{\mathrm{RB}}^{\mathrm{UL}} \le 80$

| SRS bandwidth configuration $C_{\mathrm{SRS}}$ | SRS-Bandwidth $B_{\mathrm{SRS}}=0$ | | SRS-Bandwidth $B_{\mathrm{SRS}}=1$ | | SRS-Bandwidth $B_{\mathrm{SRS}}=2$ | | SRS-Bandwidth $B_{\mathrm{SRS}}=3$ | |
|---|---|---|---|---|---|---|---|---|
| | $m_{\mathrm{SRS},0}$ | $N_0$ | $m_{\mathrm{SRS},1}$ | $N_1$ | $m_{\mathrm{SRS},2}$ | $N_2$ | $m_{\mathrm{SRS},3}$ | $N_3$ |
| 0 | 72 | 1 | 24 | 3 | 12 | 2 | 4 | 3 |
| 1 | 64 | 1 | 32 | 2 | 16 | 2 | 4 | 4 |
| 2 | 60 | 1 | 20 | 3 | 4 | 5 | 4 | 1 |
| 3 | 48 | 1 | 24 | 2 | 12 | 2 | 4 | 3 |
| 4 | 48 | 1 | 16 | 3 | 8 | 2 | 4 | 2 |
| 5 | 40 | 1 | 20 | 2 | 4 | 5 | 4 | 1 |
| 6 | 36 | 1 | 12 | 3 | 4 | 3 | 4 | 1 |
| 7 | 32 | 1 | 16 | 2 | 8 | 2 | 4 | 2 |

**Table 5.5.3.2-4:** $m_{\mathrm{SRS},b}$ and $N_b$, $b=0,1,2,3$, values for the uplink bandwidth of $80 < N_{\mathrm{RB}}^{\mathrm{UL}} \le 110$

| SRS bandwidth configuration $C_{\mathrm{SRS}}$ | SRS-Bandwidth $B_{\mathrm{SRS}}=0$ | | SRS-Bandwidth $B_{\mathrm{SRS}}=1$ | | SRS-Bandwidth $B_{\mathrm{SRS}}=2$ | | SRS-Bandwidth $B_{\mathrm{SRS}}=3$ | |
|---|---|---|---|---|---|---|---|---|
| | $m_{\mathrm{SRS},0}$ | $N_0$ | $m_{\mathrm{SRS},1}$ | $N_1$ | $m_{\mathrm{SRS},2}$ | $N_2$ | $m_{\mathrm{SRS},3}$ | $N_3$ |
| 0 | 96 | 1 | 48 | 2 | 24 | 2 | 4 | 6 |
| 1 | 96 | 1 | 32 | 3 | 16 | 2 | 4 | 4 |
| 2 | 80 | 1 | 40 | 2 | 20 | 2 | 4 | 5 |
| 3 | 72 | 1 | 24 | 3 | 12 | 2 | 4 | 3 |
| 4 | 64 | 1 | 32 | 2 | 16 | 2 | 4 | 4 |
| 5 | 60 | 1 | 20 | 3 | 4 | 5 | 4 | 1 |
| 6 | 48 | 1 | 24 | 2 | 12 | 2 | 4 | 3 |
| 7 | 48 | 1 | 16 | 3 | 8 | 2 | 4 | 2 |

JD-COBB_00042999

### 5.5.3.3 Sounding reference signal subframe configuration

The cell-specific subframe configuration period $T_{SFC}$ and the cell-specific subframe offset $\Delta_{SFC}$ for the transmission of sounding reference signals are listed in Tables 5.5.3.3-1 and 5.5.3.3-2, for frame structures type 1 and 2 respectively, where the parameter *srs-SubframeConfig* is provided by higher layers. Sounding reference signal subframes are the subframes satisfying $\lfloor n_s / 2 \rfloor \bmod T_{SFC} \in \Delta_{SFC}$. For frame structure type 2, a sounding reference signal is transmitted only in uplink subframes or UpPTS.

**Table 5.5.3.3-1: Frame structure type 1 sounding reference signal subframe configuration**

| srs-SubframeConfig | Binary | Configuration Period $T_{SFC}$ (subframes) | Transmission offset $\Delta_{SFC}$ (subframes) |
|---|---|---|---|
| 0 | 0000 | 1 | {0} |
| 1 | 0001 | 2 | {0} |
| 2 | 0010 | 2 | {1} |
| 3 | 0011 | 5 | {0} |
| 4 | 0100 | 5 | {1} |
| 5 | 0101 | 5 | {2} |
| 6 | 0110 | 5 | {3} |
| 7 | 0111 | 5 | {0,1} |
| 8 | 1000 | 5 | {2,3} |
| 9 | 1001 | 10 | {0} |
| 10 | 1010 | 10 | {1} |
| 11 | 1011 | 10 | {2} |
| 12 | 1100 | 10 | {3} |
| 13 | 1101 | 10 | {0,1,2,3,4,6,8} |
| 14 | 1110 | 10 | {0,1,2,3,4,5,6,8} |
| 15 | 1111 | reserved | reserved |

**Table 5.5.3.3-2: Frame structure type 2 sounding reference signal subframe configuration**

| srs-SubframeConfig | Binary | Configuration Period $T_{SFC}$ (subframes) | Transmission offset $\Delta_{SFC}$ (subframes) |
|---|---|---|---|
| 0 | 0000 | 5 | {1} |
| 1 | 0001 | 5 | {1, 2} |
| 2 | 0010 | 5 | {1, 3} |
| 3 | 0011 | 5 | {1, 4} |
| 4 | 0100 | 5 | {1, 2, 3} |
| 5 | 0101 | 5 | {1, 2, 4} |
| 6 | 0110 | 5 | {1, 3, 4} |
| 7 | 0111 | 5 | {1, 2, 3, 4} |
| 8 | 1000 | 10 | {1, 2, 6} |
| 9 | 1001 | 10 | {1, 3, 6} |
| 10 | 1010 | 10 | {1, 6, 7} |
| 11 | 1011 | 10 | {1, 2, 6, 8} |
| 12 | 1100 | 10 | {1, 3, 6, 9} |
| 13 | 1101 | 10 | {1, 4, 6, 7} |
| 14 | 1110 | reserved | reserved |
| 15 | 1111 | reserved | reserved |

JD-COBB_00043000

# 5.6      SC-FDMA baseband signal generation

This clause applies to all uplink physical signals and physical channels except the physical random access channel.

The time-continuous signal $s_l^{(p)}(t)$ for antenna port $p$ in SC-FDMA symbol $l$ in an uplink slot is defined by

$$s_l^{(p)}(t) = \sum_{k=-\left\lfloor N_{RB}^{UL}N_{sc}^{RB}/2 \right\rfloor}^{\left\lceil N_{RB}^{UL}N_{sc}^{RB}/2 \right\rceil -1} a_{k^{(-)},l}^{(p)} \cdot e^{j2\pi(k+1/2)\Delta f\left(t-N_{CP,l}T_s\right)}$$

for $0 \le t < \left(N_{CP,l}+N\right) \times T_s$ where $k^{(-)} = k + \left\lfloor N_{RB}^{UL}N_{sc}^{RB}/2 \right\rfloor$, $N = 2048$, $\Delta f = 15$ kHz and $a_{k,l}^{(p)}$ is the content of resource element $(k,l)$ on antenna port $p$.

The SC-FDMA symbols in a slot shall be transmitted in increasing order of $l$, starting with $l = 0$, where SC-FDMA symbol $l > 0$ starts at time $\sum_{l'=0}^{l-1}(N_{CP,l'}+N)T_s$ within the slot.

Table 5.6-1 lists the values of $N_{CP,l}$ that shall be used.

**Table 5.6-1: SC-FDMA parameters**

| Configuration | Cyclic prefix length $N_{CP,l}$ |
|---|---|
| Normal cyclic prefix | 160  for $l = 0$<br>144 for $l = 1,2,\dots 6$ |
| Extended cyclic prefix | 512 for $l = 0,1,\dots 5$ |

JD-COBB_00043001

# 5.7        Physical random access channel

## 5.7.1      Time and frequency structure

The physical layer random access preamble, illustrated in Figure 5.7.1-1, consists of a cyclic prefix of length $T_{CP}$ and a sequence part of length $T_{SEQ}$. The parameter values are listed in Table 5.7.1-1 and depend on the frame structure and the random access configuration. Higher layers control the preamble format.



**Figure 5.7.1-1: Random access preamble format**

**Table 5.7.1-1: Random access preamble parameters**

| Preamble format | $T_{CP}$ | $T_{SEQ}$ |
|---|---|---|
| 0 | $3168 \cdot T_s$ | $24576 \cdot T_s$ |
| 1 | $21024 \cdot T_s$ | $24576 \cdot T_s$ |
| 2 | $6240 \cdot T_s$ | $2 \cdot 24576 \cdot T_s$ |
| 3 | $21024 \cdot T_s$ | $2 \cdot 24576 \cdot T_s$ |
| 4 (see Note) | $448 \cdot T_s$ | $4096 \cdot T_s$ |
| NOTE: | Frame structure type 2 and special subframe configurations with UpPTS lengths $4384 \cdot T_s$ and $5120 \cdot T_s$ only. | |

The transmission of a random access preamble, if triggered by the MAC layer, is restricted to certain time and frequency resources. These resources are enumerated in increasing order of the subframe number within the radio frame and the physical resource blocks in the frequency domain such that index 0 correspond to the lowest numbered physical resource block and subframe within the radio frame. PRACH resources within the radio frame are indicated by a PRACH Resource Index, where the indexing is in the order of appearance in Table 5.7.1-2 and Table 5.7.1-4.

For frame structure type 1 with preamble format 0-3, there is at most one random access resource per subframe. Table 5.7.1-2 lists the preamble formats according to Table 5.7.1-1 and the subframes in which random access preamble transmission is allowed for a given configuration in frame structure type 1. The parameter *prach-ConfigurationIndex* is given by higher layers. The start of the random access preamble shall be aligned with the start of the corresponding uplink subframe at the UE assuming $N_{TA} = 0$, where $N_{TA}$ is defined in clause 8.1. For PRACH configurations 0, 1, 2, 15, 16, 17, 18, 31, 32, 33, 34, 47, 48, 49, 50 and 63 the UE may for handover purposes assume an absolute value of the relative time difference between radio frame $i$ in the current cell and the target cell of less than $153600 \cdot T_s$.

The first physical resource block $n_{PRB}^{RA}$ allocated to the PRACH opportunity considered for preamble formats 0, 1, 2 and 3 is defined as $n_{PRB}^{RA} = n_{PRBoffset}^{RA}$, where the parameter *prach-FrequencyOffset*, $n_{PRBoffset}^{RA}$ is expressed as a physical resource block number configured by higher layers and fulfilling $0 \le n_{PRBoffset}^{RA} \le N_{RB}^{UL} - 6$.

