**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br> *Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br> *Defendant*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br> *Intervenors*. | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br> *Plaintiff*,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br><br> *Defendants*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br> *Intervenors*. | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br> *Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br> *Defendant*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br><br> *Intervenors*. | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**[PROPOSED]
<u>ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE OPINIONS OF
DEFENDANTS' DAMAGES EXPERT MELISSA A. BENNIS</u>**

Before the Court is Plaintiff Cobblestone Wireless, LLC's Motion to Exclude Opinions of Defendants' Damages Expert Melissa A. Bennis. Having considered all the evidence before it, the Court finds that the Motion should be **DENIED**.