IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>     Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>     Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>     Intervenors. | Case No. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>     Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.<br>     Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>     Intervenors. | Case No. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>     Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS.<br>     Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>     Intervenors. | Case No. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF
PLAINTIFF COBBLESTONE WIRELESS, LLC'S REPLY IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS AND INTERVENORS'
<u>AFFIRMATIVE DEFENSE ALLEGING LACK OF STANDING</u>**

1. I, Reza Mirzaie, declare as follows.

2. I am counsel for Cobblestone Wireless, LLC ("Cobblestone") in the above-captioned action. I provide this declaration in support of Cobblestone Wireless, LLC's Reply in Support of Its Motion For Summary Judgment On Defendants And Intervenors' Affirmative Defense Alleging Lack Of Standing. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3. Attached as Exhibit G is a of true and correct copy of COBB_028831 – COBB_028832, a print-out from the USPTO Patent Center "Assignments" webpage for U.S. Patent No. 8,891,347 (App. No. 13/522,422), indicating that the following reel/frames contain the relevant assignment records associated with this patent:

- Reel/frame 028558/0025
- Reel/frame 028558/0126
- Reel/frame 048373/0217
- Reel/frame 061265/0146
- Reel/frame 062102/0649

4. Attached as Exhibit H is a true and correct copy of COBB_028833 - COBB_028838, Reel/frame 028558/0025, obtained from the USPTO Patent Center "Assignments" webpage, indicating "Xuefeng YIN" as the conveying party and "Shanghai SAGE Information Technology Co. Ltd." as the Receiving Party.

5. Attached as Exhibit I is a true and correct copy of COBB_028839 - COBB_028844, Reel/frame 028558/0126, obtained from the USPTO Patent Center "Assignments" webpage, indicating "Shanghai SAGE Information Technology Co. Ltd." as the conveying party and "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the Receiving Party.

6. Attached as Exhibit J is a true and correct copy of COBB_028845 - COBB_029053, Reel/frame 048373/0217, obtained from the USPTO Patent Center "Assignments" webpage, indicating "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the conveying party and "CRESTLINE DIRECT FINANCE, L.P." as the Receiving Party.

7. Attached as Exhibit K is a true and correct copy of COBB_029054 - COBB_029057, Reel/frame 061265/0146, obtained from the USPTO Patent Center "Assignments" webpage, indicating "CRESTLINE DIRECT FINANCE, L.P." as the conveying party and "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the Receiving Party.

8. Attached as Exhibit L is a true and correct copy of COBB_029058 - COBB_029062, Reel/frame 062102/0649, obtained from the USPTO Patent Center "Assignments" webpage, indicating "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the conveying party and "COBBLESTONE WIRELESS, LLC" as the Receiving Party.

9. Attached as Exhibit M is a of true and correct copy of COBB_029063 - COBB_029064, a print-out from the USPTO Patent Center "Assignments" webpage for U.S. Patent No. 9,094,888 (App. No. 13/263,835), indicating that the following reel/frames contain the relevant assignment records associated with this patent:

- Reel/frame 026203/0993
- Reel/frame 026204/0004
- Reel/frame 048373/0217
- Reel/frame 061265/0146
- Reel/frame 062102/0649

10. Attached as Exhibit N is a true and correct copy of COBB_029065 - COBB_029069, Reel/frame 026203/0993, obtained from the USPTO Patent Center

"Assignments" webpage, indicating "Ezekiel Kruglick" as the conveying party and "Ardent Research Corporation" as the Receiving Party.

11. Attached as Exhibit O is a true and correct copy of COBB_029070 - COBB_029074, Reel/frame 026204/0004, obtained from the USPTO Patent Center "Assignments" webpage, indicating "Ardent Research Corporation" as the conveying party and "Empire Technology Development LLC" as the Receiving Party.

12. Attached as Exhibit P is a true and correct copy of COBB_029075 - COBB_029283, Reel/frame 048373/0217, obtained from the USPTO Patent Center "Assignments" webpage, indicating "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the conveying party and "CRESTLINE DIRECT FINANCE, L.P." as the Receiving Party.

13. Attached as Exhibit Q is a true and correct copy of COBB_029284 - COBB_029287, Reel/frame 061265/0146, obtained from the USPTO Patent Center "Assignments" webpage, indicating "CRESTLINE DIRECT FINANCE, L.P." as the conveying party and "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the Receiving Party.

14. Attached as Exhibit R is a true and correct copy of COBB_029288 - COBB_029292, Reel/frame 062102/0649, obtained from the USPTO Patent Center "Assignments" webpage, indicating "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the conveying party and "COBBLESTONE WIRELESS, LLC" as the Receiving Party.

15. Attached as Exhibit S is a of true and correct copy of COBB_029293 - COBB_029294, a print-out from the USPTO Patent Center "Assignments" webpage for U.S. Patent No. 10,368,361 (App. No. 15/500,928), indicating that the following reel/frames contain the relevant assignment records associated with this patent:

- Reel/frame 041359/0412

- Reel/frame 041359/0450
- Reel/frame 048373/0217
- Reel/frame 061265/0146
- Reel/frame 062102/0649

16. Attached as Exhibit T is a true and correct copy of COBB_029295 - COBB_029301, Reel/frame 041359/0412, obtained from the USPTO Patent Center "Assignments" webpage, indicating "ANPENG HUANG" as the conveying party and "BEIJING JINDIANCHUANGQI TECHNOLOGY DEVELOPMENT CO., LTD" as the Receiving Party.

17. Attached as Exhibit U is a true and correct copy of COBB_029302 - COBB_029307, Reel/frame 041359/0450, obtained from the USPTO Patent Center "Assignments" webpage, indicating "BEIJING JINDIANCHUANGQI TECHNOLOGY DEVELOPMENT CO., LTD" as the conveying party and "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the Receiving Party.

18. Attached as Exhibit V is a true and correct copy of COBB_029308 - COBB_029516, Reel/frame 048373/0217, obtained from the USPTO Patent Center "Assignments" webpage, indicating "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the conveying party and "CRESTLINE DIRECT FINANCE, L.P." as the Receiving Party.

19. Attached as Exhibit W is a true and correct copy of COBB_029517 - COBB_029520, Reel/frame 061265/0146, obtained from the USPTO Patent Center "Assignments" webpage, indicating "CRESTLINE DIRECT FINANCE, L.P." as the conveying party and "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the Receiving Party.

20. Attached as Exhibit X is a true and correct copy of COBB_029521 - COBB_029525, Reel/frame 062102/0649, obtained from the USPTO Patent Center

"Assignments" webpage, indicating "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the conveying party and "COBBLESTONE WIRELESS, LLC" as the Receiving Party.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2024, at Los Angeles, California

By:   */s/ Reza Mirzaie*
     Reza Mirzaie
