# Exhibit G



An official website of the United States government Here's how you know

uspto Patents Trademarks Fees and payment Contact Us MyUSPTO Cynthia Cervini

Patent Center

Home New submission Existing submissions Petitions Post grant Search Patent Center Help

Back to home Pay maintenance fees Order certified copies Global Dossier Download Print

# 13/522,422 | I1013.10038US01: USER-FOCUSING TECHNIQUE FOR WIRELESS COMMUNICATION SYSTEMS

PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 13/522,422 | 1084 | I1013.10038US01 | 8,891,347<br>Download PDF<br>Issued - 11/18/2014 | 07/16/2012 | Patented Case 10/29/2014 |

Application Data
Documents & Transactions
Continuity
Patent Term Adjustment
Foreign priority
Fee payment history
Address & Attorney/Agent Information
Supplemental Content
Assignments
Display References

## 5 Assignments found

### Assignment 1

**Reel/frame**
028558/0025

**Date recorded**
07/16/2012

**Pages**
6

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
YIN, XUEFENG

**Execution date**
02/15/2011

**Correspondent**
R. BURNS ISRAELSEN
1441 W. UTE BLVD., SUITE 100
PARK CITY, UT 84098-7633

**Assignee**
SHANGHAI SAGE INFORMATION TECHNOLOGY CO. LTD.
TONG JI XIN CUN NO. 77
ZHANG WU ROAD, YANG PU DISTRICT
SHANGHAI, CHINA 200092

### Assignment 2

**Reel/frame**
028558/0126

**Date recorded**
07/16/2012

**Pages**
6

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
SHANGHAI SAGE INFORMATION TECHNOLOGY CO. LTD.

**Execution date**
02/15/2011

**Correspondent**
R. BURNS ISRAELSEN
1441 W. UTE BLVD., SUITE 100
PARK CITY, UT 84098-7633

**Assignee**
EMPIRE TECHNOLOGY DEVELOPMENT LLC
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON, DELAWARE 19808

### Assignment 3

**Reel/frame**
048373/0217

**Date recorded**
01/29/2019

**Pages**
-47

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
EMPIRE TECHNOLOGY DEVELOPMENT LLC

**Execution date**
12/28/2018

**Correspondent**
MICHELE GLESSNER
ALSTON & BIRD LLP
101 SOUTH TRYON STREET,
SUITE 4000
CHARLOTTE, NC 28280-4000

**Assignee**
CRESTLINE DIRECT FINANCE, L.P.
201 MAIN STREET, SUITE 1900
FORT WORTH, TEXAS 76102

| Assignment 4 | | |
|---|---|---|
| Reel/frame | Date recorded | Pages |
| 061265/0146 | 09/30/2022 | 4 |
| Conveyance | | |
| RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). | | |
| Assignors | Execution date | Correspondent |
| CRESTLINE DIRECT FINANCE, L.P. | 09/28/2022 | TAMARA TUCKER<br>ALSTON & BIRD LLP<br>101 SOUTH TRYON STREET,<br>SUITE 4000<br>CHARLOTTE, NC 28280-4000 |
| Assignee | | |
| EMPIRE TECHNOLOGY DEVELOPMENT LLC<br>C/O ALLIED INVENTORS, LLC<br>16625 REDMOND WAY, SUITE M, PMB 219<br>REDMOND, WASHINGTON 98052 | | |

| Assignment 5 | | |
|---|---|---|
| Reel/frame | Date recorded | Pages |
| 062102/0649 | 12/15/2022 | 5 |
| Conveyance | | |
| ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| Assignors | Execution date | Correspondent |
| EMPIRE TECHNOLOGY DEVELOPMENT, LLC | 10/14/2022 | JOHN TUTUNJIAN<br>401 BROADHOLLOW ROAD<br>SUITE 402<br>MELVILLE, NY 11747 |
| Assignee | | |
| COBBLESTONE WIRELESS, LLC<br>101 E. PARK BLVD<br>SUITE 600<br>PLANO, TEXAS 75074 | | |

10 per page    Page 1 of 1

**Disclaimer:** Assignment information on the assignment database reflects assignment documents that have been actually recorded. If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different. If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3385.

About the USPTO · Search for patents · Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy

Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

**Receive updates from the USPTO**
Enter your email to subscribe or update your preferences

Follow us

COBB_028832