# Exhibit K

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT7567293

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | RELEASE OF SECURITY INTEREST |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| CRESTLINE DIRECT FINANCE, L.P. | 09/28/2022 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | EMPIRE TECHNOLOGY DEVELOPMENT LLC |
| Street Address: | C/O ALLIED INVENTORS, LLC |
| Internal Address: | 16625 REDMOND WAY, SUITE M, PMB 219 |
| City: | REDMOND |
| State/Country: | WASHINGTON |
| Postal Code: | 98052 |

### PROPERTY NUMBERS Total: 10

| Property Type | Number |
|---|---|
| Patent Number: | 8891347 |
| Patent Number: | 10368361 |
| Patent Number: | 8526525 |
| Patent Number: | 8224261 |
| Patent Number: | 8578020 |
| Patent Number: | 9094888 |
| Patent Number: | 10517024 |
| Patent Number: | 9980185 |
| Patent Number: | 8554196 |
| Patent Number: | 8774814 |

### CORRESPONDENCE DATA

Fax Number: (650)838-2001

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 650-838-2000  
Email: tami.tucker@alston.com  
Correspondent Name: TAMARA TUCKER  
Address Line 1: ALSTON & BIRD LLP  
Address Line 2: 101 SOUTH TRYON STREET, SUITE 4000  
Address Line 4: CHARLOTTE, NORTH CAROLINA 28280-4000

507520399

PATENT  
REEL: 061265 FRAME: 0146

COBB_029054

| ATTORNEY DOCKET NUMBER: | 061718/524082 |
|---|---|
| **NAME OF SUBMITTER:** | TAMARA TUCKER |
| **SIGNATURE:** | /Tamara Tucker/ |
| **DATE SIGNED:** | 09/30/2022 |
| **Total Attachments: 2** <br> source=CrestlineAlliedRelease#page1.tif <br> source=CrestlineAlliedRelease#page2.tif | |

**PATENT**
**REEL: 061265 FRAME: 0147**

COBB_029055

## NOTICE OF RELEASE OF SECURITY INTEREST IN PATENTS

Dated as of September 28, 2022

The lien and security interest evidenced by that certain Patent Security Agreement, dated as of December 28, 2018, executed by, *inter alia*, EMPIRE TECHNOLOGY DEVELOPMENT LLC, a Delaware limited liability company (the "Grantor"), in favor of CRESTLINE DIRECT FINANCE, L.P., as administrative agent (the "Agent"), which was duly recorded on January 29, 2019, at Reel 048373, Frame 0217 in the United States Patent and Trademark Office, and any other right, title or interest granted to the Agent solely in the patents set forth on Schedule 1 attached hereto is hereby terminated, cancelled and released, without representation or warranty, and the Agent hereby re-assigns to the Grantor any right, title or interest it may have in or to any of the patents set forth on Schedule 1.

**CRESTLINE DIRECT FINANCE, L.P.**,
as Agent

By:   Crestline Direct Finance (GP), L.L.C., its general partner

By:   Crestline Investors, Inc., its manager

By: _____
Name: John S. Cochran
Title: Vice President

SCHEDULE 1

Patent Registrations

| APPLICATION NUMBER | PUBLICATION NUMBER | COUNTRY | PATENT NUMBER |
|---|---|---|---|
| 13/522422 | US20130107733 | US | 8891347 |
| 15/500928 | US20170223719 | US | 10368361 |
| 12/255572 | US20100054356 | US | 8526525 |
| 12/620110 | US20110045768 | US | 8224261 |
| 12/647256 | US20110161484 | US | 8578020 |
| 13/263835 | US20120276901 | US | 9094888 |
| 15/979209 | 20180368032 | US | 10517024 |
| 14/797703 | US20150319656 | US | 9980185 |
| 13/321792 | US20130053018 | US | 8554196 |
| 14/046376 | US20140038618 | US | 8774814 |