# Exhibit L

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT7696555

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| EMPIRE TECHNOLOGY DEVELOPMENT, LLC | 10/14/2022 |

### RECEIVING PARTY DATA

| Name: | COBBLESTONE WIRELESS, LLC |
|---|---|
| Street Address: | 101 E. PARK BLVD |
| Internal Address: | SUITE 600 |
| City: | PLANO |
| State/Country: | TEXAS |
| Postal Code: | 75074 |

### PROPERTY NUMBERS Total: 10

| Property Type | Number |
|---|---|
| Patent Number: | 10368361 |
| Patent Number: | 8224261 |
| Patent Number: | 8526525 |
| Patent Number: | 8554196 |
| Patent Number: | 8578020 |
| Patent Number: | 8891347 |
| Patent Number: | 9094888 |
| Patent Number: | 8774814 |
| Patent Number: | 9980185 |
| Patent Number: | 10517024 |

### CORRESPONDENCE DATA

| Fax Number: | (631)844-0081 |
|---|---|

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 6318440080 |
|---|---|
| Email: | John@tb-iplaw.com |
| Correspondent Name: | JOHN TUTUNJIAN |
| Address Line 1: | 401 BROADHOLLOW ROAD |
| Address Line 2: | SUITE 402 |
| Address Line 4: | MELVILLE, NEW YORK 11747 |

| ATTORNEY DOCKET NUMBER: | 0992-0000 |
|---|---|
| NAME OF SUBMITTER: | JOHN TUTUNJIAN |
| SIGNATURE: | /J .Tutunjian/ |
| DATE SIGNED: | 12/15/2022 |
| **Total Attachments: 3** source=ETD LLC to CW LLC#page1.tif source=ETD LLC to CW LLC#page2.tif source=ETD LLC to CW LLC#page3.tif | |

PATENT PURCHASE AGREEMENT

## EXHIBIT C
### CONFIRMATORY ASSIGNMENT DOCUMENT

Empire Technology Development, LLC, a Delaware corporation having a place of business at 251 Little Falls Drive, Wilmington, Delaware 19808 ("Assignor"), hereby irrevocably confirms the assignment to Cobblestone Wireless LLC, a Delaware limited liability company located at 101 E. Park Blvd, Suite 600, Plano, Texas 75074 ("Assignee"), as of the date set forth below, the entire rights, privileges, title and interest for the United States of America and its territorial possessions, and all foreign countries including all rights of priority, in inventions disclosed in the patents and patent applications identified on EXHIBIT A, together with future applications for patents under U.S. law or regulation or of any foreign country with respect to the patentable inventions from which any of the foregoing arise, including without limitation, divisions, continuations, continuations-in-part, substitutions, reexaminations, reissues, extensions or foreign counterparts therefrom the (collectively, "Purchased Patents"), and all causes of action, rights, and remedies arising under any such Purchased Patents prior to, on or after the Effective Date of this Agreement and all claims for damages by reason of past, present or future infringement or other unauthorized use of such Purchased Patents with the right to sue for and collect such damages.

Assignor also hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents or certificates of invention which may be granted upon any of the Purchased Patents in the name of Assignee, as the assignee to the entire interest therein.

IN WITNESS WHEREOF, Assignor has caused its duly authorized representatives to execute this Assignment.

**ASSIGNOR, Empire Technology Development, LLC.**

By: _____

Printed Name: Thomas Kang_____

Title: CEO_____

Execution Date: 10-14-22

Dated: 10/14/22

By: _____
Notary Public

Name: Natalee Munoz
Address: W5 6 34th st

Official Seal:

[Notary Seal: Natalie Munoz, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Kings County, 01MU6333628, MY COMMISSION EXPIRES 11/30/2023]

PATENT PURCHASE AGREEMENT

EXHIBIT A
PURCHASED PATENTS

EP No. 2702805

U.S. Patent. No. 10,368,361

U.S. Patent No. 9,094,888

U.S. Patent No. 8,891,347

U.S. Patent No. 8,578,020

U.S. Patent No. 8,554,196

U.S. Patent No. 8,526,525

U.S. Patent No. 8,224,261

CONFIDENTIAL – SUBJECT TO NDA

10

PATENT
REEL: 062102 FRAME: 0652

COBB_029061

**EXHIBIT F**
**LETTER OF AUTHORISATION**



October 3, 2022

To whom it many concern:

I, Todd Enos, CFO of Allied Inventors, LLC, with its registered office located at 251 Little Falls Drive, Wilmington, Delaware 19808, confirm as follows:

(i) Allied Inventors, LLC and its wholly owned subsidiary Empire Technology Development, LLC (together "Seller") entered into a Patent Purchase Agreement with Cobblestone Wireless LLC, a limited liability company duly organized and existing under the laws of Delaware and with its principal place of business at 101 E. Park Blvd, Suite 600, Plano, Texas 75074("Purchaser").

(ii) The Patent Purchase Agreement has an "Effective Date" of September 28,2022.

(iii) The Patent Purchase Agreement was executed on behalf of Seller by Thomas Kang.

(iv) Thomas Kang is authorized to sign legally binding documents on behalf of Seller and in particular, the Patent Purchase Agreement.

(v) Thomas Kang is also authorized to sign the assignment forms that are required by patent offices around to the world to give legal effect to the transfer of patents pursuant to the Patent Purchase Agreement.

Signature: _[signature]_
Name: Todd Enos
Title: CFO of Allied Inventors, LLC
Date: 10/3/2022

CONFIDENTIAL – SUBJECT TO NDA

1