# Exhibit M





# 13/263,835 | 2796.737BS: WIRELESS DEVICE HANDOFF BETWEEN WIRELESS NETWORKS

PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 13/263,835 | 1463 | 2796.737BS | 9,094,888<br>Download PDF<br>Issued - 07/28/2015 | 10/10/2011 | Patented Case 07/08/2015 |

Application Data
Documents & Transactions
Continuity
Patent Term Adjustment
Foreign priority
Fee payment history
Address & Attorney/Agent Information
Supplemental Content
Assignments
Display References

## 5 Assignments found

### Assignment 1

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 026203/0993 | 04/29/2011 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Execution date | Correspondent |
|---|---|---|
| KRUGLICK, EZEKIEL | 04/28/2011 | OMIKRON IP LAW GROUP<br>16325 BOONES FERRY ROAD<br>SUITE 204<br>LAKE OSWEGO, OR 97035 |

**Assignee**
ARDENT RESEARCH CORPORATION
13842 DEERGRASS CT.
POWAY, CALIFORNIA 92064-2276

### Assignment 2

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 026204/0004 | 04/29/2011 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Execution date | Correspondent |
|---|---|---|
| ARDENT RESEARCH CORPORATION | 04/28/2011 | OMIKRON IP LAW GROUP<br>16325 BOONES FERRY ROAD<br>SUITE 204<br>LAKE OSWEGO, OR 97035 |

**Assignee**
EMPIRE TECHNOLOGY DEVELOPMENT LLC
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DELAWARE 19808

### Assignment 3

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 048373/0217 | 01/29/2019 | -47 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Execution date | Correspondent |
|---|---|---|
| EMPIRE TECHNOLOGY DEVELOPMENT LLC | 12/28/2018 | MICHELE GLESSNER<br>ALSTON & BIRD LLP<br>101 SOUTH TRYON STREET,<br>SUITE 4000<br>CHARLOTTE, NC 28280-4000 |

**Assignee**
CRESTLINE DIRECT FINANCE, L.P.
201 MAIN STREET, SUITE 1900
FORT WORTH, TEXAS 76102

**Assignment 4**

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 061265/0146 | 09/30/2022 | 4 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

| Assignors | Execution date | Correspondent |
|---|---|---|
| CRESTLINE DIRECT FINANCE, L.P. | 09/28/2022 | TAMARA TUCKER<br>ALSTON & BIRD LLP<br>101 SOUTH TRYON STREET, SUITE 4000<br>CHARLOTTE, NC 28280-4000 |

**Assignee**
EMPIRE TECHNOLOGY DEVELOPMENT LLC
C/O ALLIED INVENTORS, LLC
16625 REDMOND WAY, SUITE M, PMB 219
REDMOND, WASHINGTON 98052

**Assignment 5**

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 062102/0649 | 12/15/2022 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Execution date | Correspondent |
|---|---|---|
| EMPIRE TECHNOLOGY DEVELOPMENT, LLC | 10/14/2022 | JOHN TUTUNJIAN<br>401 BROADHOLLOW ROAD<br>SUITE 402<br>MELVILLE, NY 11747 |

**Assignee**
COBBLESTONE WIRELESS, LLC
101 E. PARK BLVD
SUITE 600
PLANO, TEXAS 75074

10 per page    Page 1 of 1

**Disclaimer:** Assignment information on the assignment database reflects assignment documents that have been actually recorded. If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different. If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350.

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Receive updates from the USPTO
Enter your email to subscribe or update your preferences
your@email.com Subscribe

uspto UNITED STATES PATENT AND TRADEMARK OFFICE

Follow us


