# Exhibit N

## PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Ezekiel Kruglick | 04/28/2011 |

### RECEIVING PARTY DATA

| Name: | Ardent Research Corporation |
|---|---|
| Street Address: | 13842 Deergrass Ct. |
| City: | Poway |
| State/Country: | CALIFORNIA |
| Postal Code: | 92064-2276 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| PCT Number: | US1134470 |

### CORRESPONDENCE DATA

Fax Number:           (503)305-6760
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:               503-719-9473
Email:               lindsey.hunt@omikronlaw.com
Correspondent Name:  Omikron IP Law Group
Address Line 1:      16325 Boones Ferry Road Suite 204
Address Line 4:      Lake Oswego, OREGON 97035

| ATTORNEY DOCKET NUMBER: | 006.PCT078 |
|---|---|
| NAME OF SUBMITTER: | Blayne Green |

Total Attachments: 4
source=Assignment Inventor to Ardent Research Corporation 006_PCT078#page1.tif
source=Assignment Inventor to Ardent Research Corporation 006_PCT078#page2.tif
source=Assignment Inventor to Ardent Research Corporation 006_PCT078#page3.tif
source=Assignment Inventor to Ardent Research Corporation 006_PCT078#page4.tif

501516749

OP  $40.00  US1134470

**PATENT
REEL: 026203 FRAME: 0993**

## ASSIGNMENT OF PATENT RIGHTS

For valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Ezekiel Kruglick, 13842 Deergrass Ct., Poway, CA 92064-2276 U.S. ("**Assignor**"), effective as of August 27, 2010, hereby sells, assigns, transfers, and conveys unto Ardent Research Corporation, a corporation of the state of California, having a principal place of business at 13842 Deergrass Ct., Poway, CA 92064-2276 U.S. ("**Assignee**"), all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the "**Rights**"):

1. the inventions disclosed in the solution report/invention disclosure titled "**Handoffs to absent networks**" and all inventions claimed and/or described in the Application (collectively, the "**Invention**");

2. the patent applications listed in the table below (the "**Application**");

| Patent Application No. | Country | Filing Date | Title |
|---|---|---|---|
| PCT/US11/34470 | PCT | 4/29/2011 | Wireless Device Handoff Between Wireless Networks |
|  |  |  |  |
|  |  |  |  |

3. all rights with respect to the Invention, including all U.S. patents or other governmental grants or issuances that may be granted with respect to the Invention or from any direct or indirect divisionals, continuations, continuations-in-part, or other patent applications claiming priority rights from the Application ("**Potential Patents**");

4. all reissues, reexaminations, extensions, or registrations of the Potential Patents;

5. all non-United States patents, patent applications, and counterparts relating to any or all of the Invention, the Application, and the Potential Patents, including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances ("**Foreign Rights**"), and including the right to file foreign applications directly in the name of Assignee, its successors and assigns;

6. all rights to claim priority rights deriving from the Application;

7. all causes of action and remedies related to any or all of the Application, the Invention, the Potential Patents, and the Foreign Rights (including, without limitation, the right to sue for past, present, or future infringement, misappropriation or violation of rights related to any of the foregoing and the right to collect royalties and other payments under or on account of any of the foregoing); and

8. any and all other rights and interests arising out of, in connection with, or in relation to the Application, the Invention, Potential Patents, and the Foreign Rights.

Assignor will not sign any document or do any act conflicting with this Assignment, and, without further compensation, will sign all documents and do such additional acts as Assignee, its successors, legal representatives, and assigns deem necessary or desirable to perfect enjoyment of the Rights, conduct proceedings regarding the Rights (including any litigation or interference proceedings), or perfect or defend title to the Rights.  Assignor requests the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models, or other governmental grants or issuances that may be granted upon any of the Rights in the name of the Assignee, as the assignee to the entire interest therein.

Assignor hereby authorizes and requests authorized representative to insert on this Assignment the filing date and Patent Application Numbers in the table above when known.

The terms and conditions of this Assignment will inure to the benefit of Assignee, its successors, legal representatives, and assigns and will be binding upon Assignor, their successors, legal representatives and assigns.

[Signature Page(s) to Follow]

PATENT
REEL: 026203 FRAME: 0995
COBB_029067

By: /s/ Ezekiel Kruglick
Ezekiel Kruglick
13842 Deergrass Ct.,
Poway, CA 92064-2276 U.S.

## NOTARIZATION

STATE OF California       )
                          ) ss.
COUNTY OF San Diego       )

On April 28, 2011, before me, L. Board, Notary Public, personally appeared Ezekiel Kruglick, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature /s/

[Notary Seal:
L. BOARD
Commission # 1842388
Notary Public - California
San Diego County
My Comm. Expires Apr 1, 2013]



**RECORDED: 04/29/2011**

**PATENT
REEL: 026203 FRAME: 0997**

COBB_029069