# Exhibit S



# 15/500,928 | APA-CN-879177-02-US-NAT: ADAPTIVE COMMUNICATION RESOURCE ALLOCATION IN A WIRELESS NETWORK

PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 15/500,928 | 4629 | APA-CN-879177-02-US-NAT | 10,368,361 Download PDF Issued - 07/30/2019 | 01/31/2017 | Patented Case 07/10/2019 |

Application Data
Documents & Transactions
Continuity
Patent Term Adjustment
Foreign priority
Fee payment history
Address & Attorney/Agent Information
Supplemental Content
Assignments
Display References

## 5 Assignments found

### Assignment 1

**Reel/frame**
041359/0412

**Date recorded**
02/23/2017

**Pages**
7

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
HUANG, ANPENG

**Execution date**
07/24/2014

**Correspondent**
R. BURNS ISRAELSEN
MASCHOFF BRENNAN
1389 CENTER DR. SUITE 300
PARK CITY, UT 84098

**Assignee**
BEIJING JINDIANCHUANGQI TECHNOLOGY DEVELOPMENT CO., LTD
JIA183 SHIBALIDIANCUN, SHIBALIDIANXIANG
CHAOYANG DISTRICT
BEIJING, CHINA 100023

### Assignment 2

**Reel/frame**
041359/0450

**Date recorded**
02/23/2017

**Pages**
6

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
BEIJING JINDIANCHUANGQI TECHNOLOGY DEVELOPMENT CO., LTD

**Execution date**
09/04/2014

**Correspondent**
R. BURNS ISRAELSEN
MASCHOFF BRENNAN
1389 CENTER DR. SUITE 300
PARK CITY, UT 84098

**Assignee**
EMPIRE TECHNOLOGY DEVELOPMENT LLC
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DELAWARE 19808

### Assignment 3

**Reel/frame**
048373/0217

**Date recorded**
01/29/2019

**Pages**
-47

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
EMPIRE TECHNOLOGY DEVELOPMENT LLC

**Execution date**
12/28/2018

**Correspondent**
MICHELE GLESSNER
ALSTON & BIRD LLP
101 SOUTH TRYON STREET, SUITE 4000
CHARLOTTE, NC 28280-4000

**Assignee**
CRESTLINE DIRECT FINANCE, L.P.
201 MAIN STREET, SUITE 1900
FORT WORTH, TEXAS 76102

| Assignment 4 | | |
|---|---|---|
| **Reel/frame** | **Date recorded** | **Pages** |
| 061265/0146 | 09/30/2022 | 4 |
| **Conveyance** | | |
| RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS). | | |
| **Assignors** | **Execution date** | **Correspondent** |
| CRESTLINE DIRECT FINANCE, L.P. | 09/28/2022 | TAMARA TUCKER<br>ALSTON & BIRD LLP<br>101 SOUTH TRYON STREET,<br>SUITE 4000<br>CHARLOTTE, NC 28280-4000 |
| **Assignee** | | |
| EMPIRE TECHNOLOGY DEVELOPMENT LLC<br>C/O ALLIED INVENTORS, LLC<br>16625 REDMOND WAY, SUITE M, PMB 219<br>REDMOND, WASHINGTON 98052 | | |

| Assignment 5 | | |
|---|---|---|
| **Reel/frame** | **Date recorded** | **Pages** |
| 062102/0649 | 12/15/2022 | 5 |
| **Conveyance** | | |
| ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignors** | **Execution date** | **Correspondent** |
| EMPIRE TECHNOLOGY DEVELOPMENT, LLC | 10/14/2022 | JOHN TUTUNJIAN<br>401 BROADHOLLOW ROAD<br>SUITE 402<br>MELVILLE, NY 11747 |
| **Assignee** | | |
| COBBLESTONE WIRELESS, LLC<br>101 E. PARK BLVD<br>SUITE 600<br>PLANO, TEXAS 75074 | | |

10 per page | Page 1 of 1

**Disclaimer:** Assignment information on the assignment database reflects assignment documents that have been actually recorded. If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different. If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350.

About the USPTO   •   Search for patents   •   Search for trademarks

Receive updates from the USPTO
Enter your email to subscribe or update your preferences

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy

Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

your@email.com    Subscribe


UNITED STATES PATENT AND TRADEMARK OFFICE

Follow us 

COBB_029294