# Exhibit U

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  EPAS ID: PAT4288541
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| BEIJING JINDIANCHUANGQI TECHNOLOGY DEVELOPMENT CO., LTD | 09/04/2014 |

### RECEIVING PARTY DATA

| Name: | EMPIRE TECHNOLOGY DEVELOPMENT LLC |
|---|---|
| Street Address: | 2711 CENTERVILLE ROAD, SUITE 400 |
| City: | WILMINGTON |
| State/Country: | DELAWARE |
| Postal Code: | 19808 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 15500928 |

### CORRESPONDENCE DATA

Fax Number: (435)252-1360

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 4352521360
Email: mthornton@mabr.com
Correspondent Name: R. BURNS ISRAELSEN
Address Line 1: MASCHOFF BRENNAN
Address Line 2: 1389 CENTER DR. SUITE 300
Address Line 4: PARK CITY, UTAH 84098

| ATTORNEY DOCKET NUMBER: | l1013.10213US01 |
|---|---|
| NAME OF SUBMITTER: | R. BURNS ISRAELSEN |
| SIGNATURE: | /R. Burns Israelsen Reg. No. 42685/ |
| DATE SIGNED: | 02/23/2017 |

Total Attachments: 5
source=l1013.10213US01 _As Filed Assign_BJTD to Empire#page1.tif
source=l1013.10213US01 _As Filed Assign_BJTD to Empire#page2.tif
source=l1013.10213US01 _As Filed Assign_BJTD to Empire#page3.tif
source=l1013.10213US01 _As Filed Assign_BJTD to Empire#page4.tif
source=l1013.10213US01 _As Filed Assign_BJTD to Empire#page5.tif

## ASSIGNMENT OF PATENT RIGHTS
专利权转让证明

For valuable consideration, the receipt and sufficiency of which is hereby acknowledged,

基于等价有偿，兹确认其足数并已收讫，

<u>Beijing Jindianchuangqi Technology Development Co., Ltd.</u> having an address of <u>Jia183 Shibalidiancun, Shibalidianxiang, Chaoyang District Beijing, 100023 China</u> ("Assignor"),

<u>北京金典创奇科技发展有限公司</u>，<u>北京市朝阳区十八里店乡十八里店村甲 183 号 邮编 100023</u>（"转让人"）

effective as of <u>March 20,</u> 2014 hereby sells, assigns, transfers, and conveys unto Empire Technology Development LLC, a Delaware limited liability company, with an address at 2711 Centerville Road, Suite 400, Wilmington, DE 19808 ("Assignee"), all rights, title, and interests that exist today and may exist in the future in and to any and all of the following items (1) through (8) below:

自 <u>2014 年 3 月 20</u> 日起生效，将现在存在而且将来可能存在于以下（1）至（8）项中任何或所有项目中的所有权利、所有权、以及收益权（统称为该"权利"）出售、转让和转移给地址为 2711 Centerville Road, Suite 400, Wilmington, DE 19808 的 Delaware 有限责任公司 Empire Technology Development LLC（"受让人"）：

1.  the inventions disclosed in the solution report/invention disclosure titled <u>A cognitive duplex mode in wireless mobile communication network</u> and all inventions claimed and/or described in the Application (collectively, the "**Invention**");

   在方案报告/发明披露书中揭示的标题为<u>一种无线移动通信网络中认知双工模式</u>的发明以及以下申请申请求保护以及/或者描述的所有发明（统称为该"发明"）；

2.  the patent applications listed in the table below (the "**Application**");

   下表中所列的专利申请（该"申请"）；

| Patent Application No. 专利申请号码 | Country 国家 | Filing Date 申请日 | Title 标题 |
|---|---|---|---|
| PCT/CN2014/083578 | PCT | Aug. 1, 2014 | ADAPTIVE COMMUNICATION RESOURCE ALLOCATION IN A WIRELESS NETWORK |
| 15/500,928 | US | Aug. 1, 2014 | ADAPTIVE COMMUNICATION RESOURCE ALLOCATION IN A WIRELESS NETWORK |

3.  all rights with respect to the Invention, including all United States patents or other governmental grants or issuances that may be granted with respect to the Invention or from any direct or indirect divisionals, continuations, continuations-in-part, or other patent applications claiming priority rights from the Application ("**Potential Patents**");

与该发明有关的所有权利，包括与该发明有关的或者来自任何直接的或间接的分案申请、继续申请、部分继续申请、或其他要求该申请优先权的专利申请的所有美国专利或其他政府授权或颁证（"潜在专利"）；

4. all reissues, reexaminations, extensions, or registrations of the Potential Patents;

该潜在专利的所有再颁、复审、续展、或者注册；

5. all non-United States patents, patent applications, and counterparts relating to any or all of the Invention, the Application, and the Potential Patents, including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances ("**Foreign Rights**"), and including the right to file foreign applications directly in the name of Assignee, its successors and assigns;

与该发明、该申请、和该潜在专利中任何或所有相关的全部非美国专利、专利申请和对应申请，包括，但不限于，发明证书、实用新型、工业品外观设计保护、外观设计专利保护、以及其他政府授权或颁证（"外国权利"），并包括直接以受让人、其继承人以及再受让人的名义提交外国申请的权利；

6. all rights to claim priority rights deriving from the Application;

要求得自于该申请的优先权的所有权利；

7. all causes of action and remedies related to any or all of the Application, the Invention, the Potential Patents, and the Foreign Rights (including, without limitation, the right to sue for past, present, or future infringement, misappropriation or violation of rights related to any of the foregoing and the right to collect royalties and other payments under or on account of any of the foregoing); and

与该申请、该发明，该潜在专利、以及该外国权利中任何或所有相关的所有诉由和救济（包括，但不限于，对过去、现在、或将来的对与任何前述相关的权利的侵害、滥用或侵犯行为提起诉讼的权利，以及领取归于任何前述项下或由其产生的使用费和其他报酬的权利）；以及

8. any and all other rights and interests arising out of, in connection with, or in relation to the Application, the Invention, Potential Patents, and the Foreign Rights.

