# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | Case No. 2:22-cv-00477-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | Case No. 2:22-cv-00474-JRG-RSP<br>(Member Case) |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>    Intervenors. | Case No. 2:22-cv-00478-JRG-RSP<br>(Member Case) |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION**

Plaintiff Cobblestone Wireless, LLC; Defendants T-Mobile USA, Inc., AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless; and Intervenors Nokia of America Corporation and Ericsson Inc. hereby file this Joint Motion to Stay All Deadlines. The parties have reached an agreement in principle on all matters in controversy and request that the Court stay the remaining case deadlines for 30 days, so that the parties may finalize the resolution agreement and prepare the appropriate dismissal papers for the Court. In light of the resolution and requested stay, the parties also ask that the Court vacate the Pretrial Conference currently scheduled for August 21, 2024.

| | |
|---|---|
| Dated:  July 31, 2024 | Respectfully submitted, |

/s/ Amy E. Hayden
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Neil A. Rubin
CA State Bar No. 250761
Amy E. Hayden
CA State Bar No. 287026
James Pickens
CA State Bar No. 307474
Jonathan Ma
CA State Bar No. 312773
Christian W. Conkle
CA State Bar No. 306374
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_cobblestone@raklaw.com

Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AGUUST & KABAT
4925 Greenville Ave, Suite 200
Dallas, TX 75206
Telephone: 310-826-7474
rak_cobblestone@raklaw.com

/s/ David S. Frist
David S. Frist
David.Frist@alston.com
John Daniel Haynes
John.Haynes@alston.com
Emily Welch
Emily.Welch@alston.com
Michael Clayton Deane
Michael.Deane@alston.com
Sloane Sueanne Kyrazis
Sloane.Kyrazis@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777

Ross Ritter Barton
Ross.Barton@alston.com
ALSTON & BIRD LLP
101 South Tryon Street
Ste 4000
Charlotte, NC 28280-4000
704/444-1287
Fax: 704/444-1111

1

| | |
|---|---|
| Andrea Fair<br>Ward Smith & Hill, PLLC<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>(903) 757-6400<br>andrea@wsfirm.com<br><br>***Attorneys for Plaintiff,***<br>***Cobblestone Wireless, LLC*** | Theodore Stevenson, III<br>Ted.Stevenson@alston.com<br>Adam Ahnhut<br>adam.ahnhut@alston.com<br>ALSTON & BIRD LLP<br>2200 Ross Ave<br>Suite 2300<br>Dallas, TX 75201<br>214-922-3507<br>Fax: 214-922-3899<br><br>***Attorneys for Defendants AT&T Services, Inc.,***<br>***AT&T Corp., AT&T Mobility LLC, T-Mobile***<br>***USA, Inc., and Cellco Partnership d/b/a***<br>***Verizon Wireless; Intervenor Ericsson, Inc.;***<br>***Intervenor Nokia of America Corporation.***<br><br>Deron Dacus<br>ddacus@dacusfirm.com<br>The Dacus Firm<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>903-705-1117<br>Fax: 903-581-2543<br><br>***Attorneys for Defendants AT&T Services, Inc.,***<br>***AT&T Corp., AT&T Mobility LLC, T-Mobile***<br>***USA, Inc., and Cellco Partnership d/b/a***<br>***Verizon Wireless; Intervenor Ericsson, Inc.;***<br>***Intervenor Nokia of America Corporation.***<br><br>Melissa R. Smith<br>State Bar No. 24001351<br>Melissa@gillamsmithlaw.com<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br><br>Andrew Thompson ("Tom") Gorham<br>State Bar No. 24012715<br>tom@gillamsmithlaw.com<br>GILLAM & SMITH, LLP<br>102 N. College, Ste. 800<br>Tyler, Texas 75702 |

Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***Attorneys for Defendant T-Mobile USA Inc***.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the CM-ECF system on all counsel of record on this 31st day of July 2024.

*/s/ Amy E. Hayden*
Amy E. Hayden

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is jointly sought.

*/s/ Amy E. Hayden*
Amy E. Hayden

4