IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § § *Plaintiff,* § § v. § § T-MOBILE USA, INC *et al.*, § § *Defendants.* § | CIVIL ACTION NO. 2:22-CV-00477-JRG-RSP (Lead) |

**ORDER**

Before the Court is the Joint Motion to Stay all Deadlines and Notice of Settlement filed by Plaintiff Cobblestone Wireless, LLC and Defendants T-Mobile USA, Inc., AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless; and Intervenors Nokia of America Corporation and Ericsson Inc. (Dkt. No. 206.) After consideration, the Court GRANTS the Parties' Joint Motion.

IT IS THEREFORE ORDERED that all unreached deadlines in this matter are hereby stayed for 30 days to allow the Parties to submit dismissal papers. The Parties shall file dismissal documents not later than August 30, 2024.

**SIGNED this 1st day of August, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE