**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br><br> v. <br><br> T-MOBILE USA, INC. <br> *Defendant*, <br><br> NOKIA OF AMERICA CORPORATION, <br> ERICSSON INC. <br> *Intervenors*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 2:22-cv-00477-JRG-RSP <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br><br> v. <br><br> AT&T SERVICES INC.; AT&T <br> MOBILITY LLC; AT&T CORP., <br> *Defendants*, <br><br> NOKIA OF AMERICA CORPORATION, <br> ERICSSON INC. <br> *Intervenors*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 2:22-cv-00474-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a <br> VERIZON WIRELESS, <br> *Defendant*, <br><br> NOKIA OF AMERICA CORPORATION, <br> ERICSSON INC. <br> *Intervenors*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 2:22-cv-00478-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS'**
**MOTIONS IN LIMINE**

CAME ON FOR CONSIDERATION, Defendants' and Intervenors' Motions *in Limine* ("Defendants' MILs"). Having considered Defendants' MILs and for good cause shown therein, the Court is of the opinion that Defendants' MILs should be and hereby are GRANTED.

Accordingly, it is ORDERED that:

1. Cobblestone witnesses are precluded from testifying about matters as to which Cobblestone claimed privilege during discovery.

2. Fact witnesses for Cobblestone are precluded from offering opinion testimony about the value, technical benefits, or infringement and validity of the Asserted Patents.

3. Cobblestone and Mr. Dell are precluded from discussing business-wide revenue or consolidated wireless revenue of the carriers.