IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00477-JRG-RSP (Lead) |
| T-MOBILE USA, INC *et al.*, | § § § | |
| *Defendants.* | § | |

## ORDER

The parties previously filed a Joint Motion to Stay All Deadlines and Notice of Settlement representing to the Court that the parties would file dismissal papers by August 30, 2024. (Dkt. No. 206.) The parties have not done so, nor have they sought an extension.

Accordingly, it is **ORDERED** that Lead and Local counsel for the parties are to appear before the Court, in person, on **September 25, 2024 at 1:30 p.m**. to show cause why they have failed to file dismissal papers, unless appropriate dismissal papers are filed beforehand.

**SIGNED this 8th day of September, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1