**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>  Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>  Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>  Intervenors. | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>  Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.; AT&T MOBILITY<br>LLC; AT&T CORP.,<br>  Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>  Intervenors. | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>  Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS,<br>  Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>  Intervenors. | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO EXTEND STAY**

  Plaintiff Cobblestone Wireless, LLC ("Plaintiff"), request extending this Court's stay of the remaining case deadlines until October 8, 2024.  Cobblestone reports that there is a finalized

agreement. Payment is expected to be completed by October 4, 2024, at which time, pursuant to the terms of the agreement, the parties can prepare and file dismissal materials. A stay of litigation until October 8, 2024 (two business days after payment is anticipated) will help ensure the parties have adequate time to do so.

Dated: September 9, 2024

Respectfully submitted,

/s/ Reza Mirzaie
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Amy E. Hayden
CA State Bar No. 287026
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: ahayden@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served September 9, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

*/s Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). On September 4, 2024, Plaintiff requested Defendants/Intervenors' position on the Motion. On September 6, 2024, Plaintiff followed-up with Defendants/Intervenors, requesting their position on the Motion. On September 9, 2024, counsel for Defendants/Intervenors advised that they do not oppose the extension.

*/s/ Reza Mirzaie*
Reza Mirzaie
