**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>　　　Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>　　　Intervenors. | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.; AT&T MOBILITY<br>LLC; AT&T CORP.,<br>　　　Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>　　　Intervenors. | CASE NO. 2:22-cv-00474-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS,<br>　　　Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>　　　Intervenors. | CASE NO. 2:22-cv-00478-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND STAY OF ALL**

**DEADLINES**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone"), request extending this Court's stay of the remaining case deadlines through October 8, 2024. The Court, having considered this request, is of the opinion that their request for extension should be granted.

IT IS THEREFORE ORDERED that the deadlines in these cases are hereby stayed through October 8, 2024.