IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00477-JRG-RSP (Lead) |
| T-MOBILE USA, INC *et al.*, | § § § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is Plaintiff Cobblestone Wireless, LLC's Unopposed Motion to Extend Stay of All Deadlines. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the stay in this case will be extended until October 8, 2024, for the parties to file dismissal papers.

**SIGNED this 10th day of September, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1