# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>        Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>        Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>        Intervenors. | CASE NO. 2:22-cv-00477-JRG-RSP<br>(Lead Case)<br><br><br>**JURY TRIAL DEMANDED**<br><br>████████████████ |
| COBBLESTONE WIRELESS, LLC,<br>        Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.; AT&T MOBILITY<br>LLC; AT&T CORP.,<br>        Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>        Intervenors. | CASE NO. 2:22-cv-00474-JRG-RSP<br>        (Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>        Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS,<br>        Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>        Intervenors. | CASE NO. 2:22-cv-00478-JRG-RSP<br>        (Member Case)<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Cobblestone Wireless, LLC ("Plaintiff") and Defendants T-Mobile

USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Enterprises, LLC, and Cellco

Partnership d/b/a ("Defendants"), and Intervenors Nokia of America Corporation and Ericsson Inc.

("Intervenors") (collectively, the "Parties"), have resolved Plaintiff's claims for relief against

Defendants and Defendants and Intervenors' claims, defenses, and/or counterclaims for relief

against Plaintiff asserted in this case.

NOW, THEREFORE Plaintiff, Defendants, and Intervenors, through their attorneys of

record, request this Court dismiss Plaintiff's claims for relief against Defendants with prejudice.[1]

The Parties request this Court dismiss Defendants and Intervenors' claims, defenses or

counterclaims for relief against Plaintiff without prejudice. All attorneys' fees, costs of court and

expenses shall be borne by the party incurring same.

Dated: October 8, 2024                        Respectfully submitted,

                                              /s/ Reza Mirzaie
                                              Reza Mirzaie
                                              CA State Bar No. 246953
                                              Marc A. Fenster
                                              CA State Bar No. 181067
                                              Neil A. Rubin
                                              CA State Bar No. 250761
                                              Amy E. Hayden
                                              CA State Bar No. 287026
                                              Christian W. Conkle
                                              CA State Bar No. 306374
                                              Jonathan Ma
                                              CA State Bar No. 312773
                                              RUSS AUGUST & KABAT
                                              12424 Wilshire Boulevard, 12th Floor
                                              Los Angeles, CA  90025
                                              Telephone: 310-826-7474
                                              Email: rmirzaie@raklaw.com
                                              Email: mfenster@raklaw.com
                                              Email: nrubin@raklaw.com
                                              Email: ahayden@raklaw.com

---

[1] Solely with respect to certain claims in any ██████████████████, such certain claims will be dismissed without prejudice. ████████████████████████████████████

Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC**

*/s/ David S. Frist*
David S. Frist
David.Frist@alston.com
John Daniel Haynes
John.Haynes@alston.com
Emily Welch
Emily.Welch@alston.com
Michael Clayton Deane
Michael.Deane@alston.com
Katherine Donald
Katie.Donald@alston.com
Sloane Sueanne Kyrazis
Sloane.Kyrazis@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777

Ross Ritter Barton
Ross.Barton@alston.com
**ALSTON & BIRD LLP**
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
704-444-1287
Fax: 704-444-1111
Theodore Stevenson, III
Adam Ahnhut
Ted.Stevenson@alston.com
Adam.ahnhut@alston.com
**ALSTON & BIRD LLP**
2200 Ross Ave
Suite 2300
Dallas, TX 75201
214-922-3507
Fax: 214-922-3899

*Attorneys for AT&T Services, Inc., AT&T
Enterprises, LLC., AT&T Mobility LLC, T-
Mobile USA,*

*Inc., Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc. and Nokia of America Corporation*

Deron Dacus
ddacus@dacusfirm.com
**The Dacus Firm**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903-705-1117
Fax: 903-581-2543

*Attorney for AT&T Services, Inc., AT&T Enterprises, LLC, AT&T Mobility LLC, Cellco*
*Partnership d/b/a Verizon Wireless, Ericsson Inc. and Nokia of America Corporation*

Melissa R. Smith
melissa@gillamsmithlaw.com
Tom Gorham
tom@gillamsmithlaw.com
**Gillam & Smith LLP**
102 N. College, Suite 800
Tyler, TX 75702
903-934-8450
Fax: 903-934-9257

*Attorneys for T-Mobile USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served October 8, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Reza Mirzaie*
Reza Mirzaie