JD-COBB_00043002

**Table 5.7.1-2: Frame structure type 1 random access configuration for preamble formats 0-3**

| PRACH Configuration Index | Preamble Format | System frame number | Subframe number | PRACH Configuration Index | Preamble Format | System frame number | Subframe number |
|---|---|---|---|---|---|---|---|
| 0 | 0 | Even | 1 | 32 | 2 | Even | 1 |
| 1 | 0 | Even | 4 | 33 | 2 | Even | 4 |
| 2 | 0 | Even | 7 | 34 | 2 | Even | 7 |
| 3 | 0 | Any | 1 | 35 | 2 | Any | 1 |
| 4 | 0 | Any | 4 | 36 | 2 | Any | 4 |
| 5 | 0 | Any | 7 | 37 | 2 | Any | 7 |
| 6 | 0 | Any | 1, 6 | 38 | 2 | Any | 1, 6 |
| 7 | 0 | Any | 2 ,7 | 39 | 2 | Any | 2 ,7 |
| 8 | 0 | Any | 3, 8 | 40 | 2 | Any | 3, 8 |
| 9 | 0 | Any | 1, 4, 7 | 41 | 2 | Any | 1, 4, 7 |
| 10 | 0 | Any | 2, 5, 8 | 42 | 2 | Any | 2, 5, 8 |
| 11 | 0 | Any | 3, 6, 9 | 43 | 2 | Any | 3, 6, 9 |
| 12 | 0 | Any | 0, 2, 4, 6, 8 | 44 | 2 | Any | 0, 2, 4, 6, 8 |
| 13 | 0 | Any | 1, 3, 5, 7, 9 | 45 | 2 | Any | 1, 3, 5, 7, 9 |
| 14 | 0 | Any | 0, 1, 2, 3, 4, 5, 6, 7, 8, 9 | 46 | N/A | N/A | N/A |
| 15 | 0 | Even | 9 | 47 | 2 | Even | 9 |
| 16 | 1 | Even | 1 | 48 | 3 | Even | 1 |
| 17 | 1 | Even | 4 | 49 | 3 | Even | 4 |
| 18 | 1 | Even | 7 | 50 | 3 | Even | 7 |
| 19 | 1 | Any | 1 | 51 | 3 | Any | 1 |
| 20 | 1 | Any | 4 | 52 | 3 | Any | 4 |
| 21 | 1 | Any | 7 | 53 | 3 | Any | 7 |
| 22 | 1 | Any | 1, 6 | 54 | 3 | Any | 1, 6 |
| 23 | 1 | Any | 2 ,7 | 55 | 3 | Any | 2 ,7 |
| 24 | 1 | Any | 3, 8 | 56 | 3 | Any | 3, 8 |
| 25 | 1 | Any | 1, 4, 7 | 57 | 3 | Any | 1, 4, 7 |
| 26 | 1 | Any | 2, 5, 8 | 58 | 3 | Any | 2, 5, 8 |
| 27 | 1 | Any | 3, 6, 9 | 59 | 3 | Any | 3, 6, 9 |
| 28 | 1 | Any | 0, 2, 4, 6, 8 | 60 | N/A | N/A | N/A |
| 29 | 1 | Any | 1, 3, 5, 7, 9 | 61 | N/A | N/A | N/A |
| 30 | N/A | N/A | N/A | 62 | N/A | N/A | N/A |
| 31 | 1 | Even | 9 | 63 | 3 | Even | 9 |

For frame structure type 2 with preamble formats 0-4, there might be multiple random access resources in an UL subframe (or UpPTS for preamble format 4) depending on the UL/DL configuration [see table 4.2-2]. Table 5.7.1-3 lists PRACH configurations allowed for frame structure type 2 where the configuration index corresponds to a certain combination of preamble format, PRACH density value, $D_{RA}$ and version index, $r_{RA}$.

The parameter *prach-ConfigurationIndex* is given by higher layers. For frame structure type 2 with PRACH configuration 0, 1, 2, 20, 21, 22, 30, 31, 32, 40, 41, 42, 48, 49, 50, or with PRACH configuration 51, 53, 54, 55, 56, 57 in UL/DL configuration 3, 4, 5, the UE may for handover purposes assume an absolute value of the relative time difference between radio frame $i$ in the current cell and the target cell is less than $153600 \cdot T_s$.

JD-COBB_00043003

48   3GPP TS 36.211 V12.2.0 (2014-06)

**Table 5.7.1-3: Frame structure type 2 random access configurations for preamble formats 0-4**

| PRACH configuration Index | Preamble Format | Density Per 10 ms $D_{RA}$ | Version $r_{RA}$ | PRACH configuration Index | Preamble Format | Density Per 10 ms $D_{RA}$ | Version $r_{RA}$ |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0.5 | 0 | 32 | 2 | 0.5 | 2 |
| 1 | 0 | 0.5 | 1 | 33 | 2 | 1 | 0 |
| 2 | 0 | 0.5 | 2 | 34 | 2 | 1 | 1 |
| 3 | 0 | 1 | 0 | 35 | 2 | 2 | 0 |
| 4 | 0 | 1 | 1 | 36 | 2 | 3 | 0 |
| 5 | 0 | 1 | 2 | 37 | 2 | 4 | 0 |
| 6 | 0 | 2 | 0 | 38 | 2 | 5 | 0 |
| 7 | 0 | 2 | 1 | 39 | 2 | 6 | 0 |
| 8 | 0 | 2 | 2 | 40 | 3 | 0.5 | 0 |
| 9 | 0 | 3 | 0 | 41 | 3 | 0.5 | 1 |
| 10 | 0 | 3 | 1 | 42 | 3 | 0.5 | 2 |
| 11 | 0 | 3 | 2 | 43 | 3 | 1 | 0 |
| 12 | 0 | 4 | 0 | 44 | 3 | 1 | 1 |
| 13 | 0 | 4 | 1 | 45 | 3 | 2 | 0 |
| 14 | 0 | 4 | 2 | 46 | 3 | 3 | 0 |
| 15 | 0 | 5 | 0 | 47 | 3 | 4 | 0 |
| 16 | 0 | 5 | 1 | 48 | 4 | 0.5 | 0 |
| 17 | 0 | 5 | 2 | 49 | 4 | 0.5 | 1 |
| 18 | 0 | 6 | 0 | 50 | 4 | 0.5 | 2 |
| 19 | 0 | 6 | 1 | 51 | 4 | 1 | 0 |
| 20 | 1 | 0.5 | 0 | 52 | 4 | 1 | 1 |
| 21 | 1 | 0.5 | 1 | 53 | 4 | 2 | 0 |
| 22 | 1 | 0.5 | 2 | 54 | 4 | 3 | 0 |
| 23 | 1 | 1 | 0 | 55 | 4 | 4 | 0 |
| 24 | 1 | 1 | 1 | 56 | 4 | 5 | 0 |
| 25 | 1 | 2 | 0 | 57 | 4 | 6 | 0 |
| 26 | 1 | 3 | 0 | 58 | N/A | N/A | N/A |
| 27 | 1 | 4 | 0 | 59 | N/A | N/A | N/A |
| 28 | 1 | 5 | 0 | 60 | N/A | N/A | N/A |
| 29 | 1 | 6 | 0 | 61 | N/A | N/A | N/A |
| 30 | 2 | 0.5 | 0 | 62 | N/A | N/A | N/A |
| 31 | 2 | 0.5 | 1 | 63 | N/A | N/A | N/A |

Table 5.7.1-4 lists the mapping to physical resources for the different random access opportunities needed for a certain PRACH density value, $D_{RA}$. Each quadruple of the format $(f_{RA}, t_{RA}^{(0)}, t_{RA}^{(1)}, t_{RA}^{(2)})$ indicates the location of a specific random access resource, where $f_{RA}$ is a frequency resource index within the considered time instance, $t_{RA}^{(0)} = 0,1,2$ indicates whether the resource is reoccurring in all radio frames, in even radio frames, or in odd radio frames, respectively, $t_{RA}^{(1)} = 0,1$ indicates whether the random access resource is located in first half frame or in second half frame, respectively, and where $t_{RA}^{(2)}$ is the uplink subframe number where the preamble starts, counting from 0 at the first uplink subframe between 2 consecutive downlink-to-uplink switch points, with the exception of preamble format 4 where $t_{RA}^{(2)}$ is denoted as (*). The start of the random access preamble formats 0-3 shall be aligned with the start of the corresponding uplink subframe at the UE assuming $N_{TA} = 0$ and the random access preamble format 4 shall start $4832 \cdot T_s$ before the end of the UpPTS at the UE, where the UpPTS is referenced to the UE's uplink frame timing assuming $N_{TA} = 0$.

The random access opportunities for each PRACH configuration shall be allocated in time first and then in frequency if and only if time multiplexing is not sufficient to hold all opportunities of a PRACH configuration needed for a certain density value $D_{RA}$ without overlap in time. For preamble format 0-3, the frequency multiplexing shall be done according to

JD-COBB_00043004

$$n_{PRB}^{RA} = \begin{cases} n_{PRB\,offset}^{RA} + 6\left\lfloor \dfrac{f_{RA}}{2} \right\rfloor, & \text{if } f_{RA} \bmod 2 = 0 \\ N_{RB}^{UL} - 6 - n_{PRB\,offset}^{RA} - 6\left\lfloor \dfrac{f_{RA}}{2} \right\rfloor, & \text{otherwise} \end{cases}$$

where $N_{RB}^{UL}$ is the number of uplink resource blocks, $n_{PRB}^{RA}$ is the first physical resource block allocated to the PRACH opportunity considered and where the parameter *prach-FrequencyOffset*, $n_{PRB\,offset}^{RA}$ is the first physical resource block available for PRACH expressed as a physical resource block number configured by higher layers and fulfilling $0 \le n_{PRB\,offset}^{RA} \le N_{RB}^{UL} - 6$.

For preamble format 4, the frequency multiplexing shall be done according to

$$n_{PRB}^{RA} = \begin{cases} 6 f_{RA}, & \text{if } \left((n_f \bmod 2) \times (2 - N_{SP}) + t_{RA}^{(1)}\right) \bmod 2 = 0 \\ N_{RB}^{UL} - 6(f_{RA} + 1), & \text{otherwise} \end{cases}$$

where $n_f$ is the system frame number and where $N_{SP}$ is the number of DL to UL switch points within the radio frame.

Each random access preamble occupies a bandwidth corresponding to 6 consecutive resource blocks for both frame structures.