由该申请、该发明、该潜在专利、以及该外国权利产生的、与之关联的或涉及它们的任何和所有其他权利和利益。

Assignor will not sign any document or do any act conflicting with this Assignment, and, without further compensation, will sign all documents and do such additional acts as Assignee, its successors, legal representatives, and assigns deem necessary or desirable to perfect enjoyment of the Rights, conduct proceedings regarding the Rights (including any litigation or interference proceedings), or perfect or defend title to the Rights. Assignor requests the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models, or other governmental grants or issuances that may be granted upon any of the Rights in the name of the Assignee, as the assignee to the entire interest therein.

转让人不得签署任何与本转让证明相冲突的文件或做出与本转让证明相冲突的任何行为，并且当受让人、其继承者、法律代表以及再受让人为完善权利的行使，实施关于该权利的法律程序（包括任何诉讼或干预程序），或为完善或维护对该权利的所有权而认为有必要或需要时，转让人应当签署所有必要或需要的文件并做出其他相关行为，而无需任何额外报酬。转让人请求每个司法管辖区中的各个专利局或者政府机构，出具以受让人之名基于任何该权利可以被授权的任何以及所有专利权、发明证书、实用新型、或者其他政府授权或颁证，受让人享有其中的全部利益。

Assignor hereby authorizes and requests Assignee's authorized representative to insert on this Assignment the filing date and Patent Application Numbers in the table above when known.

转让人特此授权并要求受让人的授权代表在得知申请日以及专利申请号码之后将其填入本转让证明上面的表格中。

The terms and conditions of this Assignment will inure to the benefit of Assignee, its successors, legal representatives, and assigns and will be binding upon Assignor, their successors, legal representatives and assigns.

本转让证明的条款将符合受让人、其继承人、法律代表以及再受让人的利益并将对转让人、其继承人、法律代表以及再受让人具有约束力。

[Signature Page(s) to Follow]
[下面是签名页]

| | |
|---|---|
| By 签名: | *Lin Qi* (signature) |
| Print name 打印名称: | Lin QI 漆琳 |
| Title 职务: | General Manager 总经理 |
| Organisation 单位: | Beijing Jindianchuangqi Technology Development Co., Ltd 北京金典创奇科技发展有限公司 |

## ATTESTATION 证词

Each of the undersigned witnessed the signature of Lin QI to this document and makes the following statements:

每位下面签署人见证了漆琳签署此文件，特作以下陈述：

1. I am over the age of 18 and competent to testify as to the facts in this Attestation block if called upon to do so.

   我年满18周岁，若被要求，有能力对本证词的事实予以证实。

2. Lin QI is personally known to me (or proved to me on the basis of satisfactory evidence) and appeared before me on _July 24_, 20_16_ to execute this document.

   漆琳本人，为我所知（或有充分证据向我证明其身份），并于20_16_年_07月24日_在我面前签署此文件。

3. Lin QI subscribed to this document (on behalf of Beijing Jindianchuangqi Technology Development Co., Ltd).

   漆琳同意本文件（仅代表北京金典创奇科技发展有限公司）。

I declare under penalty of perjury under the laws of the United States of America, and under penalty of the laws of any other jurisdiction before which this document may be presented, that the foregoing is true and correct.

根据美利坚合众国法律有关伪证处罚以及本文件可能面临的任何其他司法管辖区的处罚法的规定，本人声明上述信息是真实的，正确的。

| | |
|---|---|
| By 签名: | *Anpeng Huang* (signature) |
| Print name 打印名称: | Anpeng Huang |
| By 签名: | *Zhinan Li* (signature) |
| Print name 打印名称: | Zhinan Li |

PATENT
REEL: 041359 FRAME: 0454
COBB_029306

## ACCEPTANCE BY ASSIGNEE
## 受让人接受书

In connection with an assignment in any jurisdiction in which an acceptance by ASSIGNEE is required, I hereby accept this assignment on behalf of Empire Technology Development LLC. I declare under penalty of perjury under the laws of the United States of America, and under penalty of the laws of any other jurisdiction before which this document may be presented, that (check all that apply):

在任何要求需要受让人为转让提供接受书的管辖权，我兹代表 Empire Technology Development LLC 接受本转让书。我以美利坚合众国法律和本文件可能被提交的任何其他管辖区域的法律保证（请检查所有适用选项），

- [x] I am an officer of the above-identified ASSIGNEE,
  我是上述确认的受让人的官员，

- [x] I have signed this document on behalf of ASSIGNEE with the full authority of its board of directors,
  我接受受让人董事会的全权委托，代表受让人签署本文件，

and that all the foregoing is true and correct.
上述文件真实无误。

Dated 日期: 9-4-2014   By 签名人: [signature]

Name 姓名: Brett HERTZBERG

Title 职务: Authorized person

Page 5