JD-COBB_00043005

Table 5.7.1-4: Frame structure type 2 random access preamble mapping in time and frequency

| PRACH configuration Index (See Table 5.7.1-3) | UL/DL configuration (See Table 4.2-2) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| 0 | (0,1,0,2) | (0,1,0,1) | (0,1,0,0) | (0,1,0,2) | (0,1,0,1) | (0,1,0,0) | (0,1,0,2) |
| 1 | (0,2,0,2) | (0,2,0,1) | (0,2,0,0) | (0,2,0,2) | (0,2,0,1) | (0,2,0,0) | (0,2,0,2) |
| 2 | (0,1,1,2) | (0,1,1,1) | (0,1,1,0) | (0,1,0,1) | (0,1,0,0) | N/A | (0,1,1,1) |
| 3 | (0,0,0,2) | (0,0,0,1) | (0,0,0,0) | (0,0,0,2) | (0,0,0,1) | (0,0,0,0) | (0,0,0,2) |
| 4 | (0,0,1,2) | (0,0,1,1) | (0,0,1,0) | (0,0,0,1) | (0,0,0,0) | N/A | (0,0,1,1) |
| 5 | (0,0,0,1) | (0,0,0,0) | N/A | (0,0,0,0) | N/A | N/A | (0,0,0,1) |
| 6 | (0,0,0,2)<br>(0,0,1,2) | (0,0,0,1)<br>(0,0,1,1) | (0,0,0,0)<br>(0,0,1,0) | (0,0,0,1)<br>(0,0,0,2) | (0,0,0,0)<br>(0,0,0,1) | (0,0,0,0)<br>(1,0,0,0) | (0,0,0,2)<br>(0,0,1,1) |
| 7 | (0,0,0,1)<br>(0,0,1,1) | (0,0,0,0)<br>(0,0,1,0) | N/A | (0,0,0,0)<br>(0,0,0,2) | N/A | N/A | (0,0,0,1)<br>(0,0,1,0) |
| 8 | (0,0,0,0)<br>(0,0,1,0) | N/A | N/A | (0,0,0,0)<br>(0,0,0,1) | N/A | N/A | (0,0,0,0)<br>(0,0,1,1) |
| 9 | (0,0,0,1)<br>(0,0,0,2)<br>(0,0,1,2) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,1,1) | (0,0,0,0)<br>(0,0,1,0)<br>(1,0,0,0) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2) | (0,0,0,0)<br>(0,0,0,1)<br>(1,0,0,0) | (0,0,0,0)<br>(1,0,0,0)<br>(2,0,0,0) | (0,0,0,1)<br>(0,0,0,2)<br>(0,0,1,1) |
| 10 | (0,0,0,0)<br>(0,0,1,0)<br>(0,0,1,1) | (0,0,0,1)<br>(0,0,1,0)<br>(0,0,1,1) | (0,0,0,0)<br>(0,0,1,0)<br>(1,0,1,0) | N/A | (0,0,0,0)<br>(0,0,0,1)<br>(1,0,0,0) | N/A | (0,0,0,0)<br>(0,0,0,2)<br>(0,0,1,0) |
| 11 | N/A | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,1,0) | N/A | N/A | N/A | N/A | (0,0,0,1)<br>(0,0,1,0)<br>(0,0,1,1) |
| 12 | (0,0,0,1)<br>(0,0,0,2)<br>(0,0,1,1)<br>(0,0,1,2) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,1,0)<br>(0,0,1,1) | (0,0,0,0)<br>(0,0,1,0)<br>(1,0,0,0)<br>(1,0,1,0) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(1,0,0,2) | (0,0,0,0)<br>(0,0,0,1)<br>(1,0,0,0)<br>(1,0,0,1) | (0,0,0,0)<br>(1,0,0,0)<br>(2,0,0,0)<br>(3,0,0,0) | (0,0,0,1)<br>(0,0,0,2)<br>(0,0,1,0)<br>(0,0,1,1) |
| 13 | (0,0,0,0)<br>(0,0,0,2)<br>(0,0,1,0)<br>(0,0,1,2) | N/A | N/A | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(1,0,0,1) | N/A | N/A | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(0,0,1,1) |
| 14 | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,1,0)<br>(0,0,1,1) | N/A | N/A | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(1,0,0,0) | N/A | N/A | (0,0,0,0)<br>(0,0,0,2)<br>(0,0,1,0)<br>(0,0,1,1) |
| 15 | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(0,0,1,1)<br>(0,0,1,2) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,1,0)<br>(0,0,1,1)<br>(1,0,0,1) | (0,0,0,0)<br>(0,0,1,0)<br>(1,0,0,0)<br>(1,0,1,0)<br>(2,0,0,0) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(1,0,0,1)<br>(1,0,0,2) | (0,0,0,0)<br>(0,0,0,1)<br>(1,0,0,0)<br>(1,0,0,1)<br>(2,0,0,1) | (0,0,0,0)<br>(1,0,0,0)<br>(2,0,0,0)<br>(3,0,0,0)<br>(4,0,0,0) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(0,0,1,0)<br>(0,0,1,1) |
| 16 | (0,0,0,1)<br>(0,0,0,2)<br>(0,0,1,0)<br>(0,0,1,1)<br>(0,0,1,2) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,1,0)<br>(0,0,1,1)<br>(1,0,1,1) | (0,0,0,0)<br>(0,0,1,0)<br>(1,0,0,0)<br>(1,0,1,0)<br>(2,0,1,0) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(1,0,0,0)<br>(1,0,0,2) | (0,0,0,0)<br>(0,0,0,1)<br>(1,0,0,0)<br>(1,0,0,1)<br>(2,0,0,0) | N/A | N/A |
| 17 | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(0,0,1,0)<br>(0,0,1,2) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,1,0)<br>(0,0,1,1)<br>(1,0,0,0) | N/A | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(1,0,0,0)<br>(1,0,0,1) | N/A | N/A | N/A |
| 18 | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(0,0,1,0)<br>(0,0,1,1)<br>(0,0,1,2) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,1,0)<br>(0,0,1,1)<br>(1,0,0,0)<br>(1,0,1,1) | (0,0,0,0)<br>(0,0,1,0)<br>(1,0,0,0)<br>(1,0,1,0)<br>(2,0,0,0)<br>(2,0,1,0) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(1,0,0,0)<br>(1,0,0,1)<br>(1,0,0,2) | (0,0,0,0)<br>(0,0,0,1)<br>(1,0,0,0)<br>(1,0,0,1)<br>(2,0,0,0)<br>(2,0,0,1) | (0,0,0,0)<br>(1,0,0,0)<br>(2,0,0,0)<br>(3,0,0,0)<br>(4,0,0,0)<br>(5,0,0,0) | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(0,0,1,0)<br>(0,0,1,1)<br>(1,0,0,2) |
| 19 | N/A | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,1,0)<br>(0,0,1,1)<br>(1,0,0,0)<br>(1,0,1,0) | N/A | N/A | N/A | N/A | (0,0,0,0)<br>(0,0,0,1)<br>(0,0,0,2)<br>(0,0,1,0)<br>(0,0,1,1)<br>(1,0,1,1) |
| 20 / 30 | (0,1,0,1) | (0,1,0,0) | N/A | (0,1,0,1) | (0,1,0,0) | N/A | (0,1,0,1) |
| 21 / 31 | (0,2,0,1) | (0,2,0,0) | N/A | (0,2,0,1) | (0,2,0,0) | N/A | (0,2,0,1) |
| 22 / 32 | (0,1,1,1) | (0,1,1,0) | N/A | N/A | N/A | N/A | (0,1,1,0) |
| 23 / 33 | (0,0,0,1) | (0,0,0,0) | N/A | (0,0,0,1) | (0,0,0,0) | N/A | (0,0,0,1) |
| 24 / 34 | (0,0,1,1) | (0,0,1,0) | N/A | N/A | N/A | N/A | (0,0,1,0) |
| 25 / 35 | (0,0,0,1)<br>(0,0,1,1) | (0,0,0,0)<br>(0,0,1,0) | N/A | (0,0,0,1)<br>(1,0,0,1) | (0,0,0,0)<br>(1,0,0,0) | N/A | (0,0,0,1)<br>(0,0,1,0) |
| 26 / 36 | (0,0,0,1)<br>(0,0,1,1)<br>(1,0,0,1) | (0,0,0,0)<br>(0,0,1,0)<br>(1,0,0,0) | N/A | (0,0,0,1)<br>(1,0,0,1)<br>(2,0,0,1) | (0,0,0,0)<br>(1,0,0,0)<br>(2,0,0,0) | N/A | (0,0,0,1)<br>(0,0,1,0)<br>(1,0,0,1) |

JD-COBB_00043006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 27 / 37 | (0,0,0,1)<br>(0,0,1,1)<br>(1,0,0,1)<br>(1,0,1,1) | (0,0,0,0)<br>(0,0,1,0)<br>(1,0,0,0)<br>(1,0,1,0) | N/A | (0,0,0,1)<br>(1,0,0,1)<br>(2,0,0,1)<br>(3,0,0,1) | (0,0,0,0)<br>(1,0,0,0)<br>(2,0,0,0)<br>(3,0,0,0) | N/A | (0,0,0,1)<br>(0,0,1,0)<br>(1,0,0,1)<br>(1,0,1,0) |
| 28 / 38 | (0,0,0,1)<br>(0,0,1,1)<br>(1,0,0,1)<br>(1,0,1,1)<br>(2,0,0,1) | (0,0,0,0)<br>(0,0,1,0)<br>(1,0,0,0)<br>(1,0,1,0)<br>(2,0,0,0) | N/A | (0,0,0,1)<br>(1,0,0,1)<br>(2,0,0,1)<br>(3,0,0,1)<br>(4,0,0,1) | (0,0,0,0)<br>(1,0,0,0)<br>(2,0,0,0)<br>(3,0,0,0)<br>(4,0,0,0) | N/A | (0,0,0,1)<br>(0,0,1,0)<br>(1,0,0,1)<br>(1,0,1,0)<br>(2,0,0,1) |
| 29 /39 | (0,0,0,1)<br>(0,0,1,1)<br>(1,0,0,1)<br>(1,0,1,1)<br>(2,0,0,1)<br>(2,0,1,1) | (0,0,0,0)<br>(0,0,1,0)<br>(1,0,0,0)<br>(1,0,1,0)<br>(2,0,0,0)<br>(2,0,1,0) | N/A | (0,0,0,1)<br>(1,0,0,1)<br>(2,0,0,1)<br>(3,0,0,1)<br>(4,0,0,1)<br>(5,0,0,1) | (0,0,0,0)<br>(1,0,0,0)<br>(2,0,0,0)<br>(3,0,0,0)<br>(4,0,0,0)<br>(5,0,0,0) | N/A | (0,0,0,1)<br>(0,0,1,0)<br>(1,0,0,1)<br>(1,0,1,0)<br>(2,0,0,1)<br>(2,0,1,0) |
| 40 | (0,1,0,0) | N/A | N/A | (0,1,0,0) | N/A | N/A | (0,1,0,0) |
| 41 | (0,2,0,0) | N/A | N/A | (0,2,0,0) | N/A | N/A | (0,2,0,0) |
| 42 | (0,1,1,0) | N/A | N/A | N/A | N/A | N/A | N/A |
| 43 | (0,0,0,0) | N/A | N/A | (0,0,0,0) | N/A | N/A | (0,0,0,0) |
| 44 | (0,1,0,0) | N/A | N/A | N/A | N/A | N/A | N/A |
| 45 | (0,0,0,0)<br>(0,1,0,0) | N/A | N/A | (0,0,0,0)<br>(1,0,0,0) | N/A | N/A | (0,0,0,0)<br>(1,0,0,0) |
| 46 | (0,0,0,0)<br>(0,0,1,0)<br>(1,0,0,0) | N/A | N/A | (0,0,0,0)<br>(1,0,0,0)<br>(2,0,0,0) | N/A | N/A | (0,0,0,0)<br>(1,0,0,0)<br>(2,0,0,0) |
| 47 | (0,0,0,0)<br>(0,0,1,0)<br>(1,0,0,0)<br>(1,0,1,0) | N/A | N/A | (0,0,0,0)<br>(1,0,0,0)<br>(2,0,0,0)<br>(3,0,0,0) | N/A | N/A | (0,0,0,0)<br>(1,0,0,0)<br>(2,0,0,0)<br>(3,0,0,0) |
| 48 | (0,1,0,*) | (0,1,0,*) | (0,1,0,*) | (0,1,0,*) | (0,1,0,*) | (0,1,0,*) | (0,1,0,*) |
| 49 | (0,2,0,*) | (0,2,0,*) | (0,2,0,*) | (0,2,0,*) | (0,2,0,*) | (0,2,0,*) | (0,2,0,*) |
| 50 | (0,1,1,*) | (0,1,1,*) | (0,1,1,*) | N/A | N/A | N/A | (0,1,1,*) |
| 51 | (0,0,0,*) | (0,0,0,*) | (0,0,0,*) | (0,0,0,*) | (0,0,0,*) | (0,0,0,*) | (0,0,0,*) |
| 52 | (0,0,1,*) | (0,0,1,*) | (0,0,1,*) | N/A | N/A | N/A | (0,0,1,*) |
| 53 | (0,0,0,*)<br>(0,0,1,*) | (0,0,0,*)<br>(0,0,1,*) | (0,0,0,*)<br>(0,0,1,*) | (0,0,0,*)<br>(1,0,0,*) | (0,0,0,*)<br>(1,0,0,*) | (0,0,0,*)<br>(1,0,0,*) | (0,0,0,*)<br>(0,0,1,*) |
| 54 | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*) | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*) | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*) | (0,0,0,*)<br>(1,0,0,*)<br>(2,0,0,*) | (0,0,0,*)<br>(1,0,0,*)<br>(2,0,0,*) | (0,0,0,*)<br>(1,0,0,*)<br>(2,0,0,*) | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*) |
| 55 | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*)<br>(1,0,1,*) | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*)<br>(1,0,1,*) | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*)<br>(1,0,1,*) | (0,0,0,*)<br>(1,0,0,*)<br>(2,0,0,*)<br>(3,0,0,*) | (0,0,0,*)<br>(1,0,0,*)<br>(2,0,0,*)<br>(3,0,0,*) | (0,0,0,*)<br>(1,0,0,*)<br>(2,0,0,*)<br>(3,0,0,*) | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*)<br>(1,0,1,*) |
| 56 | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*)<br>(1,0,1,*)<br>(2,0,0,*) | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*)<br>(1,0,1,*)<br>(2,0,0,*) | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*)<br>(1,0,1,*)<br>(2,0,0,*) | (0,0,0,*)<br>(1,0,0,*)<br>(2,0,0,*)<br>(3,0,0,*)<br>(4,0,0,*) | (0,0,0,*)<br>(1,0,0,*)<br>(2,0,0,*)<br>(3,0,0,*)<br>(4,0,0,*) | (0,0,0,*)<br>(1,0,0,*)<br>(2,0,0,*)<br>(3,0,0,*)<br>(4,0,0,*) | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*)<br>(1,0,1,*)<br>(2,0,0,*) |
| 57 | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*)<br>(1,0,1,*)<br>(2,0,0,*)<br>(2,0,1,*) | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*)<br>(1,0,1,*)<br>(2,0,0,*)<br>(2,0,1,*) | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*)<br>(1,0,1,*)<br>(2,0,0,*)<br>(2,0,1,*) | (0,0,0,*)<br>(1,0,0,*)<br>(2,0,0,*)<br>(3,0,0,*)<br>(4,0,0,*)<br>(5,0,0,*) | (0,0,0,*)<br>(1,0,0,*)<br>(2,0,0,*)<br>(3,0,0,*)<br>(4,0,0,*)<br>(5,0,0,*) | (0,0,0,*)<br>(1,0,0,*)<br>(2,0,0,*)<br>(3,0,0,*)<br>(4,0,0,*)<br>(5,0,0,*) | (0,0,0,*)<br>(0,0,1,*)<br>(1,0,0,*)<br>(1,0,1,*)<br>(2,0,0,*)<br>(2,0,1,*) |
| 58 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 59 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 60 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 61 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 62 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 63 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

NOTE:   *   UpPTS

JD-COBB_00043007

## 5.7.2     Preamble sequence generation

The random access preambles are generated from Zadoff-Chu sequences with zero correlation zone, generated from one or several root Zadoff-Chu sequences. The network configures the set of preamble sequences the UE is allowed to use.

There are 64 preambles available in each cell. The set of 64 preamble sequences in a cell is found by including first, in the order of increasing cyclic shift, all the available cyclic shifts of a root Zadoff-Chu sequence with the logical index RACH_ROOT_SEQUENCE, where RACH_ROOT_SEQUENCE is broadcasted as part of the System Information. Additional preamble sequences, in case 64 preambles cannot be generated from a single root Zadoff-Chu sequence, are obtained from the root sequences with the consecutive logical indexes until all the 64 sequences are found.
The logical root sequence order is cyclic: the logical index 0 is consecutive to 837. The relation between a logical root sequence index and physical root sequence index $u$ is given by Tables 5.7.2-4 and 5.7.2-5 for preamble formats $0-3$ and 4, respectively.

The $u^{\text{th}}$ root Zadoff-Chu sequence is defined by

$$x_u(n) = e^{-j\frac{\pi u n(n+1)}{N_{ZC}}}, \quad 0 \le n \le N_{ZC} - 1$$

where the length $N_{ZC}$ of the Zadoff-Chu sequence is given by Table 5.7.2-1. From the $u^{\text{th}}$ root Zadoff-Chu sequence, random access preambles with zero correlation zones of length $N_{CS} - 1$ are defined by cyclic shifts according to

$$x_{u,v}(n) = x_u((n + C_v) \bmod N_{ZC})$$

where the cyclic shift is given by

$$C_v = \begin{cases} vN_{CS} & v = 0,1,...,\lfloor N_{ZC}/N_{CS} \rfloor - 1, N_{CS} \ne 0 & \text{for unrestricted sets} \\ 0 & N_{CS} = 0 & \text{for unrestricted sets} \\ d_{start}\lfloor v/n_{shift}^{RA} \rfloor + (v \bmod n_{shift}^{RA})N_{CS} & v = 0,1,...,n_{shift}^{RA}n_{group}^{RA} + \bar{n}_{shift}^{RA} - 1 & \text{for restricted sets} \end{cases}$$

and $N_{CS}$ is given by Tables 5.7.2-2 and 5.7.2-3 for preamble formats 0-3 and 4, respectively, where the parameter *zeroCorrelationZoneConfig* is provided by higher layers. The parameter *High-speed-flag* provided by higher layers determines if unrestricted set or restricted set shall be used.

The variable $d_u$ is the cyclic shift corresponding to a Doppler shift of magnitude $1/T_{SEQ}$ and is given by

$$d_u = \begin{cases} p & 0 \le p < N_{ZC}/2 \\ N_{ZC} - p & \text{otherwise} \end{cases}$$

where $p$ is the smallest non-negative integer that fulfils $(pu)\bmod N_{ZC} = 1$. The parameters for restricted sets of cyclic shifts depend on $d_u$. For $N_{CS} \le d_u < N_{ZC}/3$, the parameters are given by

$$n_{shift}^{RA} = \lfloor d_u/N_{CS} \rfloor$$
$$d_{start} = 2d_u + n_{shift}^{RA}N_{CS}$$
$$n_{group}^{RA} = \lfloor N_{ZC}/d_{start} \rfloor$$
$$\bar{n}_{shift}^{RA} = \max\left(\lfloor(N_{ZC} - 2d_u - n_{group}^{RA}d_{start})/N_{CS}\rfloor, 0\right)$$

For $N_{ZC}/3 \le d_u \le (N_{ZC} - N_{CS})/2$, the parameters are given by

$$n_{shift}^{RA} = \lfloor(N_{ZC} - 2d_u)/N_{CS}\rfloor$$
$$d_{start} = N_{ZC} - 2d_u + n_{shift}^{RA}N_{CS}$$
$$n_{group}^{RA} = \lfloor d_u/d_{start} \rfloor$$
$$\bar{n}_{shift}^{RA} = \min\left(\max\left(\lfloor(d_u - n_{group}^{RA}d_{start})/N_{CS}\rfloor, 0\right), n_{shift}^{RA}\right)$$

JD-COBB_00043008

For all other values of $d_u$, there are no cyclic shifts in the restricted set.

**Table 5.7.2-1: Random access preamble sequence length**

| Preamble format | $N_{ZC}$ |
|---|---|
| $0-3$ | 839 |
| 4 | 139 |

**Table 5.7.2-2: $N_{CS}$ for preamble generation (preamble formats 0-3)**

| zeroCorrelationZoneConfig | $N_{CS}$ value | |
|---|---|---|
| | Unrestricted set | Restricted set |
| 0 | 0 | 15 |
| 1 | 13 | 18 |
| 2 | 15 | 22 |
| 3 | 18 | 26 |
| 4 | 22 | 32 |
| 5 | 26 | 38 |
| 6 | 32 | 46 |
| 7 | 38 | 55 |
| 8 | 46 | 68 |
| 9 | 59 | 82 |
| 10 | 76 | 100 |
| 11 | 93 | 128 |
| 12 | 119 | 158 |
| 13 | 167 | 202 |
| 14 | 279 | 237 |
| 15 | 419 | - |

**Table 5.7.2-3: $N_{CS}$ for preamble generation (preamble format 4)**

| zeroCorrelationZoneConfig | $N_{CS}$ value |
|---|---|
| 0 | 2 |
| 1 | 4 |
| 2 | 6 |
| 3 | 8 |
| 4 | 10 |
| 5 | 12 |
| 6 | 15 |
| 7 | N/A |
| 8 | N/A |
| 9 | N/A |
| 10 | N/A |
| 11 | N/A |
| 12 | N/A |
| 13 | N/A |
| 14 | N/A |
| 15 | N/A |

JD-COBB_00043009

**Table 5.7.2-4: Root Zadoff-Chu sequence order for preamble formats 0 – 3**

| Logical root sequence number | Physical root sequence number $u$ (in increasing order of the corresponding logical sequence number) |
|---|---|
| 0–23 | 129, 710, 140, 699, 120, 719, 210, 629, 168, 671, 84, 755, 105, 734, 93, 746, 70, 769, 60, 779 2, 837, 1, 838 |
| 24–29 | 56, 783, 112, 727, 148, 691 |
| 30–35 | 80, 759, 42, 797, 40, 799 |
| 36–41 | 35, 804, 73, 766, 146, 693 |
| 42–51 | 31, 808, 28, 811, 30, 809, 27, 812, 29, 810 |
| 52–63 | 24, 815, 48, 791, 68, 771, 74, 765, 178, 661, 136, 703 |
| 64–75 | 86, 753, 78, 761, 43, 796, 39, 800, 20, 819, 21, 818 |
| 76–89 | 95, 744, 202, 637, 190, 649, 181, 658, 137, 702, 125, 714, 151, 688 |
| 90–115 | 217, 622, 128, 711, 142, 697, 122, 717, 203, 636, 118, 721, 110, 729, 89, 750, 103, 736, 61, 778, 55, 784, 15, 824, 14, 825 |
| 116–135 | 12, 827, 23, 816, 34, 805, 37, 802, 46, 793, 207, 632, 179, 660, 145, 694, 130, 709, 223, 616 |
| 136–167 | 228, 611, 227, 612, 132, 707, 133, 706, 143, 696, 135, 704, 161, 678, 201, 638, 173, 666, 106, 733, 83, 756, 91, 748, 66, 773, 53, 786, 10, 829, 9, 830 |
| 168–203 | 7, 832, 8, 831, 16, 823, 47, 792, 64, 775, 57, 782, 104, 735, 101, 738, 108, 731, 208, 631, 184, 655, 197, 642, 191, 648, 121, 718, 141, 698, 149, 690, 216, 623, 218, 621 |
| 204–263 | 152, 687, 144, 695, 134, 705, 138, 701, 199, 640, 162, 677, 176, 663, 119, 720, 158, 681, 164, 675, 174, 665, 171, 668, 170, 669, 87, 752, 169, 670, 88, 751, 107, 732, 81, 758, 82, 757, 100, 739, 98, 741, 71, 768, 59, 780, 65, 774, 50, 789, 49, 790, 26, 813, 17, 822, 13, 826, 6, 833 |
| 264–327 | 5, 834, 33, 806, 51, 788, 75, 764, 99, 740, 96, 743, 97, 742, 166, 673, 172, 667, 175, 664, 187, 652, 163, 676, 185, 654, 200, 639, 114, 725, 189, 650, 115, 724, 194, 645, 195, 644, 192, 647, 182, 657, 157, 682, 156, 683, 211, 628, 154, 685, 123, 716, 139, 700, 212, 627, 153, 686, 213, 626, 215, 624, 150, 689 |
| 328–383 | 225, 614, 224, 615, 221, 618, 220, 619, 127, 712, 147, 692, 124, 715, 193, 646, 205, 634, 206, 633, 116, 723, 160, 679, 186, 653, 167, 672, 79, 760, 85, 754, 77, 762, 92, 747, 58, 781, 62, 777, 69, 770, 54, 785, 36, 803, 32, 807, 25, 814, 18, 821, 11, 828, 4, 835 |
| 384–455 | 3, 836, 19, 820, 22, 817, 41, 798, 38, 801, 44, 795, 52, 787, 45, 794, 63, 776, 67, 772, 72 767, 76, 763, 94, 745, 102, 737, 90, 749, 109, 730, 65, 674, 111, 728, 209, 630, 204, 635, 117, 722, 188, 651, 159, 680, 198, 641, 113, 726, 183, 656, 180, 659, 177, 662, 196, 643, 155, 684, 214, 625, 126, 713, 131, 708, 219, 620, 222, 617, 226, 613 |
| 456–513 | 230, 609, 232, 607, 262, 577, 252, 587, 418, 421, 416, 423, 413, 426, 411, 428, 376, 463, 395, 444, 283, 556, 285, 554, 379, 460, 390, 449, 363, 476, 384, 455, 388, 451, 386, 453, 361, 478, 387, 452, 360, 479, 310, 529, 354, 485, 328, 511, 315, 524, 337, 502, 349, 490, 335, 504, 324, 515 |
| 514–561 | 323, 516, 320, 519, 334, 505, 359, 480, 295, 544, 385, 454, 292, 547, 291, 548, 381, 458, 399, 440, 380, 459, 397, 442, 369, 470, 377, 462, 410, 429, 407, 432, 281, 558, 414, 425, 247, 592, 277, 562, 271, 568, 272, 567, 264, 575, 259, 580 |
| 562–629 | 237, 602, 239, 600, 244, 595, 243, 596, 275, 564, 278, 561, 250, 589, 246, 593, 417, 422, 248, 591, 394, 445, 393, 446, 370, 469, 365, 474, 300, 539, 299, 540, 364, 475, 362, 477, 298, 541, 312, 527, 313, 526, 314, 525, 353, 486, 352, 487, 343, 496, 327, 512, 350, 489, 326, 513, 319, 520, 332, 507, 333, 506, 348, 491, 347, 492, 322, 517 |
| 630–659 | 330, 509, 338, 501, 341, 498, 340, 499, 342, 497, 301, 538, 366, 473, 401, 438, 371, 468, 408, 431, 375, 464, 249, 590, 269, 570, 238, 601, 234, 605 |
| 660–707 | 257, 582, 273, 566, 255, 584, 254, 585, 245, 594, 251, 588, 412, 427, 372, 467, 282, 557, 403, 436, 396, 443, 392, 447, 391, 448, 382, 457, 389, 450, 294, 545, 297, 542, 311, 528, 344, 495, 345, 494, 318, 521, 331, 508, 325, 514, 321, 518 |
| 708–729 | 346, 493, 339, 500, 351, 488, 306, 533, 289, 550, 400, 439, 378, 461, 374, 465, 415, 424, 270, 569, 241, 598 |
| 730–751 | 231, 608, 260, 579, 268, 571, 276, 563, 409, 430, 398, 441, 290, 549, 304, 535, 308, 531, 358, 481, 316, 523 |
| 752–765 | 293, 546, 288, 551, 284, 555, 368, 471, 253, 586, 256, 583, 263, 576 |
| 766–777 | 242, 597, 274, 565, 402, 437, 383, 456, 357, 482, 329, 510 |
| 778–789 | 317, 522, 307, 532, 286, 553, 287, 552, 266, 573, 261, 578 |
| 790–795 | 236, 603, 303, 536, 356, 483 |
| 796–803 | 355, 484, 405, 434, 404, 435, 406, 433 |
| 804–809 | 235, 604, 267, 572, 302, 537 |
| 810–815 | 309, 530, 265, 574, 233, 606 |
| 816–819 | 367, 472, 296, 543 |
| 820–837 | 336, 503, 305, 534, 373, 466, 280, 559, 279, 560, 419, 420, 240, 599, 258, 581, 229, 610 |

JD-COBB_00043010

**Table 5.7.2-5: Root Zadoff-Chu sequence order for preamble format 4**

| Logical root sequence number | Physical root sequence number $u$ (in increasing order of the corresponding logical sequence number) | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 – 19 | 1 | 138 | 2 | 137 | 3 | 136 | 4 | 135 | 5 | 134 | 6 | 133 | 7 | 132 | 8 | 131 | 9 | 130 | 10 | 129 |
| 20 – 39 | 11 | 128 | 12 | 127 | 13 | 126 | 14 | 125 | 15 | 124 | 16 | 123 | 17 | 122 | 18 | 121 | 19 | 120 | 20 | 119 |
| 40 – 59 | 21 | 118 | 22 | 117 | 23 | 116 | 24 | 115 | 25 | 114 | 26 | 113 | 27 | 112 | 28 | 111 | 29 | 110 | 30 | 109 |
| 60 – 79 | 31 | 108 | 32 | 107 | 33 | 106 | 34 | 105 | 35 | 104 | 36 | 103 | 37 | 102 | 38 | 101 | 39 | 100 | 40 | 99 |
| 80 – 99 | 41 | 98 | 42 | 97 | 43 | 96 | 44 | 95 | 45 | 94 | 46 | 93 | 47 | 92 | 48 | 91 | 49 | 90 | 50 | 89 |
| 100 – 119 | 51 | 88 | 52 | 87 | 53 | 86 | 54 | 85 | 55 | 84 | 56 | 83 | 57 | 82 | 58 | 81 | 59 | 80 | 60 | 79 |
| 120 – 137 | 61 | 78 | 62 | 77 | 63 | 76 | 64 | 75 | 65 | 74 | 66 | 73 | 67 | 72 | 68 | 71 | 69 | 70 | - | - |
| 138 – 837 | N/A | | | | | | | | | | | | | | | | | | | |

## 5.7.3    Baseband signal generation

The time-continuous random access signal $s(t)$ is defined by

$$s(t) = \beta_{\text{PRACH}} \sum_{k=0}^{N_{ZC}-1} \sum_{n=0}^{N_{ZC}-1} x_{u,v}(n) \cdot e^{-j\frac{2\pi nk}{N_{ZC}}} \cdot e^{j2\pi\left(k+\varphi+K\left(k_0+\frac{1}{2}\right)\right)\Delta f_{RA}(t-T_{CP})}$$

where $0 \le t < T_{\text{SEQ}} + T_{\text{CP}}$, $\beta_{\text{PRACH}}$ is an amplitude scaling factor in order to conform to the transmit power $P_{\text{PRACH}}$ specified in clause 6.1 in 3GPP TS 36.213 [4], and $k_0 = n_{\text{PRB}}^{\text{RA}} N_{\text{sc}}^{\text{RB}} - N_{\text{RB}}^{\text{UL}} N_{\text{sc}}^{\text{RB}}/2$. The location in the frequency domain is controlled by the parameter $n_{\text{PRB}}^{\text{RA}}$ is derived from clause 5.7.1. The factor $K = \Delta f/\Delta f_{\text{RA}}$ accounts for the difference in subcarrier spacing between the random access preamble and uplink data transmission. The variable $\Delta f_{\text{RA}}$, the subcarrier spacing for the random access preamble, and the variable $\varphi$, a fixed offset determining the frequency-domain location of the random access preamble within the physical resource blocks, are both given by Table 5.7.3-1.

**Table 5.7.3-1: Random access baseband parameters**

| Preamble format | $\Delta f_{\text{RA}}$ | $\varphi$ |
|---|---|---|
| 0 – 3 | 1250 Hz | 7 |
| 4 | 7500 Hz | 2 |

JD-COBB_00043011

# 5.8      Modulation and upconversion

Modulation and upconversion to the carrier frequency of the complex-valued SC-FDMA baseband signal for each antenna port or the complex-valued PRACH baseband signal is shown in Figure 5.8-1. The filtering required prior to transmission is defined by the requirements in 3GPP TS 36.101 [7].



**Figure 5.8-1: Uplink modulation**

JD-COBB_00043012

# 6        Downlink

## 6.1      Overview

The smallest time-frequency unit for downlink transmission is denoted a resource element and is defined in clause 6.2.2.

A subset of the downlink subframes in a radio frame on a carrier supporting PDSCH transmission can be configured as MBSFN subframes by higher layers. Each MBSFN subframe is divided into a non-MBSFN region and an MBSFN region.

-    The non-MBSFN region spans the first one or two OFDM symbols in an MBSFN subframe where the length of the non-MBSFN region is given according to Subclause 6.7.

-    The MBSFN region in an MBSFN subframe is defined as the OFDM symbols not used for the non-MBSFN region.

Unless otherwise specified, transmission in each downlink subframe shall use the same cyclic prefix length as used for downlink subframe #0.

## 6.1.1     Physical channels

A downlink physical channel corresponds to a set of resource elements carrying information originating from higher layers and is the interface defined between 3GPP TS 36.212 [3] and the present document 3GPP TS 36.211. The following downlink physical channels are defined:

-    Physical Downlink Shared Channel, PDSCH

-    Physical Broadcast Channel, PBCH

-    Physical Multicast Channel, PMCH

-    Physical Control Format Indicator Channel, PCFICH

-    Physical Downlink Control Channel, PDCCH

-    Physical Hybrid ARQ Indicator Channel, PHICH

-    Enhanced Physical Downlink Control Channel, EPDCCH

## 6.1.2     Physical signals

A downlink physical signal corresponds to a set of resource elements used by the physical layer but does not carry information originating from higher layers. The following downlink physical signals are defined:

-    Reference signal

-    Synchronization signal

JD-COBB_00043013

## 6.2 Slot structure and physical resource elements

### 6.2.1 Resource grid

The transmitted signal in each slot is described by one or several resource grids of $N_{\mathrm{RB}}^{\mathrm{DL}} N_{\mathrm{sc}}^{\mathrm{RB}}$ subcarriers and $N_{\mathrm{symb}}^{\mathrm{DL}}$ OFDM symbols. The resource grid structure is illustrated in Figure 6.2.2-1. The quantity $N_{\mathrm{RB}}^{\mathrm{DL}}$ depends on the downlink transmission bandwidth configured in the cell and shall fulfil

$$N_{\mathrm{RB}}^{\mathrm{min,DL}} \leq N_{\mathrm{RB}}^{\mathrm{DL}} \leq N_{\mathrm{RB}}^{\mathrm{max,DL}}$$

where $N_{\mathrm{RB}}^{\mathrm{min,DL}} = 6$ and $N_{\mathrm{RB}}^{\mathrm{max,DL}} = 110$ are the smallest and largest downlink bandwidths, respectively, supported by the current version of this specification.

The set of allowed values for $N_{\mathrm{RB}}^{\mathrm{DL}}$ is given by 3GPP TS 36.104 [6]. The number of OFDM symbols in a slot depends on the cyclic prefix length and subcarrier spacing configured and is given in Table 6.2.3-1.

An antenna port is defined such that the channel over which a symbol on the antenna port is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed. For MBSFN reference signals, positioning reference signals, UE-specific reference signals associated with PDSCH and demodulation reference signals associated with EPDCCH, there are limits given below within which the channel can be inferred from one symbol to another symbol on the same antenna port. There is one resource grid per antenna port. The set of antenna ports supported depends on the reference signal configuration in the cell:

- Cell-specific reference signals support a configuration of one, two, or four antenna ports and are transmitted on antenna ports $p = 0$, $p \in \{0,1\}$, and $p \in \{0,1,2,3\}$, respectively.

- MBSFN reference signals are transmitted on antenna port $p = 4$. The channel over which a symbol on antenna port $p = 4$ is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed only if the two symbols correspond to subframes of the same MBSFN area.

- UE-specific reference signals associated with PDSCH are transmitted on antenna port(s) $p = 5$, $p = 7$, $p = 8$, or one or several of $p \in \{7,8,9,10,11,12,13,14\}$. The channel over which a symbol on one of these antenna ports is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed only if the two symbols are within the same subframe and in the same PRG when PRB bundling is used or in the same PRB pair when PRB bundling is not used.

- Demodulation reference signals associated with EPDCCH are transmitted on one or several of $p \in \{107,108,109,110\}$. The channel over which a symbol on one of these antenna ports is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed only if the two symbols are in the same PRB pair.

- Positioning reference signals are transmitted on antenna port $p = 6$. The channel over which a symbol on antenna port $p = 6$ is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed only within one positioning reference signal occasion consisting of $N_{\mathrm{PRS}}$ consecutive downlink subframes, where $N_{\mathrm{PRS}}$ is configured by higher layers.

- CSI reference signals support a configuration of one, two, four or eight antenna ports and are transmitted on antenna ports $p = 15$, $p = 15,16$, $p = 15,...18$ and $p = 15,...22$, respectively.

Two antenna ports are said to be quasi co-located if the large-scale properties of the channel over which a symbol on one antenna port is conveyed can be inferred from the channel over which a symbol on the other antenna port is conveyed. The large-scale properties include one or more of delay spread, Doppler spread, Doppler shift, average gain, and average delay.

JD-COBB_00043014

## 6.2.2 Resource elements

Each element in the resource grid for antenna port $p$ is called a resource element and is uniquely identified by the index pair $(k,l)$ in a slot where $k=0,...,N_{RB}^{DL}N_{sc}^{RB}-1$ and $l=0,...,N_{symb}^{DL}-1$ are the indices in the frequency and time domains, respectively. Resource element $(k,l)$ on antenna port $p$ corresponds to the complex value $a_{k,l}^{(p)}$.

When there is no risk for confusion, or no particular antenna port is specified, the index $p$ may be dropped.



**Figure 6.2.2-1: Downlink resource grid**

JD-COBB_00043015

## 6.2.3     Resource blocks

Resource blocks are used to describe the mapping of certain physical channels to resource elements. Physical and virtual resource blocks are defined.

A physical resource block is defined as $N_{symb}^{DL}$ consecutive OFDM symbols in the time domain and $N_{sc}^{RB}$ consecutive subcarriers in the frequency domain, where $N_{symb}^{DL}$ and $N_{sc}^{RB}$ are given by Table 6.2.3-1. A physical resource block thus consists of $N_{symb}^{DL} \times N_{sc}^{RB}$ resource elements, corresponding to one slot in the time domain and 180 kHz in the frequency domain.

Physical resource blocks are numbered from 0 to $N_{RB}^{DL} - 1$ in the frequency domain. The relation between the physical resource block number $n_{PRB}$ in the frequency domain and resource elements $(k,l)$ in a slot is given by

$$n_{PRB} = \left\lfloor \frac{k}{N_{sc}^{RB}} \right\rfloor$$

**Table 6.2.3-1: Physical resource blocks parameters**

| Configuration | | $N_{sc}^{RB}$ | $N_{symb}^{DL}$ |
|---|---|---|---|
| Normal cyclic prefix | $\Delta f = 15$ kHz | 12 | 7 |
| Extended cyclic prefix | $\Delta f = 15$ kHz | | 6 |
| | $\Delta f = 7.5$ kHz | 24 | 3 |

A physical resource-block pair is defined as the two physical resource blocks in one subframe having the same physical resource-block number $n_{PRB}$.

A virtual resource block is of the same size as a physical resource block. Two types of virtual resource blocks are defined:

-   Virtual resource blocks of localized type

-   Virtual resource blocks of distributed type

For each type of virtual resource blocks, a pair of virtual resource blocks over two slots in a subframe is assigned together by a single virtual resource block number, $n_{VRB}$.

### 6.2.3.1     Virtual resource blocks of localized type

Virtual resource blocks of localized type are mapped directly to physical resource blocks such that virtual resource block $n_{VRB}$ corresponds to physical resource block $n_{PRB} = n_{VRB}$. Virtual resource blocks are numbered from 0 to $N_{VRB}^{DL} - 1$, where $N_{VRB}^{DL} = N_{RB}^{DL}$.

### 6.2.3.2     Virtual resource blocks of distributed type

Virtual resource blocks of distributed type are mapped to physical resource blocks as described below.

JD-COBB_00043016

**Table 6.2.3.2-1: RB gap values**

| System BW ($N_{RB}^{DL}$) | Gap ($N_{gap}$) | |
|---|---|---|
| | 1st Gap ($N_{gap,1}$) | 2nd Gap ($N_{gap,2}$) |
| 6-10 | $\lceil N_{RB}^{DL}/2 \rceil$ | N/A |
| 11 | 4 | N/A |
| 12-19 | 8 | N/A |
| 20-26 | 12 | N/A |
| 27-44 | 18 | N/A |
| 45-49 | 27 | N/A |
| 50-63 | 27 | 9 |
| 64-79 | 32 | 16 |
| 80-110 | 48 | 16 |

The parameter $N_{gap}$ is given by Table 6.2.3.2-1. For $6 \leq N_{RB}^{DL} \leq 49$, only one gap value $N_{gap,1}$ is defined and $N_{gap} = N_{gap,1}$. For $50 \leq N_{RB}^{DL} \leq 110$, two gap values $N_{gap,1}$ and $N_{gap,2}$ are defined. Whether $N_{gap} = N_{gap,1}$ or $N_{gap} = N_{gap,2}$ is signaled as part of the downlink scheduling assignment as described in 3GPP TS 36.212 [3].

Virtual resource blocks of distributed type are numbered from 0 to $N_{VRB}^{DL} - 1$, where $N_{VRB}^{DL} = N_{VRB,gap1}^{DL} = 2 \cdot \min(N_{gap}, N_{RB}^{DL} - N_{gap})$ for $N_{gap} = N_{gap,1}$ and $N_{VRB}^{DL} = N_{VRB,gap2}^{DL} = \lfloor N_{RB}^{DL}/2N_{gap} \rfloor \cdot 2N_{gap}$ for $N_{gap} = N_{gap,2}$.

Consecutive $\widetilde{N}_{VRB}^{DL}$ VRB numbers compose a unit of VRB number interleaving, where $\widetilde{N}_{VRB}^{DL} = N_{VRB}^{DL}$ for $N_{gap} = N_{gap,1}$ and $\widetilde{N}_{VRB}^{DL} = 2N_{gap}$ for $N_{gap} = N_{gap,2}$. Interleaving of VRB numbers of each interleaving unit is performed with 4 columns and $N_{row}$ rows, where $N_{row} = \lceil \widetilde{N}_{VRB}^{DL}/(4P) \rceil \cdot P$, and $P$ is RBG size as described in 3GPP TS 36.213 [4]. VRB numbers are written row by row in the rectangular matrix, and read out column by column. $N_{null}$ nulls are inserted in the last $N_{null}/2$ rows of the 2nd and 4th column, where $N_{null} = 4N_{row} - \widetilde{N}_{VRB}^{DL}$. Nulls are ignored when reading out. The VRB numbers mapping to PRB numbers including interleaving is derived as follows:

For even slot number $n_s$;

$$\widetilde{n}_{PRB}(n_s) = \begin{cases} \widetilde{n}_{PRB}' - N_{row} & , N_{null} \neq 0 \quad \text{and} \quad \widetilde{n}_{VRB} \geq \widetilde{N}_{VRB}^{DL} - N_{null} \quad \text{and} \quad \widetilde{n}_{VRB} \bmod 2 = 1 \\ \widetilde{n}_{PRB}' - N_{row} + N_{null}/2 & , N_{null} \neq 0 \quad \text{and} \quad \widetilde{n}_{VRB} \geq \widetilde{N}_{VRB}^{DL} - N_{null} \quad \text{and} \quad \widetilde{n}_{VRB} \bmod 2 = 0 \\ \widetilde{n}_{PRB}'' - N_{null}/2 & , N_{null} \neq 0 \quad \text{and} \quad \widetilde{n}_{VRB} < \widetilde{N}_{VRB}^{DL} - N_{null} \quad \text{and} \quad \widetilde{n}_{VRB} \bmod 4 \geq 2 \\ \widetilde{n}_{PRB}'' & , \text{otherwise} \end{cases}$$

where $\widetilde{n}_{PRB}' = 2N_{row} \cdot (\widetilde{n}_{VRB} \bmod 2) + \lfloor \widetilde{n}_{VRB}/2 \rfloor + \widetilde{N}_{VRB}^{DL} \cdot \lfloor n_{VRB}/\widetilde{N}_{VRB}^{DL} \rfloor$,

and $\widetilde{n}_{PRB}'' = N_{row} \cdot (\widetilde{n}_{VRB} \bmod 4) + \lfloor \widetilde{n}_{VRB}/4 \rfloor + \widetilde{N}_{VRB}^{DL} \cdot \lfloor n_{VRB}/\widetilde{N}_{VRB}^{DL} \rfloor$,

where $\widetilde{n}_{VRB} = n_{VRB} \bmod \widetilde{N}_{VRB}^{DL}$ and $n_{VRB}$ is obtained from the downlink scheduling assignment as described in 3GPP TS 36.213 [4].

For odd slot number $n_s$;

$$\widetilde{n}_{PRB}(n_s) = \left( \widetilde{n}_{PRB}(n_s - 1) + \widetilde{N}_{VRB}^{DL}/2 \right) \bmod \widetilde{N}_{VRB}^{DL} + \widetilde{N}_{VRB}^{DL} \cdot \lfloor n_{VRB}/\widetilde{N}_{VRB}^{DL} \rfloor$$

Then, for all $n_s$;

$$n_{PRB}(n_s) = \begin{cases} \widetilde{n}_{PRB}(n_s), & \widetilde{n}_{PRB}(n_s) < \widetilde{N}_{VRB}^{DL}/2 \\ \widetilde{n}_{PRB}(n_s) + N_{gap} - \widetilde{N}_{VRB}^{DL}/2, & \widetilde{n}_{PRB}(n_s) \geq \widetilde{N}_{VRB}^{DL}/2 \end{cases}$$

JD-COBB_00043017

## 6.2.4     Resource-element groups

Resource-element groups are used for defining the mapping of control channels to resource elements.

A resource-element group is represented by the index pair $(k',l')$ of the resource element with the lowest index $k$ in the group with all resource elements in the group having the same value of $l$. The set of resource elements $(k,l)$ in a resource-element group depends on the number of cell-specific reference signals configured as described below with $k_0 = n_{\text{PRB}} \cdot N_{\text{sc}}^{\text{RB}}$, $0 \leq n_{\text{PRB}} < N_{\text{RB}}^{\text{DL}}$.

- In the first OFDM symbol of the first slot in a subframe the two resource-element groups in physical resource block $n_{\text{PRB}}$ consist of resource elements $(k,l=0)$ with $k = k_0 + 0, k_0 + 1, ..., k_0 + 5$ and $k = k_0 + 6, k_0 + 7, ..., k_0 + 11$, respectively.

- In the second OFDM symbol of the first slot in a subframe in case of one or two cell-specific reference signals configured, the three resource-element groups in physical resource block $n_{\text{PRB}}$ consist of resource elements $(k,l=1)$ with $k = k_0 + 0, k_0 + 1, ..., k_0 + 3$, $k = k_0 + 4, k_0 + 5, ..., k_0 + 7$ and $k = k_0 + 8, k_0 + 9, ..., k_0 + 11$, respectively.

- In the second OFDM symbol of the first slot in a subframe in case of four cell-specific reference signals configured, the two resource-element groups in physical resource block $n_{\text{PRB}}$ consist of resource elements $(k,l=1)$ with $k = k_0 + 0, k_0 + 1, ..., k_0 + 5$ and $k = k_0 + 6, k_0 + 7, ..., k_0 + 11$, respectively.

- In the third OFDM symbol of the first slot in a subframe, the three resource-element groups in physical resource block $n_{\text{PRB}}$ consist of resource elements $(k,l=2)$ with $k = k_0 + 0, k_0 + 1, ..., k_0 + 3$, $k = k_0 + 4, k_0 + 5, ..., k_0 + 7$ and $k = k_0 + 8, k_0 + 9, ..., k_0 + 11$, respectively.

- In the fourth OFDM symbol of the first slot in a subframe in case of normal cyclic prefix, the three resource-element groups in physical resource block $n_{\text{PRB}}$ consist of resource elements $(k,l=3)$ with $k = k_0 + 0, k_0 + 1, ..., k_0 + 3$, $k = k_0 + 4, k_0 + 5, ..., k_0 + 7$ and $k = k_0 + 8, k_0 + 9, ..., k_0 + 11$, respectively.

- In the fourth OFDM symbol of the first slot in a subframe in case of extended cyclic prefix, the two resource-element groups in physical resource block $n_{\text{PRB}}$ consist of resource elements $(k,l=3)$ with $k = k_0 + 0, k_0 + 1, ..., k_0 + 5$ and $k = k_0 + 6, k_0 + 7, ..., k_0 + 11$, respectively.

Mapping of a symbol-quadruplet $\langle z(i), z(i+1), z(i+2), z(i+3) \rangle$ onto a resource-element group represented by resource-element $(k',l')$ is defined such that elements $z(i)$ are mapped to resource elements $(k,l)$ of the resource-element group not used for cell-specific reference signals in increasing order of $i$ and $k$. In case a single cell-specific reference signal is configured, cell-specific reference signals shall be assumed to be present on antenna ports 0 and 1 for the purpose of mapping a symbol-quadruplet to a resource-element group, otherwise the number of cell-specific reference signals shall be assumed equal to the actual number of antenna ports used for cell-specific reference signals. The UE shall not make any assumptions about resource elements assumed to be reserved for reference signals but not used for transmission of a reference signal.

JD-COBB_00043018

## 6.2.4A    Enhanced Resource-Element Groups (EREGs)

EREGs are used for defining the mapping of enhanced control channels to resource elements.

There are 16 EREGs, numbered from 0 to 15, per physical resource block pair. Number all resource elements, except resource elements carrying DM-RS for antenna ports $p = \{107,108,109,110\}$ for normal cyclic prefix or $p = \{107,108\}$ for extended cyclic prefix, in a physical resource-block pair cyclically from 0 to 15 in an increasing order of first frequency, then time. All resource elements with number $i$ in that physical resource-block pair constitutes EREG number $i$.

## 6.2.5    Guard period for half-duplex FDD operation

For half-duplex FDD operation, a guard period is created by the UE by not receiving the last part of a downlink subframe immediately preceding an uplink subframe from the same UE.

## 6.2.6    Guard Period for TDD Operation

For frame structure type 2, the GP field in Figure 4.2-1 serves as a guard period.

JD-COBB_00043019

# 6.3       General structure for downlink physical channels

This clause describes a general structure, applicable to more than one physical channel.

The baseband signal representing a downlink physical channel is defined in terms of the following steps:

- scrambling of coded bits in each of the codewords to be transmitted on a physical channel

- modulation of scrambled bits to generate complex-valued modulation symbols

- mapping of the complex-valued modulation symbols onto one or several transmission layers

- precoding of the complex-valued modulation symbols on each layer for transmission on the antenna ports

- mapping of complex-valued modulation symbols for each antenna port to resource elements

- generation of complex-valued time-domain OFDM signal for each antenna port



**Figure 6.3-1: Overview of physical channel processing**

## 6.3.1       Scrambling

For each codeword $q$, the block of bits $b^{(q)}(0),...,b^{(q)}(M_{bit}^{(q)}-1)$, where $M_{bit}^{(q)}$ is the number of bits in codeword $q$ transmitted on the physical channel in one subframe, shall be scrambled prior to modulation, resulting in a block of scrambled bits $\tilde{b}^{(q)}(0),...,\tilde{b}^{(q)}(M_{bit}^{(q)}-1)$ according to

$$\tilde{b}^{(q)}(i) = \left(b^{(q)}(i)+c^{(q)}(i)\right)\bmod 2$$

where the scrambling sequence $c^{(q)}(i)$ is given by clause 7.2. The scrambling sequence generator shall be initialised at the start of each subframe, where the initialisation value of $c_{init}$ depends on the transport channel type according to

$$c_{init} = \begin{cases} n_{RNTI}\cdot 2^{14}+q\cdot 2^{13}+\lfloor n_s/2\rfloor\cdot 2^9+N_{ID}^{cell} & \text{for PDSCH} \\ \lfloor n_s/2\rfloor\cdot 2^9+N_{ID}^{MBSFN} & \text{for PMCH} \end{cases}$$

where $n_{RNTI}$ corresponds to the RNTI associated with the PDSCH transmission as described in clause 7.1 3GPP TS 36.213 [4].

Up to two codewords can be transmitted in one subframe, i.e., $q\in\{0,1\}$. In the case of single codeword transmission, $q$ is equal to zero.

## 6.3.2       Modulation

For each codeword $q$, the block of scrambled bits $\tilde{b}^{(q)}(0),...,\tilde{b}^{(q)}(M_{bit}^{(q)}-1)$ shall be modulated as described in clause 7.1 using one of the modulation schemes in Table 6.3.2-1, resulting in a block of complex-valued modulation symbols $d^{(q)}(0),...,d^{(q)}(M_{symb}^{(q)}-1)$.

JD-COBB_00043020

**Table 6.3.2-1: Modulation schemes**

| Physical channel | Modulation schemes |
|---|---|
| PDSCH | QPSK, 16QAM, 64QAM |
| PMCH | QPSK, 16QAM, 64QAM |

# 6.3.3 Layer mapping

The complex-valued modulation symbols for each of the codewords to be transmitted are mapped onto one or several layers. Complex-valued modulation symbols $d^{(q)}(0),...,d^{(q)}(M_{symb}^{(q)}-1)$ for codeword $q$ shall be mapped onto the layers $x(i) = \begin{bmatrix} x^{(0)}(i) & ... & x^{(\upsilon-1)}(i) \end{bmatrix}^T$, $i = 0,1,...,M_{symb}^{layer}-1$ where $\upsilon$ is the number of layers and $M_{symb}^{layer}$ is the number of modulation symbols per layer.

## 6.3.3.1 Layer mapping for transmission on a single antenna port

For transmission on a single antenna port, a single layer is used, $\upsilon = 1$, and the mapping is defined by

$$x^{(0)}(i) = d^{(0)}(i)$$

with $M_{symb}^{layer} = M_{symb}^{(0)}$.

JD-COBB_00043021

## 6.3.3.2    Layer mapping for spatial multiplexing

For spatial multiplexing, the layer mapping shall be done according to Table 6.3.3.2-1. The number of layers $\upsilon$ is less than or equal to the number of antenna ports $P$ used for transmission of the physical channel. The case of a single codeword mapped to multiple layers is only applicable when the number of cell-specific reference signals is four or when the number of UE-specific reference signals is two or larger.

**Table 6.3.3.2-1: Codeword-to-layer mapping for spatial multiplexing**

| Number of layers | Number of codewords | Codeword-to-layer mapping $i = 0,1,..., M_{\text{symb}}^{\text{layer}} - 1$ | |
|---|---|---|---|
| 1 | 1 | $x^{(0)}(i) = d^{(0)}(i)$ | $M_{\text{symb}}^{\text{layer}} = M_{\text{symb}}^{(0)}$ |
| 2 | 1 | $x^{(0)}(i) = d^{(0)}(2i)$ <br> $x^{(1)}(i) = d^{(0)}(2i+1)$ | $M_{\text{symb}}^{\text{layer}} = M_{\text{symb}}^{(0)}/2$ |
| 2 | 2 | $x^{(0)}(i) = d^{(0)}(i)$ <br> $x^{(1)}(i) = d^{(1)}(i)$ | $M_{\text{symb}}^{\text{layer}} = M_{\text{symb}}^{(0)} = M_{\text{symb}}^{(1)}$ |
| 3 | 1 | $x^{(0)}(i) = d^{(0)}(3i)$ <br> $x^{(1)}(i) = d^{(0)}(3i+1)$ <br> $x^{(2)}(i) = d^{(0)}(3i+2)$ | $M_{\text{symb}}^{\text{layer}} = M_{\text{symb}}^{(0)}/3$ |
| 3 | 2 | $x^{(0)}(i) = d^{(0)}(i)$ <br> $x^{(1)}(i) = d^{(1)}(2i)$ <br> $x^{(2)}(i) = d^{(1)}(2i+1)$ | $M_{\text{symb}}^{\text{layer}} = M_{\text{symb}}^{(0)} = M_{\text{symb}}^{(1)}/2$ |
| 4 | 1 | $x^{(0)}(i) = d^{(0)}(4i)$ <br> $x^{(1)}(i) = d^{(0)}(4i+1)$ <br> $x^{(2)}(i) = d^{(0)}(4i+2)$ <br> $x^{(3)}(i) = d^{(0)}(4i+3)$ | $M_{\text{symb}}^{\text{layer}} = M_{\text{symb}}^{(0)}/4$ |
| 4 | 2 | $x^{(0)}(i) = d^{(0)}(2i)$ <br> $x^{(1)}(i) = d^{(0)}(2i+1)$ <br> $x^{(2)}(i) = d^{(1)}(2i)$ <br> $x^{(3)}(i) = d^{(1)}(2i+1)$ | $M_{\text{symb}}^{\text{layer}} = M_{\text{symb}}^{(0)}/2 = M_{\text{symb}}^{(1)}/2$ |
| 5 | 2 | $x^{(0)}(i) = d^{(0)}(2i)$ <br> $x^{(1)}(i) = d^{(0)}(2i+1)$ <br> $x^{(2)}(i) = d^{(1)}(3i)$ <br> $x^{(3)}(i) = d^{(1)}(3i+1)$ <br> $x^{(4)}(i) = d^{(1)}(3i+2)$ | $M_{\text{symb}}^{\text{layer}} = M_{\text{symb}}^{(0)}/2 = M_{\text{symb}}^{(1)}/3$ |
| 6 | 2 | $x^{(0)}(i) = d^{(0)}(3i)$ <br> $x^{(1)}(i) = d^{(0)}(3i+1)$ <br> $x^{(2)}(i) = d^{(0)}(3i+2)$ <br> $x^{(3)}(i) = d^{(1)}(3i)$ <br> $x^{(4)}(i) = d^{(1)}(3i+1)$ <br> $x^{(5)}(i) = d^{(1)}(3i+2)$ | $M_{\text{symb}}^{\text{layer}} = M_{\text{symb}}^{(0)}/3 = M_{\text{symb}}^{(1)}/3$ |
| 7 | 2 | $x^{(0)}(i) = d^{(0)}(3i)$ <br> $x^{(1)}(i) = d^{(0)}(3i+1)$ <br> $x^{(2)}(i) = d^{(0)}(3i+2)$ <br> $x^{(3)}(i) = d^{(1)}(4i)$ <br> $x^{(4)}(i) = d^{(1)}(4i+1)$ <br> $x^{(5)}(i) = d^{(1)}(4i+2)$ <br> $x^{(6)}(i) = d^{(1)}(4i+3)$ | $M_{\text{symb}}^{\text{layer}} = M_{\text{symb}}^{(0)}/3 = M_{\text{symb}}^{(1)}/4$ |

JD-COBB_00043022

| 8 | 2 | $x^{(0)}(i) = d^{(0)}(4i)$ $x^{(1)}(i) = d^{(0)}(4i+1)$ $x^{(2)}(i) = d^{(0)}(4i+2)$ $x^{(3)}(i) = d^{(0)}(4i+3)$ $x^{(4)}(i) = d^{(1)}(4i)$ $x^{(5)}(i) = d^{(1)}(4i+1)$ $x^{(6)}(i) = d^{(1)}(4i+2)$ $x^{(7)}(i) = d^{(1)}(4i+3)$ | $M_{\text{symb}}^{\text{layer}} = M_{\text{symb}}^{(0)}/4 = M_{\text{symb}}^{(1)}/4$ |

### 6.3.3.3 Layer mapping for transmit diversity

For transmit diversity, the layer mapping shall be done according to Table 6.3.3.3-1. There is only one codeword and the number of layers $\upsilon$ is equal to the number of antenna ports $P$ used for transmission of the physical channel.

**Table 6.3.3.3-1: Codeword-to-layer mapping for transmit diversity**

| Number of layers | Number of codewords | Codeword-to-layer mapping $i = 0,1,...,M_{\text{symb}}^{\text{layer}} - 1$ | |
|---|---|---|---|
| 2 | 1 | $x^{(0)}(i) = d^{(0)}(2i)$ $x^{(1)}(i) = d^{(0)}(2i+1)$ | $M_{\text{symb}}^{\text{layer}} = M_{\text{symb}}^{(0)}/2$ |
| 4 | 1 | $x^{(0)}(i) = d^{(0)}(4i)$ $x^{(1)}(i) = d^{(0)}(4i+1)$ $x^{(2)}(i) = d^{(0)}(4i+2)$ $x^{(3)}(i) = d^{(0)}(4i+3)$ | $M_{\text{symb}}^{\text{layer}} = \begin{cases} M_{\text{symb}}^{(0)}/4 & \text{if } M_{\text{symb}}^{(0)} \bmod 4 = 0 \\ \left(M_{\text{symb}}^{(0)} + 2\right)/4 & \text{if } M_{\text{symb}}^{(0)} \bmod 4 \neq 0 \end{cases}$ If $M_{\text{symb}}^{(0)} \bmod 4 \neq 0$ two null symbols shall be appended to $d^{(0)}(M_{\text{symb}}^{(0)} - 1)$ |

## 6.3.4 Precoding

The precoder takes as input a block of vectors $x(i) = \begin{bmatrix} x^{(0)}(i) & \dots & x^{(\upsilon-1)}(i) \end{bmatrix}^T$, $i = 0,1,...,M_{\text{symb}}^{\text{layer}} - 1$ from the layer mapping and generates a block of vectors $y(i) = \begin{bmatrix} \dots & y^{(p)}(i) & \dots \end{bmatrix}^T$, $i = 0,1,...,M_{\text{symb}}^{\text{ap}} - 1$ to be mapped onto resources on each of the antenna ports, where $y^{(p)}(i)$ represents the signal for antenna port $p$.

### 6.3.4.1 Precoding for transmission on a single antenna port

For transmission on a single antenna port, precoding is defined by

$$y^{(p)}(i) = x^{(0)}(i)$$

where $p \in \{0,4,5,7,8\}$ is the number of the single antenna port used for transmission of the physical channel and $i = 0,1,...,M_{\text{symb}}^{\text{ap}} - 1$, $M_{\text{symb}}^{\text{ap}} = M_{\text{symb}}^{\text{layer}}$.

### 6.3.4.2 Precoding for spatial multiplexing using antenna ports with cell-specific reference signals

Precoding for spatial multiplexing using antenna ports with cell-specific reference signals is only used in combination with layer mapping for spatial multiplexing as described in clause 6.3.3.2. Spatial multiplexing supports two or four antenna ports and the set of antenna ports used is $p \in \{0,1\}$ or $p \in \{0,1,2,3\}$, respectively.

JD-COBB_00043023

### 6.3.4.2.1    Precoding without CDD

Without Cyclic Delay Diversity (CDD), precoding for spatial multiplexing is defined by

$$\begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(P-1)}(i) \end{bmatrix} = W(i) \begin{bmatrix} x^{(0)}(i) \\ \vdots \\ x^{(\upsilon-1)}(i) \end{bmatrix}$$

where the precoding matrix $W(i)$ is of size $P \times \upsilon$ and $i = 0,1,...,M_{\text{symb}}^{\text{ap}} - 1$, $M_{\text{symb}}^{\text{ap}} = M_{\text{symb}}^{\text{layer}}$.

For spatial multiplexing, the values of $W(i)$ shall be selected among the precoder elements in the codebook configured in the eNodeB and the UE. The eNodeB can further confine the precoder selection in the UE to a subset of the elements in the codebook using codebook subset restrictions. The configured codebook shall be selected from Table 6.3.4.2.3-1 or 6.3.4.2.3-2.

### 6.3.4.2.2    Precoding for large delay CDD

For large-delay CDD, precoding for spatial multiplexing is defined by

$$\begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(P-1)}(i) \end{bmatrix} = W(i)D(i)U \begin{bmatrix} x^{(0)}(i) \\ \vdots \\ x^{(\upsilon-1)}(i) \end{bmatrix}$$

where the precoding matrix $W(i)$ is of size $P \times \upsilon$ and $i = 0,1,...,M_{\text{symb}}^{\text{ap}} - 1$, $M_{\text{symb}}^{\text{ap}} = M_{\text{symb}}^{\text{layer}}$. The diagonal size-$\upsilon \times \upsilon$ matrix $D(i)$ supporting cyclic delay diversity and the size-$\upsilon \times \upsilon$ matrix $U$ are both given by Table 6.3.4.2.2-1 for different numbers of layers $\upsilon$.

The values of the precoding matrix $W(i)$ shall be selected among the precoder elements in the codebook configured in the eNodeB and the UE. The eNodeB can further confine the precoder selection in the UE to a subset of the elements in the codebook using codebook subset restriction. The configured codebook shall be selected from Table 6.3.4.2.3-1 or 6.3.4.2.3-2.

For 2 antenna ports, the precoder is selected according to $W(i) = C_1$ where $C_1$ denotes the precoding matrix corresponding to precoder index 0 in Table 6.3.4.2.3-1.

For 4 antenna ports, the UE may assume that the eNodeB cyclically assigns different precoders to different vectors $\begin{bmatrix} x^{(0)}(i) & ... & x^{(\upsilon-1)}(i) \end{bmatrix}^T$ on the physical downlink shared channel as follows. A different precoder is used every $\upsilon$ vectors, where $\upsilon$ denotes the number of transmission layers in the case of spatial multiplexing. In particular, the precoder is selected according to $W(i) = C_k$, where $k$ is the precoder index given by

$k = \left( \left\lfloor \dfrac{i}{\upsilon} \right\rfloor \bmod 4 \right) + 1 \in \{1,2,3,4\}$ and $C_1, C_2, C_3, C_4$ denote precoder matrices corresponding to precoder indices 12,13,14 and 15, respectively, in Table 6.3.4.2.3-2.

JD-COBB_00